IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILLIP R. CRUTCHFIELD, individually and on behalf of all others similarly situated | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-cv-2356-E |
| MATCH GROUP, INC., AMANDA W. GINSBERG, AND GARY SWIDLER, | § § § § | |
| Defendants. | § | |

## ORDER

This case is a putative securities class action in which three individuals have filed competing motions to be appointed the lead plaintiff. The Defendants have filed an Unopposed Motion for Extension of Answer Date (Doc. 13). The Court **GRANTS** the Motion. Defendants have no obligation to answer or otherwise respond to the Complaint at this time. After the Court has appointed a lead plaintiff and lead counsel, it will set a schedule for any amended complaint and for Defendants' response.

**SO ORDERED.**

Signed December 12, 2019.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

1