# Exhibit 8

# matchgroup

**Match Group Reports Third Quarter 2018 Results and Announces Special Dividend**

Dallas, TX—November 6, 2018—Match Group (NASDAQ: MTCH) reported third quarter 2018 financial results today and separately released an investor presentation, which is available on the Investor Relations section of its website at https://ir.mtch.com.

"Match Group delivered another quarter of strong top and bottom line growth, with Tinder continuing as our growth engine," commented Mandy Ginsberg, Match Group CEO. "We are making product and marketing investments in our brands to drive growth across our portfolio. Even with these investments, Match Group is generating significant free cash flow and reducing leverage levels, and we have returned a meaningful amount of capital to shareholders. Today, we are announcing that our Board has declared a special dividend of $2.00 on each share of Match Group common stock and class B common stock. We remain on the lookout for strategically compelling M&A and have the financial flexibility to acquire companies when we find innovative products with long-term potential."

## Q3 2018 HIGHLIGHTS

- Total Revenue grew 29% over the prior year quarter to $444 million, driven by 23% Average Subscriber growth and 6% ARPU growth.

- Average Subscribers increased to 8.1 million, a 23% increase over the prior year quarter.

- Operating income was $140 million, an increase of 54% over the prior year quarter, while Adjusted EBITDA increased 38% over the prior year quarter to $165 million.

- Operating Income and Adjusted EBITDA margins increased 5.0 and 2.4 points to 32% and 37%, respectively, as we continue to benefit from operating leverage in our business.

- For the nine months ended September 30, 2018, Operating Cash Flow increased 85% to $425 million, and Free Cash Flow increased 94% to $404 million, over the prior year period.

## Key Financial and Operating Metrics

| *(In thousands, except EPS and ARPU)* | Q3 2018 | | Q3 2017 | | Change |
|---|---|---|---|---|---|
| Revenue | $ | 443,943 | $ | 343,418 | 29% |
| Operating Income | $ | 139,895 | $ | 91,008 | 54% |
| Operating Income Margin | | 32% | | 27% | 5.0 pt |
| Net earnings attributable to shareholders | $ | 130,159 | $ | 287,688 | (55)% |
| GAAP Diluted EPS from continuing operations | $ | 0.44 | $ | 0.98 | (55)% |
| Adjusted EBITDA | $ | 165,039 | $ | 119,564 | 38% |
| Adjusted EBITDA Margin | | 37% | | 35% | 2.4 pt |
| Average Subscribers | | 8,090 | | 6,559 | 23% |
| ARPU | $ | 0.57 | $ | 0.54 | 6% |
| YTD Operating Cash Flow | $ | 425,243 | $ | 229,656 | 85% |
| YTD Free Cash Flow | $ | 403,963 | $ | 208,018 | 94% |

*See reconciliations of GAAP to non-GAAP measures starting on page 6.*

**Special Cash Dividend**

Today we are announcing that our Board of Directors has declared a special cash dividend of $2.00 per share on Match Group common stock and Class B common stock, payable on December 19, 2018, to stockholders of record as of the close of business on December 5, 2018.  The special dividend will be funded with cash on hand and incremental debt, as necessary.

**Net Income and Income Taxes**

In the third quarter of 2018, Match Group recorded a GAAP income tax benefit of $6 million compared to $226 million in the third quarter of 2017, both driven by excess tax benefits generated by the exercise and vesting of stock-based awards.  The decrease in excess tax benefits in the third quarter of 2018 compared to the third quarter of 2017 is the result of significant exercises of stock-based awards in the year ago quarter, primarily related to Tinder.  The resulting decline in the income tax benefit drove the 55% decline in net earnings attributable to shareholders and diluted earnings per share from continuing operations.

See page 7 for a reconciliation of GAAP EPS to Adjusted EPS, a non-GAAP measure, which excludes the impact of stock-based awards and other non-cash items on our consolidated results.

**Liquidity and Capital Resources**

We net settled all stock options that were exercised and restricted stock units that vested during the nine months ended September 30, 2018, utilizing $182 million of cash to pay employee withholding taxes, and we issued 4.2 million fewer dilutive shares as a result, at an effective price of $42.94.  We also repurchased 2.0 million shares during the nine months ended September 30, 2018 at an average price of $42.85, further mitigating the dilutive impact from stock-based compensation activity.  Additionally, from October 1 to November 2, we purchased approximately 400,000 shares for approximately $20 million.  A total of 3.6 million shares remain available under the previously announced repurchase program.  As of September 30, 2018, Match Group had 278.4 million common and class B common shares outstanding.

As of September 30, 2018, the Company had $403 million in cash and cash equivalents and $1.3 billion of long-term debt.  The Company has a $500 million revolving credit facility, which was undrawn as of September 30, 2018 and currently remains undrawn.

Match Group's trailing twelve-month leverage as of September 30, 2018 is 2.0x on a gross basis and 1.4x on a net basis.

As of September 30, 2018, IAC's economic ownership interest and voting interest in Match Group were 80.9% and 97.5%, respectively.

**Conference Call**

Match Group will audiocast a conference call to answer questions regarding its third quarter financial results on Wednesday, November 7, 2018 at 8:30 a.m. Eastern Time. This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business. The live audiocast will be open to the public, and the investor presentation reviewing the results has been posted, on Match Group's investor relations website at http://ir.mtch.com.

App. 450

**GAAP FINANCIAL STATEMENTS**

**MATCH GROUP CONSOLIDATED STATEMENT OF OPERATIONS**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands, except per share data) | | | |
| Revenue | $ 443,943 | $ 343,418 | $ 1,272,506 | $ 951,754 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | 107,512 | 72,044 | 298,790 | 193,557 |
| Selling and marketing expense | 108,374 | 94,870 | 316,806 | 289,706 |
| General and administrative expense | 45,187 | 49,940 | 130,113 | 137,721 |
| Product development expense | 34,027 | 27,008 | 98,531 | 73,089 |
| Depreciation | 8,513 | 8,147 | 25,059 | 23,619 |
| Amortization of intangibles | 435 | 401 | 914 | 1,208 |
| Total operating costs and expenses | 304,048 | 252,410 | 870,213 | 718,900 |
| Operating income | 139,895 | 91,008 | 402,293 | 232,854 |
| Interest expense | (18,376) | (19,548) | (54,458) | (57,570) |
| Other income (expense), net | 894 | (9,925) | 4,677 | (25,453) |
| Earnings from continuing operations, before tax | 122,413 | 61,535 | 352,512 | 149,831 |
| Income tax benefit | 5,537 | 226,236 | 6,474 | 214,039 |
| **Net earnings from continuing operations** | 127,950 | 287,771 | 358,986 | 363,870 |
| Loss from discontinued operations, net of tax | (378) | (85) | (378) | (4,647) |
| **Net earnings** | 127,572 | 287,686 | 358,608 | 359,223 |
| Net loss (earnings) attributable to noncontrolling interests | 2,587 | 2 | 3,787 | (52) |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 130,159 | $ 287,688 | $ 362,395 | $ 359,171 |
| | | | | |
| **Net earnings per share from continuing operations:** | | | | |
| Basic | $ 0.47 | $ 1.08 | $ 1.31 | $ 1.39 |
| Diluted | $ 0.44 | $ 0.98 | $ 1.22 | $ 1.22 |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ 0.47 | $ 1.08 | $ 1.31 | $ 1.38 |
| Diluted | $ 0.44 | $ 0.98 | $ 1.22 | $ 1.21 |
| | | | | |
| Basic shares outstanding | 277,492 | 267,487 | 276,634 | 260,876 |
| Diluted shares outstanding | 296,789 | 293,060 | 297,317 | 297,307 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ 493 | $ 430 | $ 1,768 | $ 1,246 |
| Selling and marketing expense | 745 | 1,146 | 2,526 | 3,253 |
| General and administrative expense | 8,567 | 12,669 | 23,817 | 35,740 |
| Product development expense | 6,336 | 5,704 | 21,699 | 13,388 |
| Total stock-based compensation expense | $ 16,141 | $ 19,949 | $ 49,810 | $ 53,627 |

**MATCH GROUP CONSOLIDATED BALANCE SHEET**

| | September 30, 2018 | December 31, 2017 |
|---|---|---|
| | (In thousands) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 402,598 | $ 272,624 |
| Accounts receivable, net | 138,167 | 116,751 |
| Other current assets | 66,902 | 55,369 |
| Total current assets | 607,667 | 444,744 |
| Property and equipment, net | 57,286 | 61,620 |
| Goodwill | 1,252,745 | 1,247,644 |
| Intangible assets, net | 235,827 | 230,345 |
| Deferred income taxes | 145,263 | 123,199 |
| Long-term investments | 10,169 | 11,137 |
| Other non-current assets | 15,798 | 11,457 |
| **TOTAL ASSETS** | $ 2,324,755 | $ 2,130,146 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Accounts payable | $ 12,103 | $ 10,112 |
| Deferred revenue | 221,884 | 198,095 |
| Accrued expenses and other current liabilities | 139,086 | 110,566 |
| Total current liabilities | 373,073 | 318,773 |
| Long-term debt, net | 1,255,088 | 1,252,696 |
| Income taxes payable | 6,638 | 8,410 |
| Deferred income taxes | 28,272 | 28,478 |
| Other long-term liabilities | 12,947 | 14,484 |
| | | |
| Redeemable noncontrolling interest | — | 6,056 |
| | | |
| Commitment and contingencies | | |
| | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock | 71 | 64 |
| Class B convertible common stock | 210 | 210 |
| Additional paid-in capital | (48,582) | 81,082 |
| Retained earnings | 894,606 | 532,211 |
| Accumulated other comprehensive loss | (121,814) | (112,318) |
| Treasury stock | (86,239) | — |
| Total Match Group, Inc. shareholders' equity | 638,252 | 501,249 |
| Noncontrolling interests | 10,485 | — |
| Total shareholders' equity | 648,737 | 501,249 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 2,324,755 | $ 2,130,146 |

**MATCH GROUP CONSOLIDATED STATEMENT OF CASH FLOWS**

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | **2018** | **2017** |
| | (In thousands) | |
| **Cash flows from operating activities attributable to continuing operations:** | | |
| **Net earnings from continuing operations** | $ 358,986 | $ 363,870 |
| Adjustments to reconcile net earnings from continuing operations to net cash provided by operating activities attributable to continuing operations: | | |
| Stock-based compensation expense | 49,810 | 53,627 |
| Depreciation | 25,059 | 23,619 |
| Amortization of intangibles | 914 | 1,208 |
| Deferred income taxes | (23,821) | (239,796) |
| Acquisition-related contingent consideration fair value adjustments | 265 | 4,397 |
| Other adjustments, net | (100) | 16,578 |
| Changes in assets and liabilities, net of effects of acquisitions and dispositions: | | |
| Accounts receivable | (21,456) | (42,902) |
| Other assets | (22,059) | (8,984) |
| Accounts payable and other liabilities | 32,167 | 15,399 |
| Income taxes payable and receivable | 1,233 | 11,923 |
| Deferred revenue | 24,245 | 30,717 |
| **Net cash provided by operating activities attributable to continuing operations** | 425,243 | 229,656 |
| **Cash flows from investing activities attributable to continuing operations:** | | |
| Net cash acquired in a business combination | 1,136 | — |
| Capital expenditures | (21,280) | (21,638) |
| Proceeds from the sale of a business, net | — | 96,144 |
| Purchases of investments | (3,000) | (9,076) |
| Other, net | 39 | 41 |
| **Net cash (used in) provided by investing activities attributable to continuing operations** | (23,105) | 65,471 |
| **Cash flows from financing activities attributable to continuing operations:** | | |
| Term Loan borrowings | — | 75,000 |
| Debt issuance costs | — | (1,814) |
| Proceeds from issuance of common stock pursuant to stock-based awards | — | 57,705 |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (181,756) | (228,978) |
| Purchase of treasury stock | (86,239) | — |
| Purchase of redeemable noncontrolling interests | (3,503) | (436) |
| Purchase of stock-based awards | — | (272,459) |
| Acquisition-related contingent consideration payments | (185) | (23,429) |
| Other, net | (616) | (165) |
| **Net cash used in financing activities attributable to continuing operations** | (272,299) | (394,576) |
| **Total cash provided by (used in) continuing operations** | 129,839 | (99,449) |
| Net cash used in operating activities attributable to discontinued operations | — | (6,061) |
| Net cash used in investing activities attributable to discontinued operations | — | (471) |
| Total cash used in discontinued operations | — | (6,532) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | 133 | 9,923 |
| **Net increase (decrease) in cash, cash equivalents, and restricted cash** | 129,972 | (96,058) |
| Cash, cash equivalents, and restricted cash at beginning of period | 272,761 | 253,771 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 402,733 | $ 157,713 |

## RECONCILIATIONS OF GAAP TO NON-GAAP MEASURES

### MATCH GROUP RECONCILIATION OF NET EARNINGS TO ADJUSTED EBITDA

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (Dollars in thousands) | | | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 130,159 | $ 287,688 | $ 362,395 | $ 359,171 |
| Add back: | | | | |
| Net (loss) earnings attributable to noncontrolling interests | (2,587) | (2) | (3,787) | 52 |
| Loss from discontinued operations, net of tax | 378 | 85 | 378 | 4,647 |
| Income tax benefit | (5,537) | (226,236) | (6,474) | (214,039) |
| Other (income) expense, net | (894) | 9,925 | (4,677) | 25,453 |
| Interest expense | 18,376 | 19,548 | 54,458 | 57,570 |
| **Operating Income** | 139,895 | 91,008 | 402,293 | 232,854 |
| Stock-based compensation expense | 16,141 | 19,949 | 49,810 | 53,627 |
| Depreciation | 8,513 | 8,147 | 25,059 | 23,619 |
| Amortization of intangibles | 435 | 401 | 914 | 1,208 |
| Acquisition-related contingent consideration fair value adjustments | 55 | 59 | 265 | 4,397 |
| **Adjusted EBITDA** | $ 165,039 | $ 119,564 | $ 478,341 | $ 315,705 |
| | | | | |
| Revenue | $ 443,943 | $ 343,418 | $ 1,272,506 | $ 951,754 |
| Operating income margin | 32% | 27% | 32% | 24% |
| Adjusted EBITDA margin | 37% | 35% | 38% | 33% |

### MATCH GROUP RECONCILIATION OF OPERATING CASH FLOW FROM CONTINUING OPERATIONS TO FREE CASH FLOW

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2018 | 2017 |
| | (In thousands) | |
| Net cash provided by operating activities attributable to continuing operations | $ 425,243 | $ 229,656 |
| Capital expenditures | (21,280) | (21,638) |
| Free Cash Flow | $ 403,963 | $ 208,018 |

**MATCH GROUP RECONCILIATION OF GAAP EPS TO ADJUSTED EPS**

| (In thousands, except per share data) | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 130,159 | $ 287,688 | $ 362,395 | $ 359,171 |
| Stock-based compensation expense | 16,141 | 19,949 | 49,810 | 53,627 |
| Amortization of intangibles | 435 | 401 | 914 | 1,208 |
| Acquisition-related contingent consideration fair value adjustments | 55 | 59 | 265 | 4,397 |
| Discontinued operations, net of tax | 378 | 85 | 378 | 4,647 |
| Impact of income taxes and noncontrolling interests | (30,585) | (252,218) | (94,101) | (283,105) |
| **Adjusted Net Income** | $ 116,583 | $ 55,964 | $ 319,661 | $ 139,945 |
| | | | | |
| **GAAP Basic weighted average shares outstanding** | 277,492 | 267,487 | 276,634 | 260,876 |
| Stock options, RSUs, and subsidiary denominated equity awards, treasury method | 19,297 | 25,573 | 20,683 | 36,431 |
| **GAAP Diluted weighted average shares outstanding** | 296,789 | 293,060 | 297,317 | 297,307 |
| Impact of RSUs and other | 1,280 | 2,049 | 1,788 | 1,411 |
| **Adjusted EPS weighted average shares outstanding** | 298,069 | 295,109 | 299,105 | 298,718 |
| | | | | |
| **GAAP Diluted EPS** | $ 0.44 | $ 0.98 | $ 1.22 | $ 1.21 |
| **Adjusted EPS** | $ 0.39 | $ 0.19 | $ 1.07 | $ 0.47 |

For GAAP diluted EPS purposes, RSUs, including performance-based RSUs and market-based awards to the extent the applicable performance or market condition(s) have been met, are included on a treasury method basis. For Adjusted EPS purposes, the impact of RSUs on shares outstanding is based on the weighted average number of RSUs outstanding, including performance-based and market-based RSUs outstanding that the Company believes are probable of vesting.

The impact of income taxes and noncontrolling interests in the table above adjusts for items excluded from Adjusted Net Income, including income tax deductions from the exercise or vesting of equity awards.

**MATCH GROUP RECONCILATION OF GAAP REVENUE TO NON-GAAP REVENUE, EXCLUDING FOREIGN EXCHANGE EFFECTS**

| *(Dollars in thousands, except ARPU)* | **Three Months Ended September 30,** | | | |
|---|---|---|---|---|
| | **2018** | **Change** | **% Change** | **2017** |
| Revenue, as reported | $ 443,943 | $ 100,525 | 29% | $ 343,418 |
| Foreign exchange effects | 8,020 | | | |
| Revenue Excluding Foreign Exchange Effects | $ 451,963 | $ 108,545 | 32% | $ 343,418 |
| | | | | |
| *(Change calculated using non-rounded numbers)* | | | | |
| International ARPU, as reported | $     0.55 | | 7% | $     0.52 |
| Foreign exchange effects | 0.02 | | | |
| International ARPU, excluding foreign exchange effects | $     0.57 | | 11% | $     0.52 |

| *(Dollars in thousands, except ARPU)* | **Nine Months Ended September 30,** | | | |
|---|---|---|---|---|
| | **2018** | **Change** | **% Change** | **2017** |
| Revenue, as reported | $1,272,506 | $ 320,752 | 34% | $ 951,754 |
| Foreign exchange effects | (16,998) | | | |
| Revenue Excluding Foreign Exchange Effects | $1,255,508 | $ 303,754 | 32% | $ 951,754 |
| | | | | |
| *(Change calculated using non-rounded numbers)* | | | | |
| International ARPU, as reported | $     0.56 | | 13% | $     0.50 |
| Foreign exchange effects | (0.02) | | | |
| International ARPU, excluding foreign exchange effects | $     0.54 | | 9% | $     0.50 |

**DILUTIVE SECURITIES**

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

|  | As of 11/2/2018 |
|---|---|
| Share Price | **$52.15** |
| Absolute Shares | **278.1** |
| **Vested Options and Awards** | |
| Match Group Options | 2.3 |
| IAC Equity Awards | 0.3 |
| **Total Dilution - Vested Options and Awards** | **2.6** |
| **Unvested Options and Awards** | |
| Match Group Options | 8.5 |
| Match Group RSUs | 1.8 |
| **Total Dilution - Unvested Options and Awards** | **10.4** |
| | |
| **Total Dilution** | **13.0** |
| % Dilution | 4.5% |
| **Total Diluted Shares Outstanding** | **291.1** |

The dilutive securities calculation in the above table is different from GAAP dilution, which is calculated based on the treasury method.

Options — The table above assumes the option exercise price and the estimated income tax benefit from the tax deduction received upon the exercise of options (both vested and unvested awards) is used to repurchase Match Group shares.

Match Group is currently net settling all exercised options net of both the exercise price and employee withholding taxes. If the table above assumed options were also net settled for employee withholding taxes at a 50% withholding rate, the dilution shown above would be reduced by 1.6 million and 5.5 million shares for vested and unvested options, respectively, and the withholding taxes paid by the Company on behalf of the employees would be $77.3 million and $289.4 million for vested and unvested options, respectively.

RSUs — The table above assumes RSUs are settled net of withholding taxes, as is our practice, and the dilutive effect is presented as the net number of shares that would be issued upon vesting assuming a withholding tax rate of 50%. Withholding taxes paid by the Company on behalf of the employees upon vesting would have been $177.4 million, assuming the stock price in the table above and a 50% withholding rate. The table above also assumes the estimated income tax benefit from the tax deduction received upon the vesting of Match Group RSUs is used to repurchase Match Group shares.

IAC Equity Awards — IAC Equity awards represent options and market-based restricted stock units denominated in the shares of IAC that have been issued to employees of Match Group. Upon the exercise or vesting of IAC Equity awards, IAC will settle the awards with shares of IAC, and Match Group will issue additional shares of Match Group to IAC as reimbursement. The table above assumes the estimated income tax benefit from the tax deduction received upon the exercise or vesting of IAC denominated equity awards is used to repurchase Match Group shares.

### *PRINCIPLES OF FINANCIAL REPORTING*

Match Group reports Adjusted EBITDA, Adjusted EBITDA Margin, Free Cash Flow, Adjusted Net Income, Adjusted EPS, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted EBITDA, Adjusted EBITDA Margin, Free Cash Flow, Adjusted Net Income, and Adjusted EPS measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing how our business performed without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to, and we are obligated to provide, the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures with equal or greater prominence and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments, which we describe below, between the GAAP and non-GAAP measures. Interim results are not necessarily indicative of the results that may be expected for a full year.

### *Definitions of Non-GAAP Measures*

Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization (Adjusted EBITDA) is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements. We believe Adjusted EBITDA is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted EBITDA measure because they are non-cash in nature. Adjusted EBITDA has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

Adjusted EBITDA Margin is defined as Adjusted EBITDA divided by revenues. We believe Adjusted EBITDA margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted EBITDA margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

Free Cash Flow is defined as net cash provided by operating activities from continuing operations, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metrics are Adjusted EBITDA and Adjusted EPS.

Adjusted Net Income generally captures all items on the statement of operations that have been, or ultimately will be, settled in cash and is defined as net earnings attributable to Match Group, Inc. shareholders excluding, net of tax effects and noncontrolling interests, if applicable: (1) stock-based compensation expense, (2) acquisition-related items consisting of (i) amortization of intangibles and impairments of goodwill and intangible assets and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements, and (3) discontinued operations, net of tax. We believe Adjusted Net Income is useful to investors because it represents Match Group's consolidated results taking into account depreciation, which management believes is an ongoing cost of doing business, as well as other charges that are not allocated to the operating businesses such as interest expense, income

taxes and noncontrolling interests, but excluding the effects of any other non-cash expenses and discontinued operations.

Adjusted EPS is defined as Adjusted Net Income divided by fully diluted weighted average shares outstanding for Adjusted EPS purposes. We include dilution from options in accordance with the treasury stock method and include all restricted stock units ("RSUs") in shares outstanding for Adjusted EPS, with performance-based RSUs included based on the number of shares that the Company believes are probable of vesting. This differs from the GAAP method for including RSUs, which are treated on a treasury method, and performance-based RSUs, which are included for GAAP purposes only to the extent the applicable performance condition(s) have been met (assuming the end of the reporting period is the end of the contingency period), which increases shares outstanding for Adjusted EPS purposes. Market-based awards are included in both GAAP and Adjusted EPS only to the extent that the market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). We believe Adjusted EPS is useful to investors because it represents, on a per share basis, Match Group's consolidated results, taking into account depreciation, which we believe is an ongoing cost of doing business, as well as other charges, which are not allocated to the operating businesses such as interest expense, income taxes and noncontrolling interests, but excluding the effects of any other non-cash expenses, and is computed in a manner that is generally consistent with management's view of dilution. Adjusted Net Income and Adjusted EPS have the same limitations as Adjusted EBITDA. Therefore, we think it is important to evaluate these measures along with our consolidated statement of operations.

Revenue Excluding Foreign Exchange Effects is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other foreign currencies, and unfavorably impacted as the U.S dollar strengthens relative to other foreign currencies. We believe the presentation of revenue excluding foreign exchange in addition to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

**Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures**

Stock-based compensation expense consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). We view the true cost of stock options, RSUs, performance-based RSUs and market-based awards as the dilution to our share base, and such awards are included in our shares outstanding for Adjusted EPS purposes as described above under the definition of Adjusted EPS. To the extent stock-based awards are settled on a net basis, the Company remits the required tax-withholding amounts from its current funds.

Depreciation is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

Amortization of intangible assets and impairments of goodwill and intangible assets are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives. Value is also assigned to acquired indefinite-lived intangible assets, which comprise trade names and trademarks, and goodwill that are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs

incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

<u>Gains and losses recognized on changes in the fair value of contingent consideration arrangements</u> are accounting adjustments to report contingent consideration liabilities at fair value.  These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.

### *DEFINITION OF OPERATING METRIC TERMS USED*

**Direct Revenue** - is revenue that is received directly from end users of our products and includes both subscription and à la carte revenue.

**Indirect Revenue** - is revenue that is not received directly from end users of our products, substantially all of which is advertising revenue.

**Subscribers** - are users who purchase a subscription to one of our products.  Users who purchase only à la carte features are not included in Subscribers.

**Average Subscribers** - is the number of Subscribers at the end of each day in the relevant measurement period divided by the number of calendar days in that period.

**Average Revenue per Subscriber ("ARPU")** - is Direct Revenue from Subscribers in the relevant measurement period (whether in the form of subscription or à la carte) divided by the Average Subscribers in such period and further divided by the number of calendar days in such period.  Direct Revenue from users who are not Subscribers and have purchased only à la carte features is not included in ARPU.

*OTHER INFORMATION*

**Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995**

This press release and our conference call, which will be held at 8:30 a.m. Eastern Time on November 7, 2018, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing dating products, our ability to attract users to our dating products through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our dating products through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions and certain risks relating to our relationship with IAC/InterActiveCorp, among other risks. Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this press release. Match Group does not undertake to update these forward-looking statements.

<u>**About Match Group**</u>

Match Group (NASDAQ: MTCH) is a leading provider of dating products. We operate a portfolio of brands, including Tinder, Match, PlentyOfFish, OkCupid, OurTime, Meetic, and Pairs, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio of trusted brands, we provide tailored products to meet the varying preferences of our users. We currently offer our dating products in 42 languages across more than 190 countries.

<u>**Contact Us**</u>

Lance Barton
Match Group Investor Relations
(212) 314-7400

Justine Sacco
Match Group Corporate Communications
(212) 445-5088

**Match Group**
8750 North Central Expressway, Dallas, TX 75231, (214) 576-9352 https://mtch.com

# Exhibit 9

**S&P Global**
Market Intelligence

# Match Group, Inc. NasdaqGS:MTCH FQ3 2018 Earnings Call Transcripts

## Wednesday, November 07, 2018 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | | -FY 2019- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS |
| **EPS Normalized** | 0.36 | 0.39 | ▲8.33 | 0.38 | 1.41 | - | 1.75 |
| **Revenue (mm)** | 438.03 | 443.94 | ▲1.35 | 450.20 | 1720.23 | 1720.00 | 2008.29 |

Currency: USD
Consensus as of  Nov-07-2018 12:55 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

| - EPS NORMALIZED - | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2017** | 0.32 | 0.18 | ▼(43.75 %) |
| **FQ1 2018** | 0.24 | 0.26 | ▲8.33 % |
| **FQ2 2018** | 0.34 | 0.41 | ▲20.59 % |
| **FQ3 2018** | 0.36 | 0.39 | ▲8.33 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ........................................................................... | **3** |
| **Presentation** | ........................................................................... | **4** |
| **Question and Answer** | ........................................................................... | **12** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

2

App. 464

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 18 of 324    PageID 992

# Call Participants

**EXECUTIVES**

**Amanda W. Ginsberg**
*CEO & Director*

**Barton Lance**
*Senior Vice President of
Investor Relations & Corporate
Development*

**Gary Swidler**
*Chief Financial Officer*

**ANALYSTS**

**Brent John Thill**
*Jefferies LLC, Research Division*

**Daniel Salmon**
*BMO Capital Markets Equity
Research*

**Douglas Till Anmuth**
*JP Morgan Chase & Co, Research
Division*

**Eric James Sheridan**
*UBS Investment Bank, Research
Division*

**John Ryan Blackledge**
*Cowen and Company, LLC,
Research Division*

**Kunal Madhukar**
*Deutsche Bank AG, Research
Division*

**Ross Adam Sandler**
*Barclays Bank PLC, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S Document 39-1 Filed 06/12/20 Page 19 of 324 PageID 993

# Presentation

**Operator**

Good morning, and welcome to the Match Group Third Quarter 2018 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Lance Barton, Senior Vice President of Investor Relations. Please go ahead.

**Barton Lance**
*Senior Vice President of Investor Relations & Corporate Development*

Thank you, operator, and good morning, everyone. I'm joined on the call by our CEO, Mandy Ginsberg; and CFO, Gary Swidler. They will review the third quarter investor presentation that is available on our IR website, and then we'll open it up for questions.

Before we start, I'd like to remind everyone that during this call, we may discuss our outlook and future performance.

These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate or similar statements. These statements are subject to risk and uncertainty, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

Now I'll turn the call over to Mandy.

**Amanda W. Ginsberg**
*CEO & Director*

Thank you, Lance, and good morning, everyone. At the outset, I think it's worth pointing out that this was our fourth consecutive quarter of year-over-year top line growth exceeding 25%, and we are on pace for full year revenue growth of about 30%.

As we have discussed previously, the comps do get tougher for us starting in Q4, since last year's Q4 was the first full quarter of Tinder Gold, but we have a lot of exciting work happening at Tinder and across the portfolio that I will talk about today, which I expect will enable us to continue driving our growth in 2019 and beyond.

And Gary is going to talk you through the details on our financial performance and outlook. And so with that, let's start with Tinder on Slide 4.

Tinder remains the centerpiece of our growth story. Direct revenue at Tinder was up nearly 100% in the third quarter compared to last year, as subscribers grew 61% and ARPU rose 24%.

Even though we launched Tinder Gold over a year ago, it continues to have a meaningful impact on the business. More than 60% of the 4.1 million subscribers on Tinder are now Gold subscribers, up from 50% plus in the second quarter.

One strategy to increase Gold subscriber penetration is to add more features to the Gold subscription package, making it even more compelling to our users.

In early Q3, we started testing Picks, which is an incremental feature that we introduced as part of the Gold package to enhance that subscription. Picks provides Gold subscribers with a personalized, daily list of interesting users. We rolled Picks out to all Tinder users in September. This has helped drive more users to sign up for Gold subscription level, leading to an increase in ARPU, since Gold comes at a premium price.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This implementation of Picks resulted in increased ARPU, but less of a conversion benefit. As with any new revenue feature, we will continue to refine our implementation and balance the trade-off between ARPU and the number of additional subscribers.

As we have said before, ultimately, the goal at Tinder is to maximize revenue, not drive a particular KPI, and we continue to accomplish that very effectively.

Last quarter, I talked about how our under-the-hood product initiatives have led to improved outperformance, user outcomes and monetization. We are particularly focused on improving success rates for customers, including optimizations like what potential matches they are shown by our recommendation engine and the post-match messaging experience.

Let's take one example on matching. In New York City, people date in a much tighter radius than, for example, Austin, Texas. In cities and places like Brazil and India, specific neighborhoods have to be taken into consideration. Small improvements to the recommendation engine taking into account the unique characteristics of specific locations of potential matches can increase match rates meaningfully.

And match rates are a critical driver of engagement. In fact, getting a match on day 1 of the user experience is the single, most important driver of user retention.

We also think there's real opportunity to drive revenue optimization. We are still early on at Tinder when it comes to testing price elasticity, specifically at a country-by-country level. We believe that we can also drive revenue by fine-tuning our merchandising in areas such as how and when to show a user Gold, Plus or a la carte paywall. Given this opportunity, there is a real focus on all of these optimizations on the product road map.

Turning to Slide 5, we highlight 2 product innovations at Tinder. They are both showing promising improvements and engagements.

The first is Tinder U, which we launched in late August, and is now available at over 1,200 colleges and universities throughout the U.S. Tinder U is a student-only experience inside the Tinder app that gives students user access to the full suite of product features, while facilitating interactions directly with other college students on their campuses or on campuses nearby. We created Tinder U to both attract new college students to the Tinder experience and reengage students who have been part of the Tinder community in the past.

Ultimately, we see it as a way to deliver more value to the college user by providing more relevant recommendations, which helps to increase engagement. We've seen strong early traction with Tinder U, both in terms of driving higher swipe-right rates and higher retention.

On the right side of the slide, I want to address the progress we have made on our user feed. We first launched the feed to all Tinder users in March. It was aimed at enhancing the post-match experience to facilitate users starting more conversations with their matches.

The feed gives users a better glimpse into their match's lives. It showcases people's passions and adventures, leading to better conversations and deeper connections.

After the initial successful launch, we have been adding more content and context to the feed. This continues to drive increased engagement and better outcomes for our users.

Conversations triggered by the feed are noticeably longer, higher quality and result in about 35% more off-line connections.

This is by no means an exhaustive list of all the product innovation underway at Tinder; our work on location-based features continues as well. In addition, we began localizing the product, as evidenced by our recent launch of My Move in India, which enables female users to decide whether they want to be the first one to initiate the conversation.

Slide 6 demonstrates how marketing is being deployed to reinforce our brand and product messaging and momentum.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S    Document 39-1    Filed 06/12/20    Page 21 of 324    PageID 995

Our marketing efforts on college campuses began in March, with 64 schools competing for a chance to host a Cardi B concert. That momentum from the spring semester has continued, as we have leveraged social media influencers, on-campus brand ambassadors and digital channels to support the launch of Tinder U product when students come back to school in the fall.

As a result, college-age users are now the fastest-growing demographic in the Tinder ecosystem in the U.S. This is incredibly important as we want Tinder to stay fresh, exciting and relevant for this young and trend-setting audience.

Tinder has also launched its first-ever brand marketing campaign. Tinder was such a phenomenon when it launched and spread so quickly, that the market defined the brand versus the business defining the brand.

Tinder particularly resonated with 18- to 25-year olds because it provides a fun and easy way to meet people. Tinder sometimes gets a bad rap for being casual, but keep in mind that people in their late teens and early 20s are not looking to settle down; they're trying to date, explore and discover yourself while meeting lots of people and being social.

It's all about the single journey, and Tinder reflects the way this group meets and socializes.

The new marketing campaign is centered around celebrating the single lifestyle of this generation. The campaign can be seen on billboards across a number of major cities throughout the U.S. as well as on digital channels.

We have also started publishing content relevant to the single lifestyle, such as stories and tips related to dating, style, travel and food, with the aim of further reinforcing how Tinder can enable users to make the most of this fun and adventurous time in their life.

Turning to the next slide. Tinder isn't the only brand we are investing in, as we see opportunity for long-term growth in many of our other brands. Last quarter, I spent time talking about how we were making investments and growing the business via internal incubation and M&A, and that work continues. If you look on Slide 7, you can see many of the products and marketing-related investments we are making across the portfolio in our existing brands.

High awareness brands like Match and Meetic are undergoing a product refresh designed to increase value for the premium and high-intent users. These changes provide better outcome and value for our subscribers by improving algorithms, reducing UX-cluttered ads and including add-ons that we historically charged for separately in the subscription package. In addition, we are investing in customer service to provide a higher-touch experience for these premium users.

We also continue to rightsize our marketing spend at these 2 brands to reflect the current reality of declining TV viewership and efficiency of TV advertising in general.

Given that we've been reducing our TV spend, we expect short-term pressure on subscribers at Match and Meetic. However, there are early signs that indicate our enhancements to the customer experience are leading to improved organic registrations due to stronger word-of-mouth marketing.

We are optimistic that these organic trends will eventually offset pressure from the reduced TV spend. At a number of our smaller brands, we are seeing positive growth trends. At OkCupid, registration growth has been strong in markets exposed to our provocative ad campaign. And as a result, we expanded this campaign into a number of key cities throughout the U.S. last quarter.

On the product side, OkCupid has always had a strong and thought-provoking personality, as it asks polarizing, lifestyle and political questions of its users. For example, OkCupid recently asked questions related to the Supreme Court appointment process, legalization of marijuana and exercising the right to vote during yesterday's midterms.

We have elevated these questions in the product experience in a moderate and dynamic way, and it is resonating well with our user base. OkCupid has traditionally been a U.S.-focused brand, primarily because so much of the brand image has been tied to these provocative, political and lifestyle questions that may not always be relevant globally.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S Document 39-1 Filed 06/12/20 Page 22 of 324 PageID 996

Despite this, OkCupid has seen moderate organic growth in a handful of non-U.S. markets, including India. We've recently made some adjustments to the product to tailor the app, particularly the questions, to the Indian audience. We are in the early testing phase to see whether OkCupid can gain traction in this market, which has enormous potential.

The early momentum we previously highlighted at Chispa, our Latina-focused app, continued in Q3 and we started testing monetization on the platform through a la carte purchases.

We are particularly encouraged by the efficiency we're seeing on our marketing spend aimed at attracting young Latina and Hispanic women. In our category, such efficiencies typically translate to a big boost in the ecosystem and bode well for long-term growth.

In Japan, our Pairs business is one of the top apps in the market and continues to grow strongly, as we expand our marketing efforts.

We believe there is real potential for future growth in Japan, as the category stigma continues to erode over time.

In Europe, we are building share in the 50-plus segment for the OurTime brand in key markets. This has been a long underserved demographic in the region, and the team there has done a great job in aggressively pursuing that opportunity.

Last but not least, turn to Slide 8, here's an overview of the momentum we are seeing at Hinge, which will be a big area of investment for us for the rest of this year and into 2019.

The product itself has been able to capture the lightweight approach inherent in mobile-first apps like Tinder while managing to provide the depth that higher-intent users are accustomed to on brands such as Match and OkCupid.

There is a strong product market fit for Hinge in the previously underserved audience of 20-somethings looking for serious relationships. The Hinge profile and UX is clean and simple and encourages users to be more thoughtful in their initial conversations.

Hinge's product has really resonated in the market and the proof of that product efficacy is in the numbers. Hinge downloads have increased by 5x since we made our initial investment in the company. Hinge has a strong presence in New York City and is gaining traction in major cities throughout the U.S. and in global cultural centers such as London.

We see a real opportunity to invest meaningful dollars in both the product and marketing at Hinge to drive long-term growth.

Before I hand things over to Gary, I want to emphasize that we have a diverse portfolio of leading products in growing global categories, where singles are increasingly using multiple products.

We have the resources and the expertise to invest smartly to further differentiate ourselves from those competing against us in the heavily fragmented and competitive landscape.

We are executing on our plans as we head into 2019, and we look forward to extending our exciting run at Tinder, continuing our long history of product innovation and driving growth by enhancing our brands around the world, all while delivering for our shareholders.

And with that, I'll turn the floor over to Gary.

**Gary Swidler**
*Chief Financial Officer*

Thanks, Mandy. We had a phenomenal Q3, and I'm going to review the details of our performance and then provide our outlook for Q4 as well as some preliminary thoughts on 2019. So let's jump right in.

On Slide 10, you can see that average subscribers reached nearly 8.1 million in Q3, up 23% year-over-year. North America grew average subscribers 18%, and international, 29% year-over-year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 23 of 324    PageID 997

Tinder's rapid growth has a bigger impact on our international business because it's a bigger piece of the pie internationally.

Tinder drove our growth again this quarter, with aggregate stability at our other brands.

Tinder added 1.6 million average subscribers year-over-year, a 61% growth rate, and 344,000 sequentially. Tinder sequential subscriber growth was stronger than we'd expected, as Gold continued to power the business, Picks enhanced Gold's appeal and product optimizations began to bear fruit.

Tinder Gold, helped by Picks, drove Tinder ARPU up 24% year-over-year, and overall company higher by 6% year-over-year, up $0.03 to $0.57.

ARPU expanded both domestically and internationally. International ARPU was unfavorably impacted by strength in the U.S. dollar compared to certain international currencies.

On a constant currency basis, international ARPU would have been up 11% to $0.57. On a constant currency basis, company ARPU would have been up $0.04 or 8%.

Flipping to Slide 11, you can see that the subscriber and ARPU growth led to total revenue of $444 million for the quarter, year-over-year growth of 29%.

Excluding FX impact of $8 million, total revenue would have been $452 million, 32% year-over-year growth. We demonstrated strength in direct revenue in Q3, with growth of 31%. North America grew direct revenue 25%. International, where Tinder comprises a larger portion, was up 38%.

One softer spot was indirect revenue, which declined 7% year-over-year. We had a decline in impressions of the non-Tinder brands, coupled with some impact from GDPR, on our ad sales in Europe.

In terms of overall EBITDA, we saw year-over-year growth of 38% in Q3 to $165 million, due to the revenue growth and operating leverage. EBITDA margins expanded 2 points year-over-year, continuing a solid trend to 37%.

Overall expenses as a percent of revenues were 68% in Q3, down from 73% in the prior year quarter. Of particular note is sales and marketing expense for the quarter declining to 24% of revenue from 28% in Q3 '17, reflecting the ongoing shift to brands like Tinder and OkCupid, with relatively lower marketing spend as a percentage of revenues.

We did spend up in total dollars on marketing in the quarter, driven by increases at Tinder as well as at Pairs, OkCupid and Hinge.

Product development costs increased by $7 million in the quarter, largely due to increased headcount at Tinder, as we continue to invest in that business and investments in our other brands as well.

Increased litigation expense and some cost related to the acquisition of Hinge, were 2 unforeseen items that we incurred in Q3. These aggregated to $4 million.

Total stock-based comp expense, which is included in each category of expense, was $16 million. Q3 '18 SBC expense was down 19% from the prior year quarter, which included an usually large settlement SBC charge. SBC expense for Q3 '18 was in line with our expectations.

Operating income grew 54% in Q3 to $140 million, driven by the higher revenues and reduced operating expenses as a percent of revenue, partly offset by higher in-app fees. The operating income growth rate exceeded our EBITDA growth rate due to lower stock-based comp expense. Operating income margins rose 5 points to 32% compared to 27% in Q3 2017.

On Slide 12, you can see that we are announcing a special dividend of $2 per share of Match Group common stock and Class B common stock. The dividend will be paid on December 19 to shareholders of record as of December 5.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 24 of 324   PageID 998

We constantly analyze various ways to return capital to our shareholders. The dividend is something that we've been contemplating for some time, and we felt that now was the right time to provide capital return to shareholders via this method.

To fund the $2 per share special dividend, we intend to use cash on hand, which was $403 million as of 9/30/18 and has grown since, as well as the meaningful debt capacity we have. This could include a draw on our revolver and/or new issuance of unsecured or secured debt.

You can see from the top-right chart on Slide 12 that our leverage has declined noticeably over the last 3 years since our IPO, from over 4x to 2x. Our target gross leverage is 2.5 to 3x. We started the year in this range, but we're now well below it, so we have plenty of room to finance a portion of the dividend, M&A and potential future return of capital.

We would go above the range for compelling M&A, assuming a reasonable deleveraging period. The businesses generate $404 million of free cash flow year-to-date, up 94% year-over-year. At that rate, the dividend is just over 12 months of free cash flow generation. Our #1 priority when we think about capital allocation is to invest in our businesses for growth, as we're doing across the company. Even so, we have significant excess cash to deploy.

Our second priority is accretive M&A. M&A is a core part of our DNA, and we've always been a disciplined acquirer. We intend to continue to pursue M&A vigorously across the globe, but because to this point, we haven't deployed a large amount of cash for M&A, we are returning some of our cash to shareholders as a dividend. We believe the special dividend is evidence that we're responsible stewards of capital, who deliver on our promises.

At the time of the IPO, we said we would delever, and we've done exactly that. We're confident that we have sufficient flexibility to do what we need to do, to invest in our business and to make acquisitions to further strengthen our portfolio when compelling opportunities present themselves.

In the future, we expect to continue to apply the same analytical framework and rigor to our capital allocation decisions.

On the bottom-right of Slide 12, you can see that year-to-date in 2018, we have spent $86 million to buy back just over 2 million shares under our 6 million share authorization, as we continue to offset dilution from employee equity award exercises and take advantage of the occasional dislocation in our stock price.

The average price of repurchases year-to-date is $42.85. If you then add the $560 million that we expect for the special dividend to the $86 million spent on buybacks, we'll have returned $646 million of capital to shareholders in 2018.

On Slide 13, we discuss our outlook. For Q4, we expect revenue of $440 million to $450 million or 17% year-over-year growth at the midpoint. We expect Tinder to continue to be the revenue growth driver, with aggregate stability at our other brands, as has been the case all year.

I want to point out that anticipated FX impacts have reduced our expected revenue for Q4 since our last earnings call by about $6 million. We expect indirect revenue to continue to feel the effects of GDPR and lower impression volume, as well as some changes to the economics of our FAN arrangement. The lower impressions are primarily driven by product changes we are making at the non-Tinder brands.

We expect $165 million to $170 million of EBITDA in Q4, and margin of 37.5% at the midpoint of our ranges. There are a few notable items that are contributing to the lower EBITDA growth rate and margin than we typically see in Q4. In this year's Q4, we expect year-over-year marketing spend to be up by about 20%, driven primarily by Tinder.

As Mandy discussed, we have 2 major marketing campaigns underway at Tinder, one for Tinder U and the other, the broader brand campaign. We're also increasing marketing spend at a few of our other brands, including Hinge to continue to drive awareness in major U.S. markets, and Pairs in Japan.

Our Q4 outlook also reflects an additional $3 million of expense related to litigation, including our intellectual property claim against Bumble and a Tinder lawsuit. We strongly believe our IP is worth

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

protecting. We believe the Tinder lawsuit is without merit, and we have moved to dismiss it, but defending it does have a P&L impact.

We expect that Q4 Tinder average subscribers will increase somewhat less sequentially than they typically have, which has been in the 200,000 to 250,000 range. The reasons for this are a combination of 2 items. First is the anniversary of a large surge of Tinder Gold subscribers from Q4 last year. All the subscribers from that surge, who took 12-month or 2 successive 6-month packages, will be expiring subscribers in Q4 '18, so terminations will be much higher than typical.

Second, the way we have merchandised Picks has thus far been to drive ARPU through higher Gold takeup, not increase the number of new subscribers. As a result, there will not be sufficient subscriber additions to offset the large increase in terminations.

Tinder will continue to drive its ARPU higher, albeit at a less dramatic pace than has been the case recently, as the subscriber mix continues to trend gradually towards our higher-priced Gold subscription tier.

For the full year 2018, we expect to come very close to the $1.72 billion top end of our revenue range. This reflects the strong performance we've experienced year-to-date and our outlook for Q4.

It's notable that our revenue range began the year as $1.5 billion to $1.6 billion, so we are very pleased with how the year has played out.

In terms of EBITDA, we expect to come within $5 million of the top end of our previous outlook for the full year. There are 2 items I want to point out which are impacting EBITDA compared to our prior outlook. The first is the increase in the litigation costs, which can be very difficult to estimate since the timing and intensity of litigation is unpredictable by its nature. The second is the Q3 cost related to the acquisition of Hinge. The total of these 2 items is $7 million for full year 2018.

Even with these items, we are pleased with the meaningful margin expansion we are on pace to deliver in 2018. Recall that our initial 2018 EBITDA outlook was $550 million to $600 million. We expect SBC for the full year 2018 to be between $65 million and $70 million, slightly below our initial outlook of $70 million.

As we look ahead to 2019, we are optimistic that we can continue to deliver strong financial performance. Similar to what we said at this time last year, we believe we'll be able to deliver top line growth in the mid-teens. We expect Tinder's growth to remain the story in 2019. The step change created by Tinder Gold will be difficult to replicate, but we plan to optimize and innovate on the product and enhance our marketing efforts, especially internationally, to drive continued strong growth at this iconic global brand.

We expect that work we are doing on both product features and on optimizations will lead to sequential increases in Tinder average subscribers to return to Tinder's typical levels in 2019 compared to the lower level that we expect in Q4 2018.

We expect the non-Tinder brands to remain fairly stable in aggregate in 2019.

As Mandy detailed, we are making product and marketing investments in a number of these brands to drive longer-term growth. In particular, we expect to be investing heavily in Hinge, which we believe is a differentiated product experience that will be a long-term growth driver for us.

We expect Hinge to reduce our EBITDA by $25 million in 2019, as we ramp marketing spend to build share in key markets.

In the current environment, we do expect regulatory compliance and litigation costs to continue to rise. As I already mentioned, these costs are difficult to predict, and we currently expect they could total an additional $10 million to $15 million in 2019.

Long term, we are confident that 40-plus percent margins remain attainable for the company. In fact, we are making more progress towards this goal in 2018 than we had anticipated.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 26 of 324   PageID 1000

We're still in the midst of our planning process for 2019, and we'll provide much more specificity regarding our outlook for '19 on our next earnings call.

In closing, we've had a stellar first 3 quarters of 2018. We're investing in our businesses to drive growth for the long term. We believe that as we continue to scale, we can become increasingly profitable. In fact, few tech companies offer the growth, margin and free cash flow profile that we do.

We also continue to demonstrate that we are responsible stewards of capital, evidenced by today's announcement of a significant return of capital to shareholders via a special dividend.

We continue to look to expand our TAM and market share globally, either through M&A or by developing new products, and we have the resources and track record to do so.
With that, we'll now answer any questions you may have. Operator, please open the line to questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 27 of 324     PageID 1001

# Question and Answer

**Operator**

[Operator Instructions] The first question comes from Brent Thill with Jefferies.

**Brent John Thill**
*Jefferies LLC, Research Division*

Mandy, as you think about the non-Tinder brands going forward, what kind of growth do you expect for that portfolio as we head into 2019? And I had a quick follow-up for Gary on the softness in the fourth quarter guide, if you could just parse out how much of that impact is external rather than any fundamental slowdown in the business?

**Amanda W. Ginsberg**
*CEO & Director*

Great, Brent, so the first part of the question, we're seeing nice strength at Pairs in Japan, which we've talked about, and at OkCupid and POF.

And in terms of the future upside and where we see opportunity, I talked about Hinge, which we're excited about and plan on real investment, both on the marketing and product side. And then smaller brands like Chispa, where we see real opportunity to address a different demo. And then OurTime has been this underserved audience, particularly in Europe, where we think there's opportunity as well.

When we think about growth, it's really sort of under 3 buckets. The first one is new products, and Hinge is an example of that and some of the other incubators that we've talked about in the past. New demos, which is like the Chispa example and then a new geos, which Pairs is an example, but we're also -- we think that the international market is very promising. We've learned a lot about that market -- those markets in the last couple of years, particularly with Pairs strength and Tinder strength and understanding dating dynamics in those markets, and we think that, that's still a relatively underpenetrated part of the world, particularly in Southeast Asia and South America, and think there's real upside in these markets as social norms are changing.

And the last thing I'd point out is that the Match and Meetic is part of our portfolio, despite the fact that we are being kind of prudent in reducing TV spend where we're not seeing efficiency, we think we can get those businesses back to growth after 2019.

**Gary Swidler**
*Chief Financial Officer*

And then Brent, if you talk about kind of what we're looking at in Q4, we don't consider it to be a negative at all. In fact, we look at it, at the top end of our range, which as you point out in a lot of your reports, we've been doing better than the top end of our ranges. But if look at the top end of the ranges, I mean, we're trying to achieve that 19% year-over-year growth. So while it's not as strong as the growth we've achieved the last 3, 4 quarters. As Mandy pointed out, we've got tough comps from Tinder Gold over that period of time, so now that we're sort of back to a more normal period, 19% growth at the top end still looks pretty good to us and we're -- we'd be excited to deliver that. So we feel good about how we're positioned. If you take the top end of the range of $450 million, and you add that from a revenue perspective to what we've done so far, you end up just slightly above the top end of our range for the full year at $1.723 billion. So we feel good about delivering beyond the top end and remembering, of course, that we've raised the guidance range for the year twice as the year has gone on. And that's all despite a good amount of FX in the back half of the year. Since we guided last time, we have about $6 million of additional FX impact on that Q4 number. So despite that FX impact, we still feel we're positioned to deliver strong guidance in Q4 and for the year as a whole. So when we look at how the business is performing, we're very pleased. It's not organic slowdown or any other organic effects that you'd be concerned about. The business is performing very strongly. There is some FX, which, obviously, we can't do anything about.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 28 of 324    PageID 1002

Other companies are facing the same issue. And I think if you look at kind of year-over-year, probably it's going to be about $8 million of FX effect in Q4 on a year-over-year basis. So that's the external impact.

**Operator**

The next question comes from Douglas Anmuth with JPMorgan.

**Douglas Till Anmuth**
*JP Morgan Chase & Co, Research Division*

I have 2. First, just can you talk about the adoption that you're seeing in Tinder Picks relative to the early trends you saw with Gold last year? And just how should we think about the potential impacts on both net adds and ARPU in 4Q as we go into '19? And then just second, on the special dividend, hoping you can just elaborate a little bit more on why now is the right time, talk about your thought process there and just in terms of doing a special dividend versus, obviously, continuing with the share repurchase program that you have been doing?

**Gary Swidler**
*Chief Financial Officer*

Okay, Doug, it was a little hard to hear you, so I'm going to repeat the questions. The first -- the second one was actually about the dividend, and why now and how we think about it. I want -- I'm going to take that one first, and the other one was on Picks, and kind of what we're seeing on Picks. On the dividend, which I tried to go through in my script in as much detail as I could, about our thought process related to that. Obviously, something we've been thinking about for a long time. We've thought about it carefully. For a while now, a number of quarters, we've been getting questions from investors, from analysts, about capital allocation. What are you going to do? Your leverage levels are down, how you're thinking about that? It's a constant topic that we hear about all the time. And I think we've been pretty clear. We've been looking at M&A opportunities around the globe, and we've considered some fairly seriously. But we haven't found one that we thought made economic sense. And seller expectations are very elevated. The market has been at high levels, and we decided not to stretch for those M&A opportunities. And so we built a lot of cash. The business is extremely cash generative, and we ended the quarter about $400 million. Fourth quarter is an even stronger cash flow quarter for us. We're probably sitting on around $460 million of cash right now. So the questions are going to be loud again, about what are we going to do with the cash? And as we look at it, having not accomplished a major M&A deal, we spent a modest amount on Hinge, but other than that, we haven't really done anything on the M&A side to this point. Rather than sit on it, sit on the cash, as a lot of tech companies do, we said we should give that cash back to the shareholders. We'll build up more cash into 2019. I'm very confident we have the flexibility we need to do M&A, to invest in the business and do everything we need to do. So the question is, sitting on $400-plus million of cash, what do you do with it? When you look at our ability to do buybacks, it's constrained at those kinds of levels. We can't put $400 million, $500 million into buybacks given the size of our float. So that's not a realistic outlook. We're still doing kind of ordinary course buybacks and we'll continue to do that, but from a perspective of returning a lot of capital to shareholders, we thought the dividend clearly was the most logical way to go. Most of it will come out of cash on hand, but we have the opportunity to go into the debt markets. And if they stay favorable here post elections, raise money to help fund the dividend at very favorable rates on a historical basis. And I think we'll look back and say we were happy to have raised that debt capital at the rates that currently prevail in the market. So we'll probably go out and raise $300 million-or-so of debt, take our leverage levels back up to the place that we think they should be, in that 2.5, 3x gross leverage and kind of go from there. And I don't think it changes one thing regarding the growth outlook of the company or its flexibility to invest in the business or do M&A. So that's how we think about the dividend. In terms of Picks, I think that people have to distinguish a little bit between what we expected from Picks versus how we thought about Gold. Gold was this step function event. It's a feature embedded first in Gold, Likes You, that's very effective for users. Users like that feature a lot and we saw a massive uptick of Gold and massive increases in conversion as a result of Likes You. We had much more modest expectations for Picks. We think it's a feature that people -- it still resonates with people, but it was not going to have the same effect as Gold. We've known that. That's what been -- what's baked into our guidance and our expectations for the year and into 2019. And it has been brought out not as much

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 8:19-cv-02356-S    Document 39-1    Filed 06/12/20    Page 29 of 324    PageID 1003

as a conversion driver, but as something that enhances the value of the ARPU -- of the Gold subscription package to users. And as a result of that, drives ARPU higher. And you see how much ARPU continues to rise at Tinder. And at the company, as more than 60% of people are now taking the Gold package, we're seeing massive improvement in ARPU. I think it's up probably 40% or so since we rolled out the Gold package 4, 5 quarters ago. So significant increase in value of the subscribers we're seeing at Tinder. And so as a result of that, you don't see as big a lift in the number of subscribers, but you see revenue impact and ARPU impact from Picks having been rolled out. And this is a feature that we'll continue to refine. I think the second feature is always a little bit harder than the first feature to refine, because you've got a lot of different effects going on in the business. Tinder has become a bit more complicated from that standpoint to manage all the pieces of monetization. But we're working hard at that, and it's only been out for a number of weeks. And I think as we go forward, we'll find some ways to continue to optimize Picks, to optimize the overall Tinder monetization efforts and to continue to maximize revenue. It's something that we're very good at. So we feel very good about kind of where Picks stands. We've got this effect of a significant number of terminations coming from people who were in the surge of Gold last year in the fourth quarter. That surge will see some of the 12-monthers and some of the people who took a couple of 6-month packages terminate, and so I think you'll see that effect working through subscriber additions at Tinder in Q4 of this year. And then I think -- I said we're on pace to add somewhere between 200,000 and 250,000 adds a quarter at Tinder, so 800,000 to 1 million subs next year, which we think is going to be a phenomenal number.

**Operator**

The next question comes from Ross Sandler with Barclays.

**Ross Adam Sandler**
*Barclays Bank PLC, Research Division*

One quick follow-up on the answer you just provided. So can you just walk us through the package mix at Tinder? How many of the subs are on these 6-month kind of rolling programs or 12-month versus the monthly? And is the dynamic, just to be clear, that we'll drop below 200,000 for 4Q, and then rebound to 200,000 to 250,000 as we get into 1Q? Just want to clarify that. And then second question is, it looks like Facebook has introduced a dating product into a second market recently. And this is the first call we've had since the initial market launch. So just any update on what your thoughts are on that product? On the competitive environment, do we still perceive this to be largely benign? And then on the guidance, you mentioned some changes at FAN impacting 4Q. So could you just elaborate on what those changes were? I know you guys recently signed a partnership with Google, so just what's the ad opportunity going forward with all these changes happening on the ad side?

**Amanda W. Ginsberg**
*CEO & Director*

Okay, Ross, let me take Facebook first, and then Gary can follow up with the others. So Facebook, as you mentioned, launched in Colombia. Colombia is a pretty small market for us. That said, Tinder is still the #1 dating app there in terms of both downloads and revenue. And we've been looking pretty closely, obviously, at all the metrics pre the Facebook launch in Colombia and post, everything from downloads, activity, engagement, new users, and we have not seen any impact on the business. Like I said, it's small, but we still don't see any impacts. We're keeping a close eye on the products, both from the vantage point of consumers down in Colombia as well as keeping an eye on what Facebook is introducing in the product. And really, nothing changes our view that I mentioned a couple of quarters ago. So it's not surprising that we don't see an impact in Colombia, just because we said we don't think Tinder users are going to leave Tinder to go to Facebook. We also think that our business with -- we have 1,500 people around the globe, and our single focus is really on this category, which we think gives us an advantage, enables us to compete, not just with small players in this pretty fragmented market, but also with large-scale players. So we feel confident.

**Gary Swidler**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 8:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 30 of 324   PageID 1004

I think on the FAN question, Ross, let me just take that one, together with Facebook. I think a couple of things. One, we've gotten some attention for what we've done with Google on the ad side. We did it in Europe, to use their tool on a piece of our direct programmatic sales. So it's a small piece of ad tech we're using with Google. It's not a fundamental change, it doesn't really impact our FAN relationship. So I think people maybe are reading a little bit more into that than they should. With FAN specifically, we had a very favorable economic arrangement with FAN for a while. They had the ability to alter that arrangement if they so chose, and now they have chosen to make some alterations to that and reduce some of the economic attractiveness to us of that arrangement. And so we have different options to try to offset that, and we're trying to figure out what, if anything, we want to do to try to offset that. There's, obviously, other players in the market we can go with. There's other things that we can do. So we'll see what's going to happen. You're seeing some of that impact in Q4, and obviously, our plan is to try to find ways to offset that impact as we turn the corner into 2019. On the Tinder subscribers, a couple of things. One, I would say it varies by channel, by platform, whether it's iOS, Android, what the precise breakdown is of 1-monthers versus 6-monthers versus 12-monthers. But 1-monthers do tend to be very heavy, just given the demographic. I would guess it's kind of an 80% kind of 1-monthers, 20%, 12- and 6-monthers, if you want to kind of look for an average, it's something like that. But the thing that you need to understand is that given how many subscribers were added in Q4 of last year, with that kind of 20%-ish, 6- and 12-month package takeup, all of that comes up for renewal now. And the renewal rates on this are going to continue to be strong. They've been beating our expectations all year, but you do see a big torrent of terminations from people who took those initial 6 and the initial 12 or the 2 6-package and it's enough to offset what otherwise be a pretty good sub additions number in the fourth quarter. So that's just kind of the ebb and the flow of additions and terminations and what we're dealing with. It's kind of a onetime effect from the surge of a year ago. Nothing more to read into it than that. We'll deal with it as one of the KPIs we look at in Q4, and then we go right back to strong additions in, starting in Q1 and beyond, as we get past this hail of terminations in Q4. And so you heard the guidance right, we're going to have this onetime decline a little bit below our averages in Q4, and then back into the range of averages and more typical numbers starting in Q1 and going through next year.

### Operator

The next question comes from Dan Salmon with BMO Capital Markets.

### Daniel Salmon
*BMO Capital Markets Equity Research*

Maybe one for Mandy, one for Gary. Mandy, just to build on what we just sort of came off of about a couple of specific comments about Facebook's product in Colombia and your relationship with them on an advertising basis, and obviously, you advertise on their properties for your products. So it's a dynamic relationship. Just high level, how are you thinking about that these days, as the changes in the marketplace continue to evolve? And then Gary, you reiterated the view that you can still get to 40% plus margins eventually. When we look at Tinder and see the branding campaign there, is that something that you anticipated along the way? Is that view to 40% margins changing certain things, looking a little better, a little bit worse? Would love to just hear you expand on that a little bit more.

### Amanda W. Ginsberg
*CEO & Director*

Okay, I'll take the Facebook question. We've had a long relationship and history with Facebook in a couple of different areas. The first one is we advertise on their platforms, with businesses, particularly like Match and Meetic. But if you look at across all of our companies across the Match Group portfolio, it's still a pretty small percentage of our registrations, like around mid-single digits, so there's not a lot of dependency there, and we're continuing to advertise. And until it doesn't make sense, we will continue to do so. It's a good platform to reach potential new users. On the product side, in the past, there has definitely been more connectivity between Facebook, in particular, businesses like Tinder, where the only way, over a year ago, to sign up on Tinder was through Facebook. And we have looked hard at the dependencies, especially as Facebook announced they're moving into dating, to make sure that we do not have those dependencies. And across all of our platforms, we now offer all users the ability to sign

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 31 of 324   PageID 1005

up through SMS or through an e-mail. And I talked about a couple of quarters ago, that people coming into Tinder, more than 75% of them are opting to sign up through SMS. And so we don't see a lot of concern in those dependencies. And then the last one, which we've talked about before, is the Facebook Audience Network, and that's the relationship we've had in the past, and for now, it's working, and there's lots of other opportunities and partners that we can work with. And so we don't really see much of a dependency. And so for right now, is I think a little bit wait and see, and we'll continue to manage and run the relationship until it makes sense -- until it doesn't make sense for us in those areas.

**Gary Swidler**
*Chief Financial Officer*

Dan, on the margin question, I've got a lot of confidence that we're going to get this business to 40% or better margins over time. I think there's tremendous operating leverage, particularly at Tinder, where the margins are going to be very, very strong over time. They're strong already. So I feel good about it. Our job is to make these trade-offs between sort of longer-term investments that might be hurtful to margins, but long-term beneficial versus not. If you look at Hinge, for example, that's a place where we're going to invest significant dollars in 2019, and it's going to hurt margins, but we think there's massive long-term opportunity there, and we want to invest into that. So that's kind of our job, is to make those allocation decisions, and we're going to keep doing that. If you look at '18, we had significant -- we're going -- we're on pace to have very significant margin expansion, probably 2 points, which is more than we had expected this year. So we're overdelivering in 2018. I think in 2019, it's going to be more modest than that. But again, we've got to balance out the opportunity with Hinge, the opportunity the Pairs, new brands that we're working on that we think there's real opportunity with that we'll invest in. We've got a number of different things that we're trying to do on the investment side. So that's what we've been entrusted to do. We obviously take that seriously. But long term, feel extremely confident that we can get this business to 40%. It's just going to be a question of kind of what the pace is. And again, I think it was faster in '18, and we'll see what '19 brings and we'll certainly guide more specifically on that when we get to our next call.

The only other thing I want to add, Dan, is on Tinder specifically, which you asked about, the marketing campaign, the brand campaign, was expected. All of Tinder's marketing spend in '18, we had anticipated. We knew Q3 and Q4 were going to be heavy marketing spend quarters, so there's no surprise there. It's different than the pattern that we normally do from a marketing perspective maybe, but we had fully expected that.

I would say that at Tinder, as we turn into '19, I would be surprised if marketing expense grew faster than revenue. I think more likely than not, it's going to grow slower. We've got a lot of international opportunities at Tinder and we'll see if we can drive that with marketing. If we can, we would spend into that. But I would expect that, that trend will be such that marketing spend at Tinder will start to come down as a percentage of Tinder's revenues.

**Operator**

The next question comes from John Blackledge with Cowen.

**John Ryan Blackledge**
*Cowen and Company, LLC, Research Division*

Just on Hinge, how many subs did you have in ending the third quarter? And how should we think about the potential for kind of Hinge sub adds with the marketing investment next year? And just longer-term thinking about Hinge, if you can kind of frame it up a little bit more? And then just on Tinder, any thoughts on potential relief from App Store fees or take rates?

**Amanda W. Ginsberg**
*CEO & Director*

I'll take it, John. So Hinge is pretty early in its monetization. And so it has a small number of subscribers. In terms of where it fits in the portfolio for us, we think it addresses a great gap in the market. If you think about when Tinder came into the market 6 years ago, it brought a whole new audience of young

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S Document 39-1 Filed 06/12/20 Page 32 of 324 PageID 1006

users, particular college-age users. And as they start to age and they are now in their sort of mid-20s and getting a little bit older, having a product that's oriented to serious, but in sort of mid- to late-20s, I think is really compelling for us. And then, I'd say we're excited about the growth of Hinge and we've seen great download growth, which you've all seen and also phenomenal user growth. And the plan right now is that we are going to be investing in marketing, because for Hinge, despite the fact that like New York, for example, there's very, very high awareness, there are so many places around the country where there's low awareness. And we know when people hear about it and try it, they love the product and it gets that flywheel going in terms of word-of-mouth marketing. So it's a combination of really making sure that, that young audience is aware and making sure it's exposed to places where there's just not as much awareness of Hinge. In terms of monetization and subscription growth, the plan is that as we start investing in marketing in Q4, and really drive that growth into next year, we're also going to start testing and getting a little bit more aggressive with monetization, probably into next year.

**Gary Swidler**
*Chief Financial Officer*

And then the question on the App Store. John, obviously, there's a lot of noise out there from other companies about kind of the 30% take rate by Apple and Google, and trying different things on that front. We have a very mutually beneficial relationship with Apple and Google, and we've been living with the 30% for a while. Obviously, we'd love that number to be less. We have lots of conversations with them and we're watching all these developments carefully, and we'll see what happens. But right now, all of our go-forward assumptions are that the 30%, or roughly 30%, because you get a little bit of benefit for some longer-term subscribers, but that roughly 30% continues. It's obviously a huge number for us. I mean, with Tinder, on pace to do $800 million-plus of revenue this year, and at 30%, it's $240 million. And then you've got all of our other businesses as well. So a cut in that 30% rate would be a massive benefit to our bottom line. We are incredibly mindful of that. But right now, all of our assumptions are that, that continues to be the case, and the fee remains at 30%.

**Operator**

The next question comes from Eric Sheridan with UBS.

**Eric James Sheridan**
*UBS Investment Bank, Research Division*

Maybe coming back to Tinder. You obviously are using product development to tease out engagement and also tease out adoption of monetization at higher levels going forward. Can just help us understand a little bit of what you've learned in the back part of the year on balancing engagement versus monetization? And how that feeds into thought process around '19, around things like product development versus maybe exploring pricing power in the business model over time?

**Amanda W. Ginsberg**
*CEO & Director*

Do you want to take that?

**Gary Swidler**
*Chief Financial Officer*

Sure. I think as we talk about with Tinder all the time, we view it as a product-driven business. And there's a lot of different things that we try to accomplish with the product, but driving user growth and driving engagement are at the top of the list. And most of the work that we do around Tinder is focused on driving users and driving engagement, and we've been very successful at that. And so it doesn't get quite as much focus from analysts and investors as the monetization features do, but it's the bulk of where we spend our energy. So you've got things like Loops, you've got things like the feed, which we talked about today. All of those things are designed to continue to improve engagement, to make matching more successful, to get people better outcomes and get them to engage in the product. Mandy talked about today how important it is at Tinder to get matches on day 1. Matches on day 1 lead people to have greater satisfaction and to stay and to be retained. And so those are all things that we spend a lot

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S Document 39-1 Filed 06/12/20 Page 33 of 324    PageID 1007

of effort and time on. And the revenue features are a small piece of what we do, but obviously, critically important since that's how we make money. And if you look at this year, most of the work was done on user and engagement features, with Picks being the primary one on the revenue side. I would expect that there might be some balancing out of that as we get into '19 because we're going to have kind of some smaller revenue features. And so we'll have sort of a more regular cadence of smaller revenue features over the course of the year, as well as a number of features designed to drive users and drive engagement as well. So you're going to continue to see rapid product momentum at Tinder. It's a story about velocity next year, I think, in terms of both user-focused features as well as monetization features. We do still have pricing power at Tinder. We're still very early in dynamic pricing and testing price elasticity. We need to do that more on a country-by-country basis as well since Tinder is in pretty much every country in the world. We need to get more sophisticated at that. So we see a lot of opportunity to do that as we turn the corner into '19, and we will make progress in that. But we're very early, and we're studying that all very carefully. But I would expect you'll see continued upward movement in Tinder's ARPU as you go into '19, not nearly where it was over the last 3, 4, 5 quarters, but you'll still see some nice growth in Tinder ARPU.

**Operator**

The next question comes from Kunal Madhukar with Deutsche Bank.

**Kunal Madhukar**
*Deutsche Bank AG, Research Division*

Two, if I may. One related to the special cash dividend and the other one on Tinder U. On the special cash dividend, why -- I want to better understand the rationale for the $2 per share. Why not do $1 now and another $1 maybe 6 months down the road, where you don't need to borrow to make the dividend? And on Tinder U, you talked about the 1,200-plus campuses in the U.S. How many campuses have you rolled out abroad? And can you -- you talked about the strong engagement and the swipe rate and what have you, how have -- has that engagement kind of translated into potentially more subscribers and maybe higher ARPU?

**Amanda W. Ginsberg**
*CEO & Director*

Okay, I'll take the Tinder U one. So we launched Tinder U -- we really started focusing on universities and marketing at universities late last spring. And then in August, we launched Tinder U. We think that 18 to 22 audience is really important. Because if you look at the market, there's really no product that captures that 18 to 25 young lifestyle, adventurous time in people's lives. All the products that are introduced into the market over the last couple of years really tend to focus on much more serious relationships, so we think it's a great area to continue to put a -- manage and maintain. We have launched Tinder U across, about in 1,200 campuses in the U.S., which really lead to single dating social life. And we're evaluating universities outside of the U.S., including Western Europe, where university campus life is a little bit more similar. And then there's also other parts of the world where we have ramped up marketing efforts, not Tinder U, but marketing efforts to college-age students. And that will continue, as we think there's an important opportunity to target people sort of right out of high school and into their early college years. And then the last point, in terms of engagements, we have seen swipe-rights increase and it's sort of obvious, because you're showing people more swipe-right [ rates ] -- you're showing more relevant users to people. And so as engagement increases and people are on the apps for longer, we will see an increase in subscribers from that audience. And as I said, Kunal, we are excited because that really is, in terms of our efforts, that really is the fastest-growing cohort across the ecosystem and we're going to continue to focus there.

**Gary Swidler**
*Chief Financial Officer*

And I think, Kunal, just quickly on the dividends, because we're running out of time. I think as you can imagine, we looked at every permutation of the dividend, every dollar amount, what it did to our leverage levels, took into account our free cash flow, our future free cash flow generation. And we basically analyzed all that and concluded that $2 now made sense. It doesn't preclude us from doing something

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S 20 Document 39-1 CA Filed 06/12/20 201 Page 34 of 324 PageID 1008

else down the road. It doesn't require us to do something else down the road. So this is kind of what the analysis led to at this particular point in time, and we feel good about it.

And we will continue to analyze this periodically, and we'll make decisions based on where we stand at that point around the dividends, but the analysis made it feel like we were below sub-optimal leverage levels, and we could declare this dividend, return back to more optimal leverage levels and kind of go from there. And so that's kind of how we came to that conclusion.

Thanks, everybody, for joining. We appreciate it, and we'll talk to you next quarter.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

MATCH GROUP, INC. FQ2 2018 EARNINGS CALL | NOV 27, 2018

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 35 of 324   PageID 1009

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit 10



## Match Group Reports Fourth Quarter and Full Year 2018 Results

Dallas, TX—February 6, 2019—Match Group (NASDAQ: MTCH) reported fourth quarter and full year 2018 financial results today and separately released an investor presentation, which is available on the Investor Relations section of its website at https://ir.mtch.com.

### Q4 2018 HIGHLIGHTS

- Total Revenue grew 21% over the prior year quarter to $457 million, driven by 17% Average Subscriber growth and 4% ARPU growth.

- Average Subscribers increased to 8.2 million, up from 7.0 million in the prior year quarter.

- Tinder Average Subscribers were 4.3 million in Q4 2018, increasing 233,000 sequentially and 1.2 million year-over-year.

- Operating income was $151 million, an increase of 18% over the prior year quarter, and Adjusted EBITDA increased 15% over the prior year quarter to $176 million.

- For the year ended December 31, 2018, Operating Cash Flow increased 88% to $603 million, and Free Cash Flow increased 96% to $573 million.

### <u>Key Financial and Operating Metrics</u>

| *(In thousands, except EPS and ARPU)* | | **Q4 2018** | | **Q4 2017** | **Change** |
|---|---|---|---|---|---|
| Revenue | $ | 457,344 | $ | 378,907 | 21% |
| Operating Income | $ | 151,001 | $ | 127,663 | 18% |
| Operating Income Margin | | 33% | | 34% | (0.7) pt |
| Net earnings (loss) attributable to shareholders | $ | 115,544 | $ | (9,023) | NM |
| Diluted EPS from continuing operations | $ | 0.39 | $ | (0.03) | NM |
| Adjusted EBITDA | $ | 175,590 | $ | 153,236 | 15% |
| Adjusted EBITDA Margin | | 38% | | 40% | (2.0) pt |
| Average Subscribers | | 8,234 | | 7,044 | 17% |
| ARPU | $ | 0.58 | $ | 0.55 | 4% |
| YTD Operating Cash Flow | $ | 603,455 | $ | 321,108 | 88% |
| YTD Free Cash Flow | $ | 572,501 | $ | 292,275 | 96% |

_____

NM = not meaningful

*See reconciliations of GAAP to non-GAAP measures starting on page 6.*

**Liquidity and Capital Resources**

We net settled substantially all stock options that were exercised and restricted stock units that vested during the quarter ended December 31, 2018, utilizing $26 million of cash to pay employee withholding taxes, and we issued 0.6 million fewer dilutive shares as a result, at an effective price of $41.40. We also repurchased 1.0 million shares during the quarter ended December 31, 2018 at an average price of $45.40, further mitigating the dilutive impact from stock-based compensation activity. A total of 2.9 million shares remain available under the previously announced repurchase program. As of December 31, 2018, Match Group had 278.4 million common and class B common shares outstanding.

On December 19, 2018, we paid a special cash dividend of $2.00 per share on Match Group common stock and Class B common stock, to stockholders of record as of the close of business on December 5, 2018, in the aggregate amount equal to $556 million, which was funded with cash on hand and borrowings under our revolving credit facility.

As of December 31, 2018, the Company had $187 million in cash and cash equivalents and $1.5 billion of long-term debt. The Company has a $500 million revolving credit facility, of which $260 million was utilized as of December 31, 2018. Currently, the balance on the revolving credit facility is $185 million.

Match Group's trailing twelve-month leverage as of December 31, 2018 is 2.3x on a gross basis and 2.1x on a net basis.

As of December 31, 2018, IAC's economic ownership interest and voting interest in Match Group were 81.1% and 97.6%, respectively.

**Income Taxes**

In the fourth quarter of 2018, Match Group recorded an income tax provision of $21 million compared to $110 million in the fourth quarter of 2017. The provision in the fourth quarter of 2017 included $92 million of discrete charges related to U.S. tax reform.

**Conference Call**

Match Group will audiocast a conference call to answer questions regarding its fourth quarter and full year financial results on Thursday, February 7, 2019 at 8:30 a.m. Eastern Time. This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business. The live audiocast will be open to the public, and the investor presentation reviewing the results has been posted, on Match Group's investor relations website at http://ir.mtch.com.

**GAAP FINANCIAL STATEMENTS**

**MATCH GROUP CONSOLIDATED STATEMENT OF OPERATIONS**

|  | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
| --- | --- | --- | --- | --- |
|  | 2018 | 2017 | 2018 | 2017 |
|  | (In thousands, except per share data) | | | |
| Revenue | $ 457,344 | $ 378,907 | $ 1,729,850 | $ 1,330,661 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | 111,210 | 85,942 | 410,000 | 279,499 |
| Selling and marketing expense | 103,148 | 85,904 | 419,954 | 375,610 |
| General and administrative expense | 50,173 | 42,083 | 180,286 | 179,804 |
| Product development expense | 33,499 | 28,061 | 132,030 | 101,150 |
| Depreciation | 7,909 | 8,994 | 32,968 | 32,613 |
| Amortization of intangibles | 404 | 260 | 1,318 | 1,468 |
| Total operating costs and expenses | 306,343 | 251,244 | 1,176,556 | 970,144 |
| Operating income | 151,001 | 127,663 | 553,294 | 360,517 |
| Interest expense | (18,959) | (19,995) | (73,417) | (77,565) |
| Other income (expense), net | 3,088 | (5,374) | 7,765 | (30,827) |
| Earnings from continuing operations, before tax | 135,130 | 102,294 | 487,642 | 252,125 |
| Income tax (provision) benefit | (21,147) | (110,187) | (14,673) | 103,852 |
| **Net earnings (loss) from continuing operations** | 113,983 | (7,893) | 472,969 | 355,977 |
| Loss from discontinued operations, net of tax | — | (1,003) | (378) | (5,650) |
| **Net earnings (loss)** | 113,983 | (8,896) | 472,591 | 350,327 |
| Net loss (earnings) attributable to noncontrolling interests | 1,561 | (127) | 5,348 | (179) |
| **Net earnings (loss) attributable to Match Group, Inc. shareholders** | $ 115,544 | $ (9,023) | $ 477,939 | $ 350,148 |
| | | | | |
| **Net earnings per share from continuing operations:** | | | | |
| Basic | $ 0.42 | $ (0.03) | $ 1.73 | $ 1.35 |
| Diluted | $ 0.39 | $ (0.03) | $ 1.61 | $ 1.20 |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ 0.42 | $ (0.03) | $ 1.73 | $ 1.33 |
| Diluted | $ 0.39 | $ (0.03) | $ 1.61 | $ 1.18 |
| | | | | |
| **Dividend declared per share** | $ 2.00 | $ — | $ 2.00 | $ — |
| | | | | |
| Basic shares outstanding | 278,107 | 273,323 | 277,005 | 264,014 |
| Diluted shares outstanding | 295,139 | 273,323 | 296,775 | 296,076 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ 519 | $ 455 | $ 2,287 | $ 1,701 |
| Selling and marketing expense | 1,073 | 1,292 | 3,599 | 4,545 |
| General and administrative expense | 8,529 | 7,100 | 32,346 | 42,840 |
| Product development expense | 6,100 | 6,616 | 27,799 | 20,004 |
| Total stock-based compensation expense | $ 16,221 | $ 15,463 | $ 66,031 | $ 69,090 |

**MATCH GROUP CONSOLIDATED BALANCE SHEET**

| | December 31, 2018 | December 31, 2017 |
|---|---|---|
| | (In thousands) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 186,947 | $ 272,624 |
| Accounts receivable, net | 99,052 | 116,751 |
| Other current assets | 57,766 | 55,369 |
| Total current assets | 343,765 | 444,744 |
| Property and equipment, net | 58,351 | 61,620 |
| Goodwill | 1,244,758 | 1,247,644 |
| Intangible assets, net | 237,640 | 230,345 |
| Deferred income taxes | 134,347 | 123,199 |
| Long-term investments | 9,076 | 11,137 |
| Other non-current assets | 25,124 | 11,457 |
| **TOTAL ASSETS** | $ 2,053,061 | $ 2,130,146 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Accounts payable | $ 9,528 | $ 10,112 |
| Deferred revenue | 209,935 | 198,095 |
| Accrued expenses and other current liabilities | 135,971 | 110,566 |
| Total current liabilities | 355,434 | 318,773 |
| Long-term debt, net | 1,515,911 | 1,252,696 |
| Income taxes payable | 13,918 | 8,410 |
| Deferred income taxes | 20,174 | 28,478 |
| Other long-term liabilities | 21,760 | 14,484 |
| | | |
| Redeemable noncontrolling interest | — | 6,056 |
| | | |
| Commitment and contingencies | | |
| | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock | 72 | 64 |
| Class B convertible common stock | 210 | 210 |
| Additional paid-in capital | (57,575) | 81,082 |
| Retained earnings | 453,778 | 532,211 |
| Accumulated other comprehensive loss | (137,166) | (112,318) |
| Treasury stock | (133,455) | — |
| Total Match Group, Inc. shareholders' equity | 125,864 | 501,249 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 2,053,061 | $ 2,130,146 |

## MATCH GROUP CONSOLIDATED STATEMENT OF CASH FLOWS

|  | Twelve Months Ended December 31, | |
|---|---|---|
|  | 2018 | 2017 |
|  | (In thousands) | |
| **Cash flows from operating activities attributable to continuing operations:** | | |
| **Net earnings from continuing operations** | $ 472,969 | $ 355,977 |
| Adjustments to reconcile net earnings from continuing operations to net cash provided by operating activities attributable to continuing operations: | | |
| Stock-based compensation expense | 66,031 | 69,090 |
| Depreciation | 32,968 | 32,613 |
| Amortization of intangibles | 1,318 | 1,468 |
| Deferred income taxes | (19,639) | (118,251) |
| Acquisition-related contingent consideration fair value adjustments | 320 | 5,253 |
| Other adjustments, net | 230 | 22,142 |
| Changes in assets and liabilities, net of effects of acquisitions and dispositions: | | |
| Accounts receivable | 17,272 | (51,587) |
| Other assets | (14,606) | (10,547) |
| Accounts payable and other liabilities | 20,769 | (16,801) |
| Income taxes payable and receivable | 12,765 | (1,002) |
| Deferred revenue | 13,058 | 32,753 |
| **Net cash provided by operating activities attributable to continuing operations** | 603,455 | 321,108 |
| **Cash flows from investing activities attributable to continuing operations:** | | |
| Net cash acquired (used) in business combinations | 1,136 | (280) |
| Capital expenditures | (30,954) | (28,833) |
| Proceeds from the sale of a business, net | — | 96,144 |
| Proceeds from the sale of long-term investment | — | 60,163 |
| Purchases of investments | (3,800) | (9,076) |
| Other, net | (4,143) | 70 |
| **Net cash (used in) provided by investing activities attributable to continuing operations** | (37,761) | 118,188 |
| **Cash flows from financing activities attributable to continuing operations:** | | |
| Borrowings under the Credit Facility | 260,000 | — |
| Term Loan borrowings | — | 75,000 |
| Proceeds from bond offering | — | 450,000 |
| Principal payments on senior notes | — | (445,172) |
| Debt issuance costs | (1,281) | (12,285) |
| Proceeds from issuance of common stock pursuant to stock-based awards | 12 | 59,442 |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (207,720) | (254,210) |
| Dividends | (556,372) | — |
| Purchase of treasury stock | (133,455) | — |
| Purchase of noncontrolling interests | (9,980) | (436) |
| Purchase of stock-based awards | — | (272,459) |
| Acquisition-related contingent consideration payments | (185) | (23,429) |
| Other, net | (574) | (165) |
| **Net cash used in financing activities attributable to continuing operations** | (649,555) | (423,714) |
| **Total cash (used in) provided by continuing operations** | (83,861) | 15,582 |
| Net cash used in operating activities attributable to discontinued operations | — | (6,061) |
| Net cash used in investing activities attributable to discontinued operations | — | (471) |
| Total cash used in discontinued operations | — | (6,532) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | (1,760) | 9,940 |
| **Net (decrease) increase in cash, cash equivalents, and restricted cash** | (85,621) | 18,990 |
| Cash, cash equivalents, and restricted cash at beginning of period | 272,761 | 253,771 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 187,140 | $ 272,761 |

## RECONCILIATIONS OF GAAP TO NON-GAAP MEASURES

### MATCH GROUP RECONCILIATION OF NET EARNINGS TO ADJUSTED EBITDA

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (Dollars in thousands) | | | |
| **Net earnings (loss) attributable to Match Group, Inc. shareholders** | $ 115,544 | $ (9,023) | $ 477,939 | $ 350,148 |
| Add back: | | | | |
| Net (loss) earnings attributable to noncontrolling interests | (1,561) | 127 | (5,348) | 179 |
| Loss from discontinued operations, net of tax | — | 1,003 | 378 | 5,650 |
| Income tax provision (benefit) | 21,147 | 110,187 | 14,673 | (103,852) |
| Other (income) expense, net | (3,088) | 5,374 | (7,765) | 30,827 |
| Interest expense | 18,959 | 19,995 | 73,417 | 77,565 |
| **Operating Income** | 151,001 | 127,663 | 553,294 | 360,517 |
| Stock-based compensation expense | 16,221 | 15,463 | 66,031 | 69,090 |
| Depreciation | 7,909 | 8,994 | 32,968 | 32,613 |
| Amortization of intangibles | 404 | 260 | 1,318 | 1,468 |
| Acquisition-related contingent consideration fair value adjustments | 55 | 856 | 320 | 5,253 |
| **Adjusted EBITDA** | $ 175,590 | $ 153,236 | $ 653,931 | $ 468,941 |
| | | | | |
| Revenue | $ 457,344 | $ 378,907 | $ 1,729,850 | $ 1,330,661 |
| Operating income margin | 33% | 34% | 32% | 27% |
| Adjusted EBITDA margin | 38% | 40% | 38% | 35% |

### MATCH GROUP RECONCILIATION OF OPERATING CASH FLOW FROM CONTINUING OPERATIONS TO FREE CASH FLOW

| | Twelve Months Ended December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| | (In thousands) | |
| Net cash provided by operating activities attributable to continuing operations | $ 603,455 | $ 321,108 |
| Capital expenditures | (30,954) | (28,833) |
| Free Cash Flow | $ 572,501 | $ 292,275 |

**MATCH GROUP RECONCILATION OF GAAP REVENUE TO NON-GAAP REVENUE, EXCLUDING FOREIGN EXCHANGE EFFECTS**

| *(Dollars in thousands, except ARPU)* | Three Months Ended December 31, | | | |
|---|---|---|---|---|
| | **2018** | **Change** | **% Change** | **2017** |
| Revenue, as reported | $ 457,344 | $ 78,437 | 21% | $ 378,907 |
| Foreign exchange effects | 10,750 | | | |
| Revenue Excluding Foreign Exchange Effects | $ 468,094 | $ 89,187 | 24% | $ 378,907 |
| | | | | |
| *(Change calculated using non-rounded numbers)* | | | | |
| International ARPU, as reported | $ 0.56 | | 4% | $ 0.54 |
| Foreign exchange effects | 0.03 | | | |
| International ARPU, excluding foreign exchange effects | $ 0.59 | | 9% | $ 0.54 |

| *(Dollars in thousands, except ARPU)* | Twelve Months Ended December 31, | | | |
|---|---|---|---|---|
| | **2018** | **Change** | **% Change** | **2017** |
| Revenue, as reported | $1,729,850 | $ 399,189 | 30% | $1,330,661 |
| Foreign exchange effects | (6,248) | | | |
| Revenue Excluding Foreign Exchange Effects | $1,723,602 | $ 392,941 | 30% | $1,330,661 |
| | | | | |
| *(Change calculated using non-rounded numbers)* | | | | |
| International ARPU, as reported | $ 0.56 | | 10% | $ 0.51 |
| Foreign exchange effects | (0.00) | | | |
| International ARPU, excluding foreign exchange effects | $ 0.56 | | 9% | $ 0.51 |

App. 490

**DILUTIVE SECURITIES**

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

|  | 2/1/2019 |
| --- | --- |
| Share Price | **$54.73** |
| Absolute Shares | **278.5** |
| **Vested Options and Awards** | |
| Match Group Options | 3.0 |
| IAC Equity Awards | 0.3 |
| **Total Dilution - Vested Options and Awards** | **3.3** |
| **Unvested Options and Awards** | |
| Match Group Options | 7.4 |
| Match Group RSUs | 1.8 |
| **Total Dilution - Unvested Options and Awards** | **9.2** |
| | |
| **Total Dilution** | **12.6** |
| % Dilution | 4.3% |
| **Total Diluted Shares Outstanding** | **291.0** |

The dilutive securities calculation in the above table is different from GAAP dilution, which is calculated based on the treasury method.

Options — The table above assumes the option exercise price and the estimated income tax benefit from the tax deduction received upon the exercise of options (both vested and unvested awards) is used to repurchase Match Group shares.

Match Group is currently net settling all exercised options net of both the exercise price and employee withholding taxes.  If the table above assumed options were also net settled for employee withholding taxes at a 50% withholding rate, the dilution shown above would be reduced by 2.0 million and 4.8 million shares for vested and unvested options, respectively, and the withholding taxes paid by the Company on behalf of the employees would be $110.7 million and $263.9 million for vested and unvested options, respectively.

RSUs — The table above assumes RSUs are settled net of withholding taxes, as is our practice, and the dilutive effect is presented as the net number of shares that would be issued upon vesting assuming a withholding tax rate of 50%.  Withholding taxes paid by the Company on behalf of the employees upon vesting would have been $181.6 million, assuming the stock price in the table above and a 50% withholding rate.  The table above also assumes the estimated income tax benefit from the tax deduction received upon the vesting of Match Group RSUs is used to repurchase Match Group shares.

IAC Equity Awards — IAC Equity awards represent options and market-based restricted stock units denominated in the shares of IAC that have been issued to employees of Match Group.  Upon the exercise or vesting of IAC Equity awards, IAC will settle the awards with shares of IAC, and Match Group will issue additional shares of Match Group to IAC as reimbursement.  The table above assumes the estimated income tax benefit from the tax deduction received upon the exercise or vesting of IAC denominated equity awards is used to repurchase Match Group shares.

*PRINCIPLES OF FINANCIAL REPORTING*

Match Group reports Adjusted EBITDA, Adjusted EBITDA Margin, Free Cash Flow, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted EBITDA, Adjusted EBITDA Margin, and Free Cash Flow, measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing how our business performed without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to, and we are obligated to provide, the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures with equal or greater prominence and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments, which we describe below, between the GAAP and non-GAAP measures. Interim results are not necessarily indicative of the results that may be expected for a full year.

*Definitions of Non-GAAP Measures*

Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization (Adjusted EBITDA) is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements. We believe Adjusted EBITDA is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted EBITDA measure because they are non-cash in nature. Adjusted EBITDA has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

Adjusted EBITDA Margin is defined as Adjusted EBITDA divided by revenues. We believe Adjusted EBITDA margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted EBITDA margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

Free Cash Flow is defined as net cash provided by operating activities from continuing operations, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metric is Adjusted EBITDA.

Revenue Excluding Foreign Exchange Effects is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other foreign currencies, and unfavorably impacted as the U.S dollar strengthens relative to other foreign currencies. We believe the presentation of revenue excluding foreign exchange in addition

to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

**Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures**

Stock-based compensation expense consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method. Performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent stock-based awards are settled on a net basis, the Company remits the required tax-withholding amounts from its current funds.

Depreciation is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

Amortization of intangible assets and impairments of goodwill and intangible assets are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives. Value is also assigned to acquired indefinite-lived intangible assets, which comprise trade names and trademarks, and goodwill that are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

Gains and losses recognized on changes in the fair value of contingent consideration arrangements are accounting adjustments to report contingent consideration liabilities at fair value. These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.

### *DEFINITION OF OPERATING METRIC TERMS USED*

**Direct Revenue** - is revenue that is received directly from end users of our products and includes both subscription and à la carte revenue.

**Indirect Revenue** - is revenue that is not received directly from end users of our products, substantially all of which is advertising revenue.

**Subscribers** - are users who purchase a subscription to one of our products. Users who purchase only à la carte features are not included in Subscribers.

**Average Subscribers** - is the number of Subscribers at the end of each day in the relevant measurement period divided by the number of calendar days in that period.

**Average Revenue per Subscriber ("ARPU")** - is Direct Revenue from Subscribers in the relevant measurement period (whether in the form of subscription or à la carte) divided by the Average Subscribers in such period and further divided by the number of calendar days in such period. Direct Revenue from users who are not Subscribers and have purchased only à la carte features is not included in ARPU.

*OTHER INFORMATION*

**Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995**

This press release and our conference call, which will be held at 8:30 a.m. Eastern Time on February 7, 2019, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing dating products, our ability to attract users to our dating products through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our dating products through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions and certain risks relating to our relationship with IAC/InterActiveCorp, among other risks. Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this press release. Match Group does not undertake to update these forward-looking statements.

**About Match Group**

Match Group (NASDAQ: MTCH) is a leading provider of dating products available in over 40 languages to our users all over the world through applications and websites we own and operate. We operate a portfolio of brands, including Tinder, Match, PlentyOfFish, Meetic, OkCupid, OurTime, Pairs, and Hinge, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio of trusted brands, we provide tailored products to meet the varying preferences of our users.

**Contact Us**

Lance Barton
Match Group Investor Relations
(212) 314-7400

Justine Sacco
Match Group Corporate Communications
(212) 445-5088

**Match Group**
8750 North Central Expressway, Dallas, TX 75231, (214) 576-9352 https://mtch.com

# Exhibit 11

**S&P Global**
Market Intelligence

# Match Group, Inc. NasdaqGS:MTCH
# FQ4 2018 Earnings Call Transcripts

## Thursday, February 07, 2019 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.38 | - | - | 0.32 | 1.44 | - | - | 1.65 |
| **Revenue (mm)** | 448.37 | 457.34 | ▲2.00 | 469.43 | 1720.89 | 1729.85 | ▲0.52 | 1993.87 |

Currency: USD
Consensus as of  Feb-07-2019 12:05 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2018** | 0.24 | 0.26 | ▲1 8.33 % |
| **FQ2 2018** | 0.34 | 0.41 | ▲2 20.59 % |
| **FQ3 2018** | 0.36 | 0.39 | ▲3 8.33 % |
| **FQ4 2018** | 0.38 | - | - |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ....................................................................... | **3** |
| **Presentation** | ....................................................................... | **4** |
| **Question and Answer** | ....................................................................... | **11** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 51 of 324   PageID 1025

# Call Participants

**EXECUTIVES**

**Amanda W. Ginsberg**
*CEO & Director*

**Barton Lance**
*Senior Vice President of
Investor Relations & Corporate
Development*

**Gary Swidler**
*Chief Financial Officer*

**ANALYSTS**

**Anthony Joseph DiClemente**
*Evercore ISI Institutional Equities,
Research Division*

**Benjamin Ari Schachter**
*Macquarie Research*

**Brandon A Ross**
*BTIG, LLC, Research Division*

**Brent John Thill**
*Jefferies LLC, Research Division*

**Daniel Salmon**
*BMO Capital Markets Equity
Research*

**Eric James Sheridan**
*UBS Investment Bank, Research
Division*

**John Ryan Blackledge**
*Cowen and Company, LLC,
Research Division*

**Ross Adam Sandler**
*Barclays Bank PLC, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 52 of 324     PageID 1026

# Presentation

**Operator**

Good morning, and welcome to the Match Group Fourth Quarter 2018 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Lance Barton, Senior Vice President of Corporate Development and Investor Relations. Please go ahead.

**Barton Lance**
*Senior Vice President of Investor Relations & Corporate Development*

Thank you, operator, and good morning, everyone. Match Group CEO, Mandy Ginsberg; and CFO, Gary Swidler, will review the fourth quarter Investor presentation that is available on the Match Group Investor Relations website, and then we'll open it up for questions.

But before we start, I'd like to remind everyone that during this call, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as: we expect, we believe, we anticipate or similar statements. These statements are subject to risk and uncertainty, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

Over to you, Mandy.

**Amanda W. Ginsberg**
*CEO & Director*

Thanks, Lance, and good morning, everyone. As I pass my 1-year anniversary as a CEO of Match Group, I wanted to quickly take stock of how we're set up for 2019 and beyond. Our key growth driver, Tinder, continues to show its strength with outperformance in Q4 even against a really tough comp from the prior year. Tinder has a robust set of initiatives to drive strong growth for the foreseeable future. It is the go-to dating app for young singles, and we continue to cement our leadership among college students while fueling growth in emerging markets like India.

While Tinder rightly gets most of the spotlight, we have a number of other brands that are poised for impressive growth and serve a different demographic or psychographic than Tinder. Hinge, which has seen accelerated growth under our leadership, is a differentiated product that has clear momentum and should turn into another star.

The recent launch of Ship is resonating strongly with young women, and our African American and Latina-focused apps continue to grow their user bases impressively.

Match and Meetic continue to evolve their product, and we think that those brands will see growth again heading into next year as they resonate with serious-minded daters in their 30s and 40s.

OkCupid has shown early traction in India, and Pairs continues to ramp as a leader in Japan. Along with Tinder, these brands give us some solid weapons in a large and growing Asian market.

What all this tells you is that we have tremendous amount of exciting product work underway at Match Group. We are driving innovation by incubating new products, advancing our existing ones and acquiring businesses with early traction that we can supplement with our deep experience and best practices, all of which provides us with multiple levers to drive long-term growth. We also generate significant profitability and cash flow, giving us the financial flexibility to strategically deploy capital for compelling M&A or greenfield opportunities.

Before I talk about how we are executing on this strategy, I want to provide context for why we see plenty of room for continued growth with our products and the category.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 8:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 53 of 324   PageID 1027

Slide 4 highlights our belief that out of the more than 600 million internet-connected singles in the world, a whopping 400 million people have never even tried a dating product. Most people naturally assume that everyone who is single in the U.S. is on a dating app, but that's far from the truth. The reality is that more than half of all singles, both in U.S. and Europe, have never tried dating products.

Before Tinder launched, only 1/3 of all singles in the U.S. used online dating products, and the number was dramatically lower for Tinder's core demographic. Only 16% of 18- to 24-year olds used the category back in 2012. You can see from the dating product usage charts how many -- how much of an impact the growth of Tinder has brought to the category, but there's still significant amount of room to increase market penetration.

While 50% is a significant number, categories like travel and retail have reached 90% penetration, and I don't see why dating should be that different. For singles using dating products, we've seen a continued increase in the number of the apps they use at the same time. People want to improve their chances of success, so young people are using 4 products at once, and their time spent on dating apps is increasing. Our portfolio strategy and continued emphasis on launching new apps has and will continue to pay dividends.

The opportunity is even larger when looking outside the U.S. and Europe where roughly 75% of the addressable market lives. We know that 2 out of every 3 singles outside North America and Europe have never tried a dating product, driven by a combination of category stigma and a lack of access to high-speed internet. We believe category adoption in most countries today is where the U.S. and Europe were more than 10 years ago and should have a long runway.

Penetration remains quite low in geographies we are investing in, such as Japan, India and South Korea. Taiwan, which is more penetrated but still a growth market, offers proof that there is plenty of room for adoption to increase in Asia.

Facebook has acknowledged the opportunity this category presents by launching their dating products in Columbia, Thailand and Canada. Given Facebook's scale, it could possibly help further erode the category stigma and increase multiple product usage, especially in underpenetrated geographies throughout Asia. But I want to be clear, in terms of their impact on us today, we scoured the metrics across all of our brands that operate in these 3 countries, and we have seen no discernible impact on our KPIs from the launch of Facebook Dating.

To summarize, the category is large and underpenetrated. As a market leader for over 20 years with a portfolio of iconic brands around the world, our energies are focused on expanding category penetration, just as Tinder did for a generation of younger users.

Turning to Slide 5. In its fourth year of monetization, Tinder nearly doubled direct revenue to $805 million. In 2018, Tinder added 1.2 million average subscribers and increased ARPU by 23%. Our strategy to increase the number of Gold subscribers was a key component of ARPU growth, as was the continued ramp in à la carte purchases.

Tinder's top line remains impressive with 57% direct revenue growth, driven by 40% average subscriber growth and ARPU up 12% in the fourth quarter. Tinder exceeded our expectations for subscriber growth, primarily due to a number of ongoing products and merchandising optimizations that drove conversion wins, particularly in the back half of Q4.

The increase in conversion led to a high volume of Tinder first-time subscribers and resubscribers in the quarter, which allowed us to offset most of the impact from the elevated number of expiring 6- and 12-month Gold subscribers that we discussed on last quarter's call. À la carte revenue also reached record levels in the fourth quarter, driven in part by the high volume of subscribers at Tinder.

Slide 6 highlights key marketing and product objectives at Tinder that support our overall strategy. The core of Tinder has always been fun and effective way to meet new people through swipe features and our double-blind opt-in. While improving the core experience of the app is always a focus, our long-term goal is to evolve the Tinder experience to a single lifestyle destination.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 54 of 324   PageID 1028

In other words, if you are young and single, we want Tinder to become an essential part of your social life and the must-have app to meet new people, try new things, go to new places and attend social events. As we build new features and introduce new experiences that support that strategy, 3 principles will and have always guided us. Tinder has to be effective, engaging and fun.

Tinder got its start on college campuses, and last year, the launch of Tinder U meaningfully increased engagement and usage within Tinder's core demographic. In 2019, we are planning to solidify our leadership position among college students by expanding Tinder U to cover even more schools throughout the U.S. while also launching Tinder U in select international markets.

We're also expanding marketing through our on-campus brand ambassadors and social media influencers. Expect to see more events and marketing tied to the school social calendar, such as a Rivalry Week and Spring Break.

Moving to the middle of the slide, we will continue to drive in underpenetrated markets globally. We're in the midst of a wave of rapid social and cultural change that should lead to increased appetite for dating products in these markets, like Japan and India to name a few.

We're adding feet on the ground in various countries and are increasing marketing efforts to further accelerate the rapid organic growth that Tinder has experienced. We already have teams at about half a dozen key countries throughout Asia who activate our marketing programs and develop the cultural insights needed to further entrench Tinder in the lives of young singles in this region.

Although Tinder is already the top grossing lifestyle app in over 100 countries around the world, we do see significant opportunity for us to further invest into growth.

Tinder's global growth happened despite the fact that we never really focused on adapting the product for different geographies or cultures. This is changing as we begin to localize the product and start to tailor areas such as login, profile, our algorithms and payments in various geographies.

We will supplement our product localization with increased marketing to drive brand awareness. Historically, Tinder has used nontraditional channels, such as social media influencers and celebrities, to market the brand. But in certain Asian markets, the reach and cultural credibility of TV are valuable. For the first time ever, we've launched TV campaigns in both India and South Korea to create awareness for the brand. In both of these markets, the campaign show how Tinder could expand single people's social circles and allow them to share real-life experiences based on common interests. January downloads in South Korea increased nearly 3.5x versus last January, and we're seeing an increase in downloads in India by almost 50%.

As I said before, the biggest focus of our product work continues to be enhancing the core experience, increasing relevance, engagement and outcomes for all users.

For example, Swipe Surge is a feature we rolled out that increased matches and conversations. We notify users during peak usage times on Tinder, kind of like signaling to people when a bar or a club is really hopping.

We also continue to refine the post-match experience to increase conversations between matches and to make those conversations more contextual, engaging and fun. In our messaging area of the app, users can now connect based on music they love, and through our Spotify partnership, share music with their matches. We have an extensive road map for the feed and post-match experience, so stay tuned.

As you would expect, we also have a number of revenue initiatives sprinkled throughout the year. We have not assumed a big bang revenue feature in 2019, but you can be assured that Tinder team is working hard on a number of ideas. And then more on those to come as the year progresses.

Tinder has a number of vectors to focus on this year, all with one goal in mind, ensure that Tinder becomes the indispensable app for single life. As we do so, we'll drive engagement and outcomes, which, in turn, drive revenue, setting us up for a great 2019.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S Document 39-1 Filed 06/12/20 Page 55 of 324 PageID 1029

Slide 7 lays out 3 of the exciting new brand opportunities we're making investments in, in 2019. Our biggest area of investment outside of Tinder this year will be Hinge, which we now own 100% of. The Hinge product appeals to relationship-minded millennials by providing a differentiated experience where the interface is simple, yet the profiles are deep and engaging. It is resonating with users, evidenced by the fact that Hinge continues to gain momentum not only in the U.S., where downloads grew 4x on a year-over-year basis in Q4 but also in the U.K. where we saw a 10x increase in downloads over the same time frame. Hinge has quickly become one of the most popular dating apps in New York and London, which are now its top 2 markets.

The bottom chart highlights a handful of dating apps that have attracted funding after the breakout success of Tinder. Most of these have not gained significant traction, but what you can see is that since we made our initial investment in Hinge, it has accelerated growth and meaningfully separated from that pack. Hinge downloads are now 2.5x more than the next largest app and 40% of Bumble's download as it continues to rapidly gain share.

Armed with a differentiated and popular product and our knowledge of the category, we expect Hinge to continue to strengthen its position in this relationship-minded market. Right now, our focus is on driving user growth by raising awareness, driving downloads, increasing product affinity. We believe that Hinge can be a meaningful revenue contributor to Match Group beyond 2019. We have confidence it can carve out a solid position in the dating app landscape among relationship-minded millennials and serve as a complementary role in our portfolio next to Tinder.

At the end of January, just a few weeks ago, we launched a new brand called Ship in collaboration with Betches, a fast-growing digital media brand owned by 3 women that have been best friends since childhood. Betches has developed a very strong following on females in their 20s, evidenced by their more than 6.5 million followers on social media, 10 podcasts and 2 New York Times bestsellers.

Ship is the first product we've launched where friends are actively involved in the dating experience. The brand name is a play on words friendship, relationship as well as a reference to the slang shipping or to ship, which means endorsing a romantic relationship or rooting for a couple to be together.

Ship mirrors the real-world behavior of singles, particularly for women. The app allows users to invite their friends to select matches on their behalf and chat about matches with their close group of friends. We know that dating app users often send screenshots of their matches to their friends and that people in relationships love to choose matches for their single friends, this app combines both of these behaviors, making it the first in-app group chat and dating product that let you pick -- lets your friends pick your matches.

The initial launch of Ship resulted in a huge influx of women, which is a critical success factor in this category. Although it's newly launched, more than 80% of users on Ship are female, which is something I've never seen happen in the category really ever. It's still really early, but it's fun to see the traction that this product is getting already. We think the combination of a massive reach and strong female appeal of the Betches brand, combined with our category-leading knowledge of product and monetization, gives Ship a great chance for success.

Last quarter, I mentioned that OkCupid was in its early testing to see whether their organic traction in India could lead to something more if we localized the product and put some modest marketing dollars to work. Those tests have resulted in a significant increase in registrations and users, so we now have plans to invest further behind that early traction.

The heart of OkCupid's growth in the U.S. was a provocative question posed on the platform, which led to culturally relevant conversations in the press and amongst our users. We're replicating that formula now in India by adding localized questions that resonate with young and increasingly progressive Indian population. As a result, OkCupid has been earning headlines for insights on dating and love in India. There have been over 100 press articles written about the business, with over 800 million press impressions since October.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 56 of 324   PageID 1030

We believe OkCupid can complement Tinder's market-leading position in India where Tinder is already the #2 overall grossing app in the country. The Indian market is clearly large enough to support multiple apps, and a product gap currently exists between Tinder and the legacy matrimonial websites that have existed in India for many years. Our hope is that OkCupid can fill that void, and early results show that we are on the right path.

Before Gary goes through the financials, I want to say how proud I am of what -- of the team and what they've accomplished. Our financial results have been terrific. Our employees have continued to push hard and execute on plans, rolling out exciting new brands and creative new product features and marketing campaigns. And we have continued to make a difference in so many people's lives by introducing them to fantastic people who have become their partners, fiancés, husbands and wives. We have great things ahead, and we look forward to continue the journey with you.

With that, I will turn it over to Gary.

**Gary Swidler**
*Chief Financial Officer*

Thanks, Mandy. We finished 2018 on a high note, capping a very strong year with 30% year-over-year revenue growth and 39% EBITDA growth. We're optimistic we can deliver again for our investors in 2019. I will first review Q4 in detail, then discuss 2019 and specifically the Q1 outlook.

On Slide 10 (sic) [ Slide 9 ], you can see that average subscribers reached over 8.2 million in Q4, up 17% year-over-year. Tinder drove our growth again this quarter, with aggregate stability at our other brands. We saw some pressure at Match and Meetic as we spent down on marketing by about 13%. Our other brands generally performed well.

Tinder's sequential subscriber growth was stronger than we had expected as optimizations and merchandising changes drove higher conversion levels and more new subscribers and resubscribers, offsetting much of the impact from a higher-than-normal number of expiring 6- and 12-month packages in Q4. The benefits of small optimizations, such as PayWall tweaks or recommendation engine changes that we made in the quarter, give us confidence that we have much more headroom on this front in 2019.

On Slide 11 (sic) [ Slide 10 ], the left-hand chart shows the rapid growth in Tinder ARPU over the last 2 years, up nearly 50%. This has been driven by a number of monetization features, most notably Tinder Gold as well as by strong à la carte sales. The ARPU at our other brands has remained stable over the same period. You can further see that the gap between Tinder's ARPU and the other brands' ARPU continues to narrow and that Tinder ARPU now approaches the overall Match Group ARPU.

In Q4, overall company ARPU was higher by 4% year-over-year, up $0.03 to $0.58. ARPU growth was driven by Tinder, which saw 12% higher ARPU year-over-year. International ARPU was unfavorably impacted by strength in the U.S. dollar compared to certain international currencies. On a constant currency basis, international ARPU would have been up 9% to $0.59. On a constant currency basis, company ARPU would have been up $0.04 or 7%.

Flipping to Slide 12 (sic) [ Slide 11 ]. You can see that the 17% subscriber and 4% ARPU growth led to total revenue growth of 21%, with total revenue reaching $457 million for the quarter.

Indirect revenue continue to be impacted by declines in impressions of the non-Tinder brands, coupled with some impact from GDPR and from changes to the deal terms in our relationship with FAN.

In terms of EBITDA, we saw year-over-year growth of 15% in Q4 to $176 million. EBITDA margins declined 2 points year-over-year, partly due to the higher legal expenses that we mentioned before. EBITDA growth was also impacted by higher marketing expense, particularly at Hinge, Pairs and Tinder, which ran multiple marketing campaigns, including Tinder U and a national brand campaign in Q4. The campaigns were timed to coincide with back-to-school as well as to lead into the important Christmas to Valentine's Day period.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S Document 39-1 Filed 06/12/20 Page 57 of 324 PageID 1031

Product development costs increased by $5 million in the quarter, largely due to increased headcount investments at Tinder and Hinge.

Operating income grew 18%, driven by the higher revenues, partly offset by higher in-app fees. The operating income growth rate exceeded our EBITDA growth rate due to slower growth of stock-based comp and lower depreciation expense. Total stock-based comp expense was $16 million in the quarter, up 5% from the prior year. Though, for the full year, SBC expense declined by 4%.

With full year 2018 behind us, I thought it would be good to once more review how the company is delivering for shareholders. On Slide 13 (sic) [ Slide 12 ], you can see that over the past 3 years, we've grown total revenue at a 21% annual rate, with 2018 total revenue exceeding $1.7 billion.

Tinder has really outperformed over that period with a variety of product initiatives driving the outstanding revenue growth you can see on the left side of the page. It's really quite amazing to see a business go from under $50 million of revenue to over $800 million in just 3 years.

When you look at our other businesses, you can see the trends that we've been talking about for a while now. From '16 to '17, revenue declined at the other brands, primarily because we reduced marketing spend at our Affinity business, which impacted subscribers and revenue. By 2018, the overall business ex Tinder was stable compared to the prior year.

In terms of operating income, we have grown at a 32% CAGR over the past 3 years with margins reaching 32% and total operating income of $553 million in 2018. We achieved $654 million of EBITDA in 2018, or just about double our EBITDA from 3 years prior. We've expanded margins by 5 points over the 3 years, with an exceptional 2.5-point increase in 2018. We continue to have confidence in our ability to drive margins over 40% as the business continues to scale.

Both operating income and EBITDA growth have been driven by the strong revenue growth and lower expenses as a percent of revenues as the business continues to shift towards brands with lower marketing spend as a percent of revenues, partly offset by higher IAP fees.

On Slide 14 (sic) [ Slide 13 ], you can see from the left chart that our leverage has declined noticeably over the last 3 years from over 4x to about 2x. Late last year, we paid a special cash dividend of $2 per share of Match Group common stock and Class B common stock. We used cash on hands and some borrowings under our revolver to pay the $556 million to shareholders for the dividend. We initially drew $260 million on the revolver, which was the drawn balance at 12/31/18, but we since paid it down. Currently, our drawing stands at $185 million. It is possible that we'll access the debt markets to pay down the revolver if market conditions are favorable.

We had $187 million of cash on hand at the end of 2018, and as I stated last quarter, our target gross leverage ratio is 2.5 to 3x. We have plenty of flexibility to continue to invest appropriately in our businesses and follow-through on any attractive M&A opportunity that we find. We would go above 3x leverage for compelling M&A, assuming a reasonable deleveraging period.

The company generated a phenomenal $573 million of free cash flow in 2018, up 96% year-over-year. This was helped by the fact that we were not a domestic cash taxpayer. We also had some working capital favorability in late 2018. The business' CapEx levels remained extremely low at $31 million for 2018.

In Q4, we deployed $47 million of cash to repurchase just over 1 million shares. In 2018, in total, we repurchased 3.1 million shares at an average price of $43.72, effectively returning $134 million to shareholders. Combined with the $556 million for the dividend, we effectively returned nearly $700 million to shareholders in 2018. We also used $208 million of cash to pay employee withholding taxes in 2018, issuing 4.9 million fewer shares as a result.

For the full year 2019, we're optimistic that we can continue to deliver strong financial performance. Consistent with my remarks on our last call, we believe we'll be able to deliver top line growth in the mid-teens.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 504

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 58 of 324    PageID 1032

We expect Tinder to continue to drive our growth, while our other brands remain stable in aggregate. The 2019 growth outlook assumes solid monetization progress continues at Tinder, but not a step-change revenue feature like Tinder Gold. We believe the company's year-over-year revenue growth will accelerate slightly as the year progresses as the non-Tinder businesses begin to contribute more to the equation.

At Tinder, we expect that user growth and the work we're doing on both product features and optimizations will lead to adding around 1 million average subscribers in 2019. Given the strength we saw in Q4 at Tinder, we're positioned to have slightly above-average subscriber additions in Q1, with the rest of the year pacing at more typical levels.

We believe we can continue to grow Tinder ARPU in the mid-single digits for the year, depending on the mix of developed and developing market subscribers.

With all that said, we remain focused on driving overall revenue at Tinder, not specifically on subscriber or ARPU growth.

In terms of EBITDA, we expect a range of $740 million to $790 million for the year. Where we end up in the range will depend on revenue and the precise levels of marketing and product investment that we choose to make. I do not expect Tinder's marketing spend to grow as a percent of revenue in 2019.

At the midpoint of our revenue and EBITDA ranges, margins would be up about 60 basis points for the year. We continue to have a tight focus on marketing spend at Match and Meetic, which is pressuring their revenue and subscribers, but we're refining these products to position them for growth in 2020 and beyond.

Our other long-standing brands are performing well, and we're investing in new brands like Hinge, Ship, BLK and Chispa as well as payers to drive incremental growth.

We expect heavier year-over-year marketing investment in the first half of 2019, coincident with our peak season, major investment in Hinge and the launch of Ship, among other things.

We expect margins in Q1 and Q2 will be down from unusually high levels in 2018 but fairly consistent with what we typically have seen in the years prior to 2018. The margin trends for the year also should be consistent with what we have seen historically, with our lowest margin in Q1 accelerate to a peak in Q4.

For Q1 '19, we expect revenue of $455 million to $465 million. This is in spite of nearly $15 million of negative FX impact compared to the year ago quarter. We expect $150 million to $155 million of EBITDA in Q1 and margin of 33% at the midpoint of our ranges.

As I said at the outset, we had a tremendous 2018, capping our third year of very strong financial performance as a public company. We're continuing to execute well against our strategic plans and our global opportunity and believe we're well positioned for sustained, strong, top and bottom line growth and increasing profitability.
With that, I'll ask the operator to open the line for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

MATCH GROUP, INC. FQ4 2018 EARNINGS CALL | FEB 07, 2019

# Question and Answer

**Operator**

[Operator Instructions] The first question comes from Ross Sandler with Barclays.

**Ross Adam Sandler**
*Barclays Bank PLC, Research Division*

So I guess, Gary or Mandy, it seems like something has improved at Tinder in the -- since we spoke 90 days ago, given that -- the beat in 4Q and the 1Q guide above the 250K net adds level. And you mentioned, Mandy, product and merchandising changes that drove an uptick in the second half of the quarter. So I guess any additional color on what you're seeing? And then how does the net adds look from a geographic standpoint? Are they coming in kind of across the board? Or is this more on these new markets in Asia?

**Gary Swidler**
*Chief Financial Officer*

Let me try to take a stab at that. So as you know, we talked a lot about the large number of expiring 6- and 12-month packages that we had in Q4 when we had our last call. And what we basically did was we mobilized very hard. We talked over the time about how much, we think, at Tinder there's room for us to make optimizations and drive subscribers, and we were able to do. We mobilized, especially in the back half of the quarter, and made a number of optimizations that really led to significant conversion improvements, brought in more first-time subscribers and resubscribers. And what that did was, basically, help offset a lot of the expiring 6- and 12-month subscribers. And so instead of coming in under the 200K level, which is what we thought at the time, we were able to get up to 233K sequential net adds in the quarter. So we're very pleased with the progress that we made. And importantly, what it tells us is we're right about our belief that we have a lot of headroom to keep making those kinds of optimizations, whether it's PayWall changes, whether it's more significant changes to the recommendation engine that drives likes and, therefore, increases conversion. All those things on a platform of the scale of Tinder really moved the needle. And we saw that in Q4, and we have optimism that we're going to see benefits from that throughout 2019. And so while we did spend up in marketing at Tinder in the fourth quarter of '18, that did help drive things, but the real significant driver of the uptick was the optimization work that we did. And what you see is because we had more significant subscriber growth than we were expecting, that higher level of subscribers carried into Q1. And so as a result of that, we're expecting a higher number of subscribers than our kind of typical average in Q1 as well, probably something approaching 300,000-or-so subscribers. And it really is strength across the board. It's not confined to one particular geography, which I think was the last part of your question. It really is strength across the board on conversion and subscriber growth.

Okay. Hopefully, that's helpful, Ross. Next question, please.

**Operator**

The next question is from Brandon Ross with BTIG.

**Brandon A Ross**
*BTIG, LLC, Research Division*

I actually had one on Hinge. You mentioned its popularity in New York City and London during the prepared remarks. Can you speak to the market share you've seen in those markets and the monetization rates, maybe as a leading indicator for where that brand's going? And then maybe what's the strategy for achieving growth from here at Hinge? Is it a city-by-city approach or kind of a national approach? And then just on Tinder, could you just tell us how to really think about subs domestically versus internationally? Any more color you could give on that?

**Amanda W. Ginsberg**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 60 of 324   PageID 1034

*CEO & Director*

Sure, okay. Let me start with Hinge. So the first thing I want to say about Hinge is that we've seen Hinge have this incredible product market fit. So what that means is that people just love the product. And if you talk to users who use the products, there's just really strong word-of-mouth marketing because they're just getting great value out of it. And so as a result of that strong product traction, we're seeing organic growth in large cities, cosmopolitan cities, throughout the U.S. New York, certainly, the strength, it's where it started, but in L.A. and Chicago and San Francisco. And then we're also seeing English-speaking international markets where we're seeing either some traction like Toronto and Sydney. We do think that sort of looking ahead at Hinge over time, there is an opportunity to grow in non-English-speaking cities once the app is translated because at this point, it's just in English. Regarding marketing efforts, we're spending on marketing really around brand and elevating the brand Hinge because in New York, a lot of people have heard about it but there's still relatively low awareness in places across the country, and it's really focused on reaching young millennial men and women, mostly in online channels. So that addresses your question of how are you reaching them.

And then the question around monetization, we really haven't focused on monetization on Hinge. In fact, if you use the app, it's not easy to come across rate cards. It's just -- we have not really spent a lot of our energy. We'll begin spending a little bit more time and focus in the back half of the year. I mean, as we have sort of proven time and time again that we take best practices and real institutional knowledge and bring it to sort of the next business we either acquire or build, so we feel confident that we have real opportunity there.

And then the last thing I just wanted to mention when it comes to Hinge, there's question about sort of marketing, but it's really around how do we make sure we're constantly improving the product to continue to get that word-of-mouth traction, which is really important as well. So last year, we launched a couple of features that focused on really improving success rates. We met, as an example, that -- I can't remember if I talked about it on last call, but what it does is it gives people the ability to tell us what they think of their dates. About 2/3 of people who go on dates participate in the surveys. And it's great because we think it's going to give us, over time, a robust signal for how to take, like, off-line feedback and build it into our matching algorithms. And so for Hinge, we're just -- we're really sort of early in the journey, and we feel like this is going to be a great business and a great contributor beyond '19.

Second question, I think you asked around domestic versus international?

**Brandon A Ross**
*BTIG, LLC, Research Division*

Yes, for Tinder.

**Amanda W. Ginsberg**
*CEO & Director*

Yes, so let me first say, so domestically, what we've really focused on is the -- in the last 6 months, primarily is college audience. There's 20 million college students in the U.S. We think they're incredibly important audience. They also happen to be vibrant and dating a lot, so very relevant.

Turning to international where you see the growth and will continue to see the growth, it is a big focus. And I'll touch on a couple of regions. Asia, there's really social change that's happening in these markets. I mentioned in my remarks that in South Korea and India, we just launched TV ads really to drive increased awareness, and we're seeing nice momentum there. And then there are other markets where there's just some really interesting cultural relevance. So Brazil, for example, in the last month or so, the #1 pop song on is about media girl on Tinder named Jennifer. And it's been a smash hit, and we've seen a big surge in traffic. But what it tells you is that Tinder is really integrated into the dating culture, and we think there's -- we continue to see momentum on that front as well. And then the last thing I'd just say is that not only are we putting marketing dollars into emerging markets, but we're also continuing to put more feet on the streets to make sure that not only can we market from -- execute from a marketing standpoint, but we need to continue to adapt the product, everything from login, to profile, to payments geographically, and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 61 of 324     PageID 1035

that's an area that we just haven't focused on until now. And so we do think that the international markets will see momentum in growth, especially since that's where 75% of our addressable audience is.

**Operator**

The next question comes from Eric Sheridan with UBS.

**Eric James Sheridan**
*UBS Investment Bank, Research Division*

Given the disclosure of Tinder and sort of non-Tinder revenue in the release in the slides, I'm just curious how you're thinking about that non-Tinder revenue. It's been sort of flattish over the last couple of years. Is that going to be an area we should look for continued stability? Or is that an area where you could possibly put marketing dollars to work to stimulate growth? How those brands fit into the broader portfolio? A good update on all of that would be helpful.

**Gary Swidler**
*Chief Financial Officer*

Sure. So let me take a crack at it, Eric. I think that we've been talking about stability for a while now on the non-Tinder brands, and I think that's very fair to point out. I think we view that as kind of the minimum case that we're going to be able to achieve stability. It was important for us to get to that point, and we've gotten there. And our goal is to get that piece of the business growing again. And I think we can accomplish that late this year and certainly into next year. And so that's the goal, and we're mobilizing on a number of fonts to do that.

If you unpack kind of what's going on in the non-Tinder brands a little bit more, I think you can kind of think about it in 3 components. The first is these new emerging growth businesses that we've been talking about, and I include Hinge in that category, I include Ship in that category, which just launched but shows really good user growth out of the gate. Chispa and BLK as well on the Latino and the African-American side. So we have a number of bets that we've made that we think will be able to drive growth for us aside from Tinder. And then, of course, we have big hopes for Hinge in particular, as Mandy talked about.

And then when you look at some of our other brands, like OkCupid and PlentyOfFish more domestically, although they're starting to branch out internationally as well. And then you've got Pairs in Japan, which has been growing nicely in a market that's really growing very strongly. So we've got some good growth drivers there as well. And then the third piece of it is the Matches and Meetics of the world that have been tougher on the growth side because of what's been going on, particularly with TV spend, which we've talked about on a number of our calls. And we're doing a lot of product work at Match and Meetic, and we think that will drive improved word of mouth. We're also thinking through how to be more effective on the marketing side of those businesses. And the goal is to get those businesses growing again late this year into next, and they can be significant contributors, just given the size of those businesses.

So the early signs are that the work we're doing at those brands are starting to pay dividends, but we have a little bit more work to do over the next couple of quarters. And I think you'll start to see the result late this year, and certainly in 2020.

So overall, our goal is to have that, at minimum, stability, get to kind of low single-digit growth in those brands and then go from there. And hopefully, we can have those businesses contribute nicely to the overall equation while Tinder continues to power a lot of the growth. And that's kind of how we're thinking about the overall position of the company from a growth -- a revenue growth perspective.

**Operator**

The next question comes from Ben Schachter with Macquarie.

**Benjamin Ari Schachter**
*Macquarie Research*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 62 of 324   PageID 1036

Can you talk about the potential to improve commission rates on the mobile app stores? Is there a way for Match to pay fees that would be more in line with traditional subscription models? Or can you go direct in any way to avoid the commission fees? And related to that, Epic Games recently announced that they're going to be hosting a new app store on Android devices that will only charge developers about 12%. Should we expect that you would try to shift some usage there or to other third-party stores that may evolve around there?

## Gary Swidler
*Chief Financial Officer*

Thanks, Ben, for the question and for all your good reports on this topic. It's, obviously, a huge topic among developers, given the amount of fees that we pay to Apple and Google. It's something that we're incredibly focused on. If you just look at our Tinder business, at $805 million of revenue in 2018 and growing this year, and you assume we pay pretty close to 30% across the board, it's a massive expense for us. And you know that we make frequent trips to Cupertino to discuss this with Apple and Google as well. And it's something that we are thinking about very carefully. I know that there's a lot of noise being made in the industry, generally by players like Fortnite, by Netflix and the shift that they just announced. So it's something that we're watching incredibly carefully. And it is, of course, not just an issue for us, but it's an issue for everyone. But it's a complicated one. There is certainly real benefits that the stores bring to the table from a distribution standpoint in particular. For our brands, they don't bring us much on the marketing side just because we have such high brand awareness at so many of our brands, and the reality is that when people go to the stores, they're searching for a particular app, and so there's not as much benefit. So the 30% to us does feel like a big number compared to the benefits that are being brought, but obviously, as we've sort of a balanced this out, all of our financial assumptions assume that we're going to keep paying that 30% because that's currently the business model. So we're not assuming any relief there, but we're watching all these developments, including what you point out as new stores cropping up. And to the extent there are tools that we can use, whether it's new stores, whether it's something else, to reduce the overall 30%, we will certainly focus and try to benefit from that. But so far, we haven't made any significant moves in that direction, but we'll continue to watch this and see how we can benefit from it financially.

## Operator

The next question comes from Anthony DiClemente with Evercore ISI.

## Anthony Joseph DiClemente
*Evercore ISI Institutional Equities, Research Division*

Just one on monetization products and product pipeline. Usually, you have a new monetization product out in the late summer, let's say the third quarter time frame. I think your prepared remarks suggested you'll not have one this year. So I just wanted to get a little bit more behind that and the strategy or timing of future monetization products?

And then maybe one more real quick on competition. Can you just, Mandy, give us a characterization of the competitive landscape domestically and internationally? Couldn't help but see the Bumble Super Bowl ads, and you mentioned Bumble in the prepared remarks and the slide. So is that sort of informing your response in marketing spend at least here in the U.S.? Is that what's -- is that part of what's driving the marketing strategy to counteract the competition?

## Gary Swidler
*Chief Financial Officer*

So let me give a shot to the first part of your question, Anthony. I think if you look at our Q4 results, which were very strong, it's clear that we're not dependent on a big revenue feature to really drive subs, drive conversion, there's a lot that we can do. And so as we look into '19, that's going to be a big piece of what we're going to do on the optimization side. And Mandy went through a lot of that in her remarks, so I won't go through it again, but that will be a part of it. We've got some revenue features kind of -- what she said was kind of sprinkled throughout the year. So not planning for one big bang in September or something like that as we've done in the last years. It could happen. There's a lot of things on the road

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 3:19-cv-02356-S Document 39-1 Filed 06/12/20 Page 63 of 324 PageID 1037

map, and we're excited about a lot of different initiatives at Tinder. So we're not committing specifically to that, but we believe we can deliver the number that we put out there without that big bang revenue feature. And we think there'll be incremental things, there'll be things that are a little bit larger than that, and we'll kind of see how the year plays out. But we feel very good about the product pipeline and very good about our ability to deliver what we've said from an outlook perspective without some very significant revenue-specific feature like we've had the last couple of years.

## Amanda W. Ginsberg
*CEO & Director*

Okay, let me take the competition one. So if you think about the competition, looking back over my tenure, I mean, it's been a incredibly competitive industry, really in every market. There's a couple of global players. We often see a ton of local players. And the constraint is not building an app, the constraint is really getting to scale. Very few players have done that. Asking about how we view our position in the market, we feel great competitively, just because we've got so many strong products in the category and can compete in both domestically and internationally. And just to step back, if you look at our products, Tinder, for example, is in sort of a league of its own. It grew to scale so significantly and is maintaining sort of great leadership position. And then Hinge, which I talked a little bit about, it's gaining ground, particularly in the sort of serious space, and it is taking share in that serious space market in the domestic market. And we're excited about what we see, and we think it is definitely a contender to continue to increase momentum in a space where Tinder is a little bit younger, a little bit more casual and Hinge is a little bit older and more serious.

And then it is other products that we're introducing in international markets, for example, OkCupid, which I mentioned, has showed demonstrating traction -- showed some interesting traction in India. So we don't think about a single competitor.

And you asked me specifically about the Bumble question and the Super Bowl. So I'll tell you, it definitely seems like Bumble is spending a large amount of money and marketing dollars in celebrity endorsements, especially looking at sort of the Super Bowl ad. It's our belief and my belief in particular, as being a career-long marketer, that spending millions and millions of dollars on one ad in our category just doesn't have sustainable impact on the business. And what I can tell, we're looking at, based on U.S. downloads post the Super Bowl and India downloads after a big celebrity push, our belief is reinforced.

On the flip side, there are opportunities to grow without big marketing dollars. So OkCupid, with very minimal marketing spend, has seen just really tremendous momentum in the Indian market, which is really exciting by adapting the product and getting people to talk about the product through these really interesting, provocative questions embedded into the product. So it's not always spending a lot of dollars that drive traction, but just spending them in a really smart way. And then that said, we're always evaluating areas of opportunity to invest in marketing, especially to drive awareness for these brands. But as you all know, we are pretty measured and prudent in our marketing approach.

## Operator

The next question comes from Brent Thill with Jefferies.

## Brent John Thill
*Jefferies LLC, Research Division*

I had a question for Mandy and Gary. For Mandy, you're coming off 30% growth in '18, yet that growth is staying in the mid-teens in '19. Can you just talk a little bit about what the assumptions you're taking into play here and the potential headwinds and tailwinds that you're considering?

And for Gary, just on North American subs, that was down sequentially in the fourth quarter. It's the first time we've seen that in 2 years. Can you just talk a little bit about what was the play on that sequential decline in North America?

## Gary Swidler
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 64 of 324   PageID 1038

Sure, Brent. Why don't I take a crack at your question? And if I miss something, Mandy can certainly jump in. So if you -- first of all, let me handle the North America, subs declined substantially. First of all, important to point out that Q4 tends to be our weakest quarter from a seasonality standpoint. So that's a factor in the sequential comparison. But as I pointed out, we did spend down at Match on the marketing side, in particular. And that really is the business that's responsible for the trend that you're noticing. So it's not a Tinder trend, it's a Match trend because of the decline in marketing. And we just think that given both what's going on from a TV efficiency standpoint and also because we're in the middle of making significant product changes, it really wasn't the quarter to go hard on the marketing side at Match. And so we saw the flow-through effect on revenue and subs from that. And as the year progresses and we make the changes in the product we want to make, we'll dial back up marketing and dial back up subs and revenue. So you're probably going to see that trend that you're referring to on the North America subs persist for a quarter or 2 as we make those changes at Match. And then I think it will rebound nicely as we get towards the end of this year. So that's an important thing, I think, for people to factor in. But we have confidence that that's going to be the trajectory.

As far as what we're seeing going from 30% kind of revenue growth in '18 to what we're saying is mid-teens in '19, I think there's a few things to keep in mind. First of all, for the year, you've got a significant amount of FX negative impact. So that's just one thing that's out of our control that's probably a 2% or something off growth just from FX impact for the year. So that's a piece of it that's out of our control. Then there's the reality of what happened with Tinder Gold, which was a very unique set of circumstances where we rolled out a product that drove step-function changes in both conversion and ARPU. And while we'll continue to swing for that to happen with other products that we introduced at Tinder and, frankly, across all the brands, you don't see that, that often. So it was a significant jump that led to a massive increase in revenue in '18, and we'll continue to push for that, but that's not what our base case assumptions are for '19. And of course, there's also just the law of large numbers. As you look at it, we're now a $1.7 billion base on revenue in 2018. It gets tougher to grow that by 30% as you turn the quarter into '19. So those are some of the puts and takes, FX, the Gold effect being 2 significant ones.

When you look at kind of the composition and what's driving revenue growth across the business, as we've been saying for a while now and continues to be the case that Tinder is carrying the load and it's really driving our revenue growth. And so what it's leading to across the company is kind of single-digit ARPU growth and double-digit subscriber growth that leads to that kind of mid-teens revenue growth. But we'll see how the year progresses. If Tinder is able to drive additional features that really drive more growth, which is certainly possible, I think you could see upside to that number. If the Match and Meetic turnarounds progress faster than what we're currently anticipating, you could see upside to that number. If Hinge monetized more quickly or has more success, you could certainly see upside to that number. And the same is true to a smaller extent at the Chispas, BLKs of the world as well, or if Ship surprised us as well. So we've got a lot of levers to pull. I think that's the most important thing for people to understand. While Tinder continues to be phenomenal, you've got a lot of different growth levers that are building at the company. And I think that early this year, you won't see as much contribution from the non-Tinder businesses, but as the year progresses, you will. And we'll start to see that sequential improvement in revenue growth on a year-over-year basis as we get through '19.

And the most important thing that I want people to understand is: our goal is to create this company into something that can sustain mid-high teens revenue growth over time by having all these different levers. And so while I know that Tinder is only what people love to focus on and it has been fantastic and continues to be fantastic, it's really important to understand that we've got a lot of other levers as well to pull on growth. And once we get all those going in the right direction, you're going to see really strong, sustained revenue growth of this company for a long time, and that's what we're planning for.

**Operator**

The next question comes from Dan Salmon with BMO Capital Markets.

**Daniel Salmon**
*BMO Capital Markets Equity Research*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 65 of 324   PageID 1039

Just two questions. Mandy, first, I think Swipe Surge rolled out late in the year and would love to just hear a little bit more on that product. How you see it rolling out more broadly and globally? And how you're thinking about merchandising?

And then second, you spoke a little bit about some of the sort of individual opportunities in the emerging markets, like OkC in India. But just maybe to take it up a little bit of a higher level, could you just review the sort of competitive approach in emerging markets where, in some cases, sort of broader social media apps sort of act as the base layer of the internet as opposed to an operating system or a browser, and some of that social activity kind of bleeds together between dating and family and friends and otherwise? The common question is, Facebook sort of creeps into the market. What are the sort of different dynamics? And how social media and dating apps usage maybe different in emerging markets? And how you approach it?

**Amanda W. Ginsberg**
*CEO & Director*

Okay, great. So let me take the first one on Swipe Surge. So Swipe Surge we launched not too long ago globally on IoS. So we still haven't -- it's still developing on Android. So we're planning on launching on Androids, which is going to be great because that's a very large portion of our audience. What Swipe Surge is doing is it's, of course -- in the product itself, it's telling people when there's high traffic when there's a lot of activity. And as I mentioned, it's kind of like telling people the bar is full or the club is hopping. So once people show up, there's just a lot more activity. And what that activity does is it allows people to increase messaging and also increase matches. So we actually see double-digit increase in likes and messaging. And also just the response times are really quick because people are sort of -- are in the club or the bar, so to speak. So I think that covers the Swipe Surge question.

So let me address the other question you had just around underpenetrated markets and emerging markets. So as I talked about, if you look at the TAM, it's like a huge number. 75% of our market is outside of North America and Europe, which are more mature markets. And what you mentioned, which is you talked about what's happening with social media, but I think even what's more pronounced is that there's this massive cultural shift around dating because you're dealing with people in their 20s, they're the first generation that's dating. Their parents didn't date. And so the phenomenon is really sort of changing things. I'll give you an example. Japan is a really interesting example of this. We've been operating in Japan for, I don't know, a decade or so, maybe more, and it's only been in the last couple of years where we've seen acceleration, and it is due to this eroding stigma. And this also just happens to be a market where there's just people are also willing to pay. And it's also a market, interestingly enough, where people really want to date outside their social circles. And so for each of these markets, we really have to make sure we understand what's happening culturally. And the momentum is there, and for us, it's more about making sure that we're sort of there to capture that momentum. So when it comes to Tinder in some of these markets because we're -- they're still early on in dating, Tinder is starting to define and leading the conversation around dating, and you see this in several markets. And that's why I do think it's really important as we are in these markets, it's not just about marketing messages but make sure that we start to adapt the product so it's more relevant for these markets that are just sort of early on in the journey.

**Operator**

The next question comes from John Blackledge with Cowen.

**John Ryan Blackledge**
*Cowen and Company, LLC, Research Division*

Just on Tinder ARPU maybe, Gary, what's the expectation for ARPU growth in '19 and kind of key drivers, mix drivers? And then also on Tinder, just à la carte as a percent of total Tinder direct revenue? And then if you can give the mix of à la carte Tinder subs versus nonpaying Tinder users?

**Gary Swidler**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 66 of 324     PageID 1040

Okay. We're running a little bit tight on time, so let me try to answer those questions quickly. On Tinder à la carte, it remains about 30% or so of direct revenue. That's been pretty consistent now for a few quarters, and so that's kind of where we stand there.

From an ARPU perspective, I said mid-single digits for Tinder as 2019 happens. I think that's what we're looking at. I think there's a few components of that. We've been able to drive Gold mix up significantly and, obviously, that adds to ARPU. I think that will continue to be a component of it. Obviously, as the percentage has gotten higher and higher, it's tougher to drive more and more Gold mix. But I think there's still more room on that front, and that will help drive.

On the à la carte front in particular, which you raised, when you think about Tinder, there's really one kind of 2 features on the à la carte side that are really driving things, right, with Boost and Super Likes. And I think you could imagine a much broader, longer menu of à la carte features that could be appealing at Tinder. So that is an area that we're focused on in 2019 and beyond for Tinder. I think there's room there.

And then something that we talked about frequently is the ability to optimize price at Tinder. Country-by-country, market-by-market basis, based on a number of factors, I think when we look at it, as we talked about before, pricing is a bit of a blunt instrument at Tinder. We haven't been that refined or sophisticated on it, and we are very sophisticated on it at a number of the other brands. And so we need to get more sophisticated on Tinder. We've got a team focused on that, and I think we'll make good progress on that over 2019. So those are the 3 drivers, I think, that contribute to our confidence that we're going to be able to drive Tinder ARPU up single digits as '19 progresses.

So I'm going to leave it there, just given the time, but hopefully, that answers your questions, John.

We appreciate everyone joining the call again this quarter, and we look forward to talking to you all on the next call. Thank you very much.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 67 of 324   PageID 1041

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

MATCH GROUP, INC. FQ4 2018 EARNINGS CALL | FEB 07, 2019

# Exhibit 12

# matchgroup

## Match Group Reports First Quarter 2019 Results

Dallas, TX—May 7, 2019—Match Group (NASDAQ: MTCH) reported first quarter 2019 financial results today and separately released an investor presentation, which is available on the Investor Relations section of its website at https://ir.mtch.com.

### Q1 2019 HIGHLIGHTS

- Total Revenue grew 14% over the prior year quarter to $465 million. Excluding foreign exchange effects, revenue would have grown 18%.

- Average Subscribers increased 16% to 8.6 million, up from 7.4 million in the prior year quarter.

- Tinder Average Subscribers were 4.7 million in Q1 2019, increasing 384,000 sequentially and 1.3 million year-over-year.

- ARPU was flat over the prior year quarter; however, excluding foreign exchange effects, ARPU was $0.60, an increase of 4% over the prior year quarter.

- Realigned management team to focus on the market opportunity in Asia and accelerate international growth.

### Key Financial and Operating Metrics

| (In thousands, except EPS and ARPU) | Q1 2019 | | Q1 2018 | | Change |
|---|---|---|---|---|---|
| Revenue | $ | 464,625 | $ | 407,367 | 14% |
| Operating Income | $ | 118,828 | $ | 112,233 | 6% |
| Operating Income Margin | | 26% | | 28% | (2.0) pt |
| Net earnings attributable to shareholders | $ | 123,034 | $ | 99,736 | 23% |
| Diluted EPS | $ | 0.42 | $ | 0.33 | 27% |
| Adjusted EBITDA | $ | 155,067 | $ | 137,741 | 13% |
| Adjusted EBITDA Margin | | 33% | | 34% | (0.4) pt |
| Average Subscribers | | 8,613 | | 7,433 | 16% |
| ARPU | $ | 0.58 | $ | 0.58 | —% |
| YTD Operating Cash Flow | $ | 92,538 | $ | 122,278 | (24)% |
| YTD Free Cash Flow | $ | 82,607 | $ | 117,233 | (30)% |

*See reconciliations of GAAP to non-GAAP measures starting on page 6.*

**Q1 2019 Results - Key Items**

Revenue growth was due primarily to increased subscribers and ARPU at Tinder, partially offset by unfavorable foreign exchange effects.

Operating income grew slower than revenue due to $11.0 million higher stock-based compensation expense, primarily as a result of $9.4 million in expense related to the vesting of certain awards for which the performance condition was met. Adjusted EBITDA growth was impacted by higher cost of revenue, due to in-app purchase fees, as revenue is increasingly sourced through mobile app stores, and higher legal costs, partially offset by lower selling and marketing expense as a percentage of revenue.

In the first quarter of 2019 and 2018, Match Group recorded an income tax benefit of $28 million and $12 million, respectively, both driven by excess tax benefits generated by the exercise or vesting of stock-based awards.

Q1 2019 cash flow from operations and Free Cash Flow decreased compared to the prior year period primarily due to the timing of a cash receipt, which we received in Q4 2018 instead of Q1 2019, where the comparable receipt in the prior year was received in Q1 2018.

**Liquidity and Capital Resources**

We net settled all stock options that were exercised and restricted stock units that vested during the quarter ended March 31, 2019, utilizing $107 million of cash to pay employee withholding taxes, and we issued 1.9 million fewer dilutive shares as a result, at an effective price of $56.31.  We also repurchased 0.5 million shares during the quarter ended March 31, 2019 at an average price of $55.62, further mitigating the dilutive impact from stock-based compensation activity.  Between April 1, 2019 and May 3, 2019, we repurchased an additional 0.2 million shares at an average price of $56.99.  As of May 3, 2019, a total of 2.3 million shares remain available under the previously announced repurchase program.  As of March 31, 2019, Match Group had a total of 281.2 million common and class B common shares outstanding.

On February 15, 2019, we issued $350 million aggregate principal amount of 5.625% Senior Notes due February 15, 2029.  The proceeds from these notes were used to repay outstanding borrowings under our existing Credit Facility, to pay expenses associated with the offering, and for general corporate purposes.

As of March 31, 2019, the Company had $225 million in cash and cash equivalents and $1.6 billion of long-term debt.  The Company has a $500 million revolving credit facility, which was undrawn as of March 31, 2019, and currently remains undrawn.

Match Group's trailing twelve-month leverage as of March 31, 2019 is 2.4x on a gross basis and 2.1x on a net basis.

As of March 31, 2019, IAC's economic ownership interest and voting interest in Match Group were 80.4% and 97.5%, respectively.

**Conference Call**

Match Group will audiocast a conference call to answer questions regarding its first quarter financial results on Wednesday, May 8, 2019 at 8:30 a.m. Eastern Time.  This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business.  The live audiocast will be open to the public, and the investor presentation reviewing the results has been posted, on Match Group's investor relations website at https://ir.mtch.com.

**GAAP FINANCIAL STATEMENTS**

**MATCH GROUP CONSOLIDATED STATEMENT OF OPERATIONS**

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| | | (In thousands, except per share data) | | |
| Revenue | $ | 464,625 | $ | 407,367 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | | 120,224 | | 93,944 |
| Selling and marketing expense | | 118,663 | | 118,171 |
| General and administrative expense | | 54,394 | | 42,761 |
| Product development expense | | 44,274 | | 31,869 |
| Depreciation | | 7,831 | | 8,147 |
| Amortization of intangibles | | 411 | | 242 |
| Total operating costs and expenses | | 345,797 | | 295,134 |
| Operating income | | 118,828 | | 112,233 |
| Interest expense | | (22,086) | | (17,806) |
| Other expense, net | | (1,488) | | (7,221) |
| Earnings before income taxes | | 95,254 | | 87,206 |
| Income tax benefit | | 27,780 | | 12,472 |
| **Net earnings** | | 123,034 | | 99,678 |
| Net earnings attributable to noncontrolling interests | | — | | 58 |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ | 123,034 | $ | 99,736 |
| | | | | |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ | 0.44 | $ | 0.36 |
| Diluted | $ | 0.42 | $ | 0.33 |
| | | | | |
| Basic shares outstanding | | 279,583 | | 275,270 |
| Diluted shares outstanding | | 296,124 | | 298,140 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ | 1,265 | $ | 633 |
| Selling and marketing expense | | 1,396 | | 892 |
| General and administrative expense | | 9,771 | | 7,660 |
| Product development expense | | 15,565 | | 7,778 |
| Total stock-based compensation expense | $ | 27,997 | $ | 16,963 |

**MATCH GROUP CONSOLIDATED BALANCE SHEET**

| | March 31, 2019 | December 31, 2018 |
|---|---|---|
| | (In thousands) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 224,855 | $ 186,947 |
| Accounts receivable, net | 147,115 | 99,052 |
| Other current assets | 59,569 | 57,766 |
| Total current assets | 431,539 | 343,765 |
| | | |
| Right of use assets | 49,668 | — |
| Property and equipment, net | 60,078 | 58,351 |
| Goodwill | 1,242,507 | 1,244,758 |
| Intangible assets, net | 236,391 | 237,640 |
| Deferred income taxes | 165,803 | 134,347 |
| Long-term investments | 9,076 | 9,076 |
| Other non-current assets | 22,449 | 25,124 |
| **TOTAL ASSETS** | $ 2,217,511 | $ 2,053,061 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Accounts payable | $ 16,799 | $ 9,528 |
| Deferred revenue | 219,739 | 209,935 |
| Accrued expenses and other current liabilities | 144,186 | 135,971 |
| Total current liabilities | 380,724 | 355,434 |
| | | |
| Long-term debt, net | 1,601,656 | 1,515,911 |
| Income taxes payable | 12,739 | 13,918 |
| Deferred income taxes | 20,091 | 20,174 |
| Other long-term liabilities | 58,064 | 21,760 |
| | | |
| Commitment and contingencies | | |
| | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock | 75 | 72 |
| Class B convertible common stock | 210 | 210 |
| Additional paid-in capital | (136,151) | (57,575) |
| Retained earnings | 576,812 | 453,778 |
| Accumulated other comprehensive loss | (137,948) | (137,166) |
| Treasury stock | (158,761) | (133,455) |
| Total Match Group, Inc. shareholders' equity | 144,237 | 125,864 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 2,217,511 | $ 2,053,061 |

Effective January 1, 2019, the Company adopted ASU 2016-02, *Leases (Topic 842)*. The adoption resulted in the recognition of right of use assets and related lease liabilities. At March 31, 2019, the Company has $49.7 million of right of use assets and $53.7 million of lease liabilities ($13.5 million included in Accrued expenses and other current liabilities and $40.2 million in Other long-term liabilities). There was no impact on the Company's consolidated statement of operations and cash flows.

**MATCH GROUP CONSOLIDATED STATEMENT OF CASH FLOWS**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| **Cash flows from operating activities:** | | |
| **Net earnings** | $    123,034 | $    99,678 |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | |
| Stock-based compensation expense | 27,997 | 16,963 |
| Depreciation | 7,831 | 8,147 |
| Amortization of intangibles | 411 | 242 |
| Deferred income taxes | (31,463) | (16,511) |
| Acquisition-related contingent consideration fair value adjustments | — | 156 |
| Other adjustments, net | 2,555 | 8,280 |
| Changes in assets and liabilities | | |
| Accounts receivable | (48,097) | (7,652) |
| Other assets | 2,616 | (9,472) |
| Accounts payable and other liabilities | 3,422 | 11,548 |
| Income taxes payable and receivable | (5,534) | (4,879) |
| Deferred revenue | 9,766 | 15,778 |
| **Net cash provided by operating activities** | 92,538 | 122,278 |
| **Cash flows from investing activities:** | | |
| Capital expenditures | (9,931) | (5,045) |
| Other, net | 1,117 | 38 |
| **Net cash used in investing activities** | (8,814) | (5,007) |
| **Cash flows from financing activities:** | | |
| Borrowings under the Credit Facility | 40,000 | — |
| Principal payments on Credit Facility | (300,000) | — |
| Proceeds from Senior Notes offering | 350,000 | — |
| Debt issuance costs | (5,542) | (73) |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (106,604) | (72,103) |
| Purchase of treasury stock | (24,186) | (32,465) |
| Acquisition-related contingent consideration payments | — | (185) |
| Other, net | 27 | (43) |
| **Net cash used in financing activities** | (46,305) | (104,869) |
| **Total cash provided by continuing operations** | 37,419 | 12,402 |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | 488 | 2,489 |
| **Net increase in cash, cash equivalents, and restricted cash** | 37,907 | 14,891 |
| Cash, cash equivalents, and restricted cash at beginning of period | 187,140 | 272,761 |
| **Cash, cash equivalents, and restricted cash at end of period** | $    225,047 | $    287,652 |

**RECONCILIATIONS OF GAAP TO NON-GAAP MEASURES**

**MATCH GROUP RECONCILIATION OF NET EARNINGS TO ADJUSTED EBITDA**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (Dollars in thousands) | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 123,034 | $ 99,736 |
| Add back: | | |
| Net earnings attributable to noncontrolling interests | — | (58) |
| Income tax benefit | (27,780) | (12,472) |
| Other expense, net | 1,488 | 7,221 |
| Interest expense | 22,086 | 17,806 |
| **Operating Income** | 118,828 | 112,233 |
| Stock-based compensation expense | 27,997 | 16,963 |
| Depreciation | 7,831 | 8,147 |
| Amortization of intangibles | 411 | 242 |
| Acquisition-related contingent consideration fair value adjustments | — | 156 |
| **Adjusted EBITDA** | $ 155,067 | $ 137,741 |
| | | |
| Revenue | $ 464,625 | $ 407,367 |
| Operating income margin | 26% | 28% |
| Adjusted EBITDA margin | 33% | 34% |

**MATCH GROUP RECONCILIATION OF OPERATING CASH FLOW FROM CONTINUING OPERATIONS TO FREE CASH FLOW**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| Net cash provided by operating activities | $ 92,538 | $ 122,278 |
| Capital expenditures | (9,931) | (5,045) |
| Free Cash Flow | $ 82,607 | $ 117,233 |

**MATCH GROUP RECONCILATION OF GAAP REVENUE TO NON-GAAP REVENUE, EXCLUDING FOREIGN EXCHANGE EFFECTS**

| (Dollars in thousands, except ARPU) | Three Months Ended March 31, | | | | |
|---|---|---|---|---|---|
| | **2019** | **Change** | **% Change** | **2018** | |
| Revenue, as reported | $ 464,625 | $ 57,258 | 14% | $ 407,367 | |
| Foreign exchange effects | 18,009 | | | | |
| Revenue Excluding Foreign Exchange Effects | $ 482,634 | $ 75,267 | 18% | $ 407,367 | |
| | | | | | |
| (Change calculated using non-rounded numbers) | | | | | |
| ARPU, as reported | $ 0.58 | | —% | $ 0.58 | |
| Foreign exchange effects | 0.02 | | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 4% | $ 0.58 | |
| | | | | | |
| International ARPU, as reported | $ 0.56 | | (3)% | $ 0.57 | |
| Foreign exchange effects | 0.04 | | | | |
| International ARPU, excluding foreign exchange effects | $ 0.60 | | 5% | $ 0.57 | |

**DILUTIVE SECURITIES**

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

|  | 5/3/2019 |
| --- | --- |
| Share Price | **$61.91** |
| Absolute Shares | **281.1** |
| **Vested Options and Awards** | |
| Match Group Options | 2.7 |
| IAC Equity Awards | 0.3 |
| **Total Dilution - Vested Options and Awards** | **3.1** |
| | |
| **Unvested Options and Awards** | |
| Match Group Options | 6.0 |
| Match Group RSUs | 1.3 |
| IAC Equity Awards | 0.1 |
| **Total Dilution - Unvested Options and Awards** | **7.5** |
| | |
| **Total Dilution** | **10.5** |
| % Dilution | 3.6% |
| **Total Diluted Shares Outstanding** | **291.6** |

The dilutive securities presentation in the above table is calculated using the methods and assumptions described below; these are different from GAAP dilution, which is calculated based on the treasury stock method.

Options — The table above assumes the option exercise price and the estimated income tax benefit from the tax deduction received upon the exercise of options (both vested and unvested awards) is used to repurchase Match Group shares.

Match Group is currently net settling all exercised options net of both the exercise price and employee withholding taxes. If the table above assumed options were also net settled for employee withholding taxes at a 50% withholding rate, the dilution shown above would be reduced by 1.8 million and 4.0 million shares for vested and unvested options, respectively, and the withholding taxes paid by the Company on behalf of the employees would be $111.7 million and $244.8 million for vested and unvested options, respectively.

RSUs — The table above assumes RSUs are settled net of withholding taxes, as is our practice, and the dilutive effect is presented as the net number of shares that would be issued upon vesting assuming a withholding tax rate of 50%. Withholding taxes paid by the Company on behalf of the employees upon vesting would have been $159.5 million, assuming the stock price in the table above and a 50% withholding rate. The table above also assumes the estimated income tax benefit from the tax deduction received upon the vesting of Match Group RSUs is used to repurchase Match Group shares.

IAC Equity Awards — IAC Equity awards represent options and market-based restricted stock units denominated in the shares of IAC that have been issued to employees of Match Group. Upon the exercise or vesting of IAC Equity awards, IAC will settle the awards with shares of IAC, and Match Group will issue additional shares of Match Group to IAC as reimbursement. The table above assumes the estimated income tax benefit from the tax deduction received upon the exercise or vesting of IAC denominated equity awards is used to repurchase Match Group shares.

*PRINCIPLES OF FINANCIAL REPORTING*

Match Group reports Adjusted EBITDA, Adjusted EBITDA Margin, Free Cash Flow, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted EBITDA, Adjusted EBITDA Margin, and Free Cash Flow, measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing how our business performed without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to, and we are obligated to provide, the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures with equal or greater prominence and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments, which we describe below, between the GAAP and non-GAAP measures. Interim results are not necessarily indicative of the results that may be expected for a full year.

### *Definitions of Non-GAAP Measures*

<u>Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization (Adjusted EBITDA)</u> is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements. We believe Adjusted EBITDA is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted EBITDA measure because they are non-cash in nature. Adjusted EBITDA has certain limitations because it excludes certain expenses.

<u>Adjusted EBITDA Margin</u> is defined as Adjusted EBITDA divided by revenues. We believe Adjusted EBITDA margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted EBITDA margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

<u>Free Cash Flow</u> is defined as net cash provided by operating activities from continuing operations, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metric is Adjusted EBITDA.

<u>Revenue Excluding Foreign Exchange Effects</u> is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other foreign currencies, and unfavorably impacted as the U.S dollar strengthens relative to other foreign currencies. We believe the presentation of revenue excluding foreign exchange in addition

to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

**Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures**

Stock-based compensation expense consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards.  These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method.  Performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period).  To the extent stock-based awards are settled on a net basis, the Company remits the required tax-withholding amounts from its current funds.

Depreciation is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

Amortization of intangible assets and impairments of goodwill and intangible assets are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives.  Value is also assigned to acquired indefinite-lived intangible assets, which comprise trade names and trademarks, and goodwill that are not subject to amortization.  An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value.  We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

Gains and losses recognized on changes in the fair value of contingent consideration arrangements are accounting adjustments to report contingent consideration liabilities at fair value.  These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.

*DEFINITIONS*

**Direct Revenue** - is revenue that is received directly from end users of our products and includes both subscription and à la carte revenue.

**Indirect Revenue** - is revenue that is not received directly from end users of our products, substantially all of which is advertising revenue.

**Subscribers** - are users who purchase a subscription to one of our products.  Users who purchase only à la carte features are not included in Subscribers.

**Average Subscribers** - is the number of Subscribers at the end of each day in the relevant measurement period divided by the number of calendar days in that period.

**Average Revenue per Subscriber ("ARPU")** - is Direct Revenue from Subscribers in the relevant measurement period (whether in the form of subscription or à la carte) divided by the Average Subscribers in such period and further divided by the number of calendar days in such period.  Direct Revenue from users who are not Subscribers and have purchased only à la carte features is not included in ARPU.

**Leverage on a gross basis** - is calculated as principal debt balance divided by Adjusted EBITDA for the period referenced.

**Leverage on a net basis** - is calculated as principal debt balance less cash divided by Adjusted EBITDA for the period referenced.

*OTHER INFORMATION*

**Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995**

This press release and our conference call, which will be held at 8:30 a.m. Eastern Time on May 8, 2019, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing dating products, our ability to attract users to our dating products through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our dating products through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions and certain risks relating to our relationship with IAC/InterActiveCorp, among other risks. Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this press release. Match Group does not undertake to update these forward-looking statements.

**About Match Group**

Match Group (NASDAQ: MTCH) is a leading provider of dating products available in over 40 languages to our users all over the world. Our portfolio of brands includes Tinder, Match, PlentyOfFish, Meetic, OkCupid, OurTime, Pairs, and Hinge, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio of trusted brands, we provide tailored products to meet the varying preferences of our users.

**Contact Us**

Lance Barton
Match Group Investor Relations
(212) 314-7400

Justine Sacco
Match Group Corporate Communications
(212) 445-5088

**Match Group**
8750 North Central Expressway, Dallas, TX 75231, (214) 576-9352 https://mtch.com

# Exhibit 13

**S&P Global**
Market Intelligence

# Match Group, Inc. NasdaqGS:MTCH
# FQ1 2019 Earnings Call Transcripts

## Wednesday, May 08, 2019 12:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2019- | | | -FQ2 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.33 | 0.48 | ▲45.45 | 0.49 | 1.99 | 2.15 |
| **Revenue (mm)** | 463.69 | 464.63 | ▲0.20 | 486.36 | 2002.81 | 2321.68 |

Currency: USD
Consensus as of  May-08-2019 11:28 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2018** | 0.34 | 0.41 | ▲1 20.59 % |
| **FQ3 2018** | 0.36 | 0.39 | ▲2 8.33 % |
| **FQ4 2018** | 0.38 | 0.45 | ▲3 18.42 % |
| **FQ1 2019** | 0.33 | 0.48 | ▲4 45.45 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants .......................................................................................... 3

Presentation .......................................................................................... 4

Question and Answer .......................................................................................... 11

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 83 of 324   PageID 1057

# Call Participants

## EXECUTIVES

**Amanda W. Ginsberg**
*CEO & Director*

**Gary Swidler**
*Chief Financial Officer*

**Lance Barton**
*Senior Vice President of
Investor Relations & Corporate
Development*

## ANALYSTS

**Anthony Joseph DiClemente**
*Evercore ISI Institutional Equities,
Research Division*

**Benjamin Ari Schachter**
*Macquarie Research*

**Brent John Thill**
*Jefferies LLC, Research Division*

**Douglas Till Anmuth**
*JP Morgan Chase & Co, Research
Division*

**Jason Stuart Helfstein**
*Oppenheimer & Co. Inc., Research
Division*

**John Ryan Blackledge**
*Cowen and Company, LLC,
Research Division*

**Kunal Madhukar**
*Deutsche Bank AG, Research
Division*

**Ross Adam Sandler**
*Barclays Bank PLC, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S Document 39-1 Filed 06/12/20 Page 84 of 324 PageID 1058

# Presentation

**Operator**

Good morning, and welcome to the Match Group First Quarter 2019 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Lance Barton, Senior Vice President of Corporate Development and Investor Relations. Please go ahead, sir.

**Lance Barton**
*Senior Vice President of Investor Relations & Corporate Development*

Thanks, operator, and good morning, everyone. Also joining me on the call are Match Group CEO, Mandy Ginsberg; and CFO, Gary Swidler. Mandy and Gary will review the first quarter investor presentation that is available on our Investor Relations website and then take questions.

Before we start, I'd like to remind everyone that during this call, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate or similar statements. These statements are subject to risk and uncertainty, and our actual result could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

Now over to you, Mandy.

**Amanda W. Ginsberg**
*CEO & Director*

Good morning, everyone. Welcome to our Q1 2019 earnings call. We had a fantastic Q1, and 2019 is off to a great start. Tinder is driving very strong results, and we have a lot of opportunity ahead of us. We're achieving these results by enhancing the product and delivering the best experience possible for young single people all over the world.

We're also excited about international opportunities. We recently announced that we realigned our leadership team to focus on the opportunities we see across Asia Pacific. This new structure will allow us to accelerate Tinder and to extend our reach through other brands in this region.

Our emerging brands are promising, especially Hinge, which I will get into a bit later. I'm confident that as we focus on scaling these businesses and improve the product experience, revenue is going to naturally follow.

And the last thing I want to mention before I get into the slides is we're seeing positive results with Match's redesign that gives us confidence and our plan to that business moving forward.

If we execute on our strategy, which is growing our existing brands, making new bets and investing in those new bets and increasing our focus on developing markets, we will have multiple drivers across the company that will produce steady, long-term growth for us. And while we're executing our strategy, we will remain highly competitive by doing what I think we do best, delighting our customers by providing best star product experiences across each of our brands.

Let's flip to Slide 4. There's 600 million singles globally, and roughly half were in the region on this slide we're defining as APAC. This is 4x as many singles in this region compared to North America, where half of our revenue is today. We are positioning the company to capture the opportunity we see across this region.

A decade ago, this part of the world was not showing much traction in our category. And as a result, we put very few resources focused on the region, and we lacked local expertise. Then things started to change significantly in 2014.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 531 **4**

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 85 of 324     PageID 1059

First, the adoption of mobile phone apps helped open up the market. Then, we started to see early stages of a huge shift in culture -- the cultural norms around dating and marriage across APAC. And those shifts had an impact on our portfolio in a couple ways. Tinder emerged as a cultural phenomenon. It was able to transcend geography. It organically generated tens of millions of downloads without really any localized expertise or localized product.

And then in Japan, Pairs grew from a small innovative startup to a market leader in less than 3 years. At both Tinder and Pairs, we leveraged Match Group's deep knowledge of dating products to generate over $200 million in revenue through this region this past year. This was a 10x increase over 2014.

As dating culture evolved in these markets over the last couple of years, we were right there, providing products to help young millennials connect with others in their cities. And we believe this is just the beginning of our growth story in APAC. We have plans to aggressively pursue this massive opportunity in front of us.

Okay. So the big question is, how are you going to do it? We recently realigned our management team to focus on this region. We created hubs in Delhi, Tokyo, Seoul and Singapore. On the Tinder front, we plan to localize the product and reinforce our leadership position there.

And just like in the U.S. and Western Europe, we don't think there's going to be just one product for everyone. As a result, we plan to continue to introduce more brands to the region to address different segments.

In India, Tinder is already the top-grossing app overall. And we think there's real opportunity as the dating culture is shifting rapidly and less people are opting for arranged marriage. India is the second largest country by population in the world with 9 cities over 6 million people. As more young and educated Indians move to big cities, our products can help them find meaningful connections.

Over a year ago, we made the decision to promote the head of Tinder in India to a broader role. We wanted more focus and energy around new products as well as M&A. Our GM of Match Group in India, who's a great leader there, oversaw the launch of OkCupid, which was our second brand there. Previously, OkCupid had a tiny organic presence there. Since the launch in Q4 just a couple of months ago, the momentum is building and has become a complementary alternative to Tinder. Downloads in India for OkCupid were up 600% year-over-year in Q1, to become one of the top dating apps in India only after a few months of investment and minimal investment.

Our success in India is a template for how we are approaching other emerging Asian markets. We empower incredible talent on the ground who understands the culture, regulatory challenges and market dynamics. And the last few years really has given us real learnings to invest in the region in a disciplined and a focused way.

Japan is a great example of where we acquired an early-stage business that has local traction. In 2015, Pairs joined Match Group, the young entrepreneurial team with strong engineering and product jobs. Pairs is now the market leader for serious relationships. This is another country where there's room for multiple brands. Tinder continues to grow its user base, and is one of the top 5 dating apps in the country. Japan is one of our highest, lifetime value markets. People there are willing to pay for dating services. It's also a place where online dating stigma continues to erode. There's still plenty of work to do to improve the perception of the category not just with consumers, but also with advertisers who previously were not open to online dating products in their channels. And like India, we have a local stellar leader who is overseeing our brands in Japan and Taiwan as well.

The last area I will cover is Southeast Asia. Tinder is already a top 10 grossing app in 6 countries across Southeast Asia. We see more opportunity to grow our portfolio there. In Southeast Asia, in the last 5 years, Internet penetration has grown by almost 15%, and this area had more than a dozen high-density cities with over 1 million people. And more and more young people are moving to large cities. These are really important factors that make the need for our app high. We have a highly talented leader who is spearheading our brand here.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 86 of 324   PageID 1060

I want to wrap up this section, but before I do, there's one more thing I want to call out. We are excited about the Tinder Lite app that will be coming soon. It's a big step forward addressing the needs of consumers there. Tinder Lite will be a smaller app to download. It will take less space on your phone, making Tinder more effective, even in more remote areas or regions. And keep in mind, these are regions where data usage still comes at a premium. As a result of our continued investment and growth in this region, we expect that APAC will make up 1/4 of our company's total revenue by 2023.

Let's turn to Slide 5 and talk about Tinder. In the U.S., Tinder continues to reinforce its position as the leading brand for young singles. 71% of the young population, which includes Gen X, Y and Z all agree with the following statements. Life experiences are the most important moments in my life. I care much more about experiences than things. And as a result, there's been a big focus to link the Tinder brand to live events.

Three examples on the left-hand side of this slide are Spring Break, music festivals and College Swipe Offs. Tinder ran Spring Break Mode during March. Students could add their spring break destinations as a badge right on their profile. It can connect and match with students from other schools who are also going to the same place.

We saw a 14% lift in enrollments in March for Tinder U. We also see a big trend of college freshmen signing up for Tinder U. If we can continue to provide engaging and fun and exciting experiences, these folks will keep coming back to Tinder throughout their 20s while they're single.

Another example of these fun experiences is music festivals. There's been a big boom in music festivals over the last 5 years, and Tinder is capitalizing on this trend with the launch of Festival Mode, which we just announced last week. Tinder users can add a badge to their profile, just like on Spring Break Mode, highlighting which event they plan to go to. They can then swipe, match and chat with others attending that same event. This feature is going to roll out in 12 of the world's largest music festivals across the U.S., U.K. and Australia.

We're partnering with 2 big entertainment companies, AEG Worldwide and Live Nation. We're thrilled these partners have incredible reach with a highly engaged audience. When these brands send out a call to action to music lovers to connect, we think people will find this really compelling.

Finally, Tinder also just completed its second annual College Swipe Off, following the success of last year's Swipe Off where schools competed for a campus concert performed by Cardi B. This year, more than 100 U.S. colleges competed for the chance to win a campus performance by Juice WRLD, whose latest album hit #1 on the Billboard chart a week before the Swipe Off. We also worked with Cardi B right before she won a GRAMMY. And I don't think we can take the credit for the success of these artists, but with this track record, I'm sure lots of musicians will want to work with us.

We saw improvements in engagements similar to the lift we saw last year. An important metric we track is female satisfaction and swipe right rates, and both of those metrics increased.

The last thing I want to mention about Tinder is around richer content. Creating richer, more vibrant content for users to express themselves is a really important part of the dating experience, and video is a great way for us to do this. Last year, we announced at Tinder the launch of Loops, where users include a 2-second video on their profile. It's not surprising that Tinder users who are accustomed to seeing video on tons of different social platforms are hungry for video content. Today, more than 60% of our users are watching Loops, and that number is growing.

As you've heard last month, Snap announced a video integration with Tinder, and that's also coming soon. Overall, there's great momentum happening at the Tinder business, and the team is hitting its stride.

Let's flip to Slide 6. We have a strong track record of both acquiring and incubating new businesses to drive growth. And on Slide 6, you're going to see a combination of these brands, and we're bullish on these opportunities. The current focus across all 4 of these brands is to invest in scaling the user base and improve the user experience. A little later this year, we all -- we will plan on shifting a little bit more focus to monetization. And just as a reminder, Tinder grew for over 2 years before we launched its first revenue

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 87 of 324   PageID 1061

feature. We're confident that we will have the right playbook and timing to apply to these emerging brands.

The Hinge business, which we acquired in December, continues to scale rapidly. There's tremendous growth here in the U.S. and a few English-speaking cities around the globe. London is seeing very strong traction, and now it's Hinge's second largest market.

If you look at the chart on the bottom left, global downloads at Hinge grew 32% sequentially to over 1.2 million in the first quarter. And then on the marketing front, Hinge is leaning into its value proposition around helping people find a serious relationship.

Designed to be Deleted tagline is now out there. It's been resonating with users and is getting some great press. While Hinge does offer a paid subscription, there really hasn't been a big focus on monetization. Hinge's revenue growth today is really due to 2 things: improvements we've made to the overall user experience and then user growth. We're optimistic about what we can achieve from a revenue perspective once we shift our focus to improving the paid feature experience.

I want to talk about 2 other apps we incubated and talk about on these calls. Chispa, which means spark in Spanish, is our app for the Latino community and BLK is our app we launched for the African-American community. Both continued to grow nicely, as you see on that orange and red lines. Influencer marketing and performance marketing is working well to drive growth, and we do have plans to continue investment there. Both apps will soon be launching their first revenue features, and we're going to leverage our monetization expertise from across our portfolio.

Ship, which launched just a few months ago, late January, has shown strong user engagement, especially on East Coast and cities like New York, Boston and Washington, D.C. It's working, I think, because of the social aspect of this app. People ask their friends to join the app to help select matches for them. And this social aspect that I mentioned is really resonating, particularly with women. 60% to 70% of Ship users are female, which is extremely high in our category.

When you create a crew, you invite your friends regardless of their relationship status. To some people who have never been in the world of dating can now participate, maybe from the sidelines a little bit. We think this will help word-of-mouth marketing. The Ship app today is only available on iOS, but the team is in the process of building out an Android version. There's really been demand for this platform, and we're excited to get it out there.

Overall, in our emerging brands, we're making investments that we think can lead to additional drivers to our long-term growth.

Let's turn to Slide 7. As a Match brand, we have spoken about our strategy of revamping the product to deliver a high-quality experience. For users over the age of 35, Match is still the first product people try when they enter the category. And if these users are more satisfied, they're going to tell their friends and increase morality of the product. We're making solid progress. We launched a significant new redesign. It's simple, it's modern and it gives Match product a bold new look. And I think that's really important in this competitive landscape. It's been really well received by our users. The redesign is more engaging, and it's much easier to connect with other users on specific topics. We've also made a bunch of under-the-hood changes, improving our algorithm that had led to better quality matches.

Finally, we introduced a new matching feature called What If. These What If scenarios are designed to create serendipity. The feature introduces potential matches the users may not have gone looking for based on things like you both love going to the same coffee shop or you both play the varsity high school sports. This feature leverages rich profiles that we have in the dating category, particularly at Match. Over the years, we've seen that these affinities, like going to the same coffee shop or both playing varsity high school sports, trump criteria such as age, height and income and lead to great outcomes. Altogether, these product changes are driving success.

Since the redesign, we have seen a 20% increase and 4- and 5-star ratings in the iOS app store. Now these are external ratings. We also look at internal ratings. Our in-app surveys show that people are now more likely to recommend Match to their friends. This proves that our goal of driving word-of-mouth

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 88 of 324   PageID 1062

marketing and morality is working. User likes are up 20%, and messages have increased by 10% as a result of the redesign. And this is a big deal in our category, where activities matter. And these moves are the first steps to making Match a more premium and high-end product.

And with that, I'm going to hand things off to Gary, and he can take you through the numbers.

**Gary Swidler**
*Chief Financial Officer*

Thanks, Mandy. I'm delighted to report that we're off to a strong start to the year financially. Our momentum from Q4 carried into Q1. Overall revenue growth in Q1 was strong, and Tinder subscribers grew very nicely. FX was a real headwind, but we expect it to dissipate in the back half of the year. As the year progresses, we also anticipate that we will benefit from investments we're making in a variety of brands, from Hinge to Match, and the Tinder revenue growth will continue to roll off.

Let's get into the specifics from the quarter, then I'll update our financial outlook. On Slide 9, you can see that Tinder direct revenue grew 38% year-over-year in Q1 as our product optimization efforts in Q4 gave us momentum that continued into the new year. The story was not one of specific new revenue features, but rather merchandising optimizations and product and algorithm refinements, which we continue to implement through Q1. Given its scale, Tinder has lots of opportunity to optimize the user experience, which does 2 things: improves outcomes in matching; and drives more users to become paying subscribers because they see value in being a payer. As we've said before, 2019 will, in part, be about gradual tweaks to the Tinder product that we're confident will enhance the experience for users and generate subscriber and revenue growth. That was clearly the case again in Q1.

Tinder subscribers grew 36% year-over-year in Q1 to just over 4.7 million. Tinder has 1.3 million subscribers year-over-year and 384,000 subscribers sequentially, the third best level of sequential additions in its history and higher than any quarter in 2018. Gold subscribers continue to increase as a percent of total Tinder subscribers.

Tinder's ARPU is up 2% year-over-year on an as-reported basis, but on an FX neutral basis was up much more meaningfully.

Tinder marketing spend was essentially flat year-over-year in Q1 with North America spend actually down year-over-year. Overall, Tinder marketing spend was down over 200 basis points as a percent of revenue.

On Slide 10, you can see that average subscribers across the company's brands reached over 8.6 million in Q1, up 16% year-over-year. Tinder drove our subscriber growth again this quarter. We saw some pressure at Match, which impacts the North American sub growth as we reduced marketing spend there by about 8%. We expect that as we continue to roll out the product refinements at Match that Mandy discussed, our year-over-year non-Tinder subscriber growth will begin to improve.

We also will look to increase marketing spend at Match to support the product enhancements and drive user growth and, ultimately, subscriber growth, assuming we continue to see product success there. Our international subscriber growth was driven by Tinder, which has a larger impact internationally as well as by Pairs.

As reported ARPU for the company was stable overall at $0.58. It was up 2% in North America, but down 3% internationally because of negative impacts from FX. However, on an FX neutral basis, international ARPU is up 5% and overall company ARPU is up 4% or $0.02 to $0.60.

Flipping to Slide 11. You can see that the company's total revenue growth was 14% year-over-year, reaching $465 million of total revenue for the quarter. Total revenue growth would have been 18% without the impact of FX for total revenue of $483 million on a constant currency basis.

North America grew direct revenue 12% driven by 10% subscriber growth and 2% ARPU growth, while international direct revenue increased 19% driven by 23% growth in subscribers and a 3% ARPU decline.

Indirect revenue, mostly from ads, declined $4 million due to continued declines in impressions of the non-Tinder brands, coupled with the impact of changes to the deal terms in our relationship with FAN.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 89 of 324   PageID 1063

Operating income grew 6% to $119 million. EBITDA grew 13% to $155 million. The growth was driven by the higher revenues and lower overall marketing spend as a percent of revenue partly offset by higher in-app fees, $5 million of higher legal regulatory and compliance costs and, in the case of operating income, higher stock-based compensation expense. Stock-based comp expense in the quarter was up $11 million year-over-year to $27 million primarily due to the vesting of certain market-based awards at Tinder. Despite this, we remain on track for about $80 million of SBC expense for the full year.

In addition to posting strong operating results and cash flow in Q1, our balance sheet remained very healthy. 12 months trailing leverage ended Q1 at 2.4x on a gross basis and 2.1x on a net basis, flat to year-end 2018, despite over $130 million of total stock buybacks and cash payments to net settle employee equity awards in Q1. Our financial flexibility remains excellent.

We have talked before about the strong operating leverage in our business and in our confidence in achieving 40%-plus EBITDA margins. A large driver of this is the shift from brands that spend a higher percentage of their revenues on marketing, like Match and Meetic, to brands that spend a lower percentage of their revenue on marketing, like Tinder, OkCupid and PlentyofFish.

Slide 12 shows the impact of this shift in terms of sales and marketing spend for the last 9 quarters as a percent of total revenues. You can see the consistent year-over-year declines. Q1, which tends to be our highest marketing spend quarter, shows the most dramatic impacts. Over the last 2 years, marketing spend as a percent of revenue in the first quarter has declined by 10 percentage points from 36% to 26%. In fact, if you look at the aggregate amount of marketing dollars we spent in Q1 '19, it was almost exactly the same as our spend a year ago, about $118 million. We have shifted the mix. Match and Meetic are down. Hinge is up, for example, but the total is almost precisely the same. What becomes apparent from this data is that our business has the ability to drive growth without increasing marketing spend as a percent of revenue. We believe product enhancements are the key driver of growth across our portfolio, which we supplement with generally strong ROI marketing spend.

As we enter new markets or introduce new products, we do have to invest in marketing. As we push Tinder into new developing markets where category and brand awareness are low, we do expect to increase marketing investment, which we're confident will pay off over time. And as we have discussed, we're investing in emerging brands like Hinge where we see real traction. That said, our marketing spend trend over the past 2 years is notable.

Now let's turn to Slide 13 and our latest financial outlook. For Q2 '19, we expect total revenue of $480 million to $490 million. This include the impact of continued FX headwinds as was the case in Q1. We expect $190 million to $195 million EBITDA in Q2. We anticipate that Tinder will continue to drive growth and that we'll see similar trends in the non-Tinder brands and in indirect revenue, as what we experienced in Q1. We expect Tinder to have a larger number of sequential average subscriber additions in Q2 than was the case in Q1. This is driven by optimizations we're continuing to make to the product as well as by merchandising changes. Tinder recently crossed 5 million total, that is ending not average, subscribers, a phenomenal achievement for such a young business.

The solid momentum in Q1 and our expectations for Q2 give us increasing confidence in our full year financial performance. In the back half of the year, we're considering investing further in marketing spend particularly at Tinder and in other global growth opportunities if we believe these investments will drive long-term growth. Even if we pursue these additional investments, we are targeting margin expansion for the full year.

For the full year 2019, subscriber additions at Tinder should exceed our 1 million target. At the moment, we're forecasting more typical subscriber addition levels in the back half of the year compared to the first 2 quarters of 2019. The precise number of Tinder subscriber additions for the year will depend on 2 key things.

The first is the renewal rates from our product initiatives in the first half of the year. Because these implementations are recent, we're watching to see how renewal rates fair.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 536

Case 3:19-cv-02356-S Document 39-1 Filed 06/12/20 Page 90 of 324 PageID 1064

The second is the impact of an optimization we rolled out very successfully on iOS in early Q2 that we plan to roll onto Android later this year. The precise timing of that rollout, as well as its conversion impact, will affect the number of Tinder subscriber additions in the back half of the year. We believe we can continue to grow Tinder ARPU in the mid-single digits for the year. As you know, though, we're focused on driving overall revenue at Tinder, not specifically on subscriber or ARPU growth.

We remain confident the company's overall year-over-year revenue and EBITDA growth will accelerate as the year progresses, as FX becomes less of a headwind and as non-Tinder businesses begin to contribute more.

We're happy to be off to a strong start in 2019, having delivered a solid Q1 and strong outlook for Q2. Our Tinder business continues to grow revenues and subscribers meaningfully. We're growing users at our newer businesses, like Hinge, Ship, Chispa and BLK, and we're executing on our strategic plans to return the Match brand to growth.

As Mandy discussed, we're also further positioning the company to capture more of the global opportunity with APAC presenting an opportunity for meaningful incremental top line growth as the culture and behaviors there shift and smartphone penetration increases. We believe all of this puts us in a terrific position to continue to deliver solid financial performance for our shareholders.
With that, I'll ask the operator to open the line for questions.

MATCH GROUP, INC. FQ1 2019 EARNINGS CALL | 06/12/2019

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 91 of 324   PageID 1065

# Question and Answer

**Operator**

[Operator Instructions] And the first question comes from Kunal Madhukar with Deutsche Bank.

**Kunal Madhukar**
*Deutsche Bank AG, Research Division*

Two, if I may. One for Mandy and one for Gary. Mandy, can you talk about the competitive landscape in the Asian countries that you're targeting with the reorg of the management framework? And Gary, can you tell us where we are starting -- what is the starting point for the impact revenues? So when we are trying to get to a quarter of revenues, where are we now?

**Amanda W. Ginsberg**
*CEO & Director*

Okay. I'll take the first part, Kunal. So in terms of competition, outside of the traditional matrimony players, which exist in this region, we are definitely keeping our eye on some regional competitors that have gotten some traction. But the thing to note is that there are a number of Chinese players that are investing outside of China, spending significant marketing dollars in Asia as well. And then obviously Facebook is jumping in and recently announced that they're covering more markets in the Asia region. We believe that based on the fact that we've got a really great head start with Tinder and Pairs, in particular, that we're going to be in a great position to compete in these markets. And we also know that this is a multi-use app categories that for people who are dating are using multiple apps. And we think that with these competitors moving in, there's maybe opportunity to even open up the category even more.

**Gary Swidler**
*Chief Financial Officer*

And Kunal, I think in terms of where we are in Asia right now, the way to think about it, first of all, is that there's really 2 drivers. There's Tinder and then there's our Pairs business, which is largely in Japan and a couple of other places in Asia. We are building OkCupid India as well. And so those businesses today are driving significant revenue for us, probably on the order of $200 million or so last year. But our goal is to get the overall Asia revenue up to about 25% of the company's revenue over a 5-year period. So a significant driver of growth for us over the next 5 years, and that's why we're investing and reorganized in that market.

**Operator**

That comes from Anthony DiClemente with Evercore.

**Anthony Joseph DiClemente**
*Evercore ISI Institutional Equities, Research Division*

So basically, at a high level, you guys are crushing Tinder subscriber expectation. It looks like you're going to hit 80% of your prior guidance in the first half of the year alone. So investors want to know that if that's excellent, what's driving that outperformance? Gary, in your prepared remarks, you mentioned various tweaks or optimizations to the platform. So maybe just give us an example or 2 of those and what -- and they sound like a collection of evolutionary drivers and improvements, so just what gives you the confidence that those sorts of improvements continue as the company moves forward? And then the second question would be -- and related to the upside to Tinder subscriber ads, that's not really flowing through to the '19 EBITDA guide as you flow through the benefit of those higher subs and just wonder why not? Is that the expectation that just give me some ARPU pressure from these newer markets as you blend in perhaps lower ARPU emerging markets? Or I know you mentioned the cost side, so investing in marketing and -- like Hinge and Tinder and emerging markets, so maybe just a little more on that as to why we're not seeing it flow through to a higher EBITDA guidance.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 8:19-cv-02356-JLS-KES Document 39-1 Filed 06/12/20 Page 92 of 324 PageID 1066

**Gary Swidler**
*Chief Financial Officer*

Yes. Okay. Let me try to answer those as best I can. So on the Tinder subs, I mean, I think we've been talking for a long time now that we felt there was a lot we could do on the optimization side at Tinder, the way we merchandise the product, the way we think about PayWall and so forth, and we've been doing that. We did it heavily starting in Q4. We continued into Q1. And obviously, the results kind of speak for themselves, as you said, where the subs are growing very nicely. And the company has really performed well. So we're going to keep doing that, and that's going to continue to take place throughout the year.

I don't want to get into too many specifics around the kind of tweaks we're making because we are sensitive to the competitive impacts of that, but I will say that we -- in addition to the things that we did through the first quarter of the year, we did roll out a pretty significant update to the way we merchandise Gold. And as we've always talked about, Gold is an extremely compelling offering. We've seen that in the numbers around Gold for the last 6 quarters or so, certainly in late '17 into '18. And as we refine how we merchandise that, just like any other product, the better you merchandise a great product, the more sales you make, the more people take you up on it. And that continues to be the case with Tinder subscription, Tinder Gold more specifically. And so we're continuing to refine that. We have work to do. We've got a team focused on it. And we're continuing to make a lot of progress.

And so you're right. With what we achieved from a subscriber, just as a perspective in Q1, plus what we're expecting in Q2, we get about 80% to that 1 million number that we had given last quarter. So that's why we're saying we have high confidence we're going to surpass that. Exactly where we're going to get to is still something that we are not quite ready to make a call on yet. Some of these optimizations are relatively new. They either happen the first quarter or some of it have even happened over the last few weeks, so they've been in the market a very short time. And we want to see how all that plays out and rolls through from a subs perspective. Plus, one of the optimizations we've done on iOS only and we're planning to roll that out into Android, but that probably won't happen until sometime in the middle of the year. And so we'll see how that affects Android subs, and that will affect our sub number for the back of the year. So there's a lot of moving pieces. Things are still early, and that's why we haven't made the call quite on EBITDA and where we are for the year, really, on revenue and EBITDA. But obviously, as I expressed in my remarks, we feel good about where the trends are going, both on revenue and EBITDA for the year driven by Tinder and the upside from all of the optimizations that we're putting through on that product. And that's before we get to other things later in the year, which we still have in sights.

The other thing on EBITDA specifically, we've given a range of $740 million to $790 million for the year. We're not adjusting that at this point in time. And the reason for that is largely because we see a lot of opportunity to continue to invest. And really, that is on 2 fronts. Primarily, one is on Tinder. We are expanding internationally on Tinder and getting to more and more markets, but we see opportunity. We see opportunity in markets that we haven't quite gotten to from a marketing spend perspective yet, where we are getting feet on the ground and we see more opportunity. And so to the extent we have product success at Tinder and, ultimately subscriber and revenue success, which has been the case so far this year, we want to try to reinvest some of that into the business into Tinder and position ourselves for long-term growth in some of those markets, particularly in Asia. And so we're going to spend some of that upside.

And more specifically, even outside of Tinder, we see that opportunity in Asia that Mandy spent quite a bit of time talking about. And we may roll additional of our brands into Asia or even build a new brand for Asia. Those are things that we are thinking about as we analyze and think about each market. And we've done it successfully with OkCupid India. Obviously, a lot more to go there, but we could replicate that in other markets in Asia.

Even with those incremental investments and marketing at Tinder, and even with things we might do to build brands to capture more of the Asian market opportunity, we still expect to deliver improved operating -- improved EBITDA margins for 2019 over 2018. So we will spend some of the good news, but we'll still see some of it drop to the bottom line. And that's how we're thinking about the rest of the year. So we haven't adjusted the EBITDA guidance at the moment, but those are, I think, the moving pieces on

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 539

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 93 of 324     PageID 1067

revenue, on EBITDA, on our investments and how we're thinking about the balance of the year, given the trends that we clearly see thus far in 2019.

**Operator**

And the next question comes from Ben Schachter with Macquarie.

**Benjamin Ari Schachter**
*Macquarie Research*

Following up a little on Anthony's question, can you talk more about pricing specifically around how you're doing that? So what has been the strategy there? What has worked thus far? What's not worked and how you think that's going to evolve? And then the second question is just on the marketing spend. You talked about how you're thinking about that in terms of evolving around the different channels. Is Asia going to be using the same channels that have worked so well in the West? Or are you going to be doing things differently there in terms of the channels you're spending on?

**Amanda W. Ginsberg**
*CEO & Director*

Okay. I'll take the first part. As you know, we've had a long history in pricing and price optimization across a lot of our businesses since we've been in this category for a long time. And for Tinder, we're pretty early in this journey. And when we first launched Gold, it was a bit of a blunt instrument, which we've talked about in the past. We think there's still a lot of room to optimize price. We hadn't really, up until the last few months or starting sort of back in Q4, did a comprehensive evaluation of global pricing. And we're now just starting to test price elasticity, looking at market by market. And we do think there's some opportunities. So there's definitely areas where -- for us to price up, so higher per capita markets like Japan and the Nordics and the U.K. And then also, we look at opportunities for us to price down in lower per capita markets, like Turkey and Brazil. And at the end of the day, as we sort of said again and again, we look at those -- there's obviously going to be trade-offs between ARPU and conversion, but we look at how do we optimize revenue overall, especially even if we drop price where it's revenue accretive. Late last year, we hired a head of pricing at Tinder, which is great and putting more investment in that area. And like I said, we've got -- we're really kind of early innings into the pricing journey, and we feel like we've got lots of opportunity ahead.

**Gary Swidler**
*Chief Financial Officer*

I think on the marketing spend in Asia, we do tailor it, to some extent, to the different countries. We've got people on the ground in these countries whose job it is to evaluate what channels will yield us the best return, what makes the most sense in those markets and really resonates with people in those markets. So the strategy is tailored to the different markets. And I think we're getting sharper at doing that. So we did run some TV in India and Korea in the first part of the year. If you look at TV, for example, in India, it's a lot cheaper and more efficient than it is in the U.S. So while we're not doing that in the U.S. We found opportunity to do it in India. When you contrast that, let's say, with the Japanese market, TV is not something that's available to us. And so we're using a lot of other online channels as opposed to TV. But if TV were to open up in Japan, we think that will be a terrific channel for us as well.

So as these markets evolve and as we get better and better at tailoring our marketing spend and targeting in those countries, we'll continue to evolve our strategy. The only other thing I wanted to point out as we think about Asia and kind of tailoring our approach there, there's also some room to potentially tailor our approach on the revenue side because the revenue models that we've used, thus far, in particular at Tinder across the world, may not be perfectly tailored for some of these Asian markets. So we may think of other sources of revenue in Asian markets. We may think of different pricing, different kind of packaging approaches in these markets. So different things resonate in those markets. We will tailor our revenue models in those countries.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 94 of 324   PageID 1068

So that's probably a little bit further down the line as we get a little bit smarter and sharper in these countries, but we do see opportunity to adjust a little bit on the revenue side as well as on the marketing side as we expand our business into the Asian markets.

**Amanda W. Ginsberg**
*CEO & Director*

And I'll just add one more thing. Not only is brand awareness really important in a lot of these initiatives with Tinder in Asia, but we do look at sort of the impact of the ROI on marketing. So for example, in Korea, where we do have big sort of push on the TV side, not only do we look at -- which we did in Q4, we look at the number of new users who come in during that lift, which we saw sort of a big increase of 3x more users coming in. Then we also measure the baseline after that. Do we see a lift? And we are actually seeing pretty significant lift in baseline once we do sort of a big push. And what this is doing as we go kind of market by market is giving us playbooks and informations about what is going to work in different types of market. And we'll use that playbook in new markets as we evaluate opportunities.

**Operator**

And that comes from Douglas Anmuth with JPMorgan.

**Douglas Till Anmuth**
*JP Morgan Chase & Co, Research Division*

Gary, was just hoping you could elaborate a little bit more on the back half potential long-term investments? Can you expand on those initiatives and if there's any way to help us quantify or kind of frame the magnitude of what you're thinking there in terms of dollars?

**Gary Swidler**
*Chief Financial Officer*

Yes. So like I said earlier, I think they largely fall into the 2 buckets. You've got incremental Tinder marketing spend in some of these Asian markets, in particular, as we just expand the roster of markets that we're spending and trying to drive user growth in and then potentially something around new brands or building some brands in some of these Asian markets. It's a little bit early probably to quantify. If you look back, for example, at what we said about Hinge, if you want to use that frame of reference, that was a brand that we were investing in and we are trying to drive this year. And we said that would have a $25 million impact on EBITDA for the full year, which obviously is a big number given the traction at that brand. So I don't think we're talking about anything close to that order of magnitude, plus we're only talking about probably half of the year here, but that gives you a frame of reference. So it's probably on the order of $10-ish million or something in that neighborhood as we think about expanding the Tinder marketing spend and the investment in the other markets.

But we want to maintain some flexibility. If we come up with a great idea or have the chance to invest in a great brand, whether it's something that we pick up from a founder or we build ourselves, we want to be able to spend that money. And again, we're going to do it in a way that maintains our margins and improves upon last year's margin. So it's going to be spending the upside, if you will.

**Operator**

And the next question comes from Brent Thill with Jefferies.

**Brent John Thill**
*Jefferies LLC, Research Division*

Gary, 30% beat on Tinder subs, but only $1 million in revenue flowing through on the upside. Can you just talk to what's happening there and where you're seeing that growth and why that would be such a lag? And then I can follow up with a quick follow-up.

**Gary Swidler**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 95 of 324   PageID 1069

Okay. Sure. Yes, look, I think if you think about kind of the first quarter and knowing that our guidance was around 300,000 or so subs at Tinder and we ended up at 384,000, we've got some upside from that clearly in Q1, and that did flow through. So Tinder performed pretty much as we expected, but there was about $3 million or so of FX incremental to what we expected. So if you remember, last time we said we thought it would be about $15 million, it ended up being about $18 million. And that's visible in the Tinder ARPU for the quarter, where I said that it was 2% on as-reported basis, but up more. It's probably mid-single digits on an FX-neutral basis.

So really, it is FX that has kind of eaten into the gains that were provided by the incremental Tinder subs. It pretty much offsets. There's a little bit of a drop of ad revenue weakness probably. But when you take way the FX and the ad revenue weakness, that basically accounts for offsetting the upside in the Tinder subs. That's really kind of what you saw in the quarter at a pretty high level, but I think that explains kind of why you didn't see it flow through. But that's really the only thing that kind of caught us a little off our expectations. But Tinder performed really well -- the business performed well, too, and we feel great about how Q1 came through.

**Brent John Thill**
*Jefferies LLC, Research Division*

And just a quick follow-on on the advertising business. I realized that's a small percentage of the revenue. But from a decline perspective, it's one of the worst quarters you have in terms of the decline. I know you called out a couple of the metrics around that. Is this a focus going forward for you? Or is this something you're going to deemphasize and push more on the subscription side?

**Gary Swidler**
*Chief Financial Officer*

Well, look, I think we've been pretty clear for a while now that the ad business for us is some incremental revenue and -- but it is a nonurgent priority for us. It's not our primary focus. We're fortunate to have a really strong direct from the consumer business. That's where we generate the vast bulk of our revenue. Ads are a few percentage points of the overall company's revenue. And so we're not surrendering it, but it doesn't get the priority on the product roadmap that new features get particularly in Tinder. And I think that, that is a logical business decision. We're dealing with prioritization. We're dealing with scarce resources. And we tend to prioritize our bread-and-butter, which is the consumer-generated revenue as opposed to the ad revenue. So that's how we're thinking about it. Obviously, we'd like to do better than the declines we're seeing. Some of that is driven by the changes in the economic with FAN, which is just something we're going to have to deal with for another couple of quarters until that kind of goes away. Some of it is the fact that impressions are fewer on mobile than they were on desktops, so that's hitting some of the other brands. So we're going to deal with those trends. We've been dealing with them for a while. Probably, it will be kind of similar next quarter as they are right now. And then we'll take a look at this. I don't know if this will be the long-term trend. While we're not emphasizing building out ad revenue right now, as I said, as we think about Asia, we think about how that market monetizes, it monetizes a little bit differently, and I could see us trying to generate more indirect revenue from that market over time. But we'll have to see. I think that's further down the road. So I think short answer is we're not prioritizing ads. We're kind of going to be in status quo for a little while, not a big piece of what we do. But over time, that strategy could evolve and we'll see where it takes us. But it's really not a main focus for us as we think about prioritizing things within the product.

**Operator**

And it's going to come from John Blackledge with Cowen.

**John Ryan Blackledge**
*Cowen and Company, LLC, Research Division*

Great. Just a couple of Tinder questions. On localization, have you introduced it? Any versions? How many countries and regions would you expect to localize Tinder? And kind of what's the timing? Second would be Tinder, #4 app in Japan. How big is the opportunity if you can get the flywheel going with Tinder in Japan

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S  Document 39-1  Filed 06/12/20  Page 96 of 324  PageID 1070

like you have in a bunch of other countries? And last question would be for Tinder, second half '19 sub ads, any reason why they wouldn't track near 1/2 levels?

## Amanda W. Ginsberg
*CEO & Director*

Okay. John, I'll take the first part of that. So in terms of localizing Tinder, some product localization features, we're already working on. So app performance is one that I talked a little bit about. Tinder Lite is coming soon. And so -- and which is really all about the speed and the experience, which we think is going to be really beneficial for people in international markets where -- who are a little bit more remote. The other area that we worked on over the past quarter -- couple quarters is the recommendation engine. So -- and based on geography and liquidity in some cities around the globe. It's really important to get matching right even down to the neighborhood level. So that's something that we've been focused on just to make sure that the overall matching and activity improvement happen across the globe. Then there are a couple other. There are a little bit more less under-the-hood and a little more visible, which we are planning on making progress on in the future. So if you think about onboarding, when people joined Tinder, they fill out a profile information. And it's important that we capture things that are going to be relevant in that dating culture. And so what you don't see on Tinder app today are things that are very much geared toward local dating culture. So I'll give you one example. In Japan, when people -- when it comes to dating, people share their blood type. It's almost like a horoscope. That certainly doesn't exist in a lot of other countries. But those are the kind of things that, like, as we understand regional nuances, specifics, we can really prioritize what actually matters when it comes to dating. And then, a little less sexy, but important. When it comes to revenue and billing, payment does vary country by country. And things like carrier billing or payment providers are a way that -- there's a way that we can reduce friction to obviously impact adoption for our subscription products. And I think that, overall, we've talked a lot about making investments of heads on the ground across Asia. And with that, I think that we're going to have much more insight to be able to prioritize the needs of these markets. That's on the localization front.

I can talk a little bit about -- I think your next question was how big is the opportunity in Japan. So for Japan, we've actually been operating in Japan for a long time, even prior to the acquisition of Pairs. And it's really been -- it's one of those markets where we had not seen a lot of growth or traction until really the last couple of years when things started to really take off. And I attribute to really just stigma starting to move pretty quickly in that market. And so we think that there is definitely opportunity in that market.

Tinder hasn't focused on Japan until recently. Yet we've had obviously meaningful user base there, and it's #4 in revenue. But I think there's real upside. And as we looked at -- I told you we're really good on this exercise of really trying to understand and study price elasticity across the globe. And what we found is that Tinder is priced meaningfully lower than any of the other local players. So there's still some opportunity for pricing upside there, too. And like I said, what we've seen is that this is a market where there's real appetite for not just one brand but for multiple brands, so we'll continue to evaluate those opportunities there.

## Gary Swidler
*Chief Financial Officer*

And John, I think on your question around Tinder subs in the back half of the year. I think there's a couple of things going on and the way we're thinking about the year. The first is the first half of the year we've been focused more on conversion. We'd like to see what we can do on the à la carte side in the back half of the year. So we're evaluating some things on that front as well. That could affect the sub trends.

The second thing is we've rolled out some optimization that's been successful. I mentioned the one on iOS, and we plan to roll that out on Android probably in Q3. So as you know, whenever we roll out something new that has real impact, you tend to see what we called a stock effect, a little bump that happens when we first roll out a feature that drives conversion up in a bit of a step function. So we're going to see that in Q2 with the change we've made on iOS. We'll probably see that in Q3 with the rollout of that on Android. So you're going to see those 2 little bumps. I don't know yet kind of what Q4 holds, in particular. So between those 2 things, the focus that's going to be different in the back half of the year

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S    Document 39-1    Filed 06/12/20    Page 97 of 324    PageID 1071

potentially than it is in the first half of the year. Conversion in the front half, ALC in the back half and also these little stock effects, these little bumps from rolling things out on iOS first and then Android, those are some of the things that account for the changes in subs that you see kind of quarter-to-quarter.

**Operator**

And the next question comes from Jason Helfstein with Oppenheimer.

**Jason Stuart Helfstein**
*Oppenheimer & Co. Inc., Research Division*

Just 2 quick questions. So obviously, how are you thinking about international growth ex Tinder? If you don't want to give specific numbers, can you talk about qualitatively or magnitude or something? And then kind of how do you see that, perhaps, into next year? And then also how do you think about pricing in India going forward?

**Gary Swidler**
*Chief Financial Officer*

Okay. Let me take a shot at it. Look, I think international growth, it is right now being driven by Tinder and by Pairs with a little bit of contribution from some of our other brands as well. But we've said, we see big opportunity because we are underpenetrated, particularly in these Asian markets. And our plan is to drive a lot of the growth for the company over the next few years from that market. And it's going to be through a combination of things. Obviously, we're going to keep driving the stuff we've got, Tinder and Pairs, that's critical. We've brought OkCupid into India, and we think we can drive growth from that. We're going to look to release either existing brands that we have or build a new brand, and that's why I've talked a little bit about some of the investments we make -- we may make. We also may buy some things in the Asian market and then invest in marketing like we did at Hinge and try to drive that. So we think it's going to be a multi-faceted approach to that market. And overall, to hit the goal that we've set to drive 1/4 of the company's revenue over 5 years from that market. So we're moving all of the assets into place and we have a pretty clear strategy to do it. And now it's about executing on that strategy. I think -- on the pricing question, particularly in India, I think, you asked, right now, and this is true for a lot of these Asian markets where we're attracting kind of people in the urban market, densely populated cities tend to be higher income, better educated, that's kind of the early adopters of Tinder. And that's the case right now. And it's one of the reasons, quite frankly, that people maybe don't see as much degradation in ARPU as they might be expecting as we've expanded in international markets because we're able to hold price pretty well as we expand in these international markets. You don't see probably as big a drop off for Tinder in these international markets on the ARPU side as you might expect because we are targeting some of these wealthier people and the pricing we're able to achieve is not that different, not that much lower than we're able to achieve in the Western markets. That will change potentially over time as we go broader into these markets, go deeper into these markets from a customer standpoint. But given the size of these markets, the number of subscribers we can pick up, if we do that, we'll be more -- we'll -- the number of subscribers will more than offset any degradation in ARPU, and it will be revenue enhancing for us. So that's our strategy. But I think that's going to take a long time to play out. So that any pressure on ARPU probably won't be that visible as expand internationally for a while. Plus, if you look at the international markets more broadly, it's a mixed story. So while you do have India, which is a market that does price a little bit lower, you also have markets like Japan, markets like Korea that tend to price pretty well in line with some of the Western European and North American markets.

So we're able to manage that mix. And obviously, we're fully in control of pricing. We're able to manage that mix, so that you're not seeing a drop-off in ARPU. And that's why we have confidence that for the rest of this year, we're going to continue to see kind of single-digit increases in ARPU at Tinder, overall, even as we drive more subs from international markets. Hopefully that helps.

**Operator**

And the last question comes from Ross Sandler with Barclays.

**Ross Adam Sandler**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Barclays Bank PLC, Research Division*

Question on Hinge. I'll mix it up a little bit? So on the London store, is that mostly organic or are you guys doing pay promotion, plus word-of-mouth to kind of get that traction? And are there things like engagement or match rates or whatever metrics you focused on early days at Tinder that you're seeing at Hinge as these markets grow? And then lastly on Hinge, if you look at your most penetrated markets on the East Coast or, I guess, London, what are you seeing right now in terms of the overall growth of the user base for Tinder and Hinge combined? Is it accretive? Is there some cannibalization? Any update on the kind of input play between Hinge and Tinder?

### Amanda W. Ginsberg
*CEO & Director*

Okay. I will address those. So the one thing I'll say is even prior to the acquisition for Hinge, which we sort of watch for a while, we saw this incredible market fit, where people just love the product and they're really engaged in this product. And so the word-of-mouth marketing was really one of the things that made this acquisition the most compelling. We're seeing in London it's some of the same. First of all, we also had the CEO of Hinge was over in London recently and promoting just through PR. But we're seeing real traction in the U.K. It also tends to be an early adopter market in London. And we're spending a little bit of marketing, but really not a whole lot.

In terms of the Hinge metrics, we are continuing to see really good engagement metrics and it's roughly comparable to what we see at Tinder, especially in the early days.

And in terms of population, it is a different population that we are addressing. So while Tinder is 18 to 25, a little bit younger, a little bit more casual, a little bit more sort of college oriented, when you show up and you're 19-year-old, you're not looking for something more serious. But when you get your first job and you're 26 years old and you're working in New York, then you are looking for something more serious. So in some ways to think about it is these users are kind of -- they grew up with apps when they're in college, and now they're looking for something serious and intent really matters. And that's why one of the big areas of focus for Hinge is leaning into the marketing around serious relationships and intents. So we think that they're very complementary to each other and serve a different demographic. And as we looked at Hinge, one of the other reasons that we like Hinge is we had Match, which skews a little bit older, more serious. We had Tinder, which is a little younger and a little less serious. And so Hinge really sort of fit perfectly into the portfolio, gaining traction with that sort of 25- to 30-year-old with higher intent.

### Lance Barton
*Senior Vice President of Investor Relations & Corporate Development*

Okay. We're going to wrap it up because we're already past time. But thank you, everyone, for joining our call. And we look forward to talking to you again next quarter.

### Operator
Yes. Thank you. The conference call is now concluded. Thank you for attending today's presentation. You may now disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 99 of 324   PageID 1073

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Exhibit 14

**As filed with the Securities and Exchange Commission on May 9, 2019**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the Quarterly Period Ended March 31, 2019**
**Or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from_____to_____
**Commission File No. 001-37636**

## matchgroup
# Match Group, Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **26-4278917** |
|:---:|:---:|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**8750 North Central Expressway, Suite 1400, Dallas, Texas 75231**
(Address of registrant's principal executive offices)

**(214) 576-9352**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒       Accelerated filer ☐       Non-accelerated filer ☐       Smaller reporting company ☐       Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of exchange on which registered |
|:---:|:---:|:---:|
| Common Stock, par value $0.001 | MTCH | The Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

As of May 3, 2019, the following shares of the registrant's common stock were outstanding:

| | |
|---|---:|
| Common Stock | 71,206,321 |
| Class B Common Stock | 209,919,402 |
| Class C Common Stock | — |
| Total outstanding Common Stock | 281,125,723 |

The aggregate market value of the voting common stock held by non-affiliates of the registrant as of May 3, 2019 was $3,379,581,898. For the purpose of the foregoing calculation only, shares held by IAC/InterActiveCorp and all directors and executive officers of the registrant are assumed to be shares held by affiliates of the registrant.

App. 548

# TABLE OF CONTENTS

|  |  | Page Number |
|---|---|---|
| **PART I** | | |
| Item 1. | Consolidated Financial Statements | 3 |
|  | Consolidated Balance Sheet | 3 |
|  | Consolidated Statement of Operations | 4 |
|  | Consolidated Statement of Comprehensive Operations | 5 |
|  | Consolidated Statement of Shareholders' Equity | 6 |
|  | Consolidated Statement of Cash Flows | 7 |
|  | Note 1—The Company and Summary of Significant Accounting Policies | 8 |
|  | Note 2—Revenue Recognition | 9 |
|  | Note 3—Leases | 10 |
|  | Note 4—Income Taxes | 12 |
|  | Note 5—Financial Instruments | 13 |
|  | Note 6—Long-term Debt, net | 16 |
|  | Note 7—Accumulated Other Comprehensive Loss | 17 |
|  | Note 8—Earnings per Share | 18 |
|  | Note 9—Consolidated Financial Statement Details | 19 |
|  | Note 10—Contingencies | 19 |
|  | Note 11—Related Party Transactions | 20 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 21 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 35 |
| Item 4. | Controls and Procedures | 36 |
| **PART II** | | |
| Item 1. | Legal Proceedings | 37 |
| Item 1A. | Risk Factors | 38 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 44 |
| Item 6. | Exhibits | 46 |
|  | Signatures | 47 |

2

# PART I
## FINANCIAL INFORMATION

**Item 1.**   *Consolidated Financial Statements*

## MATCH GROUP, INC. AND SUBSIDIARIES

## CONSOLIDATED BALANCE SHEET (Unaudited)

|  | March 31, 2019 | December 31, 2018 |
|---|---|---|
|  | (In thousands, except share data) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 224,855 | $ 186,947 |
| Accounts receivable, net of allowance of $721 and $724, respectively | 147,115 | 99,052 |
| Other current assets | 59,569 | 57,766 |
| Total current assets | 431,539 | 343,765 |
| Right of use assets | 49,668 | — |
| Property and equipment, net of accumulated depreciation and amortization of $116,454 and $113,025, respectively | 60,078 | 58,351 |
| Goodwill | 1,242,507 | 1,244,758 |
| Intangible assets, net of accumulated amortization of $12,197 and $11,843, respectively | 236,391 | 237,640 |
| Deferred income taxes | 165,803 | 134,347 |
| Long-term investments | 9,076 | 9,076 |
| Other non-current assets | 22,449 | 25,124 |
| **TOTAL ASSETS** | $ 2,217,511 | $ 2,053,061 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Accounts payable | $ 16,799 | $ 9,528 |
| Deferred revenue | 219,739 | 209,935 |
| Accrued expenses and other current liabilities | 144,186 | 135,971 |
| Total current liabilities | 380,724 | 355,434 |
| Long-term debt, net | 1,601,656 | 1,515,911 |
| Income taxes payable | 12,739 | 13,918 |
| Deferred income taxes | 20,091 | 20,174 |
| Other long-term liabilities | 58,064 | 21,760 |
| Commitments and contingencies | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock; $0.001 par value; authorized 1,500,000,000 shares; 74,767,764 and 71,513,087 shares issued; and 71,260,240 and 68,460,563 shares outstanding at March 31, 2019 and December 31, 2018, respectively | 75 | 72 |
| Class B convertible common stock; $0.001 par value; authorized 1,500,000,000 shares; 209,919,402 shares issued and outstanding | 210 | 210 |
| Class C common stock; $0.001 par value; authorized 1,500,000,000 shares; no shares issued and outstanding | — | — |
| Preferred stock; $0.001 par value; authorized 500,000,000 shares; no shares issued and outstanding | — | — |
| Additional paid-in capital | (136,151) | (57,575) |
| Retained earnings | 576,812 | 453,778 |
| Accumulated other comprehensive loss | (137,948) | (137,166) |

App. 550

Case 3:19-cv-02356-S    Document 39-1    Filed 06/12/20    Page 104 of 324    PageID 1078

| | | | | |
|---|---|---:|---|---:|
| Treasury stock; 3,507,524 and 3,052,524 shares, respectively | | (158,761) | | (155,455) |
| Total Match Group, Inc. shareholders' equity | | 144,237 | | 125,864 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ | 2,217,511 | $ | 2,053,061 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

3

App. 551

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF OPERATIONS (Unaudited)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2019** | **2018** |
| | **(In thousands, except per share data)** | |
| Revenue | $ 464,625 | $ 407,367 |
| Operating costs and expenses: | | |
| Cost of revenue (exclusive of depreciation shown separately below) | 120,224 | 93,944 |
| Selling and marketing expense | 118,663 | 118,171 |
| General and administrative expense | 54,394 | 42,761 |
| Product development expense | 44,274 | 31,869 |
| Depreciation | 7,831 | 8,147 |
| Amortization of intangibles | 411 | 242 |
| Total operating costs and expenses | 345,797 | 295,134 |
| Operating income | 118,828 | 112,233 |
| Interest expense | (22,086) | (17,806) |
| Other expense, net | (1,488) | (7,221) |
| Earnings before income taxes | 95,254 | 87,206 |
| Income tax benefit | 27,780 | 12,472 |
| **Net earnings** | 123,034 | 99,678 |
| Net loss attributable to noncontrolling interests | — | 58 |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 123,034 | $ 99,736 |
| | | |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | |
| Basic | $ 0.44 | $ 0.36 |
| Diluted | $ 0.42 | $ 0.33 |
| | | |
| **Stock-based compensation expense by function:** | | |
| Cost of revenue | $ 1,265 | $ 633 |
| Selling and marketing expense | 1,396 | 892 |
| General and administrative expense | 9,771 | 7,660 |
| Product development expense | 15,565 | 7,778 |
| Total stock-based compensation expense | $ 27,997 | $ 16,963 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

4

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF COMPREHENSIVE OPERATIONS (Unaudited)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| Net earnings | $ 123,034 | $ 99,678 |
| Other comprehensive (loss) income, net of tax | | |
| Change in foreign currency translation adjustment | (782) | 30,601 |
| Total other comprehensive (loss) income | (782) | 30,601 |
| Comprehensive income | 122,252 | 130,279 |
| Comprehensive income attributable to noncontrolling interests | — | (146) |
| Comprehensive income attributable to Match Group, Inc. shareholders | $ 122,252 | $ 130,133 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

5

App. 553

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY (Unaudited)**

**Three Months Ended March 31, 2019 and 2018**

| | Redeemable Noncontrolling Interests | Common Stock $0.001 Par Value | | Class B Convertible Common Stock $0.001 Par Value | | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive (Loss) Income | Treasury Stock | Total Shareholders' Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| | | $ | Shares | $ | Shares | | | | | |
| | | | | | | | (In thousands) | | | |
| Balance as of December 31, 2018 | $ — | $ 72 | 71,513 | $210 | 209,919 | $ (57,575) | $453,778 | $ (137,166) | $(133,455) | $ 125,864 |
| Net earnings for the three months ended March 31, 2019 | — | — | — | — | — | — | 123,034 | — | — | 123,034 |
| Other comprehensive loss, net of tax | — | — | — | — | — | — | — | (782) | — | (782) |
| Stock-based compensation expense | — | — | — | — | — | 27,997 | — | — | — | 27,997 |
| Issuance of common stock pursuant to stock-based awards, net of withholding taxes | — | 3 | 3,032 | — | — | (106,532) | — | — | — | (106,529) |
| Issuance of common stock to IAC pursuant to the employee matters agreement | — | — | 223 | — | — | (41) | — | — | — | (41) |
| Purchase of treasury stock | — | — | — | — | — | — | — | — | (25,306) | (25,306) |
| Balance as of March 31, 2019 | $ — | $ 75 | 74,768 | $210 | 209,919 | $(136,151) | $576,812 | $ (137,948) | $(158,761) | $ 144,237 |
| | | | | | | | | | | |
| Balance as of December 31, 2017 | $ 6,056 | $ 64 | 64,370 | $210 | 209,919 | $ 81,082 | $532,211 | $ (112,318) | $ — | $ 501,249 |
| Net (loss) earnings for the three months ended March 31, 2018 | (58) | — | — | — | — | — | 99,736 | — | — | 99,736 |
| Other comprehensive income, net of tax | 204 | — | — | — | — | — | — | 30,397 | — | 30,397 |
| Stock-based compensation expense | — | — | — | — | — | 16,963 | — | — | — | 16,963 |
| Issuance of common stock pursuant to stock-based awards, net of withholding taxes | — | 3 | 2,032 | — | — | (72,106) | — | — | — | (72,103) |
| Issuance of common stock to IAC pursuant to the employee matters agreement | — | 1 | 1,110 | — | — | (1) | — | — | — | — |
| Purchase of treasury stock | — | — | — | — | — | — | — | — | (37,937) | (37,937) |
| Balance as of March 31, 2018 | $ 6,202 | $ 68 | 67,512 | $210 | 209,919 | $ 25,938 | $631,947 | $ (81,921) | $ (37,937) | $ 538,305 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

App. 554

6

App. 555

## MATCH GROUP, INC. AND SUBSIDIARIES
## CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| **Cash flows from operating activities:** | | |
| **Net earnings** | $      123,034 | $      99,678 |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | |
| Stock-based compensation expense | 27,997 | 16,963 |
| Depreciation | 7,831 | 8,147 |
| Amortization of intangibles | 411 | 242 |
| Deferred income taxes | (31,463) | (16,511) |
| Acquisition-related contingent consideration fair value adjustments | — | 156 |
| Other adjustments, net | 2,555 | 8,280 |
| Changes in assets and liabilities | | |
| Accounts receivable | (48,097) | (7,652) |
| Other assets | 2,616 | (9,472) |
| Accounts payable and other liabilities | 3,422 | 11,548 |
| Income taxes payable and receivable | (5,534) | (4,879) |
| Deferred revenue | 9,766 | 15,778 |
| **Net cash provided by operating activities** | 92,538 | 122,278 |
| **Cash flows from investing activities:** | | |
| Capital expenditures | (9,931) | (5,045) |
| Other, net | 1,117 | 38 |
| **Net cash used in investing activities** | (8,814) | (5,007) |
| **Cash flows from financing activities:** | | |
| Borrowings under the Credit Facility | 40,000 | — |
| Proceeds from Senior Notes offering | 350,000 | — |
| Principal payments on Credit Facility | (300,000) | — |
| Debt issuance costs | (5,542) | (73) |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (106,604) | (72,103) |
| Purchase of treasury stock | (24,186) | (32,465) |
| Acquisition-related contingent consideration payments | — | (185) |
| Other, net | 27 | (43) |
| **Net cash used in financing activities** | (46,305) | (104,869) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | 488 | 2,489 |
| **Net increase in cash, cash equivalents, and restricted cash** | 37,907 | 14,891 |
| Cash, cash equivalents, and restricted cash at beginning of period | 187,140 | 272,761 |
| **Cash, cash equivalents, and restricted cash at end of period** | $      225,047 | $      287,652 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

App. 556

7

MATCH GROUP, INC. AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited)

## NOTE 1—THE COMPANY AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Match Group, Inc. is a leading provider of dating products available in over 40 languages to our users all over the world. Our portfolio of brands includes Tinder, Match, PlentyOfFish, Meetic, OkCupid, OurTime, Pairs, and Hinge, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio of trusted brands, we provide tailored products to meet the varying preferences of our users. Match Group has one operating segment, Dating, which is managed as a portfolio of dating brands.

As used herein, "Match Group," the "Company," "we," "our," "us," and similar terms refer to Match Group, Inc. and its subsidiaries, unless the context indicates otherwise.

As of March 31, 2019, IAC/InterActiveCorp's ("IAC") economic ownership interest and voting interest in Match Group were 80.4% and 97.5%, respectively.

### Basis of Presentation and Consolidation

The Company prepares its consolidated financial statements in accordance with U.S. generally accepted accounting principles ("GAAP"). The consolidated financial statements include the accounts of the Company, all entities that are wholly-owned by the Company and all entities in which the Company has a controlling financial interest. Intercompany transactions and accounts have been eliminated.

In management's opinion, the unaudited interim consolidated financial statements have been prepared on the same basis as the audited consolidated financial statements and reflect, in management's opinion, all adjustments, consisting of normal and recurring adjustments, necessary for the fair presentation of our financial position, results of operations and cash flows for the periods presented. Interim results are not necessarily indicative of the results that may be expected for the full year. The accompanying unaudited consolidated financial statements should be read in conjunction with the consolidated and combined statements and notes thereto included in the Company's Annual Report on Form 10-K for the year ended December 31, 2018.

For the purposes of these consolidated financial statements, income taxes have been computed for Match Group on an as if stand-alone, separate tax return basis.

### Accounting for Investments and Equity Securities

Investments in equity securities, other than those of our consolidated subsidiaries, are accounted for at fair value or under the measurement alternative of the Financial Accounting Standards Board's ("FASB") Accounting Standards Update ("ASU") No. 2016-01, *Recognition and Measurement of Financial Assets and Financial Liabilities*, following its adoption on January 1, 2018, with any changes to fair value recognized within other expense, net each reporting period. Under the measurement alternative, equity investments without readily determinable fair values are carried at cost minus impairment, if any, plus or minus changes resulting from observable price changes in orderly transactions for identical or a similar investment of the same issuer; value is generally determined based on a market approach as of the transaction date. An investment will be considered identical or similar if it has identical or similar rights to the equity investments held by the Company. The Company reviews its equity securities for impairment each reporting period when there are qualitative indicators or events that indicate possible impairment. Factors we consider in making this determination include negative change in industry and market conditions, financial performance, business prospects, and other relevant events and factors. When indicators of impairment exist, the Company prepares quantitative assessments of the fair value of our equity securities, which require judgment and the use of estimates. When our assessment indicates that the fair value of the security is below the carrying value, the Company writes down the security to its fair value and records the corresponding charge within other expense, net.

8

App. 558

## MATCH GROUP, INC. AND SUBSIDIARIES

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)

**Accounting Estimates**

Management of the Company is required to make certain estimates, judgments, and assumptions during the preparation of its consolidated financial statements in accordance with GAAP. These estimates, judgments, and assumptions impact the reported amounts of assets, liabilities, revenue, and expenses. Actual results could differ from these estimates.

On an ongoing basis, the Company evaluates its estimates and judgments including those related to: contingencies; the recoverability of goodwill and indefinite-lived intangible assets; the useful lives and recoverability of definite-lived intangible assets and property and equipment; the fair values of cash equivalents and equity securities without readily determinable fair values; the carrying value of accounts receivable, including the determination of the allowance for doubtful accounts; the determination of revenue reserves; unrecognized tax benefits; the valuation allowance for deferred income tax assets; and the fair value of and forfeiture rates for stock-based awards, among others. The Company bases its estimates and judgments on historical experience, its forecasts and budgets and other factors that the Company considers relevant.

**Recent Accounting Pronouncements Adopted by the Company**

The Company adopted ASU 2016-02, *Leases (Topic 842)* ("ASC 842") effective January 1, 2019. ASC 842 superseded previously existing guidance on accounting for leases and generally requires all leases to be recognized in the statement of financial position.

The adoption of ASC 842 resulted in the recognition of right of use assets (the "ROU assets") and related lease liabilities of $53.0 million and $57.9 million, respectively, as of January 1, 2019, with no cumulative effect adjustment. The adoption of ASC 842 had no impact on the Company's consolidated statement of operations and consolidated statement of cash flows. In addition, the adoption of ASC 842 did not impact the leverage calculations set forth in the agreements governing the outstanding debt or credit agreements of the Company, because, in each circumstance, the leverage calculations are not affected by the lease liabilities that were recorded upon adoption of ASC 842.

The Company adopted ASC 842 prospectively and, therefore, did not revise comparative period information or disclosure. In addition, the Company elected the package of practical expedients permitted under ASC 842.

See "Note 3—Leases" for additional information on the adoption of ASC 842.

**Reclassifications**

Certain prior year amounts have been reclassified to conform to the current year presentation.

## NOTE 2—REVENUE RECOGNITION

**General Revenue Recognition**

Revenue is recognized when control of the promised services are transferred to our customers, and in the amount that reflects the consideration the Company expects to be entitled to in exchange for those services.

**Deferred Revenue**

Deferred revenue consists of advance payments that are received or are contractually due in advance of the Company's performance. The Company's deferred revenue is reported on a contract by contract basis at the end of each reporting period. The Company classifies deferred revenue as current when the term of the applicable subscription period or expected completion of our performance obligation is one year or less. The current deferred revenue balance as of December 31, 2018 was $209.9 million. During the three months ended March 31, 2019, the Company recognized $158.7 million of revenue that was included in the deferred revenue balance as of December 31, 2018. The current deferred revenue balance at March 31, 2019 is $219.7 million. At March 31, 2019 and December 31, 2018, there was no non-current portion of deferred revenue.

9

App. 559

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

**Practical Expedients and Exemptions**

As permitted under the practical expedient available under ASU No. 2014-09, *Revenue from Contracts with Customers,* the Company does not disclose the value of unsatisfied performance obligations for (i) contracts with an original expected length of one year or less, (ii) contracts with variable consideration that is allocated entirely to unsatisfied performance obligations or to a wholly unsatisfied promise accounted for under the series guidance, and (iii) contracts for which the Company recognizes revenue at the amount which we have the right to invoice for services performed.

**Disaggregation of Revenue**

The following table presents disaggregated revenue:

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| | (In thousands) | | | |
| Direct Revenue: | | | | |
| North America | $ | 237,773 | $ | 211,357 |
| International | | 216,189 | | 181,380 |
| Total Direct Revenue | | 453,962 | | 392,737 |
| Indirect Revenue (principally advertising revenue) | | 10,663 | | 14,630 |
| Total Revenue | $ | 464,625 | $ | 407,367 |

**NOTE 3—LEASES**

The Company leases office space, data center facilities, and equipment used in connection with its operations under various operating leases, many of which contain escalation clauses. Several of these lease agreements relate to properties owned by IAC. See "Note 11—Related Party Transactions" for additional information on the intercompany lease agreements. The Company does not have any financing leases.

ROU assets represent the Company's right to use the underlying assets for the lease term and lease liabilities represent the present value of the Company's obligation to make payments arising from leases. ROU assets and related lease liabilities are based on the present value of fixed lease payments over the lease term using the Company's respective incremental borrowing rates on the lease commencement date or January 1, 2019 for leases that commenced prior to that date. The Company combines the lease and non-lease components of lease payments in determining ROU assets and related lease liabilities. If the lease includes one or more options to extend the term of the lease, the renewal option is considered in the lease term if it is reasonably certain the Company will exercise the option. Leases with an initial term of twelve months or less ("short-term leases") are not recorded on the accompanying consolidated balance sheet. Lease expense is recognized on a straight-line basis over the term of the lease.

Variable lease payments consist primarily of common area maintenance, utilities, and taxes, which are not included in the recognition of ROU assets and related lease liabilities. The Company's lease agreements do not contain any material residual value guarantees or material restrictive covenants.

10

MATCH GROUP, INC. AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)

| Leases | Balance Sheet Classification | March 31, 2019 |
|---|---|---:|
| | | (In thousands) |
| **Assets:** | | |
| Right of use assets | Right of use assets | $ 49,668 |
| | | |
| **Liabilities:** | | |
| Current lease liabilities | Accrued expenses and other current liabilities | $ 13,490 |
| Long-term lease liabilities | Other long-term liabilities | 40,228 |
| Total lease liabilities | | $ 53,718 |

| Lease Cost | Income Statement Classification | Three Months Ended March 31, 2019 |
|---|---|---:|
| | | (In thousands) |
| Fixed lease cost | Cost of revenue | $ 832 |
| Fixed lease cost | General and administrative expense | 3,765 |
| Total fixed lease cost[a] | | 4,597 |
| | | |
| Variable lease cost | Cost of revenue | 91 |
| Variable lease cost | General and administrative expense | 708 |
| Total variable lease cost | | 799 |
| Net lease cost | | $ 5,396 |

---

[a] Includes approximately $0.7 million of short-term lease cost and $0.1 million of sublease income.

Maturities of lease liabilities[b]:

| | March 31, 2019 |
|---|---:|
| | (In thousands) |
| 2019 | $ 11,689 |
| 2020 | 15,467 |
| 2021 | 13,781 |
| 2022 | 7,955 |
| 2023 | 3,380 |
| After 2023 | 8,633 |
| **Total** | 60,905 |
| Less: Interest | (7,187) |
| Present value of lease liabilities | $ 53,718 |

---

Case 3:19-cv-02356-S    Document 39-1    Filed 06/12/20    Page 115 of 324    PageID 1089

(b) Operating lease payments exclude $22.9 million of legally binding minimum lease payments for leases signed but not yet commenced.

11

App. 562

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

The following are the weighted average assumptions used for operating lease term and discount rate:

|                        | March 31, 2019 |
|------------------------|---------------:|
| Remaining lease term   |      4.6 years |
| Discount rate          |          5.05% |

|                                                                       | Three Months Ended March 31, 2019 |
|-----------------------------------------------------------------------|----------------------------------:|
|                                                                       |          (In thousands)           |
| **Other information:**                                                |                                   |
| ROU assets obtained in exchange for lease liabilities                 |              $            36      |
| Cash paid for amounts included in the measurement of lease liabilities|              $         4,850      |

**NOTE 4—INCOME TAXES**

Match Group is included within IAC's tax group for purposes of federal and consolidated state income tax return filings. In all periods presented, current income tax provision and deferred income tax benefit have been computed for Match Group on an as if stand-alone, separate return basis. Match Group's payments to IAC for its share of IAC's consolidated federal and state tax return liabilities have been reflected within cash flows from operating activities in the accompanying consolidated statement of cash flows.

At the end of each interim period, the Company makes its best estimate of the annual expected effective income tax rate and applies that rate to its ordinary year-to-date earnings or loss. The income tax provision or benefit related to significant, unusual, or extraordinary items, if applicable, that will be separately reported or reported net of their related tax effects are individually computed and recognized in the interim period in which they occur. In addition, the effect of changes in enacted tax laws or rates, tax status, judgment on the realizability of beginning-of-the-year deferred tax assets in future years or unrecognized tax benefits is recognized in the interim period in which the change occurs.

The computation of the annual expected effective income tax rate at each interim period requires certain estimates and assumptions including, but not limited to, the expected pre-tax income (or loss) for the year, projections of the proportion of income (and/or loss) earned and taxed in foreign jurisdictions, permanent and temporary differences, and the likelihood of the realization of deferred tax assets generated in the current year. The accounting estimates used to compute the provision or benefit for income taxes may change as new events occur, more experience is acquired, additional information is obtained or our tax environment changes. To the extent that the expected annual effective income tax rate changes during a quarter, the effect of the change on prior quarters is included in income tax provision in the quarter in which the change occurs.

For the three months ended March 31, 2019 and 2018, the Company recorded an income tax benefit from continuing operations of $27.8 million and $12.5 million, respectively, due primarily to excess tax benefits generated by the exercise and vesting of stock-based awards.

The Company recognizes interest and, if applicable, penalties related to unrecognized tax benefits in the income tax provision. Accruals for interest and penalties are not material.

Match Group is routinely under audit by federal, state, local and foreign authorities in the area of income tax as a result of previously filed separate company tax returns and consolidated tax returns with IAC. These audits include questioning the timing and the amount of income and deductions and the allocation of income and deductions among various tax jurisdictions. The Internal Revenue Service is currently auditing IAC's federal income tax returns for the years ended December 31, 2010 through 2016, which includes the operations of Match Group. The statute of limitations for the years 2010 through 2015 has been extended to December 31, 2019. Returns filed in various other jurisdictions are open to examination for tax years beginning with 2009. Income taxes payable include unrecognized tax benefits considered sufficient to pay assessments that may result from

App. 563

12

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

examination of prior year tax returns. We consider many factors when evaluating and estimating our tax positions and tax benefits, which may not accurately anticipate actual outcomes and, therefore, may require periodic adjustments. Although management currently believes changes in unrecognized tax benefits from period to period and differences between amounts paid, if any, upon resolution of issues raised in audits and amounts previously provided will not have a material impact on the liquidity, results of operations, or financial condition of the Company, these matters are subject to inherent uncertainties and management's view of these matters may change in the future.

At March 31, 2019 and December 31, 2018, unrecognized tax benefits, including interest and penalties, are $36.5 million and $37.6 million, respectively. At both March 31, 2019 and December 31, 2018, approximately $22.6 million was included in unrecognized tax benefits for tax positions included in IAC's consolidated tax return filings. If unrecognized tax benefits at March 31, 2019 are subsequently recognized, $34.7 million, net of related deferred tax assets and interest, would reduce income tax expense. The comparable amount as of December 31, 2018 was $35.6 million. The Company believes that it is reasonably possible that its unrecognized tax benefits could decrease by $16.6 million by March 31, 2020 due to settlements and expirations of statutes of limitations, all of which would reduce the income tax provision.

**NOTE 5—FINANCIAL INSTRUMENTS**

**Equity securities without readily determinable fair values**

At both March 31, 2019 and December 31, 2018, the carrying value of the Company's investments in equity securities without readily determinable fair values totaled $9.1 million and is included in "Long-term investments" in the accompanying consolidated balance sheet. The cumulative downward adjustments (including impairments) to the carrying value of equity securities without readily determinable fair values, since the adoption of ASU 2016-01 on January 1, 2018 through March 31, 2019, were $2.1 million. For both the three months ended March 31, 2019 and 2018, there were no adjustments to the carrying value of equity securities without readily determinable fair values held.

For all equity securities without readily determinable fair values as of March 31, 2019 and December 31, 2018, the Company has elected the measurement alternative. As of March 31, 2019, under the measurement alternative election, the Company did not identify any fair value adjustments using observable price changes in orderly transactions for an identical or similar investment of the same issuer.

**Fair Value Measurements**

The Company categorizes its financial instruments measured at fair value into a fair value hierarchy that prioritizes the inputs used in pricing the asset or liability. The three levels of the fair value hierarchy are:

- Level 1: Observable inputs obtained from independent sources, such as quoted market prices for identical assets and liabilities in active markets.

- Level 2: Other inputs, which are observable directly or indirectly, such as quoted market prices for similar assets or liabilities in active markets, quoted market prices for identical or similar assets or liabilities in markets that are not active and inputs that are derived principally from or corroborated by observable market data. The fair values of the Company's Level 2 financial assets are primarily obtained from observable market prices for identical underlying securities that may not be actively traded. Certain of these securities may have different market prices from multiple market data sources, in which case an average market price is used.

- Level 3: Unobservable inputs for which there is little or no market data and require the Company to develop its own assumptions, based on the best information available in the circumstances, about the assumptions market participants would use in pricing the assets or liabilities.

13

App. 565

## MATCH GROUP, INC. AND SUBSIDIARIES

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)

The following tables present the Company's financial instruments that are measured at fair value on a recurring basis:

| | March 31, 2019 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Market Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) | Total Fair Value Measurements |
| | (In thousands) | | | |
| **Assets:** | | | | |
| Cash equivalents: | | | | |
| Money market funds | $ 67,041 | $ — | $ — | $ 67,041 |
| Time deposits | — | 20,000 | — | 20,000 |
| Total | $ 67,041 | $ 20,000 | $ — | $ 87,041 |

| | December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Market Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) | Total Fair Value Measurements |
| | (In thousands) | | | |
| **Assets:** | | | | |
| Cash equivalents: | | | | |
| Money market funds | $ 72,546 | $ — | $ — | $ 72,546 |
| **Liabilities:** | | | | |
| Contingent consideration arrangement | $ — | $ — | $ (1,974) | $ (1,974) |

The Company's financial instruments that are measured at fair value on a recurring basis using significant unobservable inputs (Level 3) are its contingent consideration arrangements.

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| Balance at January 1 | $ (1,974) | $ (2,647) |
| Total net losses: | | |
| Fair value adjustments | — | (156) |
| Included in other comprehensive loss | (14) | (110) |
| Settlements | 1,988 | 948 |
| Balance at March 31 | $ — | $ (1,965) |

**Contingent consideration arrangements**

    As of March 31, 2019, there are no contingent consideration arrangements related to business acquisitions. The contingent consideration arrangement liability at December 31, 2018 of $2.0 million is included in "Accrued expenses and other current liabilities."

App. 566

14

App. 567

## MATCH GROUP, INC. AND SUBSIDIARIES

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)

**Assets measured at fair value on a nonrecurring basis**

The Company's non-financial assets, such as goodwill, intangible assets, and property and equipment, are adjusted to fair value only when an impairment charge is recognized. The Company's financial assets, comprised of equity securities without readily determinable fair values, are adjusted to fair value when observable price changes are identified or an impairment charge is recognized. Such fair value measurements are based predominantly on Level 3 inputs.

**Financial instruments measured at fair value only for disclosure purposes**

The following table presents the carrying value and the fair value of financial instruments measured at fair value only for disclosure purposes.

|  | March 31, 2019 | | December 31, 2018 | |
|  | Carrying Value | Fair Value | Carrying Value | Fair Value |
|---|---|---|---|---|
|  | (In thousands) | | | |
| Long-term debt, net [(a)] | $ (1,601,656) | $ (1,654,734) | $ (1,515,911) | $ (1,513,683) |

_____

   [(a)]   At March 31, 2019 and December 31, 2018, the carrying value of long-term debt, net includes unamortized original issue discount and debt issuance costs of $23.3 million and $19.1 million, respectively.

At March 31, 2019 and December 31, 2018, the fair value of long-term debt, net, is estimated using observable market prices or indices for similar liabilities, which are Level 2 inputs. At December 31, 2018, we considered the Company's $500 million revolving credit facility (the "Credit Facility"), which has a variable interest rate, to have a fair value equal to its carrying value. The outstanding borrowings under the Credit Facility were repaid with a portion of the net proceeds from the 5.625% Senior Notes issued on February 15, 2019. See "Note 6—Long-term Debt, net" for additional information on the repayment of the Credit Facility.

15

App. 568

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

**NOTE 6—LONG-TERM DEBT, NET**

Long-term debt consists of:

| | March 31, 2019 | December 31, 2018 |
|---|---|---|
| | (In thousands) | |
| Credit Facility due December 7, 2023 | $ — | $ 260,000 |
| Term Loan due November 16, 2022 (the "Term Loan") | 425,000 | 425,000 |
| 6.375% Senior Notes due June 1, 2024 (the "6.375% Senior Notes"); interest payable each June 1 and December 1 | 400,000 | 400,000 |
| 5.00% Senior Notes due December 15, 2027 (the "5.00% Senior Notes"); interest payable each June 15 and December 15 | 450,000 | 450,000 |
| 5.625% Senior Notes due February 15, 2029 (the "5.625% Senior Notes"); interest payable each February 15 and August 15, commencing August 15, 2019 | 350,000 | — |
| Total debt | 1,625,000 | 1,535,000 |
| Less: Unamortized original issue discount | 7,023 | 7,352 |
| Less: Unamortized debt issuance costs | 16,321 | 11,737 |
| Total long-term debt, net | $ 1,601,656 | $ 1,515,911 |

*Senior Notes*:

The 5.625% Senior Notes were issued on February 15, 2019. The proceeds from these notes were used to repay outstanding borrowings under the Credit Facility, to pay expenses associated with the offering, and for general corporate purposes. At any time prior to February 15, 2024, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at redemption prices set forth in the indenture governing the 5.625% Senior Notes, together with accrued and unpaid interest to the applicable redemption date.

The 5.00% Senior Notes were issued on December 4, 2017. At any time prior to December 15, 2022, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at redemption prices set forth in the indenture governing the 5.00% Senior Notes, together with accrued and unpaid interest to the applicable redemption date.

The 6.375% Senior Notes were issued on June 1, 2016. At any time prior to June 1, 2019, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at redemption prices set forth in the indenture governing the 6.375% Senior Notes, together with accrued and unpaid interest to the applicable redemption date.

The indentures governing the 5.00% and 6.375% Senior Notes contain covenants that would limit the Company's ability to pay dividends or to make distributions and repurchase or redeem Match Group stock in the event a default has occurred or Match Group's consolidated leverage ratio (as defined in the indentures) exceeds 5.0 to 1.0. At March 31, 2019, there were no limitations pursuant thereto. There are additional covenants in those indentures that limit the ability of the Company and its subsidiaries to, among other things, (i) incur indebtedness, make investments, or sell assets in the event the Company is not in compliance with certain financial ratios set forth in the indentures, and (ii) incur liens, enter into agreements restricting the ability of the Company's subsidiaries to pay dividends, enter into transactions with affiliates and consolidate, merge or sell substantially all of their assets. The indenture governing the 5.625% Senior Notes is less restrictive than the indentures governing the 6.375% and 5.00% Senior Notes and generally only limits the Company's and its subsidiaries' ability to,

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

among other things, create liens on assets, and our ability to consolidate, merge, sell or otherwise dispose of all or substantially all of our assets.

The 5.00%, 5.625%, and 6.375% Senior Notes rank equally in right of payment.

*Term Loan and Credit Facility*:

The Company entered into the Term Loan under a credit agreement (the "Credit Agreement") on November 16, 2015. At both March 31, 2019 and December 31, 2018, the outstanding balance on the Term Loan was $425 million and the loan bears interest at LIBOR plus 2.50%. The interest rate of the Term Loan was 5.08% and 5.09% at March 31, 2019 and December 31, 2018, respectively. Interest payments are due at least quarterly through the term of the loan. The Term Loan provides for annual principal payments as part of an excess cash flow sweep provision, the amount of which, if any, is governed by the secured net leverage ratio contained in the Credit Agreement.

As of March 31, 2019, the Company has a $500 million revolving credit facility that expires on December 7, 2023. At March 31, 2019, there were no outstanding borrowings under the Credit Facility. At December 31, 2018, the outstanding balance on the Credit Facility was $260 million, which bore interest at LIBOR plus 1.50%, or 3.97%, and was repaid with a portion of the net proceeds from the issuance of the 5.625% Senior Notes, described above. The annual commitment fee on undrawn funds based on the current leverage ratio is 25 basis points. Borrowings under the Credit Facility bear interest, at the Company's option, at a base rate or LIBOR, in each case plus an applicable margin, based on the Company's consolidated net leverage ratio. The terms of the Credit Facility require the Company to maintain a consolidated net leverage ratio of not more than 5.0 to 1.0 and a minimum interest coverage ratio of not less than 2.0 to 1.0 (in each case as defined in the Credit Agreement).

There are additional covenants under the Credit Facility and the Term Loan that limit the ability of the Company and its subsidiaries to, among other things, incur indebtedness, pay dividends or make distributions. While the Term Loan remains outstanding, these same covenants under the Credit Agreement are more restrictive than the covenants that are applicable to the Credit Facility. Obligations under the Credit Facility and Term Loan are unconditionally guaranteed by certain Match Group wholly-owned domestic subsidiaries and are also secured by the stock of certain Match Group domestic and foreign subsidiaries. The Term Loan and outstanding borrowings, if any, under the Credit Facility rank equally with each other, and have priority over the 5.00%, 5.625%, and 6.375% Senior Notes to the extent of the value of the assets securing the borrowings under the Credit Agreement.

**NOTE 7—ACCUMULATED OTHER COMPREHENSIVE LOSS**

The following table presents the components of accumulated other comprehensive loss. For the three months ended March 31, 2019 and 2018, the Company's accumulated other comprehensive (loss) income relates to foreign currency translation adjustments.

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2019** | **2018** |
| | (In thousands) | |
| Balance at January 1 | $ (137,166) | $ (112,318) |
| Other comprehensive (loss) income | (782) | 30,397 |
| Balance at March 31 | $ (137,948) | $ (81,921) |

At both March 31, 2019 and 2018, there was no tax benefit or provision on the accumulated other comprehensive loss.

17

App. 571

# MATCH GROUP, INC. AND SUBSIDIARIES

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)

### NOTE 8—EARNINGS PER SHARE

The following tables set forth the computation of the basic and diluted earnings per share attributable to Match Group shareholders:

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| | Basic | Diluted | Basic | Diluted |
| | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings | $ 123,034 | $ 123,034 | $ 99,678 | $ 99,678 |
| Net loss attributable to noncontrolling interests | — | — | 58 | 58 |
| Impact from subsidiaries' dilutive securities | — | (88) | — | — |
| Net earnings attributable to Match Group, Inc. shareholders | $ 123,034 | $ 122,946 | $ 99,736 | $ 99,736 |
| | | | | |
| **Denominator** | | | | |
| Basic weighted average common shares outstanding | 279,583 | 279,583 | 275,270 | 275,270 |
| Dilutive securities[(a)(b)] | — | 16,541 | — | 22,870 |
| Dilutive weighted average common shares outstanding | 279,583 | 296,124 | 275,270 | 298,140 |
| | | | | |
| **Earnings per share:** | | | | |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 0.44 | $ 0.42 | $ 0.36 | $ 0.33 |

———————————————

(a) If the effect is dilutive, weighted average common shares outstanding include the incremental shares that would be issued upon the assumed exercise of stock options and subsidiary denominated equity or vesting of restricted stock units. For the three months ended March 31, 2019 and 2018, 1.0 million and 0.8 million potentially dilutive securities, respectively, are excluded from the calculation of diluted earnings per share because their inclusion would have been anti-dilutive.

(b) Market-based awards and performance-based stock options ("PSOs") and units ("PSUs") are considered contingently issuable shares. Shares issuable upon exercise or vesting of market-based awards, PSOs, and PSUs are included in the denominator for earnings per share if (i) the applicable market or performance condition(s) has been met and (ii) the inclusion of the market-based awards, PSOs and PSUs is dilutive for the respective reporting periods. For three months ended March 31, 2019 and 2018, 1.6 million and 1.8 million shares, respectively, underlying market-based awards, PSOs, and PSUs were excluded from the calculation of diluted earnings per share because the market or performance conditions had not been met.

18

App. 572

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

### NOTE 9—CONSOLIDATED FINANCIAL STATEMENT DETAILS

**Cash, Cash Equivalents, and Restricted Cash**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported within the consolidated balance sheet to the total amounts shown in the consolidated statement of cash flows:

|  | March 31, 2019 | December 31, 2018 | March 31, 2018 | December 31, 2017 |
|---|---|---|---|---|
|  | (In thousands) | | | |
| Cash and cash equivalents | $ 224,855 | $ 186,947 | $ 287,510 | $ 272,624 |
| Restricted cash included in other current assets | 192 | 193 | 142 | 137 |
| Total cash, cash equivalents and restricted cash as shown on the consolidated statement of cash flows | $ 225,047 | $ 187,140 | $ 287,652 | $ 272,761 |

### NOTE 10—CONTINGENCIES

In the ordinary course of business, the Company is a party to various lawsuits. The Company establishes reserves for specific legal matters when it determines that the likelihood of an unfavorable outcome is probable and the loss is reasonably estimable. Management has also identified certain other legal matters where we believe an unfavorable outcome is not probable and, therefore, no reserve is established. Although management currently believes that resolving claims against us, including claims where an unfavorable outcome is reasonably possible, will not have a material impact on the liquidity, results of operations, or financial condition of the Company, these matters are subject to inherent uncertainties and management's view of these matters may change in the future. The Company also evaluates other contingent matters, including income and non-income tax contingencies, to assess the likelihood of an unfavorable outcome and estimated extent of potential loss. It is possible that an unfavorable outcome of one or more of these lawsuits or other contingencies could have a material impact on the liquidity, results of operations, or financial condition of the Company. See "Note 4—Income Taxes" for additional information related to income tax contingencies.

*Tinder Optionholder Litigation against IAC and Match Group*

On August 14, 2018, ten then-current and former employees of Match Group, LLC or Tinder, Inc. ("Tinder"), an operating business of Match Group, filed a lawsuit in New York state court against IAC and Match Group. *See Sean Rad et al. v. IAC/InterActiveCorp and Match Group, Inc.*, No. 654038/2018 (Supreme Court, New York County). The complaint alleges that in 2017, the defendants: (i) wrongfully interfered with a contractually established process for the independent valuation of Tinder by certain investment banks, resulting in a substantial undervaluation of Tinder and a consequent underpayment to the plaintiffs upon exercise of their Tinder stock options, and (ii) then wrongfully merged Tinder into Match Group, thereby depriving one of the plaintiffs (Mr. Rad) of his contractual right to later valuations of Tinder on a stand-alone basis. The complaint asserts claims for breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, interference with contractual relations (as against Match Group only), and interference with prospective economic advantage, and seeks compensatory damages in the amount of at least $2 billion, as well as punitive damages. We believe that the allegations in this lawsuit are without merit and will continue to defend vigorously against it.

*FTC Investigation of Certain Match.com Business Practices*

In March 2017, the Federal Trade Commission ("FTC") requested information and documents in connection with a civil investigation regarding certain business practices of Match.com. In November 2018, the FTC proposed to resolve its potential claims relating to Match.com's marketing, chargeback and online cancellation practices via a consent judgment mandating certain changes in the company's business practices, as well as a

App. 573

App. 574

## MATCH GROUP, INC. AND SUBSIDIARIES

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)

payment in the amount of $60 million.  Match Group believes that the FTC's legal challenges to Match.com's practices, policies, and procedures are without merit and is prepared to vigorously defend against them.

### NOTE 11—RELATED PARTY TRANSACTIONS

#### Relationship with IAC

In connection with the IPO in November 2015, the Company entered into certain agreements relating to our relationship with IAC after the IPO. These agreements include a master transaction agreement; an investor rights agreement; a tax sharing agreement; a services agreement; an employee matters agreement and a subordinated loan agreement.

For the three months ended March 31, 2019 and 2018, the Company incurred $1.9 million and $1.8 million pursuant to the services agreement. Included in these amounts for the three months ended March 31, 2019 is $1.4 million and for the three months ended March 31, 2018 is $1.3 million for the leasing of office space for certain of our businesses at properties owned by IAC. All such amounts were paid in full by the Company at March 31, 2019.

At March 31, 2019, $17.0 million of both the ROU assets and the lease liabilities represented leases between the Company and IAC.

The master transaction agreement provides, among other things, that the Company will indemnify IAC for matters relating to any business of the Company. Under this provision, the Company may be required to indemnify IAC for costs related to the lawsuit brought by current and former employees of the Tinder business against IAC and the Company.

The employee matters agreement provides, among other things, that: (i) with respect to equity awards denominated in shares of certain of the Company's subsidiaries, IAC may elect to cause such equity awards to be settled in either shares of IAC common stock or Company common stock and, to the extent that shares of IAC common stock are issued in settlement of such equity awards, the Company will reimburse IAC for the cost of such shares of IAC common stock by issuing to IAC additional shares of Company common stock; and (ii) the Company will reimburse IAC for the cost of any IAC equity awards held by the Company's employees and former employees and that IAC may elect to receive payment either in cash or Company common stock.

During the three months ended March 31, 2019 and 2018, 0.2 million and 1.1 million shares, respectively, of Company common stock were issued to IAC pursuant to the employee matters agreement. This includes less than 0.1 million and 0.8 million shares, respectively, issued during the three months ended March 31, 2019 and 2018, as reimbursement for shares of IAC common stock issued in connection with the exercise of equity awards originally denominated in shares of a subsidiary of the Company and 0.2 million and 0.3 million shares, respectively, during the three months ended March 31, 2019 and 2018, issued as reimbursement for shares of IAC common stock issued in connection with the exercise and vesting of IAC equity awards held by Company employees.

20

App. 575

Table of Contents

**Item 2.**    *Management's Discussion and Analysis of Financial Condition and Results of Operations*

**Key Terms:**

> **Operating metrics:**

- **North America** - consists of the financial results and metrics associated with users located in the United States and Canada.

- **International** - consists of the financial results and metrics associated with users located outside of the United States and Canada.

- **Direct Revenue** - is revenue that is received directly from end users of our products and includes both subscription and à la carte revenue.

- **Indirect Revenue** - is revenue that is not received directly from an end user of our products, substantially all of which is advertising revenue.

- **Subscribers** - are users who purchase a subscription to one of our products. Users who purchase only à la carte features are not included in Subscribers.

- **Average Subscribers** - is the number of Subscribers at the end of each day in the relevant measurement period divided by the number of calendar days in that period.

- **Average Revenue per Subscriber ("ARPU")** - is Direct Revenue from Subscribers in the relevant measurement period (whether in the form of subscription or à la carte revenue) divided by the Average Subscribers in such period and further divided by the number of calendar days in such period. Direct Revenue from users who are not Subscribers and have purchased only à la carte features is not included in ARPU.

> **Operating costs and expenses:**

- **Cost of revenue -** consists primarily of the amortization of in-app purchase fees, compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in data center and customer care functions, credit card processing fees, hosting fees, and data center rent, energy and bandwidth costs. In-app purchase fees are monies paid to Apple and Google in connection with the processing of in-app purchases of subscriptions and product features through the in-app payment systems provided by Apple and Google.

- **Selling and marketing expense -** consists primarily of advertising expenditures and compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in selling and marketing, and sales support functions. Advertising expenditures includes online marketing, including fees paid to search engines and social media sites, offline marketing (which is primarily television advertising), and payments to partners that direct traffic to our brands.

- **General and administrative expense -** consists primarily of compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in executive management, finance, legal, tax, and human resources, acquisition-related contingent consideration fair value adjustments (described below), fees for professional services (including transaction-related costs for acquisitions) and facilities costs.

- **Product development expense -** consists primarily of compensation expense (including stock-based compensation expense) and other employee-related costs that are not capitalized for personnel engaged in the design, development, testing and enhancement of product offerings and related technology.

- **Acquisition-related contingent consideration fair value adjustments** - relate to the portion of the purchase price of certain acquisitions that is contingent upon the future earnings performance and/or operating metrics of the acquired company.  The fair value of the liability is estimated at the date of acquisition and adjusted each reporting period until the liability is settled.  Significant changes in forecasted earnings and/or operating metrics will result in a significantly higher or lower fair value measurement. The changes in the estimated fair value of the contingent consideration arrangements during each reporting period, including the accretion of the discount if the arrangement is longer than

21

App. 576

Case 3:19-cv-02356-S    Document 39-1    Filed 06/12/20    Page 130 of 324    PageID 1104

App. 577

one year, are recognized in "General and administrative expense" in the accompanying consolidated statement of operations.

**Long-term debt:**

- **Credit Facility** - The Company's $500 million revolving credit facility, which matures on December 7, 2023, and currently bears interest at LIBOR plus 1.50%. At March 31, 2019, $500 million is available under the Credit Facility.

- **Term Loan** - The Company's seven-year term loan due November 16, 2022. The Term Loan bears interest at LIBOR plus 2.50%. The current rate at March 31, 2019 is 5.08%. At March 31, 2019, $425 million is outstanding.

- **6.375% Senior Notes** - The Company's 6.375% Senior Notes due June 1, 2024, with interest payable each June 1 and December 1, which were issued on June 1, 2016. At March 31, 2019, $400 million aggregate principal amount is outstanding.

- **5.00% Senior Notes** - The Company's 5.00% Senior Notes due December 15, 2027, with interest payable each June 15 and December 15, which were issued on December 4, 2017. At March 31, 2019, $450 million aggregate principal amount is outstanding.

- **5.625% Senior Notes** - The Company's 5.625% Senior Notes due February 15, 2029, with interest payable each February 15 and August 15, commencing on August 15, 2019, which were issued on February 15, 2019. At March 31, 2019, $350 million aggregate principal amount is outstanding.

**Non-GAAP financial measure:**

- **Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization ("Adjusted EBITDA")** - is a Non-GAAP financial measure. See "Principles of Financial Reporting" for the definition of Adjusted EBITDA and a reconciliation of net earnings attributable to Match Group, Inc. shareholders to operating income and Adjusted EBITDA.

## Management Overview

Match Group, Inc. is a leading provider of dating products available in over 40 languages to our users all over the world. Our portfolio of brands includes Tinder, Match, PlentyOfFish, Meetic, OkCupid, OurTime, Pairs, and Hinge, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio of trusted brands, we provide tailored products to meet the varying preferences of our users.

As used herein, "Match Group," the "Company," "we," "our," "us," and similar terms refer to Match Group, Inc. and its subsidiaries, unless the context indicates otherwise.

For a more detailed description of the Company's operating businesses, see the Company's Annual Report on Form 10-K for the year ended December 31, 2018.

## 2019 Developments

On February 15, 2019, we issued $350 million aggregate principal amount of the 5.625% Senior Notes. The proceeds from the issuance of the 5.625% Senior Notes were used to repay outstanding borrowings under the Credit Facility, to pay expenses associated with the offering, and for general corporate purposes.

## Additional Information

Investors and others should note that we announce material financial and operational information to our investors using our investor relations website at *https://ir.mtch.com*, Securities and Exchange Commission ("SEC") filings, press releases and public conference calls. We use these channels as well as social media to communicate with our users and the public about our company, our services and other issues. It is possible that the information we post on social media could be deemed to be material information. Accordingly, investors, the media, and others interested in our company should monitor the social media channels listed on our investor relations website in addition to following our SEC filings, press releases and public conference calls. Neither the information on our website, nor the information on the website of any Match Group business, is incorporated by

22

App. 578

Table of Contents

reference into this report, or into any other filings with, or into any other information furnished or submitted to, the SEC.

**First Quarter March 31, 2019 Consolidated Results**

For the three months ended March 31, 2019 compared to the three months ended March 31, 2018, revenue, operating income, and Adjusted EBITDA grew 14%, 6%, and 13%, respectively, primarily due to strong contributions from Tinder. Operating income grew slower than revenue due to $11.0 million higher stock-based compensation expense, primarily as a result of $9.4 million in expense related to the vesting of certain awards for which the market condition was met. Adjusted EBITDA growth was impacted by higher cost of revenue, due to in-app purchase fees, as revenue is increasingly sourced through mobile app stores, and higher legal costs, partially offset by lower selling and marketing expense as a percentage of revenue.

23

App. 579

Table of Contents

**Results of Operations for the three months ended March 31, 2019 compared to the three months ended March 31, 2018**

*Revenue*

| | Three Months Ended March 31, | | | |
| | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
| | (In thousands, except ARPU) | | | |
| Direct Revenue: | | | | |
| North America | $ 237,773 | $ 26,416 | 12% | $ 211,357 |
| International | 216,189 | 34,809 | 19% | 181,380 |
| Total Direct Revenue | 453,962 | 61,225 | 16% | 392,737 |
| Indirect Revenue | 10,663 | (3,967) | (27)% | 14,630 |
| Total Revenue | $ 464,625 | $ 57,258 | 14% | $ 407,367 |
| | | | | |
| **Percentage of Total Revenue:** | | | | |
| Direct Revenue: | | | | |
| North America | 51% | | | 52% |
| International | 47% | | | 44% |
| Total Direct Revenue | 98% | | | 96% |
| Indirect Revenue | 2% | | | 4% |
| Total Revenue | 100% | | | 100% |
| | | | | |
| **Average Subscribers:** | | | | |
| North America | 4,361 | 385 | 10% | 3,976 |
| International | 4,252 | 795 | 23% | 3,457 |
| Total | 8,613 | 1,180 | 16% | 7,433 |
| | | | | |
| *(Change calculated using non-rounded numbers)* | | | | |
| **ARPU:** | | | | |
| North America | $ 0.60 | | 2% | $ 0.58 |
| International | $ 0.56 | | (3)% | $ 0.57 |
| Total | $ 0.58 | $ — | —% | $ 0.58 |

International Direct Revenue grew $34.8 million, or 19%, in 2019 versus 2018, primarily driven by 23% growth in Average Subscribers, partially offset by a 3% decrease in ARPU. North America Direct Revenue grew $26.4 million, or 12%, in 2019 versus 2018, driven by 10% growth in Average Subscribers and 2% growth in ARPU.

Growth in International and North America Average Subscribers was primarily driven by Tinder. North America ARPU increased primarily due to increases in ARPU at Tinder as Subscribers purchased additional à la carte features. International ARPU was unfavorably impacted by the strength of the U.S. dollar relative to the Euro, British pound ("GBP"), and certain other currencies.

Indirect Revenue decreased $4.0 million primarily due to a lower price per impression received from an advertising network provider and lower impressions at most brands.

Table of Contents

*Cost of revenue (exclusive of depreciation)*

|  | Three Months Ended March 31, | | | |
|  | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
|  | (Dollars in thousands) | | | |
| Cost of revenue | $ 120,224 | $ 26,280 | 28% | $ 93,944 |
| Percentage of revenue | 26% |  |  | 23% |

Cost of revenue increased primarily due to the increase in in-app purchase fees of $21.3 million, as revenue is increasingly sourced through mobile app stores; an increase in hosting fees of $3.6 million; and an increase in compensation expense of $2.3 million.

*Selling and marketing expense*

|  | Three Months Ended March 31, | | | |
|  | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
|  | (Dollars in thousands) | | | |
| Selling and marketing expense | $ 118,663 | $ 492 | —% | $ 118,171 |
| Percentage of revenue | 26% |  |  | 29% |

Selling and marketing expense was flat compared to the prior year quarter but declined as a percentage of revenue as we continue to generate revenue growth from brands with relatively lower marketing expense.

*General and administrative expense*

|  | Three Months Ended March 31, | | | |
|  | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
|  | (Dollars in thousands) | | | |
| General and administrative expense | $ 54,394 | $ 11,633 | 27% | $ 42,761 |
| Percentage of revenue | 12% |  |  | 10% |

General and administrative expense increased, driven primarily by an increase of $5.2 million in legal and other professional fees, an increase in compensation of $3.1 million related to additional stock-based compensation from new equity awards issued since the prior year period and an increase in headcount, and an increase in rent expense of $1.0 million due to growth at Tinder.

*Product development expense*

|  | Three Months Ended March 31, | | | |
|  | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
|  | (Dollars in thousands) | | | |
| Product development expense | $ 44,274 | $ 12,405 | 39% | $ 31,869 |
| Percentage of revenue | 10% |  |  | 8% |

Product development expense increased driven primarily by an increase of $11.6 million in compensation, including an increase of $7.8 million in stock-based compensation expense, primarily due to the vesting of certain awards for which the market condition was met, and increased headcount at Tinder.

25

App. 581

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 135 of 324   PageID 1109

App. 582

*Depreciation*

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Depreciation | $ 7,831 | $ (316) | (4)% | $ 8,147 |
| Percentage of revenue | 2% | | | 2% |

Depreciation decreased primarily due to certain internally developed software being fully depreciated.

*Operating income and Adjusted EBITDA*

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Operating income | $ 118,828 | $ 6,595 | 6% | $ 112,233 |
| Percentage of revenue | 26% | | | 28% |
| | | | | |
| Adjusted EBITDA | $ 155,067 | $ 17,326 | 13% | $ 137,741 |
| Percentage of revenue | 33% | | | 34% |

For a reconciliation of net earnings attributable to Match Group, Inc. shareholders to Adjusted EBITDA, see "Principles of Financial Reporting."

Operating income and Adjusted EBITDA increased 6% and 13%, respectively, primarily driven by revenue growth at Tinder and lower selling and marketing expense as a percentage of revenue, partially offset by higher cost of revenue, due to in-app purchase fees, as revenue is increasingly sourced through mobile app stores, and higher legal costs and other professional fees. Operating income was further impacted by higher stock-based compensation expense as a percentage of revenue primarily due to the vesting of certain awards for which the market condition was met, resulting in reduced growth compared to Adjusted EBITDA.

At March 31, 2019, there was $136.2 million of unrecognized compensation cost, net of estimated forfeitures, related to all equity-based awards, which is expected to be recognized over a weighted average period of approximately 2.6 years.

*Interest expense*

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Interest expense | $ 22,086 | $ 4,280 | 24% | $ 17,806 |

Interest expense increased primarily due to the issuance of the 5.625% Senior Notes in February 2019, a higher LIBOR rate in the current year, and interest on the Credit Facility which was drawn for a portion of the current quarter.

*Other expense, net*

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Other expense, net | $ (1,488) | $ 5,733 | (79)% | $ (7,221) |

App. 583

Other expense, net, in 2019 includes expenses of $1.7 million in net foreign currency exchange losses due primarily to the weakening of the Euro and U.S. dollar relative to the GBP during the three months ended March

26

31, 2019 and $0.6 million related to a mark-to-market adjustment pertaining to a subsidiary denominated equity instrument, partially offset by interest income of $0.6 million.

Other expense, net, in 2018 includes expenses of $7.3 million in net foreign currency exchange losses due primarily to the weakening of the U.S. dollar relative to GBP during the three months ended March 31, 2018, partially offset by interest income of $0.8 million.

### *Income tax benefit*

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Income tax benefit | $    27,780 | $    15,308 | 123% | $    12,472 |
| Effective income tax rate | NM | | | NM |

———————————

NM = not meaningful

The income tax benefits in 2019 and 2018, despite pre-tax income, are due primarily to excess tax benefits generated by the exercise and vesting of stock-based awards.

For further details of income tax matters see "Note 4—Income Taxes" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

### *Related party transactions*

For discussions of related party transactions see "Note 11—Related Party Transactions" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

27

App. 585

## PRINCIPLES OF FINANCIAL REPORTING

Match Group reports Adjusted EBITDA and Revenue excluding foreign exchange effects, both of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). Adjusted EBITDA is among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue excluding foreign exchange effects provides a comparable framework for assessing how our business performed without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to, and we are obligated to provide, the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures with equal or greater prominence and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments between the GAAP and non-GAAP measures, which we discuss below.

**Adjusted EBITDA**

*Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization ("Adjusted EBITDA")* is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements. We believe this measure is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted EBITDA measure because they are non-cash in nature. Adjusted EBITDA has certain limitations because it excludes the impact of these expenses.

*Non-Cash Expenses That Are Excluded From Non-GAAP Measure*

*Stock-based compensation expense* consists principally of expense associated with the grants of stock options, restricted stock units ("RSUs"), performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent stock-based awards are settled on a net basis, the Company remits the required tax-withholding amounts from its current funds.

*Depreciation* is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives or, in the case of leasehold improvements, the lease term, if shorter.

*Amortization of intangible assets and impairments of goodwill and intangible assets* are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names, and technology, are valued and amortized over their estimated lives. Value is also assigned to acquired indefinite-lived intangible assets, which comprise trade names and trademarks, and goodwill that are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

*Gains and losses recognized on changes in the fair value of contingent consideration arrangements* are accounting adjustments to report contingent consideration liabilities at fair value. These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.

28

The following table reconciles net earnings attributable to Match Group, Inc. shareholders to Adjusted EBITDA:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 123,034 | $ 99,736 |
| Add back: | | |
| Net loss attributable to noncontrolling interests | — | (58) |
| Income tax benefit | (27,780) | (12,472) |
| Other expense, net | 1,488 | 7,221 |
| Interest expense | 22,086 | 17,806 |
| **Operating Income** | 118,828 | 112,233 |
| Stock-based compensation expense | 27,997 | 16,963 |
| Depreciation | 7,831 | 8,147 |
| Amortization of intangibles | 411 | 242 |
| Acquisition-related contingent consideration fair value adjustments | — | 156 |
| **Adjusted EBITDA** | $ 155,067 | $ 137,741 |

**Effects of Changes in Foreign Exchange Rates on Revenue**

The impact of foreign exchange rates on the Company, due to its global reach, may be an important factor in understanding period over period comparisons if movement in exchange rates is significant. Since our results are reported in U.S. dollars, international revenue is favorably impacted as the U.S. dollar weakens relative to other foreign currencies, and unfavorably impacted as the U.S. dollar strengthens relative to other foreign currencies. We believe the presentation of revenue excluding the effects from foreign exchange, in addition to reported revenue, helps improve the ability to understand the Company's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

Revenue excluding foreign exchange effects compares results between periods as if exchange rates had remained constant period over period. Revenue excluding foreign exchange effects is calculated by translating current period revenue using prior period exchange rates. The percentage change in revenue excluding foreign exchange effects is calculated by determining the change in current period revenue over prior period revenue where current period revenue is translated using prior period exchange rates.

29

Table of Contents

The following table presents the impact of foreign exchange on total revenue, ARPU, and International ARPU for the three months ended March 31, 2019 compared to the three months ended March 31, 2018, respectively:

| | Three Months Ended March 31, | | | | |
| | 2019 | $ Change | % Change | | 2018 |
| | (Dollars in thousands, except ARPU) | | | | |
| Revenue, as reported | $ 464,625 | $ 57,258 | 14% | $ | 407,367 |
| Foreign exchange effects | 18,009 | | | | |
| Revenue excluding foreign exchange effects | $ 482,634 | $ 75,267 | 18% | $ | 407,367 |
| | | | | | |
| *(Percentage change calculated using non-rounded numbers)* | | | | | |
| ARPU, as reported | $ 0.58 | | —% | $ | 0.58 |
| Foreign exchange effects | 0.02 | | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 4% | $ | 0.58 |
| | | | | | |
| International ARPU, as reported | $ 0.56 | | (3)% | $ | 0.57 |
| Foreign exchange effects | 0.04 | | | | |
| International ARPU, excluding foreign exchange effects | $ 0.60 | | 5% | $ | 0.57 |

30

Table of Contents

# FINANCIAL POSITION, LIQUIDITY AND CAPITAL RESOURCES

## Financial Position

| | March 31, 2019 | December 31, 2018 |
|---|---|---|
| | (In thousands) | |
| Cash and cash equivalents: | | |
| United States | $ 115,499 | $ 83,851 |
| All other countries | 109,356 | 103,096 |
| Total cash and cash equivalents | $ 224,855 | $ 186,947 |
| | | |
| Long-term debt: | | |
| Credit Facility due December 7, 2023 | $ — | $ 260,000 |
| Term Loan due November 16, 2022 | 425,000 | 425,000 |
| 6.375% Senior Notes | 400,000 | 400,000 |
| 5.00% Senior Notes | 450,000 | 450,000 |
| 5.625% Senior Notes | 350,000 | — |
| Total long-term debt | 1,625,000 | 1,535,000 |
| Less: Unamortized original issue discount | 7,023 | 7,352 |
| Less: Unamortized debt issuance costs | 16,321 | 11,737 |
| Total long-term debt, net | $ 1,601,656 | $ 1,515,911 |

## Long-term Debt

For a detailed description of long-term debt, see "Note 6—Long-term Debt, net" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

*IAC Subordinated Loan Facility:*

The Company has an uncommitted subordinated loan facility with IAC (the "IAC Subordinated Loan Facility"), which allows the Company to make one or more requests to IAC to borrow funds from it. If IAC agrees to fulfill any such borrowing request from the Company, such borrowing will be incurred in accordance with the terms of the IAC Subordinated Loan Facility. Any indebtedness outstanding under the IAC Subordinated Loan Facility will be by its terms subordinated in right of payment to the obligations under the Credit Facility, the Term Loan, and the 5.00%, 5.625%, and 6.375% Senior Notes. The IAC Subordinated Loan Facility has a scheduled final maturity date of no earlier than 90 days after the maturity date of the Credit Facility or the latest maturity date in respect of any Term Loan outstanding under the Credit Agreement. At March 31, 2019, the Company has no indebtedness outstanding under the IAC Subordinated Loan Facility.

## Cash Flow Information

In summary, the Company's cash flows are as follows:

| | Three Months Ended March 31, | |
|---|---|---|
| | 2019 | 2018 |
| | (In thousands) | |
| Net cash provided by operating activities | $ 92,538 | $ 122,278 |
| Net cash used in investing activities | (8,814) | (5,007) |
| Net cash used in financing activities | (46,305) | (104,869) |

App. 589

App. 590

*2019*

Net cash provided by operating activities in 2019 includes adjustments to earnings of $31.5 million related to deferred income taxes related to the net operating loss created by settlement of stock-based awards and adjustments to earnings of $28.0 million of stock-based compensation expense and $7.8 million of depreciation. The decrease in cash from changes in working capital primarily consists of an increase in accounts receivable of $48.1 million primarily related to the timing of cash receipts, including cash received in the fourth quarter of 2018 rather than in the first quarter of 2019, and a decrease from income taxes payable and receivable of $5.5 million due primarily to tax payments in excess of tax accruals in foreign jurisdictions. These changes were partially offset by an increase in deferred revenue of $9.8 million, due mainly to growth in subscription sales and an increase in accounts payable and other liabilities of $3.4 million, due mainly to the timing of payments, including interest payments.

Net cash used in investing activities in 2019 consists primarily of capital expenditures of $9.9 million that are primarily related to computer hardware and internal development of software to support our products and services.

Net cash used in financing activities in 2018 is primarily due to cash payments of $300 million for the repayment of borrowings under the Credit Facility, $106.6 million for withholding taxes paid on behalf of employees for net settled equity awards, and purchases of treasury stock of $24.2 million. Partially offsetting these payments were proceeds of $350.0 million from the issuance of the 5.625% Senior Notes and proceeds of $40.0 million from borrowings under the Credit Facility.

*2018*

Net cash provided by operating activities in 2018 includes adjustments to earnings of $17.0 million of stock-based compensation expense, $8.1 million of depreciation, and $8.3 million of other adjustments that consist primarily of net foreign currency losses of $7.2 million and non-cash interest expenses of $1.1 million. Partially offsetting these adjustments was deferred income taxes of $16.5 million primarily related to the net operating loss created by settlement of stock-based awards. The increase in cash from changes in working capital primarily consists of an increase in deferred revenue of $15.8 million, due mainly to growth in subscription sales, and an increase in accounts payable and other liabilities of $11.5 million, due mainly to the timing of payments, including interest payments. These increases were partially offset by decreases in cash from other assets of $9.5 million primarily related to the prepayment of hosting services, increases in accounts receivable of $7.7 million primarily related to the growth in revenue and a decrease in income taxes payable and receivable of $4.9 million due primarily to the timing of tax payments.

Net cash used in investing activities in 2018 consists primarily of capital expenditures of $5.0 million that are primarily related to computer hardware and internal development of software to support our products and services.

Net cash used in financing activities in 2018 is primarily due to cash payments of $72.1 million for withholding taxes paid on behalf of employees for net settled stock awards and the purchase of treasury stock of $32.5 million.

## Liquidity and Capital Resources

The Company's principal sources of liquidity are its cash and cash equivalents as well as cash flows generated from operations. The Company has a $500 million Credit Facility that expires on December 7, 2023. At March 31, 2019, there were no outstanding borrowings under the Credit Facility.

The Company anticipates that it will need to make capital and other expenditures in connection with the development and expansion of its operations. The Company expects that 2019 capital expenditures will be approximately $40 million, an increase compared to 2018 capital expenditures, primarily related to additional leasehold improvements as Tinder expands office space.

The Company believes its expected positive cash flows generated from operations together with its existing cash and cash equivalents and available borrowing capacity under the Credit Facility will be sufficient to fund its normal operating requirements, capital expenditures, debt service, the payment of withholding taxes paid on behalf of employees for net settled stock-based awards, investing, and other commitments for the foreseeable

32

App. 591

future. The Company's liquidity could be negatively affected by a decrease in demand for our products and services.

In May 2017, the Board of Directors of the Company authorized Match Group to repurchase up to 6 million shares of its common stock. The timing and actual number of any shares repurchased will depend on a variety of factors, including price, general business and market conditions, and alternative investment opportunities. The Company is not obligated to purchase any shares under the repurchase program, and repurchases may be commenced, suspended or discontinued from time to time without prior notice. During the three months ended March 31, 2019, we repurchased 0.5 million shares for $25.3 million. Additionally, from April 1 to May 3, we purchased approximately 0.2 million shares for $9.6 million. As of May 3, 2019, a total of 2.3 million shares remain available for repurchase under the previously announced repurchase program.

The Company currently settles substantially all equity awards on a net basis. Assuming all equity awards outstanding on May 3, 2019 were net settled, we would issue 8.6 million common shares (of which 2.0 million are related to vested shares and 6.6 million are related to unvested shares) and, assuming at 50% withholding rate, would remit $530.0 million in cash for withholding taxes (of which $124.0 million is related to vested shares and $406.0 million is related to unvested shares). If we decided to issue a sufficient number of shares to cover the $530.0 million employee withholding tax obligation, 8.6 million additional shares would be issued by the Company.

The Company does not currently expect to be a material U.S. federal cash income tax payer until 2021. The ultimate timing is dependent primarily on the performance of the Company and the amount and timing of tax deductions related to stock-based awards. At March 31, 2019 all of the Company's international cash can be repatriated without significant tax consequences.

Our indebtedness could limit our ability to: (i) obtain additional financing to fund working capital needs, acquisitions, capital expenditures, debt service or other requirements; and (ii) use operating cash flow to pursue acquisitions or invest in other areas, such as developing properties and exploiting business opportunities. As of March 31, 2019, IAC owns 80.4% of our outstanding shares of capital stock and has 97.5% of the combined voting power of our outstanding capital stock. As a result of IAC's ability to control the election and removal of our Board of Directors, IAC effectively has the ability to control our financing activities, including the issuance of additional debt and equity securities, the incurrence of other indebtedness, or distributions to shareholders. While the Company believes we will have the ability to access debt and equity markets if needed, such transactions may require the concurrence of IAC.

33

_____

## CONTRACTUAL OBLIGATIONS AND COMMERCIAL COMMITMENTS

| Contractual Obligations(a) | Less Than 1 Year | | 1–3 Years | | 3–5 Years | | More Than 5 Years | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (In thousands) | | | | | |
| Long-term debt(b) | $ | 87,901 | $ | 179,385 | $ | 578,226 | $ | 1,401,188 | $ | 2,246,700 |
| Operating leases(c) | | 17,120 | | 33,482 | | 16,283 | | 16,956 | | 83,841 |
| Purchase obligation(d) | | 23,727 | | 23,898 | | — | | — | | 47,625 |
| Total contractual obligations | $ | 128,748 | $ | 236,765 | $ | 594,509 | $ | 1,418,144 | $ | 2,378,166 |

(a) The Company has excluded $34.7 million in unrecognized tax benefits and related interest from the table above as we are unable to make a reasonably reliable estimate of the period in which these liabilities might be paid. For additional information on income taxes, see "Note 4—Income Taxes" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

(b) Represents contractual amounts due including interest on both fixed and variable rate instruments. Long-term debt at March 31, 2019 consists of the 6.375%, 5.00%, and 5.625% Senior Notes of $400 million, $450 million, and $350 million, respectively, which bear interest at fixed rates, and the Term Loan balance of $425 million which bears interest at a variable rate. The Term Loan bears interest at LIBOR plus 2.50%, or 5.08% at March 31, 2019. The amount of interest ultimately paid on the Term Loan may differ based on changes in interest rates and outstanding balances. For additional information on long-term debt, see "Note 6—Long-term Debt, net" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

(c) The Company leases office space, data center facilities and equipment used in connection with its operations under various operating leases, many of which contain escalation clauses. The Company is also committed to pay a portion of the related operating expenses under certain lease agreements. These operating expenses are not included in the table above. For additional information on operating leases, see "Note 3—Leases" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

(d) The purchase obligations consist primarily of a web hosting commitment.

We also had $0.1 million of letters of credit and surety bonds outstanding as of March 31, 2019 that could potentially require performance by the Company in the event of demands by third parties or contingent events.

34

App. 593

**Item 3.**  *Quantitative and Qualitative Disclosures about Market Risk*

**Interest Rate Risk**

The Company's exposure to market risk for changes in interest rates relates primarily to the Company's long-term debt.

At March 31, 2019, the Company's outstanding long-term debt was $1.6 billion, of which $1.2 billion of Senior Notes bear interest at fixed rates. If market rates decline, the Company runs the risk that the required payments on the fixed rate debt will exceed those based on market rates. A 100-basis point increase or decrease in the level of interest rates would, respectively, decrease or increase the fair value of the fixed-rate debt by $74.4 million. Such potential increase or decrease in fair value is based on certain simplifying assumptions, including a constant level and rate of fixed-rate debt for all maturities and an immediate across-the-board increase or decrease in the level of interest rates with no other subsequent changes for the remainder of the period. The $425 million Term Loan bears interest at a variable rate, which is LIBOR plus 2.50%. As of March 31, 2019, the rate in effect was 5.08%. If LIBOR were to increase or decrease by 100 basis points, then the annual interest expense and payments on the Term Loan would increase or decrease, respectively, by $4.3 million based upon the outstanding balance at March 31, 2019.

**Foreign Currency Exchange Risk**

The Company conducts business in certain foreign markets, primarily in the European Union, and is exposed to foreign exchange risk for both the Euro and GBP.

We have exposure to foreign currency exchange risk related to transactions carried out in a currency other than the U.S. dollar, and investments in foreign subsidiaries with a functional currency other than the U.S. dollar. As foreign currency exchange rates change, translation of the statements of operations of our international businesses into U.S. dollars affects year-over-year comparability of operating results. For the three months ended March 31, 2019, the impact on revenue for all foreign currencies was unfavorable by $18.0 million compared to the comparable prior year period due to the Euro, GBP, and certain other currencies. For a reconciliation of Revenue excluding foreign exchange effects, see "Principles of Financial Reporting."

Foreign currency exchange losses included in the Company's earnings for the three months ended March 31, 2019 and 2018 were $1.7 million and $7.3 million, respectively. Historically foreign currency exchange gains and losses have not been material to the Company. The losses in 2018 are primarily related to a U.S. dollar denominated intercompany loan for which the receivable is held by a foreign subsidiary with a GBP functional currency, which was settled in December 2018. As the U.S. Dollar fluctuates against GBP, this intercompany loan experienced volatility, which resulted in foreign currency exchange gains or losses.

Historically, the Company has not hedged foreign currency exposures. Our continued international expansion increases our exposure to exchange rate fluctuations and as a result such fluctuations could have a significant impact on our future results of operations.

35

App. 594

Table of Contents

**Item 4.** *Controls and Procedures*

The Company monitors and evaluates on an ongoing basis its disclosure controls and procedures and internal control over financial reporting in order to improve their overall effectiveness. In the course of these evaluations, the Company modifies and refines its internal processes as conditions warrant.

As required by Rule 13a-15(b) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), Match Group management, including our principal executive and principal financial officers, evaluated the effectiveness of the Company's disclosure controls and procedures, as defined by Rule 13a-15(e) under the Exchange Act. Based on this evaluation, management has concluded that the Company's disclosure controls and procedures were effective as of the end of the period covered by this report in providing reasonable assurance that information we are required to disclose in our filings with the Securities and Exchange Commission under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Commission's rules and forms, and include controls and procedures designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our principal executive and principal financial officers, as appropriate to allow timely decisions regarding required disclosure.

There were no changes to the Company's internal control over financial reporting during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

36

App. 595

## PART II

## OTHER INFORMATION

**Item 1. *Legal Proceedings***

**Overview**

We are, and from time to time may become, involved in various legal proceedings arising in the normal course of our business activities, such as patent infringement claims, trademark oppositions and consumer or advertising complaints, as well as stockholder derivative actions, class action lawsuits and other matters. The amounts that may be recovered in such matters may be subject to insurance coverage. The litigation matters described below involve issues or claims that may be of particular interest to our stockholders, regardless of whether any of these matters may be material to our financial position or operations based upon the standard set forth in the SEC's rules.

**Consumer Class Action Challenging Tinder's Age-Tiered Pricing**

On May 28, 2015, a putative state-wide class action was filed against Tinder in state court in California. *See Allan Candelore v. Tinder, Inc.*, No. BC583162 (Superior Court of California, County of Los Angeles). The complaint principally alleged that Tinder violated California's Unruh Civil Rights Act by offering and charging users age 30 and over a higher price than younger users for subscriptions to its premium Tinder Plus service. The complaint sought certification of a class of California Tinder Plus subscribers age 30 and over and damages in an unspecified amount. On September 21, 2015, Tinder filed a demurrer seeking dismissal of the complaint. On October 26, 2015, the court issued an opinion sustaining Tinder's demurrer to the complaint without leave to amend, ruling that the age-based pricing differential for Tinder Plus subscriptions did not violate California law in essence because offering a discount to users under age 30 was neither invidious nor unreasonable in light of that age group's generally more limited financial means. On December 29, 2015, in accordance with its ruling, the court entered judgment dismissing the action. On February 1, 2016, the plaintiff filed a notice of appeal from the judgment, and the parties thereafter briefed the appeal. On January 29, 2018, the California Court of Appeal (Second Appellate District, Division Three) issued an opinion reversing the judgment of dismissal, ruling that the lower court had erred in sustaining Tinder's demurrer because the complaint, as pleaded, stated a cognizable claim for violation of the Unruh Act. Because we believe that the appellate court's reasoning was flawed as a matter of law and runs afoul of binding California precedent, on March 12, 2018, Tinder filed a petition with the California Supreme Court seeking interlocutory review of the Court of Appeal's decision. On May 9, 2018, the California Supreme Court denied the petition. The case has been returned to the trial court for further proceedings and is currently in discovery. We believe that the allegations in this lawsuit are without merit and will continue to defend vigorously against it.

**Bumble Claims against Match Group, LLC**

On March 28, 2018, Bumble and its parent company filed a lawsuit against Match Group, LLC ("Match") in state court in Texas. *See Bumble Trading Inc. and Bumble Holding, Ltd. v. Match Group, LLC*, No. DC-18-04140 (160th Judicial District Court of Texas, County of Dallas). The petition alleged that Match wrongfully obtained confidential information from the plaintiffs in connection with a potential Bumble sale process and filed an intellectual property lawsuit in federal court against Bumble in bad faith to undermine that process. The petition asserted claims for tortious interference with business relationships, fraud, misappropriation of trade secrets, unfair competition, promissory estoppel, and disparagement. The petition sought damages in excess of $400 million and an injunction against interference with the plaintiffs' prospective business relationships or use of their confidential information. Match removed the case to federal court, and the case was later transferred to the federal court where Match's intellectual property lawsuit against Bumble is pending. *See Match Group, LLC v. Bumble Trading Inc.*, No. 6-18-cv-80 (U.S. District Court, Western District of Texas). On February 28, 2019, Match and Bumble entered into an agreement pursuant to which Bumble dismissed, with prejudice, all allegations in its petition, and Match dismissed, with prejudice, its patent infringement claim based upon its design patent (U.S. Patent D798,314). Under the agreement, Match also dismissed, without prejudice, its remaining claims and counterclaims asserted in response to Bumble's lawsuit. On March 5, 2019, the court entered an agreed dismissal closing the case brought by Bumble.

37

On April 10, 2019, Bumble alleged various counterclaims in Match's intellectual property lawsuit, including claims for fraud, negligent misrepresentation, unfair competition, promissory estoppel, and interference with prospective business relations, based upon the allegation that Match and IAC/InterActiveCorp misled Bumble in its sale process by falsely representing they would make a higher offer to purchase Bumble. On May 1, 2019, Match and IAC filed a motion to dismiss those counterclaims. We believe that Bumble's counterclaims are not material to Match and are without merit and will continue to vigorously defend against them.

**Tinder Optionholder Litigation against IAC and Match Group**

On August 14, 2018, ten then-current and former employees of Match Group, LLC or Tinder, Inc. ("Tinder"), an operating business of Match Group, filed a lawsuit in New York state court against IAC and Match Group. *See Sean Rad et al. v. IAC/InterActiveCorp and Match Group, Inc.*, No. 654038/2018 (Supreme Court, New York County). The complaint alleges that in 2017, the defendants: (i) wrongfully interfered with a contractually established process for the independent valuation of Tinder by certain investment banks, resulting in a substantial undervaluation of Tinder and a consequent underpayment to the plaintiffs upon exercise of their Tinder stock options, and (ii) then wrongfully merged Tinder into Match Group, thereby depriving one of the plaintiffs (Mr. Rad) of his contractual right to later valuations of Tinder on a stand-alone basis. The complaint asserts claims for breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, interference with contractual relations (as against Match Group only), and interference with prospective economic advantage, and seeks compensatory damages in the amount of at least $2 billion, as well as punitive damages. On August 31, 2018, four plaintiffs who were still employed by Match Group filed a notice of discontinuance of their claims without prejudice, leaving the six former employees as the remaining plaintiffs. On October 9, 2018, the defendants filed a motion to dismiss the complaint on various grounds, including that the 2017 valuation of Tinder by the investment banks was an expert determination any challenge to which is both time-barred under applicable law and available only on narrow substantive grounds that the plaintiffs have not pleaded in their complaint. On December 17, 2018, Plaintiffs filed their opposition to the motion to dismiss. On January 15, 2019, the defendants filed their reply brief. On March 6, 2019, the court heard oral argument on the motion. The motion remains pending, and discovery in the case is proceeding. We believe that the allegations in this lawsuit are without merit and will continue to defend vigorously against it.

**FTC Investigation of Certain Match.com Business Practices**

In March 2017, the Federal Trade Commission ("FTC") requested information and documents in connection with a civil investigation regarding certain business practices of Match.com. In November 2018, the FTC proposed to resolve its potential claims relating to Match.com's marketing, chargeback and online cancellation practices via a consent judgment mandating certain changes in the company's business practices, as well as a payment in the amount of $60 million. Match Group believes that the FTC's legal challenges to Match.com's practices, policies, and procedures are without merit and is prepared to vigorously defend against them.

**Item 1A.** *Risk Factors*

This quarterly report on Form 10-Q contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends and prospects in the industries in which Match Group's businesses operate and other similar matters. These forward-looking statements are based on Match Group management's current expectations and assumptions about future events as of the date of this quarterly report, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict.

Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing dating products, our ability to attract users to our dating products through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our dating products through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions and certain risks relating to our relationship with IAC/InterActiveCorp ("IAC"), among other risks.

38

Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission, including in Part I "Item 1A. Risk Factors" of our annual report on Form 10-K for the fiscal year ended December 31, 2018. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time.  In light of these risks and uncertainties, these forward-looking statements discussed in this quarterly report may not prove to be accurate.  Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this quarterly report.  Match Group does not undertake to update these forward-looking statements.

We are including the following revised risk factors, which supersede the corresponding risk factors disclosed in our annual report on Form 10-K for the fiscal year ended December 31, 2018 and should be read in conjunction with Part I "Item 1A. Risk Factors" of our annual report on Form 10-K:

**Risks relating to our business**

***Our business is subject to complex and evolving U.S. and international laws and regulations. Many of these laws and regulations are subject to change and uncertain interpretation, and could result in claims, changes to our business practices, monetary penalties, increased cost of operations, or declines in user growth or engagement, or otherwise harm our business.***

We are subject to a variety of laws and regulations in the United States and abroad that involve matters that are important to or may otherwise impact our business, including, among others, broadband internet access, online commerce, advertising, user privacy, data protection, intermediary liability, protection of minors, consumer protection, sex-trafficking, taxation and securities law compliance. The introduction of new products, expansion of our activities in certain jurisdictions, or other actions that we may take may subject us to additional laws, regulations, or other government scrutiny. In addition, foreign laws and regulations can impose different obligations or be more restrictive than those in the United States.

These U.S. federal, state, and municipal and foreign laws and regulations, which in some cases can be enforced by private parties in addition to government entities, are constantly evolving and can be subject to significant change. As a result, the application, interpretation, and enforcement of these laws and regulations are often uncertain, particularly in the new and rapidly evolving industry in which we operate, and may be interpreted and applied inconsistently from state to state and country to country and inconsistently with our current policies and practices. These laws and regulations, as well as any associated inquiries or investigations or any other government actions, may be costly to comply with and may delay or impede the development of new products, result in negative publicity, increase our operating costs, require significant management time and attention, and subject us to remedies that may harm our business, including fines or demands or orders that we modify or cease existing business practices.

Specifically, in the case of tax laws, positions that we have taken or will take are subject to interpretation by the relevant taxing authorities. While we believe that the positions we have taken to date comply with applicable law, there can be no assurances that the relevant taxing authorities will not take a contrary position, and if so, that such positions will not adversely affect us. Any events of this nature could adversely affect our business, financial condition and results of operations.

Proposed or new legislation and regulations could also adversely affect our business. For example, the European Commission and several countries have issued proposals that would change various aspects of the current tax framework under which we are taxed, including proposals to change or impose new types of non-income taxes, including taxes based on a percentage of revenue. For example, the United Kingdom has proposed taxes applicable to digital services, which includes business activities on social media platforms, and would likely apply to our business. If enacted, one or more of these or similar proposals could adversely affect our business, financial condition and results of operations.

The promulgation of new laws or regulations, or the new interpretation of existing laws and regulations, in each case that restrict or otherwise unfavorably impact the ability or manner in which we provide our services could require us to change certain aspects of our business and operations to ensure compliance, which could decrease demand for services, reduce revenues, increase costs and subject us to additional liabilities. For example, in February 2019, the Secretary of State for Digital, Culture, Media and Sport of the United Kingdom,

39

Table of Contents

indicated in public comments that his office intends to inquire as to the measures utilized by online dating platforms, including Tinder, to prevent access by underage users. In addition, on April 8, 2019, the United Kingdom published proposed legislation, which would establish a new regulatory body to establish duties of care for internet companies and to assess compliance with these duties of care. Under the proposed law, failure to comply could result in fines, blocking of services and personal liability for senior management. To the extent such new or more stringent measures are required to be implemented, our business, financial condition and results of operations could be adversely affected.

The adoption of any laws or regulations that adversely affect the popularity or growth in use of the internet or our services, including laws or regulations that undermine open and neutrally administered internet access, could decrease user demand for our service offerings and increase our cost of doing business. For example, in December 2017, the Federal Communications Commission adopted an order reversing net neutrality protections in the United States, including the repeal of specific rules against blocking, throttling or "paid prioritization" of content or services by internet service providers. To the extent internet service providers engage in such blocking, throttling, "paid prioritization" of content or similar actions as a result of this order and the adoption of similar laws or regulations, our business, financial condition and results of operations could be adversely affected.

***The varying and rapidly-evolving regulatory framework on privacy and data protection across jurisdictions could result in claims, changes to our business practices, monetary penalties, increased cost of operations, or declines in user growth or engagement, or otherwise harm our business.***

There are numerous laws in the countries in which we operate regarding privacy and the storage, sharing, use, processing, disclosure and protection of this kind of information, the scope of which are constantly changing, and in some cases, inconsistent and conflicting and subject to differing interpretations, as new laws of this nature are proposed and adopted. For example, in 2016 the European Commission adopted the General Data Protection Act ("GDPR"), a comprehensive European Union ("EU") privacy and data protection reform that became effective in May 2018. The act applies to companies established in the European Union or otherwise providing services or monitoring the behavior of people located in the European Union and which provides for significant penalties in case of non-compliance. GDPR will continue to be interpreted by EU data protection regulators, which may require that we make changes to our business practices, and could generate additional risks and liabilities. The European Union is also considering an update to the EU's Privacy and Electronic Communications (so-called "e-Privacy") Directive, notably to amend rules on the use of cookies. In addition, Brexit could result in the application of new and conflicting data privacy and protection laws and standards to our operations in the United Kingdom and our handling of personal data of users located in the United Kingdom. At the same time, certain developing countries in which we do business have already or are also currently considering adopting privacy and data protection laws and regulations. Legislative proposals concerning privacy and the protection of user information are being considered by the U.S. Congress, such as the American Data Dissemination Act, which was introduced in February 2019 by Senator Marco Rubio, as well as various U.S. state legislatures, including the California Consumer Privacy Act of 2018, which was signed into law on June 28, 2018 and comes into effect on January 1, 2020. Additionally, the Federal Trade Commission has also increased its focus on privacy and data security practices at digital companies and is reported to be in the process of levying a first-of-its kind, multi-billion dollar fine against Facebook for privacy violations.

While we believe that we comply with industry standards and applicable laws and industry codes of conduct relating to privacy and data protection in all material respects, there is no assurance that we will not be subject to claims that we have violated applicable laws or codes of conduct, that we will be able to successfully defend against such claims or that we will not be subject to significant fines and penalties in the event of non-compliance. Additionally, to the extent multiple state-level laws are introduced with inconsistent or conflicting standards and there is no federal law to preempt such laws, compliance with such laws could be difficult to achieve and we could be subject to fines and penalties in the event of non-compliance.

Any failure or perceived failure by us (or the third parties with whom we have contracted to process such information) to comply with applicable privacy and security laws, policies or related contractual obligations or any compromise of security that results in unauthorized access, or the use or transmission of, personal user information could result in a variety of claims against us, including governmental enforcement actions, significant fines, litigation, claims of breach of contract and indemnity by third parties and adverse publicity. When such events occur, our reputation may be harmed, we may lose current and potential users and the competitive positions

40

Table of Contents

of our various brands might be diminished, any or all of which could adversely affect our business, financial condition and results of operations.

Lastly, compliance with the numerous laws in the countries in which we operate regarding privacy and the storage, sharing, use, processing, disclosure and protection of personal data could be costly, as well as result in delays in the development of new products and features as resources are allocated to these compliance projects, particularly as these laws become more comprehensive in scope, more commonplace and continue to evolve. In addition, the varying and rapidly-evolving regulatory frameworks across jurisdictions may result in decisions to introduce products in certain jurisdictions but not others or to cease providing certain services or features to users located in certain jurisdictions. If these costs or other impacts are significant, our business, financial condition and results of operations could be adversely affected.

***Inappropriate actions by certain of our users could be attributed to us and damage our brands' reputations, which in turn could adversely affect our business.***

The reputations of our brands may be adversely affected by the actions of our users that are deemed to be hostile, offensive, defamatory, inappropriate, untrue or unlawful. While we have systems and processes in place that aim to monitor and review the appropriateness of the content accessible through our products, which include, in particular, reporting tools through which users can inform us of such behavior on the platform, and have adopted policies regarding illegal, offensive or inappropriate use of our products, our users could nonetheless engage in activities that violate our policies. These safeguards may not be sufficient to avoid harm to our reputation and brands, especially if such hostile, offensive or inappropriate use is well-publicized.

In addition, it is possible that a user of our products could be physically, financially, emotionally or otherwise harmed by an individual that such user met through the use of one of our products. If one or more of our users suffers or alleges to have suffered any such harm, we could experience negative publicity or legal action that could damage our reputation and our brands. Similar events affecting users of our competitors' products could result in negative publicity for the dating industry generally, which could in turn negatively affect our business.

Concerns about harms and the use of dating products and social networking platforms for illegal conduct, such as romance scams, promotion of false or inaccurate information, financial fraud, and sex-trafficking, have produced and could continue to produce future legislation or other governmental action. For example, on April 11, 2018, the Allow States and Victims to Fight Online Sex Trafficking Act became effective in the United States and allows victims of sex trafficking crimes, as well as other state and local authorities, to seek redress from platforms in certain circumstances in connection with sex trafficking of individuals online. The European Union and the United Kingdom have also launched consultations, and the United Kingdom has released its Online Harms White Paper, which proposed legislation that would expose platforms to similar or more expansive liability. If these proposed laws are passed, or if future legislation or governmental action is proposed or taken to address concerns regarding such harms, changes could be required to our products that could restrict or impose additional costs upon the conduct of our business generally or cause users to abandon our products.

***We operate in various international markets, including certain markets in which we have limited experience. As a result, we face additional risks in connection with certain of our international operations.***

Our brands are available in over 40 different languages all over the world. Our international revenue represented 50%, 46%, 51% and 49% of our total revenue for the fiscal years ended December 31, 2018 and 2017 and the fiscal quarters ended March 31, 2019 and 2018, respectively, and we have implemented organizational changes to further expand our business in such regions.

Operating internationally, particularly in countries in which we have limited experience, exposes us to a number of additional risks, including:

- operational and compliance challenges caused by distance, language and cultural differences;

- difficulties in staffing and managing international operations;

- differing levels of social and technological acceptance of our dating products or lack of acceptance of them generally;

- foreign currency fluctuations;

41

App. 600

- restrictions on the transfer of funds among countries and back to the United States and costs associated with repatriating funds to the United States;

- differing and potentially adverse tax laws;

- multiple, conflicting and changing laws, rules and regulations, and difficulties understanding and ensuring compliance with those laws by both our employees and our business partners, over whom we exert no control;

- compliance challenges due to different laws and regulatory environments, particularly in the case of privacy and data security;

- competitive environments that favor local businesses;

- limitations on the level of intellectual property protection; and

- trade sanctions, political unrest, terrorism, war and epidemics or the threat of any of these events.

The occurrence of any or all of the events described above could adversely affect our international operations, which could in turn adversely affect our business, financial condition and results of operations.

## Risks related to our ongoing relationship with IAC

### *IAC controls our company and has the ability to control the direction of our business.*

As of March 31, 2019, IAC owned 16,036,511 shares of our common stock and 209,919,402 shares of Class B common stock representing 100% of our outstanding Class B common stock. IAC's ownership of our outstanding common stock and Class B common stock represents approximately 80.4% of our outstanding shares of capital stock and approximately 97.5% of the combined voting power of our outstanding capital stock. As long as IAC owns shares of our capital stock representing a majority of the combined voting power of our outstanding capital stock, it will be able to control any corporate action that requires a stockholder vote, regardless of the vote of any other stockholder. As a result, IAC has the ability to control significant corporate activities, including:

- the election of our board of directors and, through our board of directors, decision-making with respect to our business direction and policies, including the appointment and removal of our officers;

- acquisitions or dispositions of businesses or assets, mergers or other business combinations;

- issuances of shares of our common stock, Class B common stock, Class C common stock and our capital structure;

- corporate opportunities that may be suitable for us and IAC, subject to the corporate opportunity provisions in our certificate of incorporation, as described below;

- our financing activities, including the issuance of additional debt and equity securities, or the incurrence of other indebtedness generally;

- the payment of dividends; and

- the number of shares available for issuance under our equity incentive plans for our prospective and existing employees.

This voting control will limit the ability of other stockholders to influence corporate matters and, as a result, we may take actions that stockholders other than IAC do not view as beneficial. This voting control may also discourage transactions involving a change of control of our company, including transactions in which holders of our common stock might otherwise receive a premium for the holders' shares. Furthermore, IAC generally has the right at any time to sell or otherwise dispose of the shares of our capital stock that it owns, including the ability to transfer a controlling interest in us to a third party, without the approval of the holders of our common stock and without providing for the purchase of shares of common stock.

Even if IAC owns shares of our capital stock representing less than a majority of the combined voting power of our outstanding capital stock, so long as IAC retains shares representing a significant percentage of our combined voting power, IAC will have the ability to substantially influence these significant corporate activities.

42

App. 601

Table of Contents

In addition, pursuant to an investor rights agreement between us and IAC, IAC has the right to maintain its level of ownership in us to the extent we issue additional shares of our capital stock in the future and, pursuant to an employee matters agreement between us and IAC, IAC may receive payment for certain compensation expenses through the receipt of additional shares of our capital stock. For a more complete summary of our agreements with IAC, see "Note 15-Related Party Transactions" to the consolidated financial statements included in "Item 8-Consolidated Financial Statements" of our annual report on Form 10-K for the fiscal year ended December 31, 2018.

In addition, because of our relationship with IAC, credit rating agencies have considered, and could continue to consider, IAC's creditworthiness when determining a corporate credit rating for us or credit ratings for our debt. Accordingly, the activities of, or developments at, IAC that are outside of our control could have a negative impact on such credit ratings. A lowering of our corporate credit ratings or the credit ratings assigned to our debt could harm our ability to incur additional debt on acceptable terms. Until such time as IAC no longer controls or has the ability to substantially influence us, we will continue to face the risks described herein and in "Item 1A-Risk Factors-Risks relating to ongoing relationship with IAC" of our annual report on Form 10-K for the fiscal year ended December 31, 2018 relating to IAC's control of us and the potential conflicts of interest between IAC and us.

*In order to preserve the ability of IAC to distribute its shares of our capital stock on a tax-free basis, and to maintain tax consolidation with IAC for U.S. federal income tax purposes, we may be prevented from pursuing opportunities to raise capital, effectuate acquisitions or provide equity incentives to our employees, and our ability to manage our capital structure may also be adversely impacted, all of which could hurt our ability to grow.*

Under current laws, IAC must retain beneficial ownership of at least 80% of our combined voting power and 80% of each class of our nonvoting capital stock (if any is outstanding) in order to effect a tax-free distribution of our shares held by IAC to its stockholders. As of the date of this report, IAC has advised us that it does not have any present intention or plans to undertake such a tax-free distribution. However, IAC does currently intend to use its majority voting interest to retain its ability to engage in such a transaction. In addition, IAC must maintain ownership of at least 80% of our outstanding capital stock in order to maintain tax consolidation with us for U.S. federal income tax purposes. As of the date of this report, IAC has advised us that it currently intends to take such actions, or cause Match Group to take such actions, as may be necessary in order to preserve tax consolidation. Each of these intentions may cause IAC to not support transactions we wish to pursue that involve issuing shares of our capital stock, including for capital raising purposes, as consideration for an acquisition or as equity incentives to our employees, and may also otherwise impact our overall capital management strategy. The inability to pursue any such transactions or any reduced flexibility in the management of our capital structure, may adversely affect our business, financial condition and results of operations. See "Item 1A-Risk Factors-Risks relating to ongoing relationship with IAC-IAC controls our company and will have the ability to control the direction of our business" and "-IAC's interests may conflict with our interests and the interests of our stockholders" of our annual report on Form 10-K for the fiscal year ended December 31, 2018. Conflicts of interest between IAC and us could be resolved in a manner unfavorable to us and our public stockholders.

*Our agreements with IAC will require us to indemnify IAC for certain tax liabilities and may limit our ability to engage in desirable strategic or capital raising transactions, including following any distribution by IAC of our capital stock to its stockholders.*

Under a tax sharing agreement between us and IAC, we generally are responsible and are required to indemnify IAC for: (i) all taxes imposed with respect to any consolidated, combined or unitary tax return of IAC or one of its subsidiaries that includes us or any of our subsidiaries to the extent attributable to us or any of our subsidiaries, as determined under the tax sharing agreement, and (ii) all taxes imposed with respect to any consolidated, combined, unitary or separate tax returns of us or any of our subsidiaries. To the extent IAC failed to pay taxes imposed with respect to any consolidated, combined or unitary tax return of IAC or one of its subsidiaries that includes us or any of our subsidiaries, the relevant taxing authority could seek to collect such taxes (including taxes for which IAC is responsible under the tax sharing agreement) from us or our subsidiaries.

Under the tax sharing agreement, we generally will be responsible for any taxes and related amounts imposed on IAC or us that arise from the failure of a future spin-off of IAC's interest in us to qualify as a transaction that is generally tax-free, for U.S. federal income tax purposes, under Section 368(a)(1)(D) and/or

43

App. 602

Section 355 of the Internal Revenue Code of 1986, as amended, of the Code, to the extent that the failure to so qualify is attributable to: (i) a breach of the relevant representations and covenants made by us in the tax sharing agreement or any representation letter provided in support of any tax opinion or ruling obtained by IAC with respect to the U.S. federal income tax treatment of such spin-off, or (ii) an acquisition of our equity securities.

To preserve the tax-free treatment of any potential future spin-off by IAC of its interest in us, and in addition to our indemnity obligation described above, the tax sharing agreement will restrict us, for the two-year period following any such spin-off, except in specific circumstances, from: (i) entering into any transaction pursuant to which all or a portion of shares of our stock would be acquired, whether by merger or otherwise, (ii) issuing equity securities beyond certain thresholds, (iii) repurchasing our shares other than in certain open-market transactions, (iv) ceasing to actively conduct our businesses or (v) taking or failing to take any other action that prevents the distribution and related transactions from qualifying as a transaction that is generally tax-free, for U.S. federal income tax purposes, under Section 368(a)(1)(D) and/or Section 355 of the Code. In addition, the tax sharing agreement provides that, without IAC's prior written consent, we may not take any action that could reasonably be expected to (i) cause IAC to cease to have "control" of us within the meaning of Section 386(c) of the Code or (ii) result in the loss of IAC's tax consolidation with us for U.S. federal income tax purposes.

These indemnity obligations and other limitations could have an adverse effect on our business, financial condition and results of operations.

***Future sales or distributions of our shares by IAC could depress our common stock price.***

IAC has the right to sell or distribute to its stockholders all or a portion of the shares of our capital stock that it holds (16,036,511 shares of our common stock and 209,919,402 shares of our Class B common stock, representing all of our outstanding Class B common stock, as of Mach 31, 2019). As of the date of this annual report, IAC has advised us that it does not have any present intention or plans to undertake such a sale or distribution; however, any sales by IAC in the public market or distributions to its stockholders of substantial amounts of our stock in the form of common stock or Class B common stock, or the filing by IAC of a registration statement relating to a substantial amount of our stock, could depress the price of our common stock.

In addition, IAC has the right, subject to certain conditions, to require us to file registration statements covering the sale of its shares or to include its shares in other registration statements that we may file. In the event IAC exercises its registration rights and sells all or a portion of its shares of our capital stock, the price of our common stock could decline.

**Item 2.** *Unregistered Sales of Equity Securities and Use of Proceeds*

**Unregistered Sales of Equity Securities**

Under the terms of the Employee Matters Agreement dated as of November 24, 2015, by and between IAC/InterActiveCorp ("IAC") and Match Group, Inc. (the "Company"), as amended effective as of April 13, 2016 (the "Employee Matters Agreement"), IAC may cause certain equity awards of the Company to be settled in shares of IAC common stock, par value $0.001 ("IAC Common Stock") and cause the Company to reimburse IAC for the cost of such shares of IAC Common Stock by issuing shares of Company common stock, par value $0.001 ("Company Common Stock") to IAC. The Employee Matters Agreement also provides that the Company will reimburse IAC for the cost of any IAC equity awards held by the Company's employees and former employees and that IAC may elect to receive payment either in cash or Company Common Stock.

On March 31, 2019, 10,958 shares of Company Common Stock were issued to IAC as reimbursement for shares of IAC Common Stock issued in connection with the exercise of IAC stock options held by Match Group employees.

On March 31, 2019, 212,276 shares of Company Common Stock were issued to IAC as reimbursement for shares of IAC Common Stock issued in connection with the exercise and settlement of equity awards formerly denominated in shares of a subsidiary of the Company pursuant to the Employee Matters Agreement.

The issuances of Company Common Stock described above did not involve any underwriters or public offerings and the Company believes that such issuances were exempt from the registration requirements of the Securities Act of 1933, as amended, pursuant to Section 4(a)(2) of such act.

App. 603

**Issuer Purchases of Equity Securities**

The following table sets forth purchases by the Company of its common stock during the quarter ended March 31, 2019:

| Period | (a) Total Number of Shares Purchased | (b) Average Price Paid Per Share | (c) Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs[1] | (d) Maximum Number of Shares that May Yet Be Purchased Under Publicly Announced Plans or Programs[2] |
|---|---|---|---|---|
| January 2019 | — | $ — | — | 2,947,476 |
| February 2019 | 130,000 | $ 56.83 | 130,000 | 2,817,476 |
| March 2019 | 325,000 | $ 55.13 | 325,000 | 2,492,476 |
| Total | 455,000 | $ 55.62 | 455,000 | 2,492,476 |

_____

(1)  Reflects repurchases made pursuant to the 6 million share repurchase authorization previously announced in May 2017, which has no expiration.

(2)  Represents the total number of shares of common stock that remained available for repurchase pursuant to the May 2017 repurchase authorization. The timing and actual number of any shares repurchased will depend on a variety of factors, including price, general business and market conditions, and alternative investment opportunities. The Company is not obligated to purchase any shares under the repurchase program, and repurchases may be commenced, suspended or discontinued from time to time without prior notice.

45

App. 604

6/12/2020          Document

Case 3:19-cv-02356-S  Document 39-1  Filed 06/12/20  Page 158 of 324  PageID 1132

Table of Contents

## Item 6. *Exhibits*

The documents set forth below, numbered in accordance with Item 601 of Regulation S-K, are filed herewith, incorporated by reference herein by reference to the location indicated or furnished herewith.

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | | Filed (†) or Furnished (‡) Herewith (as indicated) |
|---|---|---|---|---|---|---|
| | | Form | SEC File No. | Exhibit | Filing Date | |
| 4.1 | Indenture, dated as of February 15, 2019, between Match Group, Inc. and Computershare Trust Company, N.A., as trustee. | 8-K | 001-37636 | 4.1 | 2/15/2018 | |
| 31.1 | Certification of the Chief Executive Officer pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | † |
| 31.2 | Certification of the Chief Financial Officer pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | † |
| 32.1 | Certification of the Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | ‡ |
| 32.2 | Certification of the Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | ‡ |
| 101.INS | XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document. | | | | | ‡ |
| 101.SCH | XBRL Taxonomy Extension Schema Document | | | | | ‡ |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document | | | | | ‡ |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document | | | | | ‡ |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document | | | | | ‡ |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document | | | | | ‡ |

46

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

May 9, 2019                                   **MATCH GROUP, INC.**

                                              By:            /s/ GARY SWIDLER

                                                             Gary Swidler
                                                       *Chief Financial Officer*

| **Signature** | **Title** | **Date** |
|---|---|---|
| /s/ GARY SWIDLER | Chief Financial Officer | May 9, 2019 |
| Gary Swidler | | |

47

App. 606

# Exhibit 15



## Match Group Reports Second Quarter 2019 Results

Dallas, TX—August 6, 2019—Match Group (NASDAQ: MTCH) reported second quarter 2019 financial results today and separately released an investor presentation, which is available on the Investor Relations section of its website at https://ir.mtch.com.

### Q2 2019 HIGHLIGHTS

- Total Revenue grew 18% over the prior year quarter to $498 million. Excluding foreign exchange effects, revenue would have grown 22%.

- Average Subscribers increased 18% to 9.1 million, up from 7.7 million in the prior year quarter.

- Tinder Average Subscribers were 5.2 million in Q2 2019, increasing 503,000 sequentially and 1.5 million year-over-year.

- Operating income was $173 million, an increase of 15% over the prior year quarter, and Adjusted EBTIDA increased 16% over the prior year quarter to $204 million.

- ARPU grew 2% over the prior year quarter to $0.58.  Excluding foreign exchange effects, ARPU was $0.60, an increase of 5% over the prior year quarter.

### Key Financial and Operating Metrics

| *(In thousands, except EPS and ARPU)* | Q2 2019 | | Q2 2018 | | Change |
|---|---|---|---|---|---|
| Revenue | $ | 497,973 | $ | 421,196 | 18% |
| Operating Income | $ | 172,898 | $ | 150,165 | 15% |
| Operating Income Margin | | 35% | | 36% | (0.9) pt |
| Net earnings attributable to shareholders | $ | 127,973 | $ | 132,500 | (3)% |
| Diluted EPS | $ | 0.43 | $ | 0.45 | (4)% |
| Adjusted EBITDA | $ | 203,522 | $ | 175,561 | 16% |
| Adjusted EBITDA Margin | | 41% | | 42% | (0.8) pt |
| Average Subscribers | | 9,080 | | 7,723 | 18% |
| ARPU | $ | 0.58 | $ | 0.57 | 2% |
| YTD Operating Cash Flow | $ | 232,618 | $ | 243,488 | (4)% |
| YTD Free Cash Flow | $ | 211,898 | $ | 228,703 | (7)% |

*See reconciliations of GAAP to non-GAAP measures starting on page 6.*

**Liquidity and Capital Resources**

For the six months ended June 30, 2019, we generated operating cash flow of $233 million and Free Cash Flow of $212 million, both of which declined compared to the prior year period primarily due to the timing of a cash receipt, which we received in Q4 2018 instead of Q1 2019, where the comparable receipt in the prior year was received in Q1 2018.

We net settled all stock options that were exercised and restricted stock units that vested during the quarter ended June 30, 2019, utilizing $32 million of cash to pay employee withholding taxes, and we issued 0.5 million fewer dilutive shares as a result, at an effective price of $67.02. We repurchased 0.8 million shares during the quarter ended June 30, 2019 for $56 million on a trade date basis at an average price of $66.79, further mitigating the dilutive impact of stock-based compensation activity.

As of June 30, 2019, the Company had $266 million in cash and cash equivalents and $1.6 billion of long-term debt. The Company has a $500 million revolving credit facility, which was undrawn as of June 30, 2019, and currently remains undrawn.

Between July 1, 2019 and August 2, 2019, we repurchased an additional 0.2 million shares using $15 million in cash on a trade date basis at an average price of $71.23. As of August 2, 2019, a total of 1.4 million shares remain available under the previously announced repurchase program.

Match Group's trailing twelve-month leverage as of June 30, 2019 is 2.3x on a gross basis and 1.9x on a net basis.

As of June 30, 2019, Match Group had a total of 281.2 million common and class B common shares outstanding; and IAC's economic ownership interest and voting interest in Match Group were 80.4% and 97.5%, respectively.

**Income Taxes**

In the second quarter of 2019 and 2018, Match Group recorded an income tax provision of $24 million and $12 million, respectively, both lower than the statutory rate of 21% due to excess tax benefits generated by the exercise or vesting of stock-based awards.

**Conference Call**

Match Group will audiocast a conference call to answer questions regarding its second quarter financial results on Wednesday, August 7, 2019 at 8:30 a.m. Eastern Time. This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business. The live audiocast will be open to the public, and the investor presentation reviewing the results has been posted, on Match Group's investor relations website at https://ir.mtch.com.

## GAAP FINANCIAL STATEMENTS

## MATCH GROUP CONSOLIDATED STATEMENT OF OPERATIONS

| | | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|---|
| | | 2019 | 2018 | 2019 | 2018 |
| | | (In thousands, except per share data) | | | |
| Revenue | $ | 497,973 | $ 421,196 | $ 962,598 | $ 828,563 |
| Operating costs and expenses: | | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | | 126,665 | 97,334 | 246,889 | 191,278 |
| Selling and marketing expense | | 94,888 | 90,261 | 213,551 | 208,432 |
| General and administrative expense | | 62,233 | 42,165 | 116,627 | 84,926 |
| Product development expense | | 32,680 | 32,635 | 76,954 | 64,504 |
| Depreciation | | 8,197 | 8,399 | 16,028 | 16,546 |
| Amortization of intangibles | | 412 | 237 | 823 | 479 |
| Total operating costs and expenses | | 325,075 | 271,031 | 670,872 | 566,165 |
| Operating income | | 172,898 | 150,165 | 291,726 | 262,398 |
| Interest expense | | (23,817) | (18,276) | (45,903) | (36,082) |
| Other income, net | | 2,538 | 11,004 | 1,050 | 3,783 |
| Earnings before income taxes | | 151,619 | 142,893 | 246,873 | 230,099 |
| Income tax (provision) benefit | | (23,651) | (11,535) | 4,129 | 937 |
| **Net earnings** | | 127,968 | 131,358 | 251,002 | 231,036 |
| Net loss attributable to noncontrolling interests | | 5 | 1,142 | 5 | 1,200 |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ | 127,973 | $ 132,500 | $ 251,007 | $ 232,236 |
| | | | | | |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | | |
| Basic | $ | 0.46 | $ 0.48 | $ 0.90 | $ 0.84 |
| Diluted | $ | 0.43 | $ 0.45 | $ 0.85 | $ 0.78 |
| | | | | | |
| Basic shares outstanding | | 281,244 | 277,115 | 280,418 | 276,198 |
| Diluted shares outstanding | | 295,884 | 296,996 | 296,009 | 297,574 |
| | | | | | |
| **Stock-based compensation expense by function:** | | | | | |
| Cost of revenue | $ | 676 | $ 642 | $ 1,941 | $ 1,275 |
| Selling and marketing expense | | 1,330 | 889 | 2,726 | 1,781 |
| General and administrative expense | | 13,290 | 7,590 | 23,061 | 15,250 |
| Product development expense | | 6,719 | 7,585 | 22,284 | 15,363 |
| Total stock-based compensation expense | $ | 22,015 | $ 16,706 | $ 50,012 | $ 33,669 |

**MATCH GROUP CONSOLIDATED BALANCE SHEET**

|  | June 30, 2019 | December 31, 2018 |
|---|---|---|
|  | (In thousands) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 266,374 | $ 186,947 |
| Accounts receivable, net | 160,622 | 99,052 |
| Other current assets | 78,115 | 57,766 |
| Total current assets | 505,111 | 343,765 |
|  | | |
| Right of use assets | 46,879 | — |
| Property and equipment, net | 63,941 | 58,351 |
| Goodwill | 1,251,693 | 1,244,758 |
| Intangible assets, net | 237,005 | 237,640 |
| Deferred income taxes | 149,574 | 134,347 |
| Long-term investments | 9,076 | 9,076 |
| Other non-current assets | 22,492 | 25,124 |
| **TOTAL ASSETS** | $ 2,285,771 | $ 2,053,061 |
|  | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Accounts payable | $ 13,798 | $ 9,528 |
| Deferred revenue | 225,657 | 209,935 |
| Accrued expenses and other current liabilities | 143,902 | 135,971 |
| Total current liabilities | 383,357 | 355,434 |
|  | | |
| Long-term debt, net | 1,602,607 | 1,515,911 |
| Income taxes payable | 12,845 | 13,918 |
| Deferred income taxes | 20,285 | 20,174 |
| Other long-term liabilities | 55,726 | 21,760 |
|  | | |
| Redeemable noncontrolling interest | 1,035 | — |
|  | | |
| Commitment and contingencies | | |
|  | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock | 76 | 72 |
| Class B convertible common stock | 210 | 210 |
| Additional paid-in capital | (146,116) | (57,575) |
| Retained earnings | 704,785 | 453,778 |
| Accumulated other comprehensive loss | (134,906) | (137,166) |
| Treasury stock | (214,312) | (133,455) |
| Total Match Group, Inc. shareholders' equity | 209,737 | 125,864 |
| Noncontrolling interests | 179 | — |
| Total shareholders' equity | 209,916 | 125,864 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 2,285,771 | $ 2,053,061 |

**MATCH GROUP CONSOLIDATED STATEMENT OF CASH FLOWS**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | **2019** | **2018** |
| | (In thousands) | |
| **Cash flows from operating activities:** | | |
| **Net earnings** | $ 251,002 | $ 231,036 |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | |
| Stock-based compensation expense | 50,012 | 33,669 |
| Depreciation | 16,028 | 16,546 |
| Amortization of intangibles | 823 | 479 |
| Deferred income taxes | (15,227) | (13,812) |
| Acquisition-related contingent consideration fair value adjustments | — | 210 |
| Other adjustments, net | 2,468 | (622) |
| Changes in assets and liabilities | | |
| Accounts receivable | (61,414) | (9,154) |
| Other assets | (13,742) | (26,099) |
| Accounts payable and other liabilities | (6,441) | (8,982) |
| Income taxes payable and receivable | (6,374) | 5,485 |
| Deferred revenue | 15,483 | 14,732 |
| **Net cash provided by operating activities** | 232,618 | 243,488 |
| **Cash flows from investing activities:** | | |
| Net cash (used) acquired in business combinations | (3,759) | 1,136 |
| Capital expenditures | (20,720) | (14,785) |
| Purchases of investments | — | (3,000) |
| Other, net | 1,118 | 38 |
| **Net cash used in investing activities** | (23,361) | (16,611) |
| **Cash flows from financing activities:** | | |
| Borrowings under the Credit Facility | 40,000 | — |
| Principal payments on Credit Facility | (300,000) | — |
| Proceeds from Senior Notes offering | 350,000 | — |
| Debt issuance costs | (5,593) | — |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (138,465) | (115,288) |
| Purchase of treasury stock | (76,086) | (73,943) |
| Acquisition-related contingent consideration payments | — | (185) |
| Other, net | 27 | (616) |
| **Net cash used in financing activities** | (130,117) | (190,032) |
| **Total cash provided by continuing operations** | 79,140 | 36,845 |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | 224 | 289 |
| **Net increase in cash, cash equivalents, and restricted cash** | 79,364 | 37,134 |
| Cash, cash equivalents, and restricted cash at beginning of period | 187,140 | 272,761 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 266,504 | $ 309,895 |

**RECONCILIATIONS OF GAAP TO NON-GAAP MEASURES**

**MATCH GROUP RECONCILIATION OF NET EARNINGS TO ADJUSTED EBITDA**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| | (Dollars in thousands) | | | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $    127,973 | $    132,500 | $    251,007 | $    232,236 |
| Add back: | | | | |
| Net loss attributable to noncontrolling interests | (5) | (1,142) | (5) | (1,200) |
| Income tax provision (benefit) | 23,651 | 11,535 | (4,129) | (937) |
| Other income, net | (2,538) | (11,004) | (1,050) | (3,783) |
| Interest expense | 23,817 | 18,276 | 45,903 | 36,082 |
| **Operating Income** | 172,898 | 150,165 | 291,726 | 262,398 |
| Stock-based compensation expense | 22,015 | 16,706 | 50,012 | 33,669 |
| Depreciation | 8,197 | 8,399 | 16,028 | 16,546 |
| Amortization of intangibles | 412 | 237 | 823 | 479 |
| Acquisition-related contingent consideration fair value adjustments | — | 54 | — | 210 |
| **Adjusted EBITDA** | $    203,522 | $    175,561 | $    358,589 | $    313,302 |
| | | | | |
| Revenue | $    497,973 | $    421,196 | $    962,598 | $    828,563 |
| Operating income margin | 35% | 36% | 30% | 32% |
| Adjusted EBITDA margin | 41% | 42% | 37% | 38% |

**MATCH GROUP RECONCILIATION OF OPERATING CASH FLOW FROM CONTINUING OPERATIONS TO FREE CASH FLOW**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| Net cash provided by operating activities | $    232,618 | $    243,488 |
| Capital expenditures | (20,720) | (14,785) |
| Free Cash Flow | $    211,898 | $    228,703 |

**MATCH GROUP RECONCILATION OF GAAP REVENUE TO NON-GAAP REVENUE, EXCLUDING FOREIGN EXCHANGE EFFECTS**

*(Dollars in thousands, except ARPU)*

| | **Three Months Ended June 30,** | | | |
| --- | --- | --- | --- | --- |
| | **2019** | **Change** | **% Change** | **2018** |
| Revenue, as reported | $ 497,973 | $ 76,777 | 18% | $ 421,196 |
| Foreign exchange effects | 15,783 | | | |
| Revenue Excluding Foreign Exchange Effects | $ 513,756 | $ 92,560 | 22% | $ 421,196 |
| | | | | |
| *(Change calculated using non-rounded numbers)* | | | | |
| ARPU, as reported | $ 0.58 | | 2% | $ 0.57 |
| Foreign exchange effects | 0.02 | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 5% | $ 0.57 |
| | | | | |
| International ARPU, as reported | $ 0.56 | | 1% | $ 0.56 |
| Foreign exchange effects | 0.04 | | | |
| International ARPU, excluding foreign exchange effects | $ 0.60 | | 7% | $ 0.56 |

*(Dollars in thousands, except ARPU)*

| | **Six Months Ended June 30,** | | | |
| --- | --- | --- | --- | --- |
| | **2019** | **Change** | **% Change** | **2018** |
| Revenue, as reported | $ 962,598 | $ 134,035 | 16% | $ 828,563 |
| Foreign exchange effects | 33,792 | | | |
| Revenue Excluding Foreign Exchange Effects | $ 996,390 | $ 167,827 | 20% | $ 828,563 |
| | | | | |
| *(Change calculated using non-rounded numbers)* | | | | |
| ARPU, as reported | $ 0.58 | | 1% | $ 0.57 |
| Foreign exchange effects | 0.02 | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 5% | $ 0.57 |
| | | | | |
| International ARPU, as reported | $ 0.56 | | (1)% | $ 0.56 |
| Foreign exchange effects | 0.04 | | | |
| International ARPU, excluding foreign exchange effects | $ 0.60 | | 6% | $ 0.56 |

**DILUTIVE SECURITIES**

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

|  | 8/2/2019 |
|---|---|
| Share Price | **$75.19** |
| Absolute Shares | **281.0** |
| **Vested Options and Awards** | |
| Match Group Options | 2.6 |
| IAC Equity Awards | 0.3 |
| **Total Dilution - Vested Options and Awards** | **2.8** |
| | |
| **Unvested Options and Awards** | |
| Match Group Options | 6.1 |
| Match Group RSUs | 1.4 |
| IAC Equity Awards | 0.1 |
| **Total Dilution - Unvested Options and Awards** | **7.5** |
| | |
| **Total Dilution** | **10.4** |
| % Dilution | 3.6% |
| **Total Diluted Shares Outstanding** | **291.3** |

The dilutive securities presentation in the above table is calculated using the methods and assumptions described below; these are different from GAAP dilution, which is calculated based on the treasury stock method.

Options — The table above assumes the option exercise price and the estimated income tax benefit from the tax deduction received upon the exercise of options (both vested and unvested awards) is used to repurchase Match Group shares.

Match Group is currently net settling all exercised options net of both the exercise price and employee withholding taxes. If the table above assumed options were also net settled for employee withholding taxes at a 50% withholding rate, the dilution shown above would be reduced by 1.7 million and 3.9 million shares for vested and unvested options, respectively, and the withholding taxes paid by the Company on behalf of the employees would be $125.5 million and $294.6 million for vested and unvested options, respectively.

RSUs — The table above assumes RSUs are settled net of withholding taxes, as is our practice, and the dilutive effect is presented as the net number of shares that would be issued upon vesting assuming a withholding tax rate of 50%. Withholding taxes paid by the Company on behalf of the employees upon vesting would have been $189.1 million, assuming the stock price in the table above and a 50% withholding rate. The table above also assumes the estimated income tax benefit from the tax deduction received upon the vesting of Match Group RSUs is used to repurchase Match Group shares.

IAC Equity Awards — IAC Equity awards represent options and market-based restricted stock units denominated in the shares of IAC that have been issued to employees of Match Group. Upon the exercise or vesting of IAC Equity awards, IAC will settle the awards with shares of IAC, and Match Group will issue additional shares of Match Group to IAC as reimbursement. The table above assumes the estimated income tax benefit from the tax deduction received upon the exercise or vesting of IAC denominated equity awards is used to repurchase Match Group shares.

*PRINCIPLES OF FINANCIAL REPORTING*

Match Group reports Adjusted EBITDA, Adjusted EBITDA Margin, Free Cash Flow, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted EBITDA, Adjusted EBITDA Margin, and Free Cash Flow measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing how our business performed without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to, and we are obligated to provide, the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures with equal or greater prominence and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments, which we describe below, between the GAAP and non-GAAP measures. Interim results are not necessarily indicative of the results that may be expected for a full year.

*Definitions of Non-GAAP Measures*

Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization (Adjusted EBITDA) is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements. We believe Adjusted EBITDA is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted EBITDA measure because they are non-cash in nature. Adjusted EBITDA has certain limitations because it excludes certain expenses.

Adjusted EBITDA Margin is defined as Adjusted EBITDA divided by revenues. We believe Adjusted EBITDA margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted EBITDA margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

Free Cash Flow is defined as net cash provided by operating activities from continuing operations, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metric is Adjusted EBITDA.

Revenue Excluding Foreign Exchange Effects is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other foreign currencies, and unfavorably impacted as the U.S dollar strengthens relative to other foreign currencies. We believe the presentation of revenue excluding foreign exchange effects in

addition to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

**Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures**

Stock-based compensation expense consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards.  These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method.  Performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period).  To the extent stock-based awards are settled on a net basis, the Company remits the required tax-withholding amounts from its current funds.

Depreciation is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

Amortization of intangible assets and impairments of goodwill and intangible assets are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives.  Value is also assigned to acquired indefinite-lived intangible assets, which comprise trade names and trademarks, and goodwill that are not subject to amortization.  An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value.  We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

Gains and losses recognized on changes in the fair value of contingent consideration arrangements are accounting adjustments to report contingent consideration liabilities at fair value.  These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.

*DEFINITIONS*

**Direct Revenue** - is revenue that is received directly from end users of our products and includes both subscription and à la carte revenue.

**Indirect Revenue** - is revenue that is not received directly from end users of our products, substantially all of which is advertising revenue.

**Subscribers** - are users who purchase a subscription to one of our products.  Users who purchase only à la carte features are not included in Subscribers.

**Average Subscribers** - is the number of Subscribers at the end of each day in the relevant measurement period divided by the number of calendar days in that period.

**Average Revenue per Subscriber ("ARPU")** - is Direct Revenue from Subscribers in the relevant measurement period (whether in the form of subscription or à la carte) divided by the Average Subscribers in such period and further divided by the number of calendar days in such period.  Direct Revenue from users who are not Subscribers and have purchased only à la carte features is not included in ARPU.

**Leverage on a gross basis** - is calculated as principal debt balance divided by Adjusted EBITDA for the period referenced.

**Leverage on a net basis** - is calculated as principal debt balance less cash divided by Adjusted EBITDA for the period referenced.

*OTHER INFORMATION*

**Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995**

This press release and our conference call, which will be held at 8:30 a.m. Eastern Time on August 7, 2019, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing dating products, our ability to attract users to our dating products through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our dating products through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions and certain risks relating to our relationship with IAC/InterActiveCorp, among other risks. Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this press release. Match Group does not undertake to update these forward-looking statements.

**About Match Group**

Match Group (NASDAQ: MTCH) is a leading provider of dating products available in over 40 languages to our users all over the world. Our portfolio of brands includes Tinder®, Match®, PlentyOfFish®, Meetic®, OkCupid®, OurTime®, Pairs™, and Hinge®, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio of trusted brands, we provide tailored products to meet the varying preferences of our users.

**Contact Us**

Lance Barton
Match Group Investor Relations
(212) 314-7400

Justine Sacco
Match Group Corporate Communications
(212) 445-5088

**Match Group**
8750 North Central Expressway, Dallas, TX 75231, (214) 576-9352 https://mtch.com

# Exhibit 16

**S&P Global**
Market Intelligence

# Match Group, Inc. NasdaqGS:MTCH
# FQ2 2019 Earnings Call Transcripts

## Wednesday, August 07, 2019 12:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2019- | | | -FQ3 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.43 | 0.50 | ▲16.28 | 0.46 | 1.83 | 2.17 |
| **Revenue (mm)** | 489.16 | 497.97 | ▲1.80 | 520.32 | 2016.09 | 2339.17 |

Currency: USD
Consensus as of Aug-07-2019 1:04 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2018** | 0.36 | 0.39 | ▲1 8.33 % |
| **FQ4 2018** | 0.38 | 0.45 | ▲2 18.42 % |
| **FQ1 2019** | 0.33 | 0.48 | ▲3 45.45 % |
| **FQ2 2019** | 0.43 | 0.50 | ▲4 16.28 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ...................................................................................... | **3** |
| **Presentation** | ...................................................................................... | **4** |
| **Question and Answer** | ...................................................................................... | **11** |

Contents

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

App. 621

MATCH GROUP, INC. FQ2 2019 EARNINGS CALL | AUG 07 2019

# Call Participants

**EXECUTIVES**

**Amanda W. Ginsberg**
*CEO & Director*

**Gary Swidler**
*Chief Financial Officer*

**Lance Barton**
*Senior Vice President of
Investor Relations & Corporate
Development*

**ANALYSTS**

**Benjamin Ari Schachter**
*Macquarie Research*

**Benjamin Thomas Black**
*Evercore ISI Institutional Equities,
Research Division*

**Brent John Thill**
*Jefferies LLC, Research Division*

**Daniel Salmon**
*BMO Capital Markets Equity
Research*

**Eric James Sheridan**
*UBS Investment Bank, Research
Division*

**Nathaniel Holmes Schindler**
*BofA Merrill Lynch, Research
Division*

**Ross Adam Sandler**
*Barclays Bank PLC, Research
Division*

**Youssef Houssaini Squali**
*SunTrust Robinson Humphrey,
Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 622

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 176 of 324     PageID 1150

# Presentation

**Operator**

Good day, and welcome to the Match Group Second Quarter 2019 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Lance Barton, Senior Vice President of Corporate Development and Investor Relations. Please go ahead.

**Lance Barton**
*Senior Vice President of Investor Relations & Corporate Development*

Thanks, operator. Today's call will be led by CEO, Mandy Ginsberg; and CFO, Gary Swidler. They will review the second quarter investor presentation that is available on our website and then answer questions.

Before we start, I'd like to remind everyone that during this call, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate or similar statements. These statements are subject to risk and uncertainty, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

Over to you, Mandy.

**Amanda W. Ginsberg**
*CEO & Director*

Good morning, everyone, and thanks for joining our Q2 2019 call. Our second quarter results speak for themselves. Our growth accelerated, and our momentum enabled us to increase our full year outlook while investing in the future. I'm going to leave the financial details for Gary to cover. I'll cover a number of big picture strategic items as well as product initiatives across our businesses.

I'm thrilled to say that our businesses are executing very well on their strategies, and we're pushing into a number of exciting new areas and new geographies. Before I jump in, I want to mention a research study called, Disintermediating Your Friends, by Professor Michael Rosenfeld at Stanford. You can easily find a draft form of the study online. It gives a sense of the macro impacts the dating category is having on relationships and U.S. society. Now for those of us who work in the industry or if you're a 22-year-old and half of your friends met their significant others on dating apps, what I'm about to tell you won't be a surprise.

But for a lot of people, the findings of this research are eye-opening. The study details how couples meet in the U.S. and reinforces many of the trends we are seeing today. The research found that meeting online is now by far the most common way for couples to meet. Today, nearly 40% of relationships start online.

There's been a massive acceleration in this trend over the last 10 years due to the rise of smartphone and mobile dating apps like Tinder. Meanwhile, meeting off-line at bars, parties or through friends or family has declined significantly. And what's happening is people meet online, they're meeting people outside their social circles. This study found that for couples who met online, nearly 90% met people who are complete strangers and were not connected through any friends or family.

For me, personally, the most important thing to note is that the study found the relationship quality among couples who met online was no different than people who met through existing networks and more traditional channels. We have been talking about this trend for a while, and this study reinforces what we've seen in Western markets.

We firmly believe this trend is poised to sweep Asian and Middle Eastern markets also. Younger people in these geographies are now opting to pick their own partners, and our business will continue to benefit from this societal tailwinds. We can bring our long-standing capabilities and dating to these markets.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 177 of 324   PageID 1151

And we know that we have to do this in a way that reflects evolving technology and online behavior, while most importantly, being cognizant of regional and cultural differences.

This is why we've been increasing our focus on Asia, which, if you'll recall from last quarter, represents roughly half of our total addressable market.

Let's turn to Slide 3. On this slide, you will see that we're taking concrete steps to execute on our global growth strategy. I'll cover how we're building and investing in new brands and extending our existing brands. Four years after acquiring Pairs it's now become the market leader in Japan. The Pairs team has accelerated growth and growing steadily as category stigma erodes. In fact, growth of both Pairs and Tinder are significantly outpacing the competition in Japan. We have combined our unrivaled products, marketing and monetization expertise with our local team's extensive knowledge of this market.

The senior management team and I just returned from a week in Japan. We were struck by the country's aging population and low marriage and birth rates, which makes dating and relationship products critical. Less than 20% of Japanese singles are open to the category, and we think these numbers will go up, especially as brands and category awareness increase. Pairs has a lot of additional runway, and we hope it can have a meaningful impact on this society.

Given the strength of our local team, plus the growth opportunity we see in Japan, we are extending the Pairs franchise by launching a new digital product called, Pairs Engage. This new product will leverage technology to serve the local matrimony market that has historically been conducted off-line in physical stores.

We believe we can offer more efficient and less expensive service geared to those who are highly motivated and want to get married within a year.

Most people on this call are in the U.S., and we don't really have a comparable matrimony market here. In Japan, however, we estimate the matrimony market is already $0.5 billion, and we believe our new product can capture share of that market. A move like this could disrupt more traditional matrimonial players. This is one more way the Pairs team can provide real value for Japanese singles.

Moving to the right side of the slide. We bought out existing investors and made a majority investment in a small app called Harmonica. Harmonica was developed by a team of entrepreneurs based in Cairo, Egypt, servicing that market, based on opportunities to leverage technology to enhance the matchmaking process. In fact, the CEO was influenced by watching his friends and his family go through the traditional arranged marriage process.

He wanted to create a product for young and modern audiences who still respect local traditions and cultural norms. Young people want to meet others with similar backgrounds and values. The shift is now they want to choose their partner versus having their partners chosen for them. Essentially, the CEO created an app that someone like his sister could use. It's clear that young, single Muslim audience is a massive and growing market. There are 1.8 billion Muslims in the world. This is 24% of the world's population and is expected to grow by more than 70% in the next 3 decades.

And today, dating products don't adequately address their needs. And it's important to work closely with entrepreneurs and a local team that truly understands the challenges singles in these regions are facing. Harmonica gives us a great base to build on, and it enables us to better serve the 33 countries throughout Asia and Middle East that have large Muslim population.

We brought in all 12 Harmonica employees and plan to leverage our resources and our knowledge to help the team in Cairo to further develop their product and scale their business.

So the business is small today, it's local approach is similar to what we did in Japan with tremendous results. There's no denying the opportunity in front of us across Asia, the Middle East and North Africa, and we're moving quickly to ensure that we capitalize on this opportunity as the market evolves.

Let's turn to Slide 4, and talk about Tinder. We rolled out a number of monetization features at Tinder the last 2 years. As we mentioned on the past few calls, a big priority for us in 2019 was to optimize our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 178 of 324    PageID 1152

existing features to drive revenue growth. Tinder's performance this year highlights just how impactful these sometimes imperceptible changes can be on a platform of Tinder's scale. These changes fall into 3 main categories: first, improving the recommendation engine to drive more engagement for all of our users; second, bringing more sophistication to our approach on PayWalls and pricing; and third, improving where, when and how we merchandise Tinder Gold. As a result of these changes, we've been able to increase subscriber additions and accelerate revenue growth beyond our prior expectations.

We highlight features our users find valuable. And by doing this, more users choose a more feature-rich and high-priced Tinder Gold subscription package. Optimization to Tinder could be a never ending process just like at our brands that have been around for more than 20 years. I'm confident we'll continue to improve the Tinder platform to drive continued growth.

In addition to all the wins we've achieved on the product optimization front, we've also introduced a few new consumer-facing features that I'm going to go into.

Some of these features are unique to Tinder because unlike any product in the category, Tinder has a global audience. First, let's discuss Tinder Lite. For some members of our global audience, the cost and speed of data is a big concern. Tinder Lite will run faster, consume less battery and reduce network usage by about 20%, lowering data cost for users. It also is a drastically smaller app to download in the first place, which again reduces data cost for our users. We rolled it out on Android in Vietnam and we'll be rolling it out across Southeast Asia over the coming quarters.

In addition to Tinder Lite, we introduced a credit card payment option on the Android app at Tinder in Q2. Most of our other brands as well as our competitors offer users the option to use credit card payments on Android, and now Tinder is doing so as well. To roll this out, we first had to build a web-based payment infrastructure to be able to accept credit card payments. We did the work because we believe it's important to provide users with choice of payment options.

Let's move to the third image on the right. We also launched Tinder Traveler Alert for our global LGBTQ users. We are, by far, the largest app to launch this type of warning to protect users in nearly 70 countries that still have discriminatory laws criminalizing people who are LGBTQ. Whether you live in one of these countries or are using Tinder while you travel, this is one of the many steps that we're taking to protect our users around the world.

It's been a busy quarter at Tinder. We've also launched 2 new monetization features. Super Boost, is a feature we think has particular appeal to a member who is a bit less price-sensitive and is willing to pay to increase his or her activity on Tinder. Read Receipts is another ala carte feature we introduced. We knew users would find this feature valuable based on learnings from our other apps. These ala carte features will help drive ARPU and revenue.

Before I wrap up the Tinder section, I want to emphasize one point. We have talked a lot about Tinder monetization, but delivering a fun, free and effective basic experience for all users on Tinder remained critically important and it is what fuels stickiness and virality. We expect to continue to drive growth over the long run by both innovating the free, fun experience and introducing new features that provide an enhanced experience for those willing to pay for them.

Tinder is demonstrating an ability to deliver what young singles want. The team is hard at work evolving the product to ensure it remains the unparalleled choice for this global audience of digital natives.

On Slide 5, we highlight OkCupid, which has undergone quite a turnaround over the last 24 months. After a product revamp in late 2017, OkCupid has executed successful marketing campaign and monetization efforts throughout 2018 and into this year. This has led OkCupid's reinvigorating revenue growth in 2018 and are on track to do it again this year. The OkCupid team is now diligently exporting the brand to markets outside the U.S, targeting geographies where they have seen some early organic traction.

Their first foray was India, in late 2018, where they localized parts of the product and deployed a modest amount of marketing dollars. This increased focus in India led to OkCupid quickly surpassing both local and global players who are spending significantly more in marketing.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 625

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 179 of 324     PageID 1153

Given OkCupid's momentum, we're ramping marketing spend and launching OkCupid's first-ever brand campaign in India. The campaign is focused on young Indians who want to take charge of their lives, including finding their future partner.

Take a look at the image on the far right. The tagline, Find My Kind, is juxtaposed against the arranged marriage newspaper ads, which feature religion, family background and appearance.

OkCupid is focused on matching people beyond just appearance and family background and emphasizes what truly matters. Based on consumer testing, we think this message is going to really resonate. The campaign goes live this week.

In addition to OkCupid's efforts in India, we see an opportunity in other global markets. We believe the team can replicate its playbook to expand into additional international markets in the coming quarters.

Let's turn to Slide 6. Hinge continues to have excellent momentum with strong user growth in the U.S. and in key international markets. Global downloads in the second quarter increased more than 3x year-over-year, and is quickly becoming one of the top dating apps in the U.S. and U.K. with strong popularity among younger, more serious daters.

They value Hinge's in-depth, yet modern product experience. We know that Hinge users are looking for serious relationships and to ultimately get off dating apps. That's why Hinge's new tagline 'Designed to be Deleted' is resonating with consumers.

This quarter, Hinge is launching a big marketing campaign which we expect to drive accelerated user growth. Marketing creative that supports the tagline Designed to be Deleted and emphasizes higher relationship intent will be seen in digital channels and off-line later this month.

The marketing campaign follows organic press coverage that Hinge received thanks to the presidential candidate, Mayor Pete Buttigieg, who met his husband on Hinge. This has increased national attention on the brand and provided more buzz to the already strong growth we've seen.

Moving to the right of the slide. The Match brand continues to evolve its product and improve customer satisfaction. It's on a relentless mission to provide a premium experience both in price and service for relationships minded singles in their 30s and 40s.

In the second quarter, Match launched a distinctive new feature called, AskMatch, where subscribers could access a live personal dating coach. We know that for singles looking for a relationship, some of the ups and downs of dating come after you match with someone and take things off-line. This is the first time we're aware of a dating app combines technology with a platform of experts to help users improve outcomes. Feedback from people who have used to feature has been great. After a session with one of our coaches, the recommend Match to a friend rates goes up by more than 50%. The efficacy of these short but really impactful sessions make us optimistic about scaling this service effectively and differentiating Match.

We reduced marketing in Match again in Q2, but we are ramping up brand spend in Q3 to support a fun and edgy new campaign. The new ads feature actress, Rebel Wilson, and they went live last week. In the ad, Rebel hosts a podcast and rips on the trials and tribulations of dating.

And who knows better how to address the needs of people looking for a serious relationship than Match. This is a great time to build buzz at Match given the past few quarters we've made real strides in the product experience. We believe that with a truly revamped product, improved monetization and clear differentiator in AskMatch, the brand is positioned well for the long run.

To wrap things up, we had a stellar quarter. Growth is accelerating. We're continuing to connect more and more people in these sparks lead to friendship, great dates, relationships, marriages and even families.

All the time we hear, if it weren't for your app, I wouldn't have met my group of friends in college through Tinder. Or I never would have met my husband, my wife, my girlfriend, my mom wouldn't have met my stepdad and one of my favorites, I wouldn't have a houseful of kids if I didn't meet my spouse through your app.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 626

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 180 of 324   PageID 1154

These are the stories that we hear every day whether it's to meet new people when you move to a new city after college or you want to find your soulmate. And these stories motivate us to develop products that create meaningful human connections for our users.

We're investing heavily for the future to further distance ourselves from the competition both here in the U.S. and globally. Finding your person through an app has definitely become more common even 10 years ago. That said, we think it's going to become even more mainstream and as common, for example as going online to book travel. If I'm right, then we would expect to have many more quarters like this ahead of us, and even more importantly, many more relationships to tout.

With that, I'll turn it over to Gary to discuss Q2 financial performance and our outlook.

**Gary Swidler**
*Chief Financial Officer*

Thanks, Mandy. As Mandy said, we had a terrific quarter, with strong growth at Tinder, solid progress on many of our strategic and product initiatives and an improved outlook for the year. Let's get right into the specifics from the quarter, then I'll update on our financial outlook.

On Slide 8, you can see that Tinder direct revenue grew 46% year-over-year in Q2, an acceleration from 38% in Q1 as the cumulative effects of PayWall and pricing changes, various product optimizations and the better Gold merchandising on iOS had a real impact. We've been saying for some time now that 2019 would be about a series of product initiatives and optimizations on the Tinder platform which would drive strong results. Tinder's performance in the first half of 2019 certainly bears that out.

In Q2, Tinder subscribers grew 39% year-over-year to just over 5.2 million. Tinder added nearly 1.5 million subscribers year-over-year and 503,000 subscribers sequentially, second-best in Tinder's history. The only quarter where Tinder had seen a higher level of subscriber additions was right after we first introduced Tinder Gold in late 2017.

Tinder's ARPU was up 6% year-over-year as reported, but on an FX neutral basis, was up about 10%. Gold subscribers as a percent of the total continued to climb and now exceeds 70% of the total subscribers at Tinder.

On Slide 9, you can see that average subscribers across the company's brands reached over 9 million in Q2, up 18% year-over-year. Tinder drove our overall subscriber growth again this quarter, with Pairs also contributing nicely. Hinge's user growth is starting to generate subscriber growth, even though monetization hasn't yet been a real focus for us at Hinge.

For the first time in our history, the number of international subscribers exceeded North American subscribers. We expect this trend to continue as our international growth efforts both at Tinder and elsewhere continue to gain steam.

As we've talked about before, about 2/3 of our addressable market lives outside Western markets, and we expect the steps we are taking to address that massive opportunity will continue to manifest in our subscriber numbers.

We continue to spend down on marketing at the Match brand in Q2 which impacted its subscribers. Marketing spend at Match was at its lowest level in more than 5 years, down double digits year-over-year in the quarter. That said, as Mandy talked about, the product refinements at Match continue to gain traction, and we've launched a new marketing campaign in Q3 to begin to get the Match story back out.

As reported, ARPU for the company was up $0.01 year-over-year to $0.58. It was up 4% in North America and up 1% internationally. On an FX neutral basis, international ARPU was up 7% and total company ARPU was up 5% year-over-year to $0.60.

Flipping to Slide 10, you can see the company's total revenue growth was 18% year-over-year, reaching $498 million of total revenue for the quarter. Total revenue growth would have been 22% without the impact of FX for total revenue of $514 million on a constant currency basis.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 627

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 181 of 324    PageID 1155

North America grew direct revenue 13%, driven by 9% subscriber growth and 4% ARPU growth, while international direct revenue increased 27% driven by 27% growth in subscribers and a 1% ARPU increase. International subscriber growth was particularly strong, driven by -- primarily by Tinder, Pairs and better Meetic performance.

Indirect revenue, mostly from ad sales, decreased close to $3 million due to continued declines in ad impressions coupled with the impact of changes to the terms of our relationship with FAN. We expect indirect revenue growth to improve over the coming quarters.

Operating income grew 15% to $173 million. EBITDA grew 16% to $204 million. The growth was driven by the higher revenues and lower overall marketing spend as a percent of revenue, partly offset by higher in-app fees, $9 million of higher legal regulatory and compliance costs and, in the case of operating income, higher stock-based compensation expense of $5 million.

Stock-based comp expense in the quarter was $22 million primarily due to the acceleration of certain awards and the granting of new awards particularly at Tinder. Given the higher-than-expected level in Q2, we now expect $80 million to $90 million of SBC expense for the full year.

Marketing spend declined as a percent of revenue again this quarter. Tinder's marketing efforts, particularly in several Western European countries, are going very well. Our cash flow generation remains excellent, and our balance sheet remains very healthy. In the quarter, we spent $84 million of cash to buy back stock and to net settle employee equity awards. Even with this, we ended with $266 million of cash on hand.

Our 12-month trailing leverage ended Q2 at 2.3x on a gross basis and 1.9x on a net basis. Year-to-date, we have spent a total of $215 million of cash on buybacks and withholding taxes related to net settling of equity awards.

On Slide 11, we have our latest financial outlook. For Q3 '19, we expect total revenue of $535 million to $545 million and $200 million to $205 million of EBITDA, representing year-over-year growth rates in the low 20% range on both metrics.

Our Q3 EBITDA reflects significant incremental marketing spend compared to Q2 '19, as we simultaneously ramp campaigns at a number of brands, including Hinge, Match and OkCupid. As Mandy noted, Hinge is expanding its Designed to be Deleted campaign. Match recently launched a new campaign featuring Rebel Wilson, and OkCupid is undertaking its first brand campaign in India, all in Q3.

We also expect to begin marketing at Harmonica, Pairs Engage and in other international markets at OkCupid in Q3 and we'll invest further at Tinder globally. We expect a sequential growth in marketing spend to be north of 20%.

Given our strong performance in the first half of the year, we now expect full year 2019 revenue growth to be in the high teens, up from our prior expectations of mid-teens. This implies accelerated growth rates in the back half of 2019 compared to the front half, which is consistent with what we've been anticipating.

We're also refining our expected EBITDA range to $770 million to $800 million for the full year given improved confidence in our full year performance.

As I mentioned on the last call, we're planning a number of discretionary long-term-oriented investments in the back half of this year to reinvest some of the outperformance in the business. We're very pleased to have the financial flexibility to make these investments, which we believe will improve the company's long-term growth outlook.

Where we fall in the EBITDA range will depend significantly on the level of discretionary investments we choose to make in the last 2 quarters of the year. On the back of record performance, we're planting seeds for future growth and to further capture the large market opportunity in front of us.

Many of these investments are intended to further our growth efforts in Asia, so let me give some color on a few of them. You heard from Mandy about our investing in the Harmonica app and bringing on the team to better serve the large Muslim demographic globally. We plan to invest several million dollars this

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 182 of 324    PageID 1156

year to build out the team, further develop the app and market it in several markets. This has not been incorporated in our outlook previously.

In addition, Mandy mentioned the new Pairs Engage product, which is designed to be a digital matrimony product serving the large marriage-focused market in Japan. We're optimistic about the prospects for this newly created product and are investing further in it following its recent introduction to the market.

Additionally, we've talked several times about the organic momentum that OkCupid has achieved in India. We're increasing our investment in OkCupid in that market and in several other markets in Asia and the Middle East, where we believe the brand can achieve similar traction.

Aside from these key initiatives, we're also investing even more heavily in Tinder product and marketing to drive product awareness, especially in a number of global markets where we see meaningful longer-term opportunity, including in Southeast Asia.

And we're considering investing additional marketing dollars in a number of our newer bets in the second half of the year, including Chispa, BLK and Ship.

Last and most important, we're investing in our employees globally, including enhanced 401(k) matching to help employees save more for retirement. Our parent company, IAC, has championed these efforts, and we were excited to roll these benefits out recently.

Aside from our growth-oriented investments, we're incurring higher legal, regulatory and compliance costs globally. As an example, France recently passed a new 3% digital services tax, which primarily impacts our Meetic and Tinder businesses and it's retroactive to January 1 of this year. We expect this to impact us by $3 million in 2019, with 3 quarters of it taken in Q3. Other countries are also considering following France's lead.

It is clear that we, like many tech companies are operating in an environment with higher scrutiny around our activities and we're investing to make sure we stay ahead of this trend, especially in areas that protect our users data privacy and safety.

With the success of Tinder's various product initiatives, for the full year 2019, we now expect subscriber additions at Tinder to be approximately 1.6 million, well above our previous expectation of greater than 1 million.

The rollout of better Gold merchandising on iOS created upward momentum in subscriber additions in Q2, and we expect a lift in Q3 from the rollout of this initiative on Android. For Q3, we expect more than 400,000 average subscriber additions at Tinder quarter-over-quarter.

We're thrilled to have delivered a solid first half and a strong outlook for the full year. Our Tinder business continues to grow meaningfully around the world, and we're investing to supplement that growth. We're taking steps across the portfolio to capture the large opportunity in Asia, and we're executing on our numerous strategic and product objectives. I am confident all of this puts us in a terrific position to continue to deliver solid financial performance for our shareholders.
With that, I'll ask the operator to open the line for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 629 **10**

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 183 of 324     PageID 1157

# Question and Answer

**Operator**

[Operator Instructions] Our first question today will come from Nat Schindler of Bank of America Merrill Lynch.

**Nathaniel Holmes Schindler**
*BofA Merrill Lynch, Research Division*

Great quarter, guys. Earlier around March, we noticed a change in the payment flow on your Android apps on everything other than Tinder Gold. We then saw on a third-party data set that tracks Google Play store revenue that your revenue on Google Play Store collapsed, which obviously didn't happen given how well you did in the quarter. The obvious conclusion here is that you're skipping the Play Store, you're getting payments directly. But that didn't seemed to show up in your cost of goods. Is there something we're missing here?

**Gary Swidler**
*Chief Financial Officer*

Thanks, Nat, for you question and for the compliments on the quarter. So you're right. I know this is a big topic, so let me try to step people through this a little bit. You're right that, in April, we introduced an option on Tinder on Android to offer user choice whether to use Google Pay or credit cards. As Mandy mentioned in her remarks, it's something that we've been planning for. It's something that we have on many of our other brands, and so it's not particularly new, but it was new to Tinder. We had to do some work to get there and we accomplished that and then we were able to roll it out. This is really something that is for new transactions and so the benefits of this will sort of build over time. It's a relatively small amount of benefit in Q2, but it will be larger in Q3. And then as we move to 2020 and beyond, it should increase from there. You can notice it in the cost of goods, as you mentioned. If you go back over time in our cost of goods, you'll see that, that percentage has been increasing relatively significantly for many, many quarters. And in this quarter, we had a slight change in that trend, and we'll see as we go forward some impact on that percentage as well. So I would say it's kind of single digits in this quarter the benefit, but it will be increasing. I think that answers your question.

**Nathaniel Holmes Schindler**
*BofA Merrill Lynch, Research Division*

It does. Can I ask a quick follow-up?

**Gary Swidler**
*Chief Financial Officer*

Sure.

**Nathaniel Holmes Schindler**
*BofA Merrill Lynch, Research Division*

Would you expect to see this happen on iOS as well? And what do you think the response will be from Google and Apple?

**Gary Swidler**
*Chief Financial Officer*

So if you look historically, Google has been a more open platform. And as I said, we've been offering this option on many of our brands, some going back a fairly long time. So this is not new from a Google perspective. Apple has tended to be more restrictive. And so we'll see what happens with Apple. We'd love to offer the same kind of choice on Apple as we do with Google, but it's not clear to us if or when that's actually going to be able to happen.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 184 of 324    PageID 1158

**Operator**

Our next question will come from Eric Sheridan of UBS.

**Eric James Sheridan**
*UBS Investment Bank, Research Division*

Maybe diving in a little bit in terms of the narrative broadly overseas, and what you're seeing in Asia? And what you're seeing in the Middle East? I want to understand a little bit of the nuance about how you might be taking different approaches to marketing, positioning brands in those markets? How we should be thinking about ROIs on investments in those markets against the subscriber growth opportunities? So maybe see if we can go a little bit deeper in the opportunities you see, especially in the Middle East and Asia as you called out in the slides.

**Amanda W. Ginsberg**
*CEO & Director*

Okay. I'll take that, Eric. So if you look at these markets, which are more underpenetrated markets, there's definitely more secular tailwinds. I mean these are markets where there's big population growth, and we're still seeing Internet penetration increasing and mobile usage increasing. And I think one of the most important things to point out is that stigma is eroding, which we think it's going to help really increase usage across the brands.

Because of these dynamics in the market, it really gives us the opportunity to take a number of our apps into these markets depending on the segment that we're going after. And we've really tried to be holistic in thinking about a market. So for example, in India, Tinder has been present in India as a large player in India, but we recently introduced OkCupid because we felt there was a hole in the market in terms of a more serious minded relationship app. Japan is another market where there's Tinder, there's Pairs, which we've seen tremendous growth, and now we're offering a third product as of few weeks ago with Pairs Engage. And then one we talked about today, which is Harmonica, is really around looking at kind of cross geo demos where we can serve the Muslim population. So we're excited. We don't think in these markets there's winner takes all, we think by offering different apps for different segments there's real opportunity for growth.

And then you asked me about how do we think about marketing. We approach marketing a bit based on brand life cycle. So as we launch new products in new markets, we generally tend to spend more money on brand spend and measure awareness, and then over time, as brands and products become more mature, we tend to start shifting more to performance marketing. We've got a really good track record in the past for being smart and prudent. And we need to take some bets as well, and I think that balance of brand and performance marketing has served us well.

**Operator**

Our next question today will come from Ross Sandler of Barclays.

**Ross Adam Sandler**
*Barclays Bank PLC, Research Division*

So Gary, question on the guidance for back half. So we're obviously seeing, as you mentioned, the second highest net ads for Tinder in company history. So tons of momentum. But the guidance implies a little bit of tailing off of the net adds in 3Q and 4Q. So is that from the new merchandising playbook having less dramatic impact on Android? Is it from higher churn or just higher rate of drop off? Or is that just usual conservatism? Any color there would be helpful.

**Gary Swidler**
*Chief Financial Officer*

Sure. So I think, as you know, if you kind of look historically, when we roll out new features that are focused more on monetization or focused on optimizations, you do see a particular bump in the quarter where we roll it out from a net adds perspective. And so if you look in Q2, at the high number of subs

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 185 of 324   PageID 1159

that we added at Tinder, you can see that's been driven by the iOS optimizations that we did, the merchandising changes that we did. We've rolled that out now in Q3 on Android. We talked before I think about how Android doesn't quite have the same impact as iOS when you roll out something new like this. But we're seeing in our guidance for Q3 on net adds that there still is a nice lift from kind of normal levels in Q3 that we're expecting when we're guiding to north of 400. So you can see the impacts there of those changes in Q2 and Q3.

At the moment, we don't have a plan to do something that we think would have this kind of impact in Q4. So that's why we're expecting a smaller number of net adds in Q4 than we've seen in the first 3 quarters of the year. And so I think you're right. Your math is we've guided to 1.6 million for the year if you add up the quarters, Q's 1, 2 and the guidance for 3, you end up with a smaller number in Q4.

However, it's also important to note that we've rolled out some new ala carte features, and we've been adjusting pricing and the percentage of Gold subscribers is increasing. So a lot of people like to focus just on subscribers, but as we often say, it's a revenue focus at Tinder, not just a subscriber story. And so the subs is a piece of it, but we're also focused on driving ARPU higher, which we've been able to do and we're expecting to have solid year-over-year growth in ARPU in Q3 and Q4 as well, which will drive improved revenue at Tinder.

So that is the other piece of it. We've just rolled out these 2 new ala carte features that Mandy mentioned. I think you'll see some lift on the ARPU side as you see the results for Q3 and Q4.

**Operator**

Our next question will come from Brent Thill of Jefferies.

**Brent John Thill**
*Jefferies LLC, Research Division*

Mandy, can you just maybe walk through some of the core Match improvements and the early results? And for Gary, you know there's a lot of questions around can it grow or you're going to run that core business just for profit, so if you could add a little more color around the financial dynamics that you see going forward for core Match?

**Amanda W. Ginsberg**
*CEO & Director*

Okay. So let me take that first part. So when we take a step back and think about the audience that Match serves is really focused on 30s and 40s in the U.S. that are looking for a serious relationship. And for people over 35, it's the brand that still brings the highest number of new entrants into the category.

We have made a lot of progress over the last couple of quarters, satisfactory rates are up, conversions up, we're feeling really optimistic. And then we also introduced a new feature called AskMatch, which I talked about. We think it's highly differentiated. And so we felt good enough that this is really the time to bring attention back to the brand, which is why we launched this new campaign that I talked about. Our goal remains to turn the brand to growth, similar to what we did at OkCupid over the last couple of years. And we are cautiously optimistic that we can turn Match around and return it to growth. We're feeling good about that brand.

**Gary Swidler**
*Chief Financial Officer*

Yes. I think if you look at Match itself, as Mandy said, our goal is to get that brand back to growth from a subs and a revenue perspective.

If you zoom out a little bit away from just Match and look at the non-Tinder brands, which I think we've been talking about is kind of been flattish from a revenue perspective. We think we have a lot of different weapons inside the non-Tinder portfolio that will return those brands in aggregate to growth in a not too distant future. So we've talked a lot about Hinge, we've talked a lot about what's going in OkCupid, we've talked a lot about the positive momentum of Pairs, and I could go on. But our expectation is that the non-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 186 of 324     PageID 1160

Tinder brands will start contributing to the revenue growth of the company hopefully by the end of this year, if not then very early next year.

**Operator**

Our next question will come from Youssef Squali of SunTrust.

**Youssef Houssaini Squali**
*SunTrust Robinson Humphrey, Inc., Research Division*

Congrats guys. Gary, can you size what you term the discretionary long-term oriented investment? I think you guys have talked about $10 million previously. And just how will those costs look into next year, whether these costs basically remain in the P&L next year? Or whether we anniversary them and move on?

**Gary Swidler**
*Chief Financial Officer*

Yes. I don't think I've actually ever given a size around these discretionary investments. I think last quarter, I basically just said we were contemplating making them. And so let me try to take it kind of in 2 pieces. Just given the overall strong performance and the strong performance of Tinder, we want to reinvest back both in Tinder and in some of these other initiatives. I can't really remember a time when we had so many great investment opportunities, so many assets to invest in when you look at Harmonica for the Muslim markets, when you look at Pairs Engage, which we're really excited of matrimony market in Japan, it's a place we've never tried to attack before. So we've got a lot of really interesting opportunities in front of us. And given the strong performance this year, we've got the ability to go make these investments. So we're trying to do a bunch of different things here in this last couple of quarters of the year.

And so if you look at it, we're going to invest a bunch back in Tinder marketing into new geos where Tinder historically hasn't marketed before. That includes some in Asia, and we think there's room to expand the geos where Tinder has been marketing and put some real dollars to work there. So that's a piece of it.

And then, as we've kind of gone through, there's probably 4, 5, 6 other buckets OkCupid and some of the international markets, including India, that Mandy referenced, Harmonica, which I referenced as well as Pairs Engage. If you take all of those other buckets plus Tinder, you're probably looking at, I would guess, about $25 million or so of EBITDA impact from all of these investment that we want to make this year yet. So as it's a pretty big number. As far as whether it will continue, we don't know yet what the impact of all this is going to be, so we've got to look at is it Tinder marketing effective? Is Pairs Engage gaining the traction we want it to get? Is the Muslim market product getting the traction we want to get? So I don't know what it is portends for 2020 yet, but our hope is that, that marketing and those investments will have real impact and we'll want to continue them, and ultimately, they will lead to revenue, and ultimately EBITDA benefits. But it's going to be sometime before we see what the real impact of all these investments is. We're making them cautiously. We've thought about them for a while now, and we're starting to make those investments. We have a pretty good ability to figure out where to invest. And we'll have to see, but we don't look at them as kind of onetime, once and done investments. For the most part, they are things that are meant to drive the business going forward. And that discretionary bucket which is a large bucket and has a lot of different components is on top of or in addition to money that we're spending around regulatory and making sure the users stay safe and their data is protected. So there's another bucket on top of that. So you aggregate that up, it's a pretty big impact on our EBITDA in 2019. Hopefully that helps you.

**Operator**

Our next question is from Dan Salmon of BMO Capital Markets.

**Daniel Salmon**
*BMO Capital Markets Equity Research*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Mandy, I just wanted to ask a little bit more about Asia broadly and maybe you could just considering that most of us on the call are little bit more U.S. focused. You could maybe just refresh us on the competitive environment there and how it may differ from what you see in Western markets in terms of local players or maybe some changing dynamics lately that you'd highlight. And then secondly, I'd just like to drill down a little bit more on Pairs Engage and what you noted as a sort of attacking the matrimony business specifically. And which obviously is all part of relationships, but a little bit different than some of your apps and there's certainly businesses that have taking a different approach there. Could you just spend a little bit more time on matrimony services specifically? And where that opportunity may also be in Asia beyond Japan as I think that's fairly common in India and South Asia as well?

**Amanda W. Ginsberg**
*CEO & Director*

Okay. So let me take that. So we talked about Asia opportunity, but Asia is, obviously, very multifaceted. And so I'll talk about it in a couple of different areas. We really look at developed markets like Japan and South Korea. And then we look at developing markets, Southeast Asia and India. So I'll break those up.

For the developed markets, there is a real social need given low population growth and low marriage rate and people are looking for ways to meet people, especially outside of their social circles because there's a little bit more shyness around meeting people through friends.

In Japan, where the category is growing, only about 17% of singles are open to using a relationship or dating app. That's low. I mean, that's -- it's about 50% in North America and Europe. So that dynamic is a big change. So we think there's a real opportunity to increase user adoption. And I think it's pretty interesting in these markets where social stigma is changing, but I think part of one of the opportunities that we think regarding stigma is historically mainstream media. I'm talking television, billboards, radio, they have not traditionally allowed dating apps in relationship to app advertises. And I think those barriers are slowly collapsing, which I think will further help erode stigma and make it much more normal in society to use the app.

And then the one other dynamic I just point out is these more developed markets is monetization is really different. I mean, in many of these markets, particularly Japan, it's even better monetizing in some western market. So that dynamic is really an advantage for us, people are willing to pay for products. If you look at developing markets, it's definitely a little bit different. So these are where population growth is exploding and Internet mobile penetration is still growing meaningfully faster than anywhere else in the world.

There's a couple of factors in these markets, which I think are interesting, and are really compelling to us. So there's highly populated cities, and in those cities, there's large segments of young, educated affluent users, which we think that's an opportunity for us to offer our products like Tinder and others.

And then you asked about the competitive set, there are definitely well-fortified competitors in some of these markets, both global players that we're seeing as well as local or regional based players. I think in terms of our position in the market, I don't think it's a winner-take-all market. In the U.S., we're seeing people use multiple apps. I think that's going to continue to be a trend much in the U.S. and Western Europe, but I think we'll see that happen over time as well.

So I do think it's possible that as these new entrants come into the market and spend heavily along with us having a presence in these markets, it could open up the market and further erode stigma, which I think would sort of lift the whole category up. But regarding how we are competing, I think we're really well positioned. We've got a track record of creating products that really resonate with young audience that are looking for relationship. We've also done a -- I think, a good job in identifying and finding and investing in local teams which we think is even more important over the next 5 years. And then extending existing brands into the market. So overall, we feel like we're in a great place. I'll talk a little bit about the marriage market, because I think that is relatively -- well it's new. We just launched Pairs Engage honestly weeks ago, so it's still super early.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 188 of 324    PageID 1162

So there are -- the matrimony markets are pretty large in a number of markets like India and South Korea and Japan among others. These businesses, because a lot of us don't have direct exposure to them, most of them are off-line. They're brick-and-mortars, they have store fronts. They're generally pretty high priced for consumers, and it's pretty expensive to service these consumers, especially given some of the brick-and-mortar footprint I mentioned. And often they have salespeople and a lot of service-oriented people within this brick-and-mortar stores.

So the Pairs team, which we've talked a lot about, has done a great job in building this Pairs business over the last few years. And what they have is really a strong asset, engineering team that has the ability to leverage the latest technology plus the Pairs user base. And we think the combination of these 2 things could have the ability to really potentially disrupt this marriage market, which we talked about, which is pretty large market in Japan.

And it's really early. We just launched, the early traction is great. We've gotten a lot of press and really early signals that there's going to be a lot of user interest. And I think as we expand over the next few years in Asia, I can imagine that these are the type of solutions that can translate to other markets. So we'll see, but I think that certainly, one more product and one more sort of tool in our arsenal to be able to address that market.

## Operator

Our next question will come from Ben Schachter of Macquarie.

## Benjamin Ari Schachter
*Macquarie Research*

Congrats again on the good execution. Gary, going back to the in-app payments and the impact on COGS, as you noted, it fell sequentially as a percentage of revenues for the first time in many years. And I think you mentioned that the IAP change had single-digit impact and will grow, but single-digit what. Can you clarify what you meant there? And basically, would you expect that COGS to continue to fall as a percentage of revenue for the foreseeable future? And then secondly, related to that, for modeling purposes, can you help us understand what the percentage of total revs are currently originating on Android? And how you expect that to evolve over time?

## Gary Swidler
*Chief Financial Officer*

Sure. Sorry if I wasn't clear on the answer earlier. What I was responding to actually was, Nat had put out a report that said he thought the change by adding credit card added $10 million to EBITDA, I think, is what he said. And I was talking about it was less than that. It was kind of in the single digits in this quarter, so that's what I was responding to. So it was an EBITDA contribution kind of number.

But you're right, this is the first quarter in a while that we've seen -- if you look at the sequential trends in COGS, it's down about 50 basis points. So that is a change in trend. I think we'll see how this kind of plays out over the next few quarters, but my expectation is that there'll be some level of stability. Maybe it will be up a little bit, maybe it will be down a little bit, but if you look sequentially over the next few quarters, you're going to see more stability less of an increase than what we've been seeing sequentially for the last many, many quarters. That's kind of the change from the impact of adding the Google credit card option.

As far as kind of how do we think about the breakdown between iOS and Android on Tinder, as you might expect, it is more iOS heavy at the moment. It's more the majority iOS. But as we expand internationally especially to some of these developing markets where Android is more popular, I think that that balance will shift over time. So we could see some more parity there over time, but right now it does lean more heavily on the iOS side from a revenue percentage perspective. Go ahead.

## Benjamin Ari Schachter
*Macquarie Research*

One quick housekeeping. The tax in France and other taxes that may come, is that going to be counted as a contra revenue, G&A? Or is that just part of the income tax line?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 189 of 324     PageID 1163

**Gary Swidler**
*Chief Financial Officer*

Yes. It's not an income tax, it's an above the line item. So it is an expense item.

**Operator**

Our next question comes from Benjamin Black of Evercore.

**Benjamin Thomas Black**
*Evercore ISI Institutional Equities, Research Division*

I was just wondering if you could talk about your capital allocation priorities given your new push to ramp your presence in APAC. And secondly perhaps, could you highlight the near and long-term market opportunity and the competitive environment you see in the Middle East and how well Harmonica has penetrated there?

**Gary Swidler**
*Chief Financial Officer*

Okay. From a capital allocation perspective, I think if you go back to probably about a year ago or so now, we laid out how we think about capital allocation. We laid out 4 priorities, which were in order, if I get them right organic investment in the business, M&A, return of capital to shareholders and debt pay down. And that is our way of thinking about capital allocation. Obviously, there's a lot of different factors that go into it, and we constantly analyze it. But that is kind of been our framework and fortunately, what we're seeing in this year given the outperformance that we are experiencing is that we got the ability to really invest in organic growth which is our #1 priority, and that's what we're doing. And we're doing it in a bunch of different ways. We're doing it at Tinder by expanding its marketing into more geographies. We're doing it at OkCupid by expanding it into a bunch of new markets, in India and elsewhere in Asia. We're doing it at Pairs. And so it's really in a number of ways where we're reinvesting capital that we're generating.

And then as I kind of alluded to earlier, we've got new assets as well, which we've either brought on board like Harmonica or built in-house like Pairs Engage that we can invest in as well. So we are really kind of hitting that #1 priority of investing organically in our business in a big way on multiple fronts.

And we're excited to do that. But as we've also shown over time, if we don't have a capability in-house that we think we can do better by making an acquisition or investment, we'll do that too. So Pairs was an example in Japan that we did initially, and that's worked out really well by combining their know-how and our know-how. And we're hoping that the same will hold true at Harmonica, where it's a very small app, really focused on the Egypt market at the moment. But we're going to try to build it out and expand it, and get it into other geographies and invest in it, both product and marketing. We think there's real opportunity, just given the size of the Muslim demographic that Mandy talked about, and how quickly it's growing that we think we can position ourselves over the next while to capture more and more of that opportunity.

So it's early. This kind of product is really new in this market. There's a couple of other competitors that exist out there, but we feel good with a good team on the ground and our knowledge and resources in the dating space that we should really be able to be highly successful in the Muslim demographic which we think gives us a huge opportunity and a massive runway. But it's going to take time and so people are going to have to be patient, I think, to see the results from that investment in Harmonica, but it's one that we're excited to be making.

I'm going to leave it there since we're out of time. Appreciate, everyone, joining, and we look forward to talking to you again next quarter. Thanks so much.

**Operator**

Ladies and gentlemen, the conference has now concluded. We thank you for attending today's presentation, and you may now disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit 17

**As filed with the Securities and Exchange Commission on August 8, 2019**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Quarterly Period Ended June 30, 2019**

**Or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from_____to_____

**Commission File No. 001-37636**

## matchgroup
# Match Group, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **26-4278917** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**8750 North Central Expressway, Suite 1400, Dallas, Texas 75231**
(Address of registrant's principal executive offices)
**(214) 576-9352**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Trading Symbol** | **Name of exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.001 | MTCH | The Nasdaq Stock Market LLC |
| | | (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑     Accelerated filer ☐     Non-accelerated filer ☐     Smaller reporting company ☐     Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☑

As of August 2, 2019, the following shares of the registrant's common stock were outstanding:

| | |
|---|---:|
| Common Stock | 71,058,751 |
| Class B Common Stock | 209,919,402 |
| Class C Common Stock | — |
| Total outstanding Common Stock | 280,978,153 |

App. 639

**TABLE OF CONTENTS**

|  |  | **Page Number** |
|---|---|---|
| | **PART I** | |
| Item 1. | Consolidated Financial Statements | 3 |
| | Consolidated Balance Sheet | 3 |
| | Consolidated Statement of Operations | 4 |
| | Consolidated Statement of Comprehensive Operations | 5 |
| | Consolidated Statement of Shareholders' Equity | 6 |
| | Consolidated Statement of Cash Flows | 8 |
| | Note 1—The Company and Summary of Significant Accounting Policies | 9 |
| | Note 2—Revenue Recognition | 10 |
| | Note 3—Leases | 11 |
| | Note 4—Income Taxes | 13 |
| | Note 5—Financial Instruments | 14 |
| | Note 6—Long-term Debt, net | 17 |
| | Note 7—Accumulated Other Comprehensive Loss | 19 |
| | Note 8—Earnings per Share | 20 |
| | Note 9—Consolidated Financial Statement Details | 21 |
| | Note 10—Contingencies | 21 |
| | Note 11—Related Party Transactions | 22 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 40 |
| Item 4. | Controls and Procedures | 41 |
| | **PART II** | |
| Item 1. | Legal Proceedings | 42 |
| Item 1A. | Risk Factors | 43 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 44 |
| Item 5. | Other Information | 45 |
| Item 6. | Exhibits | 46 |
| | Signatures | 47 |

2

App. 640

## PART I
## FINANCIAL INFORMATION

**Item 1.**   *Consolidated Financial Statements*

### MATCH GROUP, INC. AND SUBSIDIARIES

### CONSOLIDATED BALANCE SHEET (Unaudited)

| | June 30, 2019 | December 31, 2018 |
|---|---|---|
| | (In thousands, except share data) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 266,374 | $ 186,947 |
| Accounts receivable, net of allowance of $904 and $724, respectively | 160,622 | 99,052 |
| Other current assets | 78,115 | 57,766 |
| Total current assets | 505,111 | 343,765 |
| Right-of-use assets | 46,879 | — |
| Property and equipment, net of accumulated depreciation and amortization of $118,643 and $113,025, respectively | 63,941 | 58,351 |
| Goodwill | 1,251,693 | 1,244,758 |
| Intangible assets, net of accumulated amortization of $12,656 and $11,843, respectively | 237,005 | 237,640 |
| Deferred income taxes | 149,574 | 134,347 |
| Long-term investments | 9,076 | 9,076 |
| Other non-current assets | 22,492 | 25,124 |
| **TOTAL ASSETS** | $ 2,285,771 | $ 2,053,061 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Accounts payable | $ 13,798 | $ 9,528 |
| Deferred revenue | 225,657 | 209,935 |
| Accrued expenses and other current liabilities | 143,902 | 135,971 |
| Total current liabilities | 383,357 | 355,434 |
| Long-term debt, net | 1,602,607 | 1,515,911 |
| Income taxes payable | 12,845 | 13,918 |
| Deferred income taxes | 20,285 | 20,174 |
| Other long-term liabilities | 55,726 | 21,760 |
| Redeemable noncontrolling interests | 1,035 | — |
| Commitments and contingencies | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock; $0.001 par value; authorized 1,500,000,000 shares; 75,584,202 and 71,513,087 shares issued; and 71,244,933 and 68,460,563 shares outstanding at June 30, 2019 and December 31, 2018, respectively | 76 | 72 |
| Class B convertible common stock; $0.001 par value; authorized 1,500,000,000 shares; 209,919,402 shares issued and outstanding | 210 | 210 |
| Class C common stock; $0.001 par value; authorized 1,500,000,000 shares; no shares issued and outstanding | — | — |
| Preferred stock; $0.001 par value; authorized 500,000,000 shares; no shares issued and outstanding | — | — |
| Additional paid-in capital | (146,116) | (57,575) |
| Retained earnings | 704,785 | 453,778 |
| Accumulated other comprehensive loss | (134,906) | (137,166) |
| Treasury stock; 4,339,269 and 3,052,524 shares, respectively | (214,312) | (133,455) |
| Total Match Group, Inc. shareholders' equity | 209,737 | 125,864 |
| Noncontrolling interests | 179 | — |
| Total shareholders' equity | 209,916 | 125,864 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 2,285,771 | $ 2,053,061 |

App. 641

Case 3:19-cv-02356-S    Document 39-1    Filed 06/12/20    Page 195 of 324    PageID 1169

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

3

App. 642

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF OPERATIONS (Unaudited)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| | (In thousands, except per share data) | | | |
| Revenue | $ 497,973 | $ 421,196 | $ 962,598 | $ 828,563 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | 126,665 | 97,334 | 246,889 | 191,278 |
| Selling and marketing expense | 94,888 | 90,261 | 213,551 | 208,432 |
| General and administrative expense | 62,233 | 42,165 | 116,627 | 84,926 |
| Product development expense | 32,680 | 32,635 | 76,954 | 64,504 |
| Depreciation | 8,197 | 8,399 | 16,028 | 16,546 |
| Amortization of intangibles | 412 | 237 | 823 | 479 |
| Total operating costs and expenses | 325,075 | 271,031 | 670,872 | 566,165 |
| Operating income | 172,898 | 150,165 | 291,726 | 262,398 |
| Interest expense | (23,817) | (18,276) | (45,903) | (36,082) |
| Other income, net | 2,538 | 11,004 | 1,050 | 3,783 |
| Earnings before income taxes | 151,619 | 142,893 | 246,873 | 230,099 |
| Income tax (provision) benefit | (23,651) | (11,535) | 4,129 | 937 |
| **Net earnings** | 127,968 | 131,358 | 251,002 | 231,036 |
| Net loss attributable to noncontrolling interests | 5 | 1,142 | 5 | 1,200 |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 127,973 | $ 132,500 | $ 251,007 | $ 232,236 |
| | | | | |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ 0.46 | $ 0.48 | $ 0.90 | $ 0.84 |
| Diluted | $ 0.43 | $ 0.45 | $ 0.85 | $ 0.78 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ 676 | $ 642 | $ 1,941 | $ 1,275 |
| Selling and marketing expense | 1,330 | 889 | 2,726 | 1,781 |
| General and administrative expense | 13,290 | 7,590 | 23,061 | 15,250 |
| Product development expense | 6,719 | 7,585 | 22,284 | 15,363 |
| Total stock-based compensation expense | $ 22,015 | $ 16,706 | $ 50,012 | $ 33,669 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

4

App. 643

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF COMPREHENSIVE OPERATIONS (Unaudited)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| | (In thousands) | | | |
| Net earnings | $ 127,968 | $ 131,358 | $ 251,002 | $ 231,036 |
| Other comprehensive income (loss), net of tax | | | | |
| Change in foreign currency translation adjustment | 3,046 | (39,346) | 2,264 | (8,745) |
| Total other comprehensive income (loss) | 3,046 | (39,346) | 2,264 | (8,745) |
| Comprehensive income | 131,014 | 92,012 | 253,266 | 222,291 |
| Comprehensive loss attributable to noncontrolling interests | 1 | 1,413 | 1 | 1,267 |
| Comprehensive income attributable to Match Group, Inc. shareholders | $ 131,015 | $ 93,425 | $ 253,267 | $ 223,558 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

5

App. 644

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY (Unaudited)**

**Three Months Ended June 30, 2019 and 2018**

| | Redeemable Noncontrolling Interests | Match Group Shareholders' Equity | | | | | | | | | Noncontrolling Interests | Total Shareholders' Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Common Stock $0.001 Par Value | | Class B Convertible Common Stock $0.001 Par Value | | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive (Loss) Income | Treasury Stock | Total Match Group Shareholders' Equity | | |
| | | $ | Shares | $ | Shares | | | | | | | |
| | | | | | | | (In thousands) | | | | | |
| Balance as of March 31, 2019 | $ — | $75 | 74,768 | $210 | 209,919 | $(136,151) | $576,812 | $ (137,948) | $(158,761) | $ 144,237 | $ — | $ 144,237 |
| Net (loss) earnings for the three months ended June 30, 2019 | (7) | — | — | — | — | — | 127,973 | — | — | 127,973 | 2 | 127,975 |
| Other comprehensive income, net of tax | — | — | — | — | — | — | — | 3,042 | — | 3,042 | 4 | 3,046 |
| Stock-based compensation expense | — | — | — | — | — | 22,009 | — | — | — | 22,009 | — | 22,009 |
| Issuance of common stock pursuant to stock-based awards, net of withholding taxes | — | 1 | 665 | — | — | (31,801) | — | — | — | (31,800) | — | (31,800) |
| Issuance of common stock to IAC pursuant to the employee matters agreement | — | — | 151 | — | — | — | — | — | — | — | — | — |
| Purchase of treasury stock | — | — | — | — | — | — | — | — | (55,551) | (55,551) | — | (55,551) |
| Noncontrolling interests created in an acquisition | 1,042 | — | — | — | — | — | — | — | — | — | — | — |
| Noncontrolling interest created by the exercise of subsidiary denominated equity award | — | — | — | — | — | (173) | — | — | — | (173) | 173 | — |
| Balance as of June 30, 2019 | $ 1,035 | $76 | 75,584 | $210 | 209,919 | $(146,116) | $704,785 | $ (134,906) | $(214,312) | $ 209,737 | $ 179 | $ 209,916 |
| Balance as of March 31, 2018 | $ 6,202 | $68 | 67,512 | $210 | 209,919 | $ 25,938 | $631,947 | $ (81,921) | $ (37,937) | $ 538,305 | $ — | $ 538,305 |
| Net earnings (loss) for the three months ended June 30, 2018 | 133 | — | — | — | — | — | 132,500 | — | — | 132,500 | (1,275) | 131,225 |
| Other comprehensive loss, net of tax | (271) | — | — | — | — | — | — | (39,075) | — | (39,075) | — | (39,075) |
| Stock-based compensation expense | — | — | — | — | — | 16,680 | — | — | — | 16,680 | 26 | 16,706 |
| Issuance of common stock pursuant to stock-based awards, net of withholding taxes | — | — | 240 | — | — | (43,185) | — | — | — | (43,185) | — | (43,185) |

App. 645

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Issuance of common stock to IAC pursuant to the employee matters agreement | | | | | | | | 1,185 | | | | | | (1) | | | | | | |
| Purchase of treasury stock | — | | — | | — | | — | | — | | — | | — | | (41,869) | (41,869) | | — | | (41,869) |
| Noncontrolling interests created in an acquisition | — | | — | | — | | — | | — | | — | | — | | — | | — | | 14,246 | | 14,246 |
| **Balance as of June 30, 2018** | $ | 6,064 | $69 | 68,937 | $210 | 209,919 | $ | (568) | $764,447 | $ | (120,996) | $ (79,806) | $ | 563,356 | | $ | 12,997 | $ | 576,353 |

6

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY (Unaudited) (Continued)**

**Six Months Ended June 30, 2019 and 2018**

| | Redeemable Noncontrolling Interests | Common Stock $0.001 Par Value $ | Common Stock Shares | Class B Convertible Common Stock $0.001 Par Value $ | Class B Shares | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive (Loss) Income | Treasury Stock | Total Match Group Shareholders' Equity | Noncontrolling Interests | Total Shareholders' Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (In thousands) | | | | |
| **Balance as of December 31, 2018** | $    — | $72 | 71,513 | $210 | 209,919 | $ (57,575) | $453,778 | $ (137,166) | $(133,455) | $ 125,864 | $    — | $ 125,864 |
| Net (loss) earnings for the six months ended June 30, 2019 | (7) | — | — | — | — | — | 251,007 | — | — | 251,007 | 2 | 251,009 |
| Other comprehensive income, net of tax | — | — | — | — | — | — | — | 2,260 | — | 2,260 | 4 | 2,264 |
| Stock-based compensation expense | — | — | — | — | — | 50,006 | — | — | — | 50,006 | — | 50,006 |
| Issuance of common stock pursuant to stock-based awards, net of withholding taxes | — | 4 | 3,697 | — | — | (138,333) | — | — | — | (138,329) | — | (138,329) |
| Issuance of common stock to IAC pursuant to the employee matters agreement | — | — | 374 | — | — | (41) | — | — | — | (41) | — | (41) |
| Purchase of treasury stock | — | — | — | — | — | — | — | — | (80,857) | (80,857) | — | (80,857) |
| Noncontrolling interests created in an acquisition | 1,042 | — | — | — | — | — | — | — | — | — | — | — |
| Noncontrolling interest created by the exercise of subsidiary denominated equity award | — | — | — | — | — | (173) | — | — | — | (173) | 173 | — |
| **Balance as of June 30, 2019** | $ 1,035 | $76 | 75,584 | $210 | 209,919 | $(146,116) | $704,785 | $ (134,906) | $(214,312) | $ 209,737 | $ 179 | $ 209,916 |
| **Balance as of December 31, 2017** | $ 6,056 | $64 | 64,370 | $210 | 209,919 | $ 81,082 | $532,211 | $ (112,318) | $    — | $ 501,249 | $    — | $ 501,249 |
| Net earnings (loss) for the six months ended June 30, 2018 | 75 | — | — | — | — | — | 232,236 | — | — | 232,236 | (1,275) | 230,961 |
| Other comprehensive loss, net of tax | (67) | — | — | — | — | — | — | (8,678) | — | (8,678) | — | (8,678) |
| Stock-based compensation expense | — | — | — | — | — | 33,643 | — | — | — | 33,643 | 26 | 33,669 |
| Issuance of common stock pursuant to stock-based awards, net of | — | 3 | 2,272 | — | — | (115,291) | — | — | — | (115,288) | — | (115,288) |

App. 647

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| withholding taxes | | | | | | | | | | | | |
| Issuance of common stock to IAC pursuant to the employee matters agreement | — | 2 | 2,295 | — | — | (2) | — | — | — | — | — | — |
| Purchase of treasury stock | — | — | — | — | — | — | — | — | (79,806) | (79,806) | — | (79,806) |
| Noncontrolling interests created in an acquisition | — | — | — | — | — | — | — | — | — | — | 14,246 | 14,246 |
| **Balance as of June 30, 2018** | $ 6,064 | $69 | 68,937 | $210 | 209,919 | $ (568) | $764,447 | $ (120,996) | $ (79,806) | $ 563,356 | $ 12,997 | $ 576,353 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

7

App. 648

**MATCH GROUP, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | **2019** | **2018** |
| | **(In thousands)** | |
| **Cash flows from operating activities:** | | |
| **Net earnings** | $ 251,002 | $ 231,036 |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | |
| Stock-based compensation expense | 50,012 | 33,669 |
| Depreciation | 16,028 | 16,546 |
| Amortization of intangibles | 823 | 479 |
| Deferred income taxes | (15,227) | (13,812) |
| Acquisition-related contingent consideration fair value adjustments | — | 210 |
| Other adjustments, net | 2,468 | (622) |
| Changes in assets and liabilities | | |
| Accounts receivable | (61,414) | (9,154) |
| Other assets | (13,742) | (26,099) |
| Accounts payable and other liabilities | (6,441) | (8,982) |
| Income taxes payable and receivable | (6,374) | 5,485 |
| Deferred revenue | 15,483 | 14,732 |
| **Net cash provided by operating activities** | 232,618 | 243,488 |
| **Cash flows from investing activities:** | | |
| Net cash (used) acquired in business combinations | (3,759) | 1,136 |
| Capital expenditures | (20,720) | (14,785) |
| Purchases of investments | — | (3,000) |
| Other, net | 1,118 | 38 |
| **Net cash used in investing activities** | (23,361) | (16,611) |
| **Cash flows from financing activities:** | | |
| Borrowings under the Credit Facility | 40,000 | — |
| Proceeds from Senior Notes offering | 350,000 | — |
| Principal payments on Credit Facility | (300,000) | — |
| Debt issuance costs | (5,593) | — |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (138,465) | (115,288) |
| Purchase of treasury stock | (76,086) | (73,943) |
| Acquisition-related contingent consideration payments | — | (185) |
| Other, net | 27 | (616) |
| **Net cash used in financing activities** | (130,117) | (190,032) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | 224 | 289 |
| **Net increase in cash, cash equivalents, and restricted cash** | 79,364 | 37,134 |
| Cash, cash equivalents, and restricted cash at beginning of period | 187,140 | 272,761 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 266,504 | $ 309,895 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

App. 649

MATCH GROUP, INC. AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited)

NOTE 1—THE COMPANY AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Match Group, Inc. is a leading provider of dating products available in over 40 languages to our users all over the world. Our portfolio of brands includes Tinder®, Match®, PlentyOfFish®, Meetic®, OkCupid®, OurTime®, Pairs™, and Hinge®, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio of trusted brands, we provide tailored products to meet the varying preferences of our users. Match Group has one operating segment, Dating, which is managed as a portfolio of dating brands.

As used herein, "Match Group," the "Company," "we," "our," "us," and similar terms refer to Match Group, Inc. and its subsidiaries, unless the context indicates otherwise.

As of June 30, 2019, IAC/InterActiveCorp's ("IAC") economic ownership interest and voting interest in Match Group were 80.4% and 97.5%, respectively.

**Basis of Presentation and Consolidation**

The Company prepares its consolidated financial statements in accordance with U.S. generally accepted accounting principles ("GAAP"). The consolidated financial statements include the accounts of the Company, all entities that are wholly-owned by the Company and all entities in which the Company has a controlling financial interest. Intercompany transactions and accounts have been eliminated.

In management's opinion, the unaudited interim consolidated financial statements have been prepared on the same basis as the audited consolidated financial statements and reflect, in management's opinion, all adjustments, consisting of normal and recurring adjustments, necessary for the fair presentation of our financial position, results of operations and cash flows for the periods presented. Interim results are not necessarily indicative of the results that may be expected for the full year. The accompanying unaudited consolidated financial statements should be read in conjunction with the consolidated and combined statements and notes thereto included in the Company's Annual Report on Form 10-K for the year ended December 31, 2018.

For the purposes of these consolidated financial statements, income taxes have been computed on an as if Match Group stand-alone, separate tax return basis.

**Accounting for Investments and Equity Securities**

Investments in equity securities, other than those of our consolidated subsidiaries, are accounted for at fair value or under the measurement alternative of the Financial Accounting Standards Board's ("FASB") Accounting Standards Update ("ASU") No. 2016-01, *Recognition and Measurement of Financial Assets and Financial Liabilities*, following its adoption on January 1, 2018, with any changes to fair value recognized within other expense, net each reporting period. Under the measurement alternative, equity investments without readily determinable fair values are carried at cost minus impairment, if any, plus or minus changes resulting from observable price changes in orderly transactions for identical or a similar investment of the same issuer; value is generally determined based on a market approach as of the transaction date. A security will be considered identical or similar if it has identical or similar rights to the equity securities held by the Company. The Company reviews its equity securities for impairment each reporting period when there are qualitative indicators or events that indicate possible impairment. Factors we consider in making this determination include negative change in industry and market conditions, financial performance, business prospects, and other relevant events and factors. When indicators of impairment exist, the Company prepares quantitative assessments of the fair value of our equity securities, which require judgment and the use of estimates. When our assessment indicates that the fair value of the security is below the carrying value, the Company writes down the security to its fair value and records the corresponding charge within other income (expense), net.

9

MATCH GROUP, INC. AND SUBSIDIARIES

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)

**Accounting Estimates**

Management of the Company is required to make certain estimates, judgments, and assumptions during the preparation of its consolidated financial statements in accordance with GAAP. These estimates, judgments, and assumptions impact the reported amounts of assets, liabilities, revenue, and expenses. Actual results could differ from these estimates.

On an ongoing basis, the Company evaluates its estimates and judgments including those related to: contingencies; the recoverability of goodwill and indefinite-lived intangible assets; the useful lives and recoverability of definite-lived intangible assets and property and equipment; the fair values of cash equivalents and the fair value of equity securities without readily determinable fair values; the carrying value of accounts receivable, including the determination of the allowance for doubtful accounts; the determination of revenue reserves; unrecognized tax benefits; the valuation allowance for deferred income tax assets; and the fair value of and forfeiture rates for stock-based awards, among others. The Company bases its estimates and judgments on historical experience, its forecasts and budgets and other factors that the Company considers relevant.

**Recent Accounting Pronouncements Adopted by the Company**

The Company adopted ASU 2016-02, *Leases (Topic 842)* ("ASC 842") effective January 1, 2019. ASC 842 superseded previously existing guidance on accounting for leases and generally requires all leases to be recognized in the statement of financial position.

The adoption of ASC 842 resulted in the recognition of right-of-use assets (the "ROU assets") and related lease liabilities of $53.0 million and $57.9 million, respectively, as of January 1, 2019, with no cumulative effect adjustment. The adoption of ASC 842 had no impact on the Company's consolidated statement of operations and consolidated statement of cash flows. In addition, the adoption of ASC 842 did not impact the leverage calculations set forth in the agreements governing the outstanding debt or credit agreements of the Company, because, in each circumstance, the leverage calculations are not affected by the lease liabilities that were recorded upon adoption of ASC 842.

The Company adopted ASC 842 prospectively and, therefore, did not revise comparative period information or disclosure. In addition, the Company elected the package of practical expedients permitted under ASC 842.

See "Note 3—Leases" for additional information on the adoption of ASC 842.

**Reclassifications**

Certain prior year amounts have been reclassified to conform to the current year presentation.

**NOTE 2—REVENUE RECOGNITION**

**General Revenue Recognition**

Revenue is recognized when control of the promised services are transferred to our customers, and in the amount that reflects the consideration the Company expects to be entitled to in exchange for those services.

**Deferred Revenue**

Deferred revenue consists of advance payments that are received or are contractually due in advance of the Company's performance. The Company's deferred revenue is reported on a contract by contract basis at the end of each reporting period. The Company classifies deferred revenue as current when the term of the applicable subscription period or expected completion of our performance obligation is one year or less. The current deferred revenue balance as of December 31, 2018 was $209.9 million. During the six months ended June 30, 2019, the Company recognized $199.1 million of revenue that was included in the deferred revenue balance as of December 31, 2018. The current deferred revenue balance at June 30, 2019 is $225.7 million. At June 30, 2019 and December 31, 2018, there was no non-current portion of deferred revenue.

10

## MATCH GROUP, INC. AND SUBSIDIARIES

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)

**Practical Expedients and Exemptions**

As permitted under the practical expedient available under ASU No. 2014-09, *Revenue from Contracts with Customers,* the Company does not disclose the value of unsatisfied performance obligations for (i) contracts with an original expected length of one year or less, (ii) contracts with variable consideration that is allocated entirely to unsatisfied performance obligations or to a wholly unsatisfied promise accounted for under the series guidance, and (iii) contracts for which the Company recognizes revenue at the amount which we have the right to invoice for services performed.

**Disaggregation of Revenue**

The following table presents disaggregated revenue:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2019 | 2018 | 2019 | 2018 |
|  | (In thousands) | | | |
| Direct Revenue: |  |  |  |  |
| North America | $ 251,499 | $ 222,163 | $ 489,272 | $ 433,520 |
| International | 235,801 | 185,564 | 451,990 | 366,944 |
| Total Direct Revenue | 487,300 | 407,727 | 941,262 | 800,464 |
| Indirect Revenue (principally advertising revenue) | 10,673 | 13,469 | 21,336 | 28,099 |
| Total Revenue | $ 497,973 | $ 421,196 | $ 962,598 | $ 828,563 |

**NOTE 3—LEASES**

The Company leases office space, data center facilities, and equipment used in connection with its operations under various operating leases, many of which contain escalation clauses. Several of these lease agreements relate to properties owned by IAC. See "Note 11—Related Party Transactions" for additional information on the intercompany lease agreements.

ROU assets represent the Company's right to use the underlying assets for the lease term and lease liabilities represent the present value of the Company's obligation to make payments arising from leases. ROU assets and related lease liabilities are based on the present value of fixed lease payments over the lease term using the Company's incremental borrowing rates on the lease commencement date or January 1, 2019 for leases that commenced prior to that date. The Company combines the lease and non-lease components of lease payments in determining ROU assets and related lease liabilities. If the lease includes one or more options to extend the term of the lease, the renewal option is considered in the lease term if it is reasonably certain the Company will exercise the options. Lease expense is recognized on a straight-line basis over the term of the lease. As permitted by ASC 842, leases with an initial term of twelve months or less ("short-term leases") are not recorded on the accompanying consolidated balance sheet.

Variable lease payments consist primarily of common area maintenance, utilities, and taxes, which are not included in the recognition of ROU assets and related lease liabilities. The Company's lease agreements do not contain any material residual value guarantees or material restrictive covenants.

11

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

| Leases | Balance Sheet Classification | | June 30, 2019 |
|---|---|---|---|
| | | | (In thousands) |
| **Assets:** | | | |
| Right-of-use assets | Right-of-use assets | $ | 46,879 |
| | | | |
| **Liabilities:** | | | |
| Current lease liabilities | Accrued expenses and other current liabilities | $ | 14,010 |
| Long-term lease liabilities | Other long-term liabilities | | 36,910 |
| Total lease liabilities | | $ | 50,920 |

| Lease Cost | Income Statement Classification | Three Months Ended June 30, 2019 | | Six Months Ended June 30, 2019 |
|---|---|---|---|---|
| | | (In thousands) | | |
| Fixed lease cost | Cost of revenue | $ 987 | $ | 1,819 |
| Fixed lease cost | General and administrative expense | 3,851 | | 7,616 |
| Total fixed lease cost[a] | | 4,838 | | 9,435 |
| | | | | |
| Variable lease cost | Cost of revenue | 91 | | 182 |
| Variable lease cost | General and administrative expense | 883 | | 1,591 |
| Total variable lease cost | | 974 | | 1,773 |
| Net lease cost | | $ 5,812 | $ | 11,208 |

_____

(a)  Includes approximately $0.9 million and $1.6 million of short-term lease cost, and $0.1 million and $0.2 million of sublease income, for the three and six months ended June 30, 2019, respectively.

Maturities of lease liabilities as of June 30, 2019:

| | | (In thousands) |
|---|---|---|
| Remainder of 2019 | $ | 7,841 |
| 2020 | | 15,798 |
| 2021 | | 13,860 |
| 2022 | | 7,961 |
| 2023 | | 3,379 |
| After 2023 | | 8,633 |
| **Total** | | 57,472 |
| Less: Interest | | (6,552) |
| Present value of lease liabilities | $ | 50,920 |

12

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

The following are the weighted average assumptions used for lease term and discount rate as of June 30, 2019:

| | |
|---|---:|
| Remaining lease term | 4.4 years |
| Discount rate | 5.06% |

| | Three Months Ended June 30, 2019 | | Six Months Ended June 30, 2019 | |
|---|---|---|---|---|
| | (In thousands) | | | |
| **Other information:** | | | | |
| Right-of-use assets obtained in exchange for lease liabilities | $ | 584 | $ | 620 |
| Cash paid for amounts included in the measurement of lease liabilities | $ | 4,106 | $ | 8,956 |

**NOTE 4—INCOME TAXES**

Match Group is included within IAC's tax group for purposes of federal and consolidated state income tax return filings. In all periods presented, current income tax provision and deferred income tax benefit have been computed on an as if Match Group stand-alone, separate return basis. Match Group's payments to IAC for its share of IAC's consolidated federal and state tax return liabilities have been reflected within cash flows from operating activities in the accompanying consolidated statement of cash flows.

At the end of each interim period, the Company estimates the annual expected effective income tax rate and applies that rate to its ordinary year-to-date earnings or loss. The income tax provision or benefit related to significant, unusual, or extraordinary items, if applicable, that will be separately reported or reported net of their related tax effects are individually computed and recognized in the interim period in which they occur. In addition, the effect of changes in enacted tax laws or rates, tax status, judgment on the realizability of beginning-of-the-year deferred tax assets in future years or unrecognized tax benefits is recognized in the interim period in which the change occurs.

The computation of the annual expected effective income tax rate at each interim period requires certain estimates and assumptions including, but not limited to, the expected pre-tax income (or loss) for the year, projections of the proportion of income (and/or loss) earned and taxed in foreign jurisdictions, permanent and temporary differences, and the likelihood of the realization of deferred tax assets generated in the current year. The accounting estimates used to compute the provision or benefit for income taxes may change as new events occur, more experience is acquired, additional information is obtained or our tax environment changes. To the extent that the expected annual effective income tax rate changes during a quarter, the effect of the change on prior quarters is included in income tax provision in the quarter in which the change occurs.

For the three months ended June 30, 2019 and 2018, the Company recorded an income tax provision from continuing operations of $23.7 million and $11.5 million, respectively, which represents an effective tax rate of 16% and 8%, respectively. The effective income tax rate is lower than the statutory rate of 21% due primarily to excess tax benefits generated by the exercise and vesting of stock-based awards. For the six months ended June 30, 2019 and 2018, the Company recorded an income tax benefit from continuing operations of $4.1 million and $0.9 million, respectively, due primarily to excess tax benefits generated by the exercise and vesting of stock-based awards.

The Company recognizes interest and, if applicable, penalties related to unrecognized tax benefits in the income tax provision. Accruals for interest and penalties are not material.

Match Group is routinely under audit by federal, state, local and foreign authorities in the area of income tax as a result of previously filed separate company tax returns and consolidated tax returns with IAC. These audits include questioning the timing and the amount of income and deductions and the allocation of income and deductions among various tax jurisdictions. The Internal Revenue Service is currently auditing IAC's federal

13

App. 654

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

income tax returns for the years ended December 31, 2010 through 2016, which includes the operations of Match Group. The statute of limitations for the years 2010 through 2012 has been extended to July 31, 2020, and the statute of limitations for the years 2013 to 2015 has been extended to December 31, 2020. Returns filed in various other jurisdictions are open to examination for tax years beginning with 2009. Income taxes payable include unrecognized tax benefits considered sufficient to pay assessments that may result from examination of prior year tax returns. We consider many factors when evaluating and estimating our tax positions and tax benefits, which may not accurately anticipate actual outcomes and, therefore, may require periodic adjustments. Although management currently believes changes in unrecognized tax benefits from period to period and differences between amounts paid, if any, upon resolution of issues raised in audits and amounts previously provided will not have a material impact on the liquidity, results of operations, or financial condition of the Company, these matters are subject to inherent uncertainties and management's view of these matters may change in the future.

At June 30, 2019 and December 31, 2018, unrecognized tax benefits, including interest and penalties, are $36.8 million and $37.6 million, respectively. At both June 30, 2019 and December 31, 2018, approximately $22.6 million was included in unrecognized tax benefits for tax positions included in IAC's consolidated tax return filings. If unrecognized tax benefits at June 30, 2019 are subsequently recognized, $34.9 million, net of related deferred tax assets and interest, would reduce income tax expense. The comparable amount as of December 31, 2018 was $35.6 million. The Company believes that it is reasonably possible that its unrecognized tax benefits could decrease by $16.6 million by June 30, 2020 due to settlements and expirations of statutes of limitations, all of which would reduce the income tax provision.

**NOTE 5—FINANCIAL INSTRUMENTS**

**Equity securities without readily determinable fair values**

At both June 30, 2019 and December 31, 2018, the carrying value of the Company's investments in equity securities without readily determinable fair values totaled $9.1 million and is included in "Long-term investments" in the accompanying consolidated balance sheet. The cumulative downward adjustments (including impairments) to the carrying value of equity securities without readily determinable fair values, since the adoption of ASU 2016-01 on January 1, 2018 through June 30, 2019, were $2.1 million. For both the six months ended June 30, 2019 and 2018, there were no adjustments to the carrying value of equity securities without readily determinable fair values held.

For all equity securities without readily determinable fair values as of June 30, 2019 and December 31, 2018, the Company has elected the measurement alternative. As of June 30, 2019, under the measurement alternative election, the Company did not identify any fair value adjustments using observable price changes in orderly transactions for an identical or similar investment of the same issuer.

**Fair Value Measurements**

The Company categorizes its financial instruments measured at fair value into a fair value hierarchy that prioritizes the inputs used in pricing the asset or liability. The three levels of the fair value hierarchy are:

- Level 1: Observable inputs obtained from independent sources, such as quoted market prices for identical assets and liabilities in active markets.

- Level 2: Other inputs, which are observable directly or indirectly, such as quoted market prices for similar assets or liabilities in active markets, quoted market prices for identical or similar assets or liabilities in markets that are not active and inputs that are derived principally from or corroborated by observable market data. The fair values of the Company's Level 2 financial assets are primarily obtained from observable market prices for identical underlying securities that may not be actively traded. Certain of these securities may have different market prices from multiple market data sources, in which case an average market price is used.

14

App. 655

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

- Level 3: Unobservable inputs for which there is little or no market data and require the Company to develop its own assumptions, based on the best information available in the circumstances, about the assumptions market participants would use in pricing the assets or liabilities.

The following tables present the Company's financial instruments that are measured at fair value on a recurring basis:

| | June 30, 2019 | | | |
| | Quoted Market Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) | Total Fair Value Measurements |
| | (In thousands) | | | |
|---|---|---|---|---|
| **Assets:** | | | | |
| Cash equivalents: | | | | |
| Money market funds | $ 50,002 | $ — | $ — | $ 50,002 |
| Time deposits | — | 40,000 | — | 40,000 |
| Total | $ 50,002 | $ 40,000 | $ — | $ 90,002 |

| | December 31, 2018 | | | |
| | Quoted Market Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) | Total Fair Value Measurements |
| | (In thousands) | | | |
|---|---|---|---|---|
| **Assets:** | | | | |
| Cash equivalents: | | | | |
| Money market funds | $ 72,546 | $ — | $ — | $ 72,546 |
| **Liabilities:** | | | | |
| Contingent consideration arrangement | $ — | $ — | $ (1,974) | $ (1,974) |

15

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

The Company's financial instruments that are measured at fair value on a recurring basis using significant unobservable inputs (Level 3) are its contingent consideration arrangements.

|  | Three Months Ended June 30, |
|---|---|
|  | 2018 |
|  | (In thousands) |
| Balance at April 1 | $ (1,965) |
| Total net losses: |  |
| Fair value adjustments | (54) |
| Included in other comprehensive income | 109 |
| Balance at June 30 | $ (1,910) |

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2019 | 2018 |
|  | (In thousands) | |
| Balance at January 1 | $ (1,974) | $ (2,647) |
| Total net losses: |  |  |
| Fair value adjustments | — | (210) |
| Included in other comprehensive loss | (14) | (1) |
| Settlements | 1,988 | 948 |
| Balance at June 30 | $ — | $ (1,910) |

**Contingent consideration arrangements**

As of June 30, 2019, there are no contingent consideration arrangements related to business acquisitions. The contingent consideration arrangement liability at December 31, 2018 of $2.0 million is included in "Accrued expenses and other current liabilities."

**Assets measured at fair value on a nonrecurring basis**

The Company's non-financial assets, such as goodwill, intangible assets, and property and equipment, are adjusted to fair value only when an impairment charge is recognized. The Company's financial assets, comprised of equity securities without readily determinable fair values, are adjusted to fair value when observable price changes are identified or an impairment charge is recognized. Such fair value measurements are based predominantly on Level 3 inputs.

**Financial instruments measured at fair value only for disclosure purposes**

The following table presents the carrying value and the fair value of financial instruments measured at fair value only for disclosure purposes.

|  | June 30, 2019 | | December 31, 2018 | |
|---|---|---|---|---|
|  | Carrying Value | Fair Value | Carrying Value | Fair Value |
|  | (In thousands) | | | |
| Long-term debt, net [a] | $ (1,602,607) | $ (1,686,058) | $ (1,515,911) | $ (1,513,683) |

_____

[a]    At June 30, 2019 and December 31, 2018, the carrying value of long-term debt, net includes unamortized original issue discount and debt issuance costs of $22.4 million and $19.1 million, respectively.

16

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

At June 30, 2019 and December 31, 2018, the fair value of long-term debt, net, is estimated using observable market prices or indices for similar liabilities, which are Level 2 inputs. At December 31, 2018, we considered the Company's $500 million revolving credit facility (the "Credit Facility"), which has a variable interest rate, to have a fair value equal to its carrying value. The outstanding borrowings under the Credit Facility as of December 31, 2018 were repaid with a portion of the net proceeds from the 5.625% Senior Notes issued on February 15, 2019. See "Note 6—Long-term Debt, net" for additional information on the repayment of the Credit Facility.

**NOTE 6—LONG-TERM DEBT, NET**

Long-term debt consists of:

|  | June 30, 2019 | December 31, 2018 |
| --- | --- | --- |
|  | (In thousands) | |
| Credit Facility due December 7, 2023 | $          — | $          260,000 |
| Term Loan due November 16, 2022 (the "Term Loan") | 425,000 | 425,000 |
| 6.375% Senior Notes due June 1, 2024 (the "6.375% Senior Notes"); interest payable each June 1 and December 1 | 400,000 | 400,000 |
| 5.00% Senior Notes due December 15, 2027 (the "5.00% Senior Notes"); interest payable each June 15 and December 15 | 450,000 | 450,000 |
| 5.625% Senior Notes due February 15, 2029 (the "5.625% Senior Notes"); interest payable each February 15 and August 15, commencing August 15, 2019 | 350,000 | — |
| Total debt | 1,625,000 | 1,535,000 |
| Less: Unamortized original issue discount | 6,695 | 7,352 |
| Less: Unamortized debt issuance costs | 15,698 | 11,737 |
| Total long-term debt, net | $          1,602,607 | $          1,515,911 |

*Senior Notes*:

The 5.625% Senior Notes were issued on February 15, 2019. The proceeds from these notes were used to repay outstanding borrowings under the Credit Facility, to pay expenses associated with the offering, and for general corporate purposes. At any time prior to February 15, 2024, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at redemption prices set forth in the indenture governing the 5.625% Senior Notes, together with accrued and unpaid interest to the applicable redemption date.

The 5.00% Senior Notes were issued on December 4, 2017. At any time prior to December 15, 2022, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at redemption prices set forth in the indenture governing the 5.00% Senior Notes, together with accrued and unpaid interest to the applicable redemption date.

The 6.375% Senior Notes were issued on June 1, 2016. These notes may be redeemed at redemption prices set forth in the indenture governing the 6.375% Senior Notes, together with accrued and unpaid interest to the applicable redemption date.

The indentures governing the 5.00% and 6.375% Senior Notes contain covenants that would limit the Company's ability to pay dividends or to make distributions and repurchase or redeem Match Group stock in the event a default has occurred or Match Group's consolidated leverage ratio (as defined in the indentures) exceeds 5.0 to 1.0. At June 30, 2019, there were no limitations pursuant thereto. There are additional covenants in those indentures that limit the ability of the Company and its subsidiaries to, among other things, (i) incur indebtedness,

17

App. 658

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

make investments, or sell assets in the event the Company is not in compliance with certain financial ratios set forth in the indentures, and (ii) incur liens, enter into agreements restricting the ability of the Company's subsidiaries to pay dividends, enter into transactions with affiliates and consolidate, merge or sell substantially all of their assets. The indenture governing the 5.625% Senior Notes is less restrictive than the indentures governing the 6.375% and 5.00% Senior Notes and generally only limits the Company's and its subsidiaries' ability to, among other things, create liens on assets, and our ability to consolidate, merge, sell or otherwise dispose of all or substantially all of our assets.

The 5.00%, 5.625%, and 6.375% Senior Notes rank equally in right of payment.

*Term Loan and Credit Facility*:

The Company entered into the Term Loan under a credit agreement (the "Credit Agreement") on November 16, 2015. At both June 30, 2019 and December 31, 2018, the outstanding balance on the Term Loan was $425 million and the loan bears interest at LIBOR plus 2.50%. The interest rate of the Term Loan was 4.90% and 5.09% at June 30, 2019 and December 31, 2018, respectively. Interest payments are due at least quarterly through the term of the loan. The Term Loan provides for annual principal payments as part of an excess cash flow sweep provision, the amount of which, if any, is governed by the secured net leverage ratio contained in the Credit Agreement.

As of June 30, 2019, the Company has a $500 million revolving credit facility that expires on December 7, 2023. At June 30, 2019, there were no outstanding borrowings under the Credit Facility. At December 31, 2018, the outstanding borrowings under the Credit Facility were $260 million, which bore interest at LIBOR plus 1.50%, or 3.97%, and were repaid with a portion of the net proceeds from the issuance of the 5.625% Senior Notes, described above. The annual commitment fee on undrawn funds is based on the current leverage ratio, and is 30 basis points. Borrowings under the Credit Facility bear interest, at the Company's option, at a base rate or LIBOR, in each case plus an applicable margin, based on the Company's consolidated net leverage ratio. The terms of the Credit Facility require the Company to maintain a consolidated net leverage ratio of not more than 5.0 to 1.0 and a minimum interest coverage ratio of not less than 2.0 to 1.0 (in each case as defined in the Credit Agreement).

There are additional covenants under the Credit Facility and the Term Loan that limit the ability of the Company and its subsidiaries to, among other things, incur indebtedness, pay dividends or make distributions. While the Term Loan remains outstanding, these same covenants under the Credit Agreement are more restrictive than the covenants that are applicable to the Credit Facility. Obligations under the Credit Facility and Term Loan are unconditionally guaranteed by certain Match Group wholly-owned domestic subsidiaries and are also secured by the stock of certain Match Group domestic and foreign subsidiaries. The Term Loan and outstanding borrowings, if any, under the Credit Facility rank equally with each other, and have priority over the 5.00%, 5.625%, and 6.375% Senior Notes to the extent of the value of the assets securing the borrowings under the Credit Agreement.

18

App. 659

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

**NOTE 7—ACCUMULATED OTHER COMPREHENSIVE LOSS**

The following table presents the components of accumulated other comprehensive loss. For the three and six months ended June 30, 2019 and 2018, the Company's accumulated other comprehensive income (loss) relates to foreign currency translation adjustments.

| | Three Months Ended June 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| Balance at April 1 | $ (137,948) | $ (81,921) |
| Other comprehensive income (loss) | 3,042 | (39,075) |
| Balance at June 30 | $ (134,906) | $ (120,996) |

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| Balance at January 1 | $ (137,166) | $ (112,318) |
| Other comprehensive income (loss) | 2,260 | (8,678) |
| Balance at June 30 | $ (134,906) | $ (120,996) |

At both June 30, 2019 and 2018, there was no tax benefit or provision on the accumulated other comprehensive loss.

19

App. 660

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

**NOTE 8—EARNINGS PER SHARE**

The following tables set forth the computation of the basic and diluted earnings per share attributable to Match Group shareholders:

| | Three Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| | Basic | Diluted | Basic | Diluted |
| | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings | $ 127,968 | $ 127,968 | $ 131,358 | $ 131,358 |
| Net loss attributable to noncontrolling interests | 5 | 5 | 1,142 | 1,142 |
| Impact from subsidiaries' dilutive securities | — | (133) | — | — |
| Net earnings attributable to Match Group, Inc. shareholders | $ 127,973 | $ 127,840 | $ 132,500 | $ 132,500 |
| | | | | |
| **Denominator** | | | | |
| Basic weighted average common shares outstanding | 281,244 | 281,244 | 277,115 | 277,115 |
| Dilutive securities[(a)(b)] | — | 14,640 | — | 19,881 |
| Dilutive weighted average common shares outstanding | 281,244 | 295,884 | 277,115 | 296,996 |
| | | | | |
| **Earnings per share:** | | | | |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 0.46 | $ 0.43 | $ 0.48 | $ 0.45 |

| | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| | Basic | Diluted | Basic | Diluted |
| | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings | $ 251,002 | $ 251,002 | $ 231,036 | $ 231,036 |
| Net loss attributable to noncontrolling interests | 5 | 5 | 1,200 | 1,200 |
| Impact from subsidiaries' dilutive securities | — | (218) | — | — |
| Net earnings attributable to Match Group, Inc. shareholders | $ 251,007 | $ 250,789 | $ 232,236 | $ 232,236 |
| | | | | |
| **Denominator** | | | | |
| Basic weighted average common shares outstanding | 280,418 | 280,418 | 276,198 | 276,198 |
| Dilutive securities[(a)(b)] | — | 15,591 | — | 21,376 |
| Dilutive weighted average common shares outstanding | 280,418 | 296,009 | 276,198 | 297,574 |
| | | | | |
| **Earnings per share:** | | | | |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 0.90 | $ 0.85 | $ 0.84 | $ 0.78 |

20

App. 661

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

_____

(a)   If the effect is dilutive, weighted average common shares outstanding include the incremental shares that would be issued upon the assumed exercise of stock options and subsidiary denominated equity or vesting of restricted stock units. For the three and six months ended June 30, 2019, less than 0.1 million and 0.2 million potentially dilutive securities, respectively, and for the three and six months ended June 30, 2018, 0.1 million and 0.3 million, respectively, are excluded from the calculation of diluted earnings per share because their inclusion would have been anti-dilutive.

(b)   Market-based awards and performance-based stock options ("PSOs") and units ("PSUs") are considered contingently issuable shares. Shares issuable upon exercise or vesting of market-based awards, PSOs, and PSUs are included in the denominator for earnings per share if (i) the applicable market or performance condition(s) has been met and (ii) the inclusion of the market-based awards, PSOs and PSUs is dilutive for the respective reporting periods. For both of the three and six months ended June 30, 2019, 0.8 million shares underlying market-based awards, PSOs, and PSUs, and for both of the three and six months ended June 30, 2018, 1.9 million shares underlying market-based awards, PSOs, and PSUs, were excluded from the calculation of diluted earnings per share because the market or performance conditions had not been met.

**NOTE 9—CONSOLIDATED FINANCIAL STATEMENT DETAILS**

**Cash, Cash Equivalents, and Restricted Cash**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported within the consolidated balance sheet to the total amounts shown in the consolidated statement of cash flows:

| | June 30, 2019 | December 31, 2018 | June 30, 2018 | December 31, 2017 |
|---|---|---|---|---|
| | (In thousands) | | | |
| Cash and cash equivalents | $ 266,374 | $ 186,947 | $ 309,761 | $ 272,624 |
| Restricted cash included in other current assets | 130 | 193 | 134 | 137 |
| Total cash, cash equivalents and restricted cash as shown on the consolidated statement of cash flows | $ 266,504 | $ 187,140 | $ 309,895 | $ 272,761 |

**NOTE 10—CONTINGENCIES**

In the ordinary course of business, the Company is a party to various lawsuits. The Company establishes reserves for specific legal matters when it determines that the likelihood of an unfavorable outcome is probable and the loss is reasonably estimable. Management has also identified certain other legal matters where we believe an unfavorable outcome is not probable and, therefore, no reserve is established. Although management currently believes that resolving claims against us, including claims where an unfavorable outcome is reasonably possible, will not have a material impact on the liquidity, results of operations, or financial condition of the Company, these matters are subject to inherent uncertainties and management's view of these matters may change in the future. The Company also evaluates other contingent matters, including income and non-income tax contingencies, to assess the likelihood of an unfavorable outcome and estimated extent of potential loss. It is possible that an unfavorable outcome of one or more of these lawsuits or other contingencies could have a material impact on the liquidity, results of operations, or financial condition of the Company. See "Note 4—Income Taxes" for additional information related to income tax contingencies.

21

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

*Tinder Optionholder Litigation against IAC and Match Group*

On August 14, 2018, ten then-current and former employees of Match Group, LLC or Tinder, Inc. ("Tinder"), an operating business of Match Group, filed a lawsuit in New York state court against IAC and Match Group. *See Sean Rad et al. v. IAC/InterActiveCorp and Match Group, Inc.*, No. 654038/2018 (Supreme Court, New York County). The complaint alleges that in 2017, the defendants: (i) wrongfully interfered with a contractually established process for the independent valuation of Tinder by certain investment banks, resulting in a substantial undervaluation of Tinder and a consequent underpayment to the plaintiffs upon exercise of their Tinder stock options, and (ii) then wrongfully merged Tinder into Match Group, thereby depriving one of the plaintiffs (Mr. Rad) of his contractual right to later valuations of Tinder on a stand-alone basis. The complaint asserts claims for breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, interference with contractual relations (as against Match Group only), and interference with prospective economic advantage, and seeks compensatory damages in the amount of at least $2 billion, as well as punitive damages. On August 31, 2018, four plaintiffs who were still employed by Match Group filed a notice of discontinuance of their claims without prejudice, leaving the six former employees as the remaining plaintiffs.

On October 9, 2018, the defendants filed a motion to dismiss the complaint on various grounds, including that the 2017 valuation of Tinder by the investment banks was an expert determination any challenge to which is both time-barred under applicable law and available only on narrow substantive grounds that the plaintiffs have not pleaded in their complaint; the plaintiffs opposed the motion. On June 13, 2019, the court issued a decision and order (i) granting the motion to dismiss the claims for breach of the implied covenant of good faith and fair dealing and for unjust enrichment, (ii) granting the motion to dismiss the merger-related claim for breach of contract as to two of the remaining six plaintiffs, and (iii) otherwise denying the motion to dismiss. The defendants have appealed from the court's partial denial of their motion to dismiss. On June 3, 2019, the defendants filed a second motion to dismiss based upon certain provisions of the plaintiffs' agreement with a litigation funding firm; the plaintiffs have opposed the motion, which remains pending. Discovery in the case is proceeding. We believe that the allegations in this lawsuit are without merit and will continue to defend vigorously against it.

*FTC Investigation of Certain Match.com Business Practices*

In March 2017, the Federal Trade Commission ("FTC") requested information and documents in connection with a civil investigation regarding certain business practices of Match.com. The FTC raised certain potential claims relating to Match.com's marketing, chargeback and online cancellation practices. In November 2018, the FTC offered to resolve its potential claims via a consent judgment mandating certain changes in the company's business practices, as well as a payment in the amount of $60 million. Discussions between Match Group and the FTC ensued but no resolution was reached. On August 7, 2019, the FTC voted to assert claims against the Company and referred the matter to the U.S. Department of Justice ("DOJ"). The Company expects to continue discussions with the FTC and DOJ. In the event no settlement is reached and litigation ensues, the amount sought may be substantially higher than the amounts discussed in settlement. Match Group believes that the FTC's claims regarding Match.com's practices, policies, and procedures are without merit and is prepared to defend vigorously against them.

**NOTE 11—RELATED PARTY TRANSACTIONS**

**Relationship with IAC**

In connection with the IPO in November 2015, the Company entered into certain agreements relating to our relationship with IAC after the IPO. These agreements include a master transaction agreement; an investor rights agreement; a tax sharing agreement; a services agreement; an employee matters agreement and a subordinated loan agreement.

For the three and six months ended June 30, 2019, the Company incurred $2.0 million and $3.9 million, respectively, and for the three and six months ended June 30, 2018, the Company incurred $1.9 million and $3.7 million, respectively, pursuant to agreements with IAC, including the services agreement. Included in these

22

App. 663

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

amounts for the three and six months ended June 30, 2019 is $1.5 million and $2.9 million, respectively, and for the three and six months ended June 30, 2018 is $1.3 million and $2.6 million, respectively, for the leasing of office space for certain of our businesses at properties owned by IAC. All such amounts were paid in full by the Company at June 30, 2019.

At June 30, 2019, $16.0 million of both the ROU assets and the lease liabilities represented leases between the Company and IAC.

The master transaction agreement provides, among other things, that the Company will indemnify IAC for matters relating to any business of the Company. Under this provision, the Company may be required to indemnify IAC for costs related to the lawsuit brought by current and former employees of the Tinder business against IAC and the Company.

The employee matters agreement provides, among other things, that: (i) with respect to equity awards denominated in shares of certain of the Company's subsidiaries, IAC may elect to cause such equity awards to be settled in either shares of IAC common stock or Company common stock and, to the extent that shares of IAC common stock are issued in settlement of such equity awards, the Company will reimburse IAC for the cost of such shares of IAC common stock by issuing to IAC additional shares of Company common stock; and (ii) the Company will reimburse IAC for the cost of any IAC equity awards held by the Company's employees and former employees and that IAC may elect to receive payment either in cash or Company common stock.

During the six months ended June 30, 2019 and 2018, 0.4 million and 2.3 million shares, respectively, of Company common stock were issued to IAC pursuant to the employee matters agreement. This includes 0.4 million and 1.9 million shares issued during the six months ended June 30, 2019 and 2018, respectively, as reimbursement for shares of IAC common stock issued in connection with the exercise of equity awards originally denominated in shares of a subsidiary of the Company and less than 0.1 million and 0.4 million shares issued during the six months ended June 30, 2019 and 2018, respectively, as reimbursement for shares of IAC common stock issued in connection with the exercise and vesting of IAC equity awards held by Company employees.

23

App. 664

Table of Contents

**Item 2.**   *Management's Discussion and Analysis of Financial Condition and Results of Operations*

**Key Terms:**

<u>**Operating metrics:**</u>

- **North America** - consists of the financial results and metrics associated with users located in the United States and Canada.

- **International** - consists of the financial results and metrics associated with users located outside of the United States and Canada.

- **Direct Revenue** - is revenue that is received directly from end users of our products and includes both subscription and à la carte revenue.

- **Indirect Revenue** - is revenue that is not received directly from an end user of our products, substantially all of which is advertising revenue.

- **Subscribers** - are users who purchase a subscription to one of our products. Users who purchase only à la carte features are not included in Subscribers.

- **Average Subscribers** - is the number of Subscribers at the end of each day in the relevant measurement period divided by the number of calendar days in that period.

- **Average Revenue per Subscriber ("ARPU")** - is Direct Revenue from Subscribers in the relevant measurement period (whether in the form of subscription or à la carte revenue) divided by the Average Subscribers in such period and further divided by the number of calendar days in such period. Direct Revenue from users who are not Subscribers and have purchased only à la carte features is not included in ARPU.

<u>**Operating costs and expenses:**</u>

- **Cost of revenue -** consists primarily of the amortization of in-app purchase fees, compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in data center and customer care functions, credit card processing fees, hosting fees, and data center rent, energy and bandwidth costs. In-app purchase fees are monies paid to Apple and Google in connection with the processing of in-app purchases of subscriptions and product features through the in-app payment systems provided by Apple and Google.

- **Selling and marketing expense -** consists primarily of advertising expenditures and compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in selling and marketing, and sales support functions. Advertising expenditures include online marketing (such as fees paid to search engines and social media sites), offline marketing (which is primarily television advertising), and payments to partners that direct traffic to our brands.

- **General and administrative expense -** consists primarily of compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in executive management, finance, legal, tax, and human resources, acquisition-related contingent consideration fair value adjustments (described below), fees for professional services (including transaction-related costs for acquisitions) and facilities costs.

- **Product development expense -** consists primarily of compensation expense (including stock-based compensation expense) and other employee-related costs that are not capitalized for personnel engaged in the design, development, testing and enhancement of product offerings and related technology.

- **Acquisition-related contingent consideration fair value adjustments** - relate to the portion of the purchase price of certain acquisitions that is contingent upon the financial performance and/or operating metric targets of the acquired company.  The fair value of the liability is estimated at the date of acquisition and adjusted each reporting period until the liability is settled.  Significant changes in financial performance and/or operating metrics will result in a significantly higher or lower fair value measurement. The changes in the estimated fair value of the contingent consideration arrangements during each reporting period, including the accretion of the discount if the arrangement is longer than

24

App. 665

one year, are recognized in "General and administrative expense" in the accompanying consolidated statement of operations.

**Long-term debt:**

- **Credit Facility** - The Company's $500 million revolving credit facility, which matures on December 7, 2023, and currently bears interest at LIBOR plus 1.50%. At June 30, 2019, $500 million is available under the Credit Facility.

- **Term Loan** - The Company's seven-year term loan due November 16, 2022. The Term Loan bears interest at LIBOR plus 2.50%. The current rate at June 30, 2019 is 4.90%. At June 30, 2019, $425 million is outstanding.

- **6.375% Senior Notes** - The Company's 6.375% Senior Notes due June 1, 2024, with interest payable each June 1 and December 1, which were issued on June 1, 2016. At June 30, 2019, $400 million aggregate principal amount is outstanding.

- **5.00% Senior Notes** - The Company's 5.00% Senior Notes due December 15, 2027, with interest payable each June 15 and December 15, which were issued on December 4, 2017. At June 30, 2019, $450 million aggregate principal amount is outstanding.

- **5.625% Senior Notes** - The Company's 5.625% Senior Notes due February 15, 2029, with interest payable each February 15 and August 15, commencing on August 15, 2019, which were issued on February 15, 2019. At June 30, 2019, $350 million aggregate principal amount is outstanding.

**Non-GAAP financial measure:**

- **Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization ("Adjusted EBITDA")** - is a Non-GAAP financial measure. See "Principles of Financial Reporting" for the definition of Adjusted EBITDA and a reconciliation of net earnings attributable to Match Group, Inc. shareholders to operating income and Adjusted EBITDA.

**Management Overview**

Match Group, Inc. is a leading provider of dating products available in over 40 languages to our users all over the world. Our portfolio of brands includes Tinder®, Match®, PlentyOfFish®, Meetic®, OkCupid®, OurTime®, Pairs™, and Hinge®, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio of trusted brands, we provide tailored products to meet the varying preferences of our users.

As used herein, "Match Group," the "Company," "we," "our," "us," and similar terms refer to Match Group, Inc. and its subsidiaries, unless the context indicates otherwise.

For a more detailed description of the Company's operating businesses, see "Item 1. Business" of the Company's Annual Report on Form 10-K for the year ended December 31, 2018.

**2019 Developments**

On February 15, 2019, we issued $350 million aggregate principal amount of the 5.625% Senior Notes. The proceeds from the issuance of the 5.625% Senior Notes were used to repay outstanding borrowings under the Credit Facility, to pay expenses associated with the offering, and for general corporate purposes.

**Additional Information**

Investors and others should note that we announce material financial and operational information to our investors using our investor relations website at *https://ir.mtch.com*, Securities and Exchange Commission ("SEC") filings, press releases and public conference calls. We use these channels as well as social media to communicate with our users and the public about our company, our services and other issues. It is possible that the information we post on social media could be deemed to be material information. Accordingly, investors, the media, and others interested in our company should monitor the social media channels listed on our investor relations website in addition to following our SEC filings, press releases and public conference calls. Neither the information on our website, nor the information on the website of any Match Group business, is incorporated by

25

Table of Contents

reference into this report, or into any other filings with, or into any other information furnished or submitted to, the SEC.

**Second Quarter and Year to Date June 30, 2019 Consolidated Results**

For the three months ended June 30, 2019 compared to the three months ended June 30, 2018, revenue, operating income, and Adjusted EBITDA grew 18%, 15%, and 16%, respectively, primarily due to strong contributions from Tinder and lower selling and marketing expense as a percentage of revenue, partially offset by higher cost of revenue, due to in-app purchase fees, as revenue is increasingly sourced through mobile app stores, and higher legal costs and other professional fees.

For the six months ended June 30, 2019 compared to the six months ended June 30, 2018, revenue, operating income, and Adjusted EBITDA grew 16%, 11%, and 14%, respectively, primarily due to the factors described above in the three-month discussion. Additionally, operating income grew slower than revenue primarily due to $16.3 million higher stock-based compensation expense, primarily as a result of $9.4 million in expense related to the vesting of certain awards for which the market condition was met.

26

App. 667

**Results of Operations for the three and six months ended June 30, 2019 compared to the three and six months ended June 30, 2018**

*Revenue*

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | $ Change | % Change | 2018 | 2019 | $ Change | % Change | 2018 |
| | (In thousands, except ARPU) | | | | | | | |
| Direct Revenue: | | | | | | | | |
| North America | $ 251,499 | $ 29,336 | 13% | $ 222,163 | $ 489,272 | $ 55,752 | 13% | $ 433,520 |
| International | 235,801 | 50,237 | 27% | 185,564 | 451,990 | 85,046 | 23% | 366,944 |
| Total Direct Revenue | 487,300 | 79,573 | 20% | 407,727 | 941,262 | 140,798 | 18% | 800,464 |
| Indirect Revenue | 10,673 | (2,796) | (21)% | 13,469 | 21,336 | (6,763) | (24)% | 28,099 |
| Total Revenue | $ 497,973 | $ 76,777 | 18% | $ 421,196 | $ 962,598 | $ 134,035 | 16% | $ 828,563 |
| | | | | | | | | |
| **Percentage of Total Revenue:** | | | | | | | | |
| Direct Revenue: | | | | | | | | |
| North America | 51% | | | 53% | 51% | | | 53% |
| International | 47% | | | 44% | 47% | | | 44% |
| Total Direct Revenue | 98% | | | 97% | 98% | | | 97% |
| Indirect Revenue | 2% | | | 3% | 2% | | | 3% |
| Total Revenue | 100% | | | 100% | 100% | | | 100% |
| | | | | | | | | |
| **Average Subscribers:** | | | | | | | | |
| North America | 4,518 | 387 | 9% | 4,131 | 4,440 | 386 | 10% | 4,054 |
| International | 4,562 | 970 | 27% | 3,592 | 4,408 | 883 | 25% | 3,525 |
| Total | 9,080 | 1,357 | 18% | 7,723 | 8,848 | 1,269 | 17% | 7,579 |
| | | | | | | | | |
| *(Change calculated using non-rounded numbers)* | | | | | | | | |
| **ARPU:** | | | | | | | | |
| North America | $ 0.60 | | 4% | $ 0.58 | $ 0.60 | | 3% | $ 0.58 |
| International | $ 0.56 | | 1% | $ 0.56 | $ 0.56 | | (1)% | $ 0.56 |
| Total | $ 0.58 | $ 0.01 | 2% | $ 0.57 | $ 0.58 | $ 0.01 | 1% | $ 0.57 |

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

International Direct Revenue grew $50.2 million, or 27%, in 2019 versus 2018, primarily driven by 27% growth in Average Subscribers, and a 1% increase in ARPU. North America Direct Revenue grew $29.3 million, or 13%, in 2019 versus 2018, driven by 9% growth in Average Subscribers and 4% growth in ARPU.

Growth in International and North America Average Subscribers was primarily driven by Tinder globally with Pairs also contributing to subscriber growth internationally. North America ARPU increased primarily due to increases at Tinder as Subscribers purchased premium subscriptions, such as Tinder Gold. International ARPU was favorably impacted by increases at Pairs and Tinder, but was unfavorably impacted by the strength of the U.S. dollar relative to the Euro, British pound ("GBP"), and certain other currencies.

Indirect Revenue decreased $2.8 million primarily due to lower impressions and a lower price per impression received from an advertising network provider.

27

App. 668

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

International Direct Revenue grew $85.0 million, or 23%, in 2019 versus 2018, primarily driven by 25% growth in Average Subscribers, partially offset by a 1% decrease in ARPU. North America Direct Revenue grew $55.8 million, or 13%, in 2019 versus 2018, driven by 10% growth in Average Subscribers and 3% growth in ARPU. Indirect Revenue decreased $6.8 million.

The changes are primarily due to the factors described above in the three-month discussion.

### Cost of revenue (exclusive of depreciation)

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

| | Three Months Ended June 30, | | | | |
| | 2019 | $ Change | % Change | | 2018 |
| | (Dollars in thousands) | | | | |
| Cost of revenue | $ 126,665 | $ 29,331 | 30% | $ | 97,334 |
| Percentage of revenue | 25% | | | | 23% |

Cost of revenue increased primarily due to the increase in in-app purchase fees of $23.0 million, as revenue is increasingly sourced through mobile app stores; an increase in hosting fees of $4.0 million; and an increase in compensation expense of $1.6 million. Many brands in our portfolio have historically offered subscribers a variety of payment methods to purchase subscriptions and à la carte features. Tinder began to offer subscribers an alternative payment method to Google's in-app payment system similar to the payment alternatives other brands in our portfolio have historically offered to subscribers through our mobile apps on Android. If we continue to offer these alternative payment methods to Tinder subscribers, depending on the adoption levels, we may see a reduction in Google's in-app purchases fees as a percentage of Android revenue in the future.

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

| | Six Months Ended June 30, | | | | |
| | 2019 | $ Change | % Change | | 2018 |
| | (Dollars in thousands) | | | | |
| Cost of revenue | $ 246,889 | $ 55,611 | 29% | $ | 191,278 |
| Percentage of revenue | 26% | | | | 23% |

Cost of revenue increased primarily due to the factors described above in the three-month discussion.

### Selling and marketing expense

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

| | Three Months Ended June 30, | | | | |
| | 2019 | $ Change | % Change | | 2018 |
| | (Dollars in thousands) | | | | |
| Selling and marketing expense | $ 94,888 | $ 4,627 | 5% | $ | 90,261 |
| Percentage of revenue | 19% | | | | 21% |

Selling and marketing expense increased primarily due to an increase in compensation expense of $1.8 million, related to increased headcount and investments in Tinder and Hinge, partially offset by decreases at Match. Selling and marketing expense declined as a percentage of revenue as we continue to generate revenue growth from brands with relatively lower marketing expense.

28

App. 669

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

|  | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
|  | 2019 | $ Change | % Change | 2018 |
|  | (Dollars in thousands) | | | |
| Selling and marketing expense | $ 213,551 | $ 5,119 | 2% | $ 208,432 |
| Percentage of revenue | 22% | | | 25% |

Selling and marketing expense increased primarily due to the factors described above in the three-month discussion.

### General and administrative expense

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

|  | Three Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
|  | 2019 | $ Change | % Change | 2018 |
|  | (Dollars in thousands) | | | |
| General and administrative expense | $ 62,233 | $ 20,068 | 48% | $ 42,165 |
| Percentage of revenue | 12% | | | 10% |

General and administrative expense increased, driven primarily by an increase of $8.6 million in legal and other professional fees; an increase in compensation of $7.9 million primarily related to a modification charge to stock-based compensation expense, new awards made since the prior year quarter, and an increase in headcount; an increase of $1.1 million for non-income taxes; and an increase in rent expense of $0.9 million due to growth at Tinder.

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

|  | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
|  | 2019 | $ Change | % Change | 2018 |
|  | (Dollars in thousands) | | | |
| General and administrative expense | $ 116,627 | $ 31,701 | 37% | $ 84,926 |
| Percentage of revenue | 12% | | | 10% |

General and administrative expense increased primarily due to the factors described above in the three-month discussion.

### Product development expense

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

|  | Three Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
|  | 2019 | $ Change | % Change | 2018 |
|  | (Dollars in thousands) | | | |
| Product development expense | $ 32,680 | $ 45 | —% | $ 32,635 |
| Percentage of revenue | 7% | | | 8% |

Product development expense was flat compared to the prior year period.

29

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

| | Six Months Ended June 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
| | (Dollars in thousands) | | | |
| Product development expense | $ 76,954 | $ 12,450 | 19% | $ 64,504 |
| Percentage of revenue | 8% | | | 8% |

Product development expense increased driven primarily by an increase of $11.3 million in compensation, including an increase of $6.9 million in stock-based compensation expense, primarily due to the vesting of certain awards for which the market condition was met in the first quarter of 2019, and increased headcount at Tinder.

### *Depreciation*

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

| | Three Months Ended June 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
| | (Dollars in thousands) | | | |
| Depreciation | $ 8,197 | $ (202) | (2)% | $ 8,399 |
| Percentage of revenue | 2% | | | 2% |

Depreciation decreased primarily due to certain internally developed software being fully depreciated, partially offset by increased depreciation related to leasehold improvements.

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

| | Six Months Ended June 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
| | (Dollars in thousands) | | | |
| Depreciation | $ 16,028 | $ (518) | (3)% | $ 16,546 |
| Percentage of revenue | 2% | | | 2% |

Depreciation decreased primarily due to the factors described above in the three-month discussion.

### *Operating income and Adjusted EBITDA*

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| | 2019 | $ Change | % Change | 2018 | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|---|---|---|---|
| | (Dollars in thousands) | | | | | | | |
| Operating income | $172,898 | $22,733 | 15% | $150,165 | $ 291,726 | $ 29,328 | 11% | $ 262,398 |
| Percentage of revenue | 35% | | | 36% | 30% | | | 32% |
| | | | | | | | | |
| Adjusted EBITDA | $203,522 | $27,961 | 16% | $175,561 | $ 358,589 | $ 45,287 | 14% | $ 313,302 |
| Percentage of revenue | 41% | | | 42% | 37% | | | 38% |

For a reconciliation of net earnings attributable to Match Group, Inc. shareholders to Adjusted EBITDA, see "Principles of Financial Reporting."

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

Operating income and Adjusted EBITDA increased 15% and 16%, respectively, primarily driven by revenue growth at Tinder and lower selling and marketing expense as a percentage of revenue, partially offset by higher cost of revenue, due to in-app purchase fees, as revenue is increasingly sourced through mobile app stores, and higher legal costs and other professional fees.

30

App. 671

At June 30, 2019, there was $128.5 million of unrecognized compensation cost, net of estimated forfeitures, related to all equity-based awards, which is expected to be recognized over a weighted average period of approximately 2.5 years.

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

Operating income and Adjusted EBITDA increased 11% and 14%, respectively, primarily due to the factors described above in the three-month discussion. Operating income was further impacted by higher stock-based compensation expense as a percentage of revenue primarily due to the vesting of certain awards for which the market condition was met, resulting in reduced growth compared to Adjusted EBITDA.

### Interest expense

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

|  | Three Months Ended June 30, | | | |
|  | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
|  | (Dollars in thousands) | | | |
| Interest expense | $ 23,817 | $ 5,541 | 30% | $ 18,276 |

Interest expense increased primarily due to the issuance of the 5.625% Senior Notes in February 2019, and a higher LIBOR rate in the current year.

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

|  | Six Months Ended June 30, | | | |
|  | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
|  | (Dollars in thousands) | | | |
| Interest expense | $ 45,903 | $ 9,821 | 27% | $ 36,082 |

Interest expense increased primarily due to the factors described above in the three-month discussion. Additionally, interest expense was incurred on the Credit Facility which was drawn for a portion of the current period.

### Other income, net

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

|  | Three Months Ended June 30, | | | |
|  | 2019 | $ Change | % Change | 2018 |
|---|---|---|---|---|
|  | (Dollars in thousands) | | | |
| Other income, net | $ 2,538 | $ (8,466) | (77)% | $ 11,004 |

Other income, net, in 2019 includes income of $1.8 million in net foreign currency exchange gains due primarily to a strengthening of the Euro relative to GBP during the three months ended June 30, 2019 and interest income of $1.1 million, partially offset by $0.4 million related to a mark-to-market adjustment pertaining to a subsidiary denominated equity instrument.

Other income, net, in 2018 includes income of $9.6 million in net foreign currency exchange gains due primarily to a strengthening of the U.S. dollar relative to GBP during the three months ended June 30, 2018 and interest income of $1.1 million.

31

App. 672

Table of Contents

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

| | Six Months Ended June 30, | | | |
|---|---|---|---|---|
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Other income, net | $ 1,050 | $ (2,733) | (72)% | $ 3,783 |

Other income, net, in 2019 includes interest income of $1.7 million, partially offset by expense of $1.0 million related to a mark-to-market adjustment pertaining to a subsidiary denominated equity instrument.

Other income, net, in 2018 includes income of $2.3 million in net foreign currency exchange gains due primarily to the strengthening of the U.S. dollar relative to GBP during the six months ended June 30, 2018 and interest income of $1.9 million.

### *Income tax (provision) benefit*

*For the three months ended June 30, 2019 compared to the three months ended June 30, 2018*

| | Three Months Ended June 30, | | | |
|---|---|---|---|---|
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Income tax provision | $ (23,651) | $ (12,116) | 105% | $ (11,535) |
| Effective income tax rate | 16% | | | 8% |

The income tax provisions in 2019 and 2018 are lower than the statutory rate of 21% due primarily to excess tax benefits generated by the exercise and vesting of stock-based awards.

*For the six months ended June 30, 2019 compared to the six months ended June 30, 2018*

| | Six Months Ended June 30, | | | |
|---|---|---|---|---|
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Income tax benefit | $ 4,129 | $ 3,192 | 341% | $ 937 |
| Effective income tax rate | NM | | | NM |

———————————————

NM = not meaningful

The income tax benefits in 2019 and 2018, despite pre-tax income, are due primarily to excess tax benefits generated by the exercise and vesting of stock-based awards.

For further details of income tax matters see "Note 4—Income Taxes" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

### *Related party transactions*

For discussions of related party transactions see "Note 11—Related Party Transactions" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

32

App. 673

Table of Contents

# PRINCIPLES OF FINANCIAL REPORTING

Match Group reports Adjusted EBITDA and Revenue excluding foreign exchange effects, both of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). Adjusted EBITDA is among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue excluding foreign exchange effects provides a comparable framework for assessing how our business performed without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to, and we are obligated to provide, the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures with equal or greater prominence and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments between the GAAP and non-GAAP measures, which we discuss below.

**Adjusted EBITDA**

*Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization ("Adjusted EBITDA")* is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements. We believe this measure is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted EBITDA measure because they are non-cash in nature. Adjusted EBITDA has certain limitations because it excludes the impact of these expenses.

*Non-Cash Expenses That Are Excluded From Non-GAAP Measure*

*Stock-based compensation expense* consists principally of expense associated with the grants of stock options, restricted stock units ("RSUs"), performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent stock-based awards are settled on a net basis, the Company remits the required tax-withholding amounts from its current funds.

*Depreciation* is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives or, in the case of leasehold improvements, the lease term, if shorter.

*Amortization of intangible assets and impairments of goodwill and intangible assets* are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names, and technology, are valued and amortized over their estimated lives. Value is also assigned to acquired indefinite-lived intangible assets, which comprise trade names and trademarks, and goodwill that are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

*Gains and losses recognized on changes in the fair value of contingent consideration arrangements* are accounting adjustments to report contingent consideration liabilities at fair value. These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.

33

App. 674

The following table reconciles net earnings attributable to Match Group, Inc. shareholders to Adjusted EBITDA:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2019 | 2018 | 2019 | 2018 |
|---|---|---|---|---|
| | (In thousands) | | | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 127,973 | $ 132,500 | $ 251,007 | $ 232,236 |
| Add back: | | | | |
| Net loss attributable to noncontrolling interests | (5) | (1,142) | (5) | (1,200) |
| Income tax provision (benefit) | 23,651 | 11,535 | (4,129) | (937) |
| Other income, net | (2,538) | (11,004) | (1,050) | (3,783) |
| Interest expense | 23,817 | 18,276 | 45,903 | 36,082 |
| **Operating Income** | 172,898 | 150,165 | 291,726 | 262,398 |
| Stock-based compensation expense | 22,015 | 16,706 | 50,012 | 33,669 |
| Depreciation | 8,197 | 8,399 | 16,028 | 16,546 |
| Amortization of intangibles | 412 | 237 | 823 | 479 |
| Acquisition-related contingent consideration fair value adjustments | — | 54 | — | 210 |
| **Adjusted EBITDA** | $ 203,522 | $ 175,561 | $ 358,589 | $ 313,302 |

**Effects of Changes in Foreign Exchange Rates on Revenue**

The impact of foreign exchange rates on the Company, due to its global reach, may be an important factor in understanding period over period comparisons if movement in exchange rates is significant. Since our results are reported in U.S. dollars, international revenue is favorably impacted as the U.S. dollar weakens relative to other foreign currencies, and unfavorably impacted as the U.S. dollar strengthens relative to other foreign currencies. We believe the presentation of revenue excluding the effects from foreign exchange, in addition to reported revenue, helps improve the ability to understand the Company's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

Revenue excluding foreign exchange effects compares results between periods as if exchange rates had remained constant period over period. Revenue excluding foreign exchange effects is calculated by translating current period revenue using prior period exchange rates. The percentage change in revenue excluding foreign exchange effects is calculated by determining the change in current period revenue over prior period revenue where current period revenue is translated using prior period exchange rates.

34

Table of Contents

The following table presents the impact of foreign exchange on total revenue, ARPU, and International ARPU for the three and six months ended June 30, 2019 compared to the three and six months ended June 30, 2018, respectively:

| | Three Months Ended June 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands, except ARPU) | | | |
| Revenue, as reported | $ 497,973 | $ 76,777 | 18% | $ 421,196 |
| Foreign exchange effects | 15,783 | | | |
| Revenue excluding foreign exchange effects | $ 513,756 | $ 92,560 | 22% | $ 421,196 |
| | | | | |
| *(Percentage change calculated using non-rounded numbers)* | | | | |
| ARPU, as reported | $ 0.58 | | 2% | $ 0.57 |
| Foreign exchange effects | 0.02 | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 5% | $ 0.57 |
| | | | | |
| International ARPU, as reported | $ 0.56 | | 1% | $ 0.56 |
| Foreign exchange effects | 0.04 | | | |
| International ARPU, excluding foreign exchange effects | $ 0.60 | | 7% | $ 0.56 |

| | Six Months Ended June 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands, except ARPU) | | | |
| Revenue, as reported | $ 962,598 | $ 134,035 | 16% | $ 828,563 |
| Foreign exchange effects | 33,792 | | | |
| Revenue excluding foreign exchange effects | $ 996,390 | $ 167,827 | 20% | $ 828,563 |
| | | | | |
| *(Percentage change calculated using non-rounded numbers)* | | | | |
| ARPU, as reported | $ 0.58 | | 1% | $ 0.57 |
| Foreign exchange effects | 0.02 | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 5% | $ 0.57 |
| | | | | |
| International ARPU, as reported | $ 0.56 | | (1)% | $ 0.56 |
| Foreign exchange effects | 0.04 | | | |
| International ARPU, excluding foreign exchange effects | $ 0.60 | | 6% | $ 0.56 |

35

App. 676

**FINANCIAL POSITION, LIQUIDITY AND CAPITAL RESOURCES**

**Financial Position**

| | June 30, 2019 | | December 31, 2018 |
|---|---|---|---|
| | (In thousands) | | |
| Cash and cash equivalents: | | | |
| United States | $ 142,123 | $ | 83,851 |
| All other countries | 124,251 | | 103,096 |
| Total cash and cash equivalents | $ 266,374 | $ | 186,947 |
| | | | |
| Long-term debt: | | | |
| Credit Facility due December 7, 2023 | $ — | $ | 260,000 |
| Term Loan due November 16, 2022 | 425,000 | | 425,000 |
| 6.375% Senior Notes | 400,000 | | 400,000 |
| 5.00% Senior Notes | 450,000 | | 450,000 |
| 5.625% Senior Notes | 350,000 | | — |
| Total long-term debt | 1,625,000 | | 1,535,000 |
| Less: Unamortized original issue discount | 6,695 | | 7,352 |
| Less: Unamortized debt issuance costs | 15,698 | | 11,737 |
| Total long-term debt, net | $ 1,602,607 | $ | 1,515,911 |

**Long-term Debt**

For a detailed description of long-term debt, see "Note 6—Long-term Debt, net" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

*IAC Subordinated Loan Facility:*

The Company has an uncommitted subordinated loan facility with IAC (the "IAC Subordinated Loan Facility"), which allows the Company to make one or more requests to IAC to borrow funds from it. If IAC agrees to fulfill any such borrowing request from the Company, such borrowing will be incurred in accordance with the terms of the IAC Subordinated Loan Facility. Any indebtedness outstanding under the IAC Subordinated Loan Facility will be by its terms subordinated in right of payment to the obligations under the Credit Facility, the Term Loan, and the 5.00%, 5.625%, and 6.375% Senior Notes. The IAC Subordinated Loan Facility has a scheduled final maturity date of no earlier than 90 days after the maturity date of the Credit Facility or the latest maturity date in respect of any Term Loan outstanding under the Credit Agreement. At June 30, 2019, the Company has no indebtedness outstanding under the IAC Subordinated Loan Facility.

**Cash Flow Information**

In summary, the Company's cash flows are as follows:

| | Six Months Ended June 30, | |
|---|---|---|
| | 2019 | 2018 |
| | (In thousands) | |
| Net cash provided by operating activities | $ 232,618 | $ 243,488 |
| Net cash used in investing activities | (23,361) | (16,611) |
| Net cash used in financing activities | (130,117) | (190,032) |

36

App. 677

Table of Contents

### 2019

Net cash provided by operating activities in 2019 includes adjustments to earnings of $50.0 million of stock-based compensation expense and $16.0 million of depreciation. Partially offsetting these adjustments was deferred income tax of $15.2 million primarily related to the net operating loss created by settlement of stock-based awards. The decrease in cash from changes in working capital primarily consists of an increase in accounts receivable of $61.4 million primarily related to the timing of cash receipts, including cash received in the fourth quarter of 2018 rather than in the first quarter of 2019 and an increase in revenue; an increase in other assets of $13.7 million primarily due to prepaid hosting services; a decrease in accounts payable and other liabilities of $6.4 million, due mainly to the timing of payments, including interest payments; and a decrease from income taxes payable and receivable of $6.4 million due primarily to tax payments in excess of tax accruals in foreign jurisdictions. These changes were partially offset by an increase in deferred revenue of $15.5 million, due mainly to growth in subscription sales.

Net cash used in investing activities in 2019 consists primarily of capital expenditures of $20.7 million that are primarily related to internal development of software and computer hardware to support our products and services.

Net cash used in financing activities in 2019 is primarily due to cash payments of $300 million for the repayment of borrowings under the Credit Facility, $138.5 million for withholding taxes paid on behalf of employees for net settled equity awards, and purchases of treasury stock of $76.1 million. Partially offsetting these payments were proceeds of $350.0 million from the issuance of the 5.625% Senior Notes and proceeds of $40.0 million from borrowings under the Credit Facility.

### 2018

Net cash provided by operating activities in 2018 includes adjustments to earnings of $33.7 million of stock-based compensation expense and $16.5 million of depreciation. Partially offsetting these adjustments was deferred income taxes of $13.8 million primarily related to the net operating loss created by the exercise and vesting of stock-based awards. The decrease in cash from changes in working capital primarily consists of an increase in other assets of $26.1 million primarily related to an increase in prepaid hosting services and capitalized mobile app store fees, an increase in accounts receivable of $9.2 million primarily related to the growth in revenue, and a decrease in accounts payable and other liabilities of $9.0 million, due mainly to the timing of payments, including interest payments. These changes were partially offset by an increase in deferred revenue of $14.7 million, due mainly to growth in subscription sales, and an increase in income taxes payable and receivable of $5.5 million due primarily to the timing of tax payments.

Net cash used in investing activities in 2018 consists primarily of capital expenditures of $14.8 million that are primarily related to computer hardware and internal development of software to support our products and services, and purchases of investments of $3.0 million, partially offset by cash acquired, net of cash paid, in a business combination of $1.1 million.

Net cash used in financing activities in 2018 is primarily due to cash payments of $115.3 million for withholding taxes paid on behalf of employees for net settled stock awards and the purchase of treasury stock of $73.9 million.

**Liquidity and Capital Resources**

The Company's principal sources of liquidity are its cash and cash equivalents as well as cash flows generated from operations. The Company has a $500 million Credit Facility that expires on December 7, 2023. At June 30, 2019, there were no outstanding borrowings under the Credit Facility.

The Company anticipates that it will need to make capital and other expenditures in connection with the development and expansion of its operations. The Company expects that 2019 capital expenditures will be approximately $40 million, an increase compared to 2018 capital expenditures, primarily related to additional leasehold improvements as Tinder expands office space.

The Company believes its expected positive cash flows generated from operations together with its existing cash and cash equivalents and available borrowing capacity under the Credit Facility will be sufficient to fund its normal operating requirements, capital expenditures, debt service, the payment of withholding taxes paid on

37

App. 678

behalf of employees for net settled stock-based awards, investing, and other commitments for the foreseeable future. The Company's liquidity could be negatively affected by a decrease in demand for our products and services.

In May 2017, the Board of Directors of the Company authorized Match Group to repurchase up to 6 million shares of its common stock. The timing and actual number of any shares repurchased will depend on a variety of factors, including price, general business and market conditions, and alternative investment opportunities. The Company is not obligated to purchase any shares under the repurchase program, and repurchases may be commenced, suspended or discontinued from time to time without prior notice. During the six months ended June 30, 2019, we repurchased 1.3 million shares for $80.9 million, on a trade date basis. Additionally, from July 1, 2019 to August 2, 2019, we purchased approximately 0.2 million shares for $15.3 million. As of August 2, 2019, a total of 1.4 million shares remain available for repurchase under the previously announced repurchase program.

The Company currently settles substantially all equity awards on a net basis. Assuming all equity awards outstanding on August 2, 2019 were net settled, we would issue 8.3 million common shares (of which 1.8 million are related to vested shares and 6.5 million are related to unvested shares) and, assuming at 50% withholding rate, would remit $623.7 million in cash for withholding taxes (of which $138.2 million is related to vested shares and $485.5 million is related to unvested shares). If we decided to issue a sufficient number of shares to cover the $623.7 million employee withholding tax obligation, 8.3 million additional shares would be issued by the Company.

The Company does not currently expect to be a material U.S. federal cash income tax payer until 2021. The ultimate timing is dependent primarily on the performance of the Company and the amount and timing of tax deductions related to stock-based awards. At June 30, 2019, all of the Company's international cash can be repatriated without significant tax consequences.

Our indebtedness could limit our ability to: (i) obtain additional financing to fund working capital needs, acquisitions, capital expenditures, debt service or other requirements; and (ii) use operating cash flow to pursue acquisitions or invest in other areas, such as developing properties and exploiting business opportunities. As of June 30, 2019, IAC owns 80.4% of our outstanding shares of capital stock and has 97.5% of the combined voting power of our outstanding capital stock. As a result of IAC's ability to control the election and removal of our Board of Directors, IAC effectively has the ability to control our financing activities, including the issuance of additional debt and equity securities, the incurrence of other indebtedness, or distributions to shareholders. While the Company believes we will have the ability to access debt and equity markets if needed, such transactions may require the concurrence of IAC.

38

App. 679

## CONTRACTUAL OBLIGATIONS AND COMMERCIAL COMMITMENTS

| Contractual Obligations[a] | Payments Due by Period | | | | |
| --- | --- | --- | --- | --- | --- |
| | Less Than 1 Year | 1–3 Years | 3–5 Years | More Than 5 Years | Total |
| | (In thousands) | | | | |
| Long-term debt[b] | $ 85,072 | $ 176,913 | $ 972,118 | $ 977,188 | $ 2,211,291 |
| Operating leases[c] | 16,154 | 25,653 | 8,480 | 7,185 | 57,472 |
| Purchase obligation[d] | 23,732 | 1,785 | — | — | 25,517 |
| Total contractual obligations | $ 124,958 | $ 204,351 | $ 980,598 | $ 984,373 | $ 2,294,280 |

[a]   The Company has excluded $34.9 million in unrecognized tax benefits and related interest from the table above as we are unable to make a reasonably reliable estimate of the period in which these liabilities might be paid. For additional information on income taxes, see "Note 4—Income Taxes" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

[b]   Represents contractual amounts due including interest on both fixed and variable rate instruments. Long-term debt at June 30, 2019 consists of the 6.375%, 5.00%, and 5.625% Senior Notes of $400 million, $450 million, and $350 million, respectively, which bear interest at fixed rates, and the Term Loan balance of $425 million which bears interest at a variable rate. The Term Loan bears interest at LIBOR plus 2.50%, or 4.90% at June 30, 2019. The amount of interest ultimately paid on the Term Loan may differ based on changes in interest rates and outstanding balances. For additional information on long-term debt, see "Note 6—Long-term Debt, net" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

[c]   The Company leases office space, data center facilities and equipment used in connection with its operations under various operating leases, many of which contain escalation clauses. The Company is also committed to pay a portion of the related operating expenses under certain lease agreements. These operating expenses are not included in the table above. For additional information on operating leases, see "Note 3—Leases" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

[d]   The purchase obligations consist primarily of a web hosting commitment.

We also had $0.1 million of letters of credit and surety bonds outstanding as of June 30, 2019 that could potentially require performance by the Company in the event of demands by third parties or contingent events.

39

App. 680

**Item 3.**   *Quantitative and Qualitative Disclosures about Market Risk*

**Interest Rate Risk**

The Company's exposure to market risk for changes in interest rates relates primarily to the Company's long-term debt.

At June 30, 2019, the Company's outstanding long-term debt was $1.6 billion, of which $1.2 billion of Senior Notes bear interest at fixed rates. If market rates decline, the Company runs the risk that the required payments on the fixed rate debt will exceed those based on market rates. A 100-basis point increase or decrease in the level of interest rates would, respectively, decrease or increase the fair value of the fixed-rate debt by $73.2 million. Such potential increase or decrease in fair value is based on certain simplifying assumptions, including a constant level and rate of fixed-rate debt for all maturities and an immediate across-the-board increase or decrease in the level of interest rates with no other subsequent changes for the remainder of the period. The $425 million Term Loan bears interest at a variable rate, which is LIBOR plus 2.50%. As of June 30, 2019, the rate in effect was 4.90%. If LIBOR were to increase or decrease by 100 basis points, then the annual interest expense and payments on the Term Loan would increase or decrease, respectively, by $4.3 million based upon the outstanding balance at June 30, 2019.

**Foreign Currency Exchange Risk**

The Company conducts business in certain foreign markets, primarily in the European Union, and is exposed to foreign exchange risk for both the Euro and GBP.

We have exposure to foreign currency exchange risk related to transactions carried out in a currency other than the U.S. dollar, and investments in foreign subsidiaries with a functional currency other than the U.S. dollar. As foreign currency exchange rates change, translation of the statements of operations of our international businesses into U.S. dollars affects year-over-year comparability of operating results. For the three and six months ended June 30, 2019, the impact on revenue for all foreign currencies was unfavorable by $15.8 million and $33.8 million, respectively, compared to the comparable prior year period due to the Euro, GBP, and certain other currencies. For a reconciliation of Revenue excluding foreign exchange effects, see "Principles of Financial Reporting."

Foreign currency exchange gains included in the Company's earnings for the three and six months ended June 30, 2019 were $1.8 million and $0.1 million, respectively. Foreign currency exchange gains for the three and six months ended June 30, 2018 were $9.6 million and $2.3 million, respectively. Historically foreign currency exchange gains and losses have not been material to the Company. The gains in 2018 are primarily related to a U.S. dollar denominated intercompany loan for which the receivable is held by a foreign subsidiary with a GBP functional currency, which was settled in December 2018. As the U.S. Dollar fluctuates against GBP, this intercompany loan experienced volatility, which resulted in foreign currency exchange gains or losses.

Historically, the Company has not hedged foreign currency exposures. Our continued international expansion increases our exposure to exchange rate fluctuations and as a result such fluctuations could have a significant impact on our future results of operations.

40

Table of Contents

**Item 4.**    *Controls and Procedures*

The Company monitors and evaluates on an ongoing basis its disclosure controls and procedures and internal control over financial reporting in order to improve their overall effectiveness. In the course of these evaluations, the Company modifies and refines its internal processes as conditions warrant.

As required by Rule 13a-15(b) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), Match Group management, including our principal executive and principal financial officers, evaluated the effectiveness of the Company's disclosure controls and procedures, as defined by Rule 13a-15(e) under the Exchange Act. Based on this evaluation, management has concluded that the Company's disclosure controls and procedures were effective as of the end of the period covered by this report in providing reasonable assurance that information we are required to disclose in our filings with the Securities and Exchange Commission under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Commission's rules and forms, and include controls and procedures designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our principal executive and principal financial officers, as appropriate to allow timely decisions regarding required disclosure.

There were no changes to the Company's internal control over financial reporting during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

41

App. 682

**PART II**

**OTHER INFORMATION**

**Item 1.** *Legal Proceedings*

**Overview**

We are, and from time to time may become, involved in various legal proceedings arising in the normal course of our business activities, such as patent infringement claims, trademark oppositions and consumer or advertising complaints, as well as stockholder derivative actions, class action lawsuits and other matters. The amounts that may be recovered in such matters may be subject to insurance coverage. The litigation matters described below involve issues or claims that may be of particular interest to our stockholders, regardless of whether any of these matters may be material to our financial position or operations based upon the standard set forth in the SEC's rules.

**Consumer Class Action Challenging Tinder's Age-Tiered Pricing**

On May 28, 2015, a putative state-wide class action was filed against Tinder in state court in California. *See Allan Candelore v. Tinder, Inc.*, No. BC583162 (Superior Court of California, County of Los Angeles). The complaint principally alleged that Tinder violated California's Unruh Civil Rights Act (the "Unruh Act") by offering and charging users age 30 and over a higher price than younger users for subscriptions to its premium Tinder Plus service. The complaint sought certification of a class of California Tinder Plus subscribers age 30 and over and damages in an unspecified amount. On September 21, 2015, Tinder filed a demurrer seeking dismissal of the complaint. On October 26, 2015, the court issued an opinion sustaining Tinder's demurrer to the complaint without leave to amend, ruling that the age-based pricing differential for Tinder Plus subscriptions did not violate California law in essence because offering a discount to users under age 30 was neither invidious nor unreasonable in light of that age group's generally more limited financial means. On December 29, 2015, in accordance with its ruling, the court entered judgment dismissing the action. On February 1, 2016, the plaintiff filed a notice of appeal from the judgment, and the parties thereafter briefed the appeal. On January 29, 2018, the California Court of Appeal (Second Appellate District, Division Three) issued an opinion reversing the judgment of dismissal, ruling that the lower court had erred in sustaining Tinder's demurrer because the complaint, as pleaded, stated a cognizable claim for violation of the Unruh Act. Because we believe that the appellate court's reasoning was flawed as a matter of law and runs afoul of binding California precedent, on March 12, 2018, Tinder filed a petition with the California Supreme Court seeking interlocutory review of the Court of Appeal's decision. On May 9, 2018, the California Supreme Court denied the petition. The case was then returned to the trial court for further proceedings and is currently in discovery.

In a related development, on June 19, 2019, in a substantially similar putative class action asserting the same substantive claims and pending in federal district court in California, the court issued an order granting final approval to a class-wide settlement, the terms of which are not material to the Company. *See Lisa Kim v. Tinder, Inc.*, No. 18-cv-3093 (U.S. District Court, Central District of California). On June 21, 2019, the *Kim* court entered judgment in accordance with its prior order. Because the approved settlement class in *Kim* subsumes the proposed settlement class in *Candelore*, the judgment in *Kim* would effectively render *Candelore* a single-plaintiff lawsuit. Accordingly, on July 11, 2019, two objectors to the *Kim* settlement, represented by the plaintiff's counsel in *Candelore*, filed a notice of appeal from the *Kim* judgment to the U.S. Court of Appeals for the Ninth Circuit. We believe that the allegations in the *Candelore* lawsuit are without merit and will continue to defend vigorously against it.

**Tinder Optionholder Litigation against IAC and Match Group**

On August 14, 2018, ten then-current and former employees of Match Group, LLC or Tinder, Inc. ("Tinder"), an operating business of Match Group, filed a lawsuit in New York state court against IAC and Match Group. *See Sean Rad et al. v. IAC/InterActiveCorp and Match Group, Inc.*, No. 654038/2018 (Supreme Court, New York County). The complaint alleges that in 2017, the defendants: (i) wrongfully interfered with a contractually established process for the independent valuation of Tinder by certain investment banks, resulting in a substantial undervaluation of Tinder and a consequent underpayment to the plaintiffs upon exercise of their Tinder stock options, and (ii) then wrongfully merged Tinder into Match Group, thereby depriving one of the plaintiffs (Mr. Rad) of his contractual right to later valuations of Tinder on a stand-alone basis. The complaint

42

Table of Contents

asserts claims for breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, interference with contractual relations (as against Match Group only), and interference with prospective economic advantage, and seeks compensatory damages in the amount of at least $2 billion, as well as punitive damages. On August 31, 2018, four plaintiffs who were still employed by Match Group filed a notice of discontinuance of their claims without prejudice, leaving the six former employees as the remaining plaintiffs.

On October 9, 2018, the defendants filed a motion to dismiss the complaint on various grounds, including that the 2017 valuation of Tinder by the investment banks was an expert determination any challenge to which is both time-barred under applicable law and available only on narrow substantive grounds that the plaintiffs have not pleaded in their complaint; the plaintiffs opposed the motion. On June 13, 2019, the court issued a decision and order (i) granting the motion to dismiss the claims for breach of the implied covenant of good faith and fair dealing and for unjust enrichment, (ii) granting the motion to dismiss the merger-related claim for breach of contract as to two of the remaining six plaintiffs, and (iii) otherwise denying the motion to dismiss. On June 21, 2019, the defendants filed a notice of appeal from the court's partial denial of their motion to dismiss. On July 2, 2019, the defendants filed their opening brief on appeal.

On June 3, 2019, the defendants filed a second motion to dismiss or for other relief based upon certain provisions of the plaintiffs' agreement with a litigation funding firm; the plaintiffs have opposed the motion, which remains pending. On July 15, 2019, the defendants filed an answer denying the material allegations of the complaint, as well as counterclaims against Sean Rad for breach of contract and unjust enrichment based upon his alleged misappropriation of confidential company information. Discovery in the case is proceeding. We believe that the allegations against Match Group and IAC in this lawsuit are without merit and will continue to defend vigorously against it.

**FTC Investigation of Certain Match.com Business Practices**

In March 2017, the Federal Trade Commission ("FTC") requested information and documents in connection with a civil investigation regarding certain business practices of Match.com. The FTC raised certain potential claims relating to Match.com's marketing, chargeback and online cancellation practices. In November 2018, the FTC offered to resolve its potential claims via a consent judgment mandating certain changes in the company's business practices, as well as a payment in the amount of $60 million. Discussions between Match Group and the FTC ensued but no resolution was reached. On August 7, 2019, the FTC voted to assert claims against the Company and referred the matter to the U.S. Department of Justice ("DOJ"). The Company expects to continue discussions with the FTC and DOJ. In the event no settlement is reached and litigation ensues, the amount sought may be substantially higher than the amounts discussed in settlement. Match Group believes that the FTC's claims regarding Match.com's practices, policies, and procedures are without merit and is prepared to defend vigorously against them.

**Item 1A.** *Risk Factors*

This quarterly report on Form 10-Q contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends and prospects in the industries in which Match Group's businesses operate and other similar matters. These forward-looking statements are based on Match Group management's current expectations and assumptions about future events as of the date of this quarterly report, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict.

Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing dating products, our ability to attract users to our dating products through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our dating products through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions and certain risks relating to our relationship with IAC/InterActiveCorp ("IAC"), among other risks.

App. 684

Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission, including in Part I "Item 1A. Risk Factors" of our annual report on Form 10-K for the fiscal year ended December 31, 2018 and in Part II "Item 1A. Risk Factors" of our quarterly report on Form 10-Q for the quarter ended March 31, 2019. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements discussed in this quarterly report may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this quarterly report. Match Group does not undertake to update these forward-looking statements.

**Item 2.** *Unregistered Sales of Equity Securities and Use of Proceeds*

**Unregistered Sales of Equity Securities**

Under the terms of the Employee Matters Agreement dated as of November 24, 2015, by and between IAC/InterActiveCorp ("IAC") and Match Group, Inc. (the "Company"), as amended effective as of April 13, 2016 (the "Employee Matters Agreement"), IAC may cause certain equity awards of the Company to be settled in shares of IAC common stock, par value $0.001 ("IAC Common Stock") and cause the Company to reimburse IAC for the cost of such shares of IAC Common Stock by issuing shares of Company common stock, par value $0.001 ("Company Common Stock") to IAC. The Employee Matters Agreement also provides that the Company will reimburse IAC for the cost of any IAC equity awards held by the Company's employees and former employees and that IAC may elect to receive payment either in cash or Company Common Stock.

On May 31, 2019, 3,670 shares of Company Common Stock were issued to IAC as reimbursement for shares of IAC Common Stock issued in connection with the exercise of IAC stock options held by Match Group employees.

On May 31, 2019 and June 30, 2019, 119,350 and 27,502 shares of Company Common Stock, respectively, were issued to IAC as reimbursement for shares of IAC Common Stock issued in connection with the exercise and settlement of equity awards formerly denominated in shares of a subsidiary of the Company pursuant to the Employee Matters Agreement.

The issuances of Company Common Stock described above did not involve any underwriters or public offerings and the Company believes that such issuances were exempt from the registration requirements of the Securities Act of 1933, as amended, pursuant to Section 4(a)(2) of such act.

**Issuer Purchases of Equity Securities**

The following table sets forth purchases by the Company of its common stock during the quarter ended June 30, 2019:

| Period | (a) Total Number of Shares Purchased | (b) Average Price Paid Per Share | (c) Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs[1] | (d) Maximum Number of Shares that May Yet Be Purchased Under Publicly Announced Plans or Programs[2] |
|---|---|---|---|---|
| April 2019 | 157,787 | $ 56.79 | 157,787 | 2,334,689 |
| May 2019 | 228,958 | $ 68.73 | 228,958 | 2,105,731 |
| June 2019 | 445,000 | $ 69.34 | 445,000 | 1,660,731 |
| Total | 831,745 | $ 66.79 | 831,745 | 1,660,731 |

_____

[1] Reflects repurchases made pursuant to the 6 million share repurchase authorization previously announced in May 2017, which has no expiration.

[2] Represents the total number of shares of common stock that remained available for repurchase pursuant to the May 2017 repurchase authorization. The timing and actual number of any shares repurchased will depend on a variety of factors, including price, general business and market conditions, and alternative investment opportunities. The Company is not obligated to purchase any shares under the repurchase

Table of Contents

program, and repurchases may be commenced, suspended or discontinued from time to time without prior notice.

**Item 5.** *Other Information*

On August 7, 2019, IAC/InterActiveCorp disclosed its intention to explore the possibility of a distribution of its equity interest in Match Group to IAC's shareholders, and that no decisions have been made as to the details of, or whether to pursue or consummate, such transaction.

45

**Item 6.** *Exhibits*

    The documents set forth below, numbered in accordance with Item 601 of Regulation S-K, are filed herewith, incorporated by reference herein by reference to the location indicated or furnished herewith.

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | | Filed (†) or Furnished (‡) Herewith (as indicated) |
|---|---|---|---|---|---|---|
| | | Form | SEC File No. | Exhibit | Filing Date | |
| 31.1 | Certification of the Chief Executive Officer pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | † |
| 31.2 | Certification of the Chief Financial Officer pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | † |
| 32.1 | Certification of the Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | ‡ |
| 32.2 | Certification of the Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | ‡ |
| 101.INS | Inline XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document. | | | | | |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document | | | | | † |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document | | | | | † |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document | | | | | † |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase Document | | | | | † |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document | | | | | † |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL and contained in Exhibit 101) | | | | | |

46

App. 687

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

August 8, 2019                      **MATCH GROUP, INC.**

By:                  /s/ GARY SWIDLER

Gary Swidler

*Chief Financial Officer*

| **Signature** | **Title** | **Date** |
|---|---|---|
| /s/ GARY SWIDLER | Chief Financial Officer | August 8, 2019 |
| Gary Swidler | | |

47

# Exhibit 18

App. 689

# matchgroup

**Match Group Reports Third Quarter 2019 Results**

Dallas, TX—November 5, 2019—Match Group (NASDAQ: MTCH) reported third quarter 2019 financial results today and separately released an investor presentation, which is available on the Investor Relations section of its website at https://ir.mtch.com.

## Q3 2019 HIGHLIGHTS

- Total Revenue grew 22% over the prior year quarter to $541 million. Excluding foreign exchange effects, revenue would have grown 24%.

- Average Subscribers increased 19% to 9.6 million, up from 8.1 million in the prior year quarter.

- Tinder Average Subscribers were 5.7 million in Q3 2019, increasing 437,000 sequentially and 1.6 million year-over-year.

- Operating income was $177 million, an increase of 26% over the prior year quarter, and Adjusted EBITDA increased 25% over the prior year quarter to $206 million.

- ARPU grew 4% over the prior year quarter to $0.59.  Excluding foreign exchange effects, ARPU was $0.60, an increase of 6% over the prior year quarter.

- On October 10, 2019, IAC conveyed to a special committee of disinterested directors of our Board of Directors a preliminary proposal for a transaction that would result in the full separation of Match Group from IAC. Our special committee is evaluating the proposal.

## Key Financial and Operating Metrics

| *(In thousands, except EPS and ARPU)* | | Q3 2019 | | Q3 2018 | Change |
|---|---|---|---|---|---|
| Revenue | $ | 541,493 | $ | 443,943 | 22% |
| Operating Income | $ | 176,604 | $ | 139,895 | 26% |
| Operating Income Margin | | 33% | | 32% | 1.1 pt |
| Net earnings attributable to shareholders | $ | 151,498 | $ | 130,159 | 16% |
| Diluted EPS | $ | 0.51 | $ | 0.44 | 16% |
| Adjusted EBITDA | $ | 206,131 | $ | 165,039 | 25% |
| Adjusted EBITDA Margin | | 38% | | 37% | 0.9 pt |
| Average Subscribers | | 9,612 | | 8,090 | 19% |
| ARPU | $ | 0.59 | $ | 0.57 | 4% |
| YTD Operating Cash Flow | $ | 472,867 | $ | 425,243 | 11% |
| YTD Free Cash Flow | $ | 442,798 | $ | 403,963 | 10% |

*See reconciliations of GAAP to non-GAAP measures starting on page 6.*

**Liquidity and Capital Resources**

For the nine months ended September 30, 2019, we generated operating cash flow of $473 million and Free Cash Flow of $443 million, both increasing over the prior year primarily due to increased net earnings and a higher use of cash related to other assets in the prior period, partially offset by the timing of a cash receipt, which we received in Q4 2018 instead of Q1 2019, where the comparable receipt in the prior year was received in Q1 2018.

We net settled all stock options that were exercised and restricted stock units that vested during the quarter ended September 30, 2019, utilizing $29 million of cash to pay employee withholding taxes, and we issued 0.3 million fewer dilutive shares as a result, at an effective price of $83.68. We repurchased 1.4 million shares during the quarter ended September 30, 2019 for $106 million on a trade date basis at an average price of $75.91, further mitigating the dilutive impact of stock-based compensation activity.

As of September 30, 2019, the Company had $366 million in cash and cash equivalents and $1.6 billion of long-term debt. The Company has a $500 million revolving credit facility, which was undrawn as of September 30, 2019, and currently remains undrawn.

Between October 1, 2019 and November 1, 2019, we repurchased an additional 0.3 million shares using $24 million in cash on a trade date basis at an average price of $73.64. In August 2019, our Board authorized an increase of 10 million shares in our previously announced share repurchase program. As of November 1, 2019, a total of 9.9 million shares remain available under the repurchase program.

Match Group's trailing twelve-month leverage as of September 30, 2019 is 2.2x on a gross basis and 1.7x on a net basis.

As of September 30, 2019, Match Group had a total of 280.3 million common and class B common shares outstanding; and IAC's economic ownership interest and voting interest in Match Group were 80.8% and 97.5%, respectively.

**Income Taxes**

In the third quarter of 2019 and 2018, Match Group recorded an income tax provision of $5 million and an income tax benefit from continuing operations of $6 million, respectively. Both periods are lower than the statutory rate of 21% due to (i) excess tax benefits generated by the exercise or vesting of stock-based awards and (ii) research credits, partially offset by state income taxes.

**Potential Separation from IAC**

On October 10, 2019, IAC conveyed to a special committee of disinterested directors of our Board of Directors a preliminary proposal for a transaction that would result in the full separation of Match Group from IAC. The proposal is more fully described in a [Schedule 13D amendment filed by IAC](#) with the Securities and Exchange Commission on October 11, 2019. Our special committee is evaluating the proposal. There can be no assurance that any transaction will occur or that if a transaction does occur as to the timing or terms of any such transaction.

**Conference Call**

Match Group will audiocast a conference call to answer questions regarding its third quarter financial results on Wednesday, November 6, 2019 at 8:30 a.m. Eastern Time. This call will include the disclosure of certain information, including forward-looking information, which may be material to an investor's understanding of Match Group's business. The live audiocast will be open to the public, and the investor presentation reviewing the results has been posted, on Match Group's investor relations website at [https://ir.mtch.com](https://ir.mtch.com).

## GAAP FINANCIAL STATEMENTS

## MATCH GROUP CONSOLIDATED STATEMENT OF OPERATIONS

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2019 | 2018 | 2019 | 2018 |
|  | (In thousands, except per share data) | | | |
| Revenue | $ 541,493 | $ 443,943 | $ 1,504,091 | $ 1,272,506 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | 138,225 | 107,512 | 385,114 | 298,790 |
| Selling and marketing expense | 113,581 | 108,374 | 327,132 | 316,806 |
| General and administrative expense | 67,752 | 45,187 | 184,379 | 130,113 |
| Product development expense | 36,609 | 34,027 | 113,563 | 98,531 |
| Depreciation | 8,081 | 8,513 | 24,109 | 25,059 |
| Amortization of intangibles | 641 | 435 | 1,464 | 914 |
| Total operating costs and expenses | 364,889 | 304,048 | 1,035,761 | 870,213 |
| Operating income | 176,604 | 139,895 | 468,330 | 402,293 |
| Interest expense | (22,672) | (18,376) | (68,575) | (54,458) |
| Other income, net | 2,787 | 894 | 3,837 | 4,677 |
| Earnings from continuing operations, before tax | 156,719 | 122,413 | 403,592 | 352,512 |
| Income tax (provision) benefit | (5,313) | 5,537 | (1,184) | 6,474 |
| **Net earnings from continuing operations** | 151,406 | 127,950 | 402,408 | 358,986 |
| Loss from discontinued operations, net of tax | — | (378) | — | (378) |
| **Net earnings** | 151,406 | 127,572 | 402,408 | 358,608 |
| Net loss attributable to noncontrolling interests | 92 | 2,587 | 97 | 3,787 |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 151,498 | $ 130,159 | $ 402,505 | $ 362,395 |
| | | | | |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ 0.54 | $ 0.47 | $ 1.43 | $ 1.31 |
| Diluted | $ 0.51 | $ 0.44 | $ 1.36 | $ 1.22 |
| | | | | |
| Basic shares outstanding | 281,029 | 277,492 | 280,597 | 276,634 |
| Diluted shares outstanding | 295,721 | 296,789 | 295,888 | 297,317 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ 919 | $ 493 | $ 2,860 | $ 1,768 |
| Selling and marketing expense | 1,199 | 745 | 3,925 | 2,526 |
| General and administrative expense | 10,854 | 8,567 | 33,915 | 23,817 |
| Product development expense | 7,833 | 6,336 | 30,117 | 21,699 |
| Total stock-based compensation expense | $ 20,805 | $ 16,141 | $ 70,817 | $ 49,810 |

**MATCH GROUP CONSOLIDATED BALANCE SHEET**

| | September 30, 2019 | December 31, 2018 |
|---|---|---|
| | (In thousands) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 366,447 | $ 186,947 |
| Accounts receivable, net | 167,027 | 99,052 |
| Other current assets | 66,156 | 57,766 |
| Total current assets | 599,630 | 343,765 |
| | | |
| Right of use assets | 46,546 | — |
| Property and equipment, net | 63,760 | 58,351 |
| Goodwill | 1,235,982 | 1,244,758 |
| Intangible assets, net | 234,315 | 237,640 |
| Deferred income taxes | 152,074 | 134,347 |
| Long-term investments | 9,076 | 9,076 |
| Other non-current assets | 20,781 | 25,124 |
| **TOTAL ASSETS** | $ 2,362,164 | $ 2,053,061 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Accounts payable | $ 22,184 | $ 9,528 |
| Deferred revenue | 233,519 | 209,935 |
| Accrued expenses and other current liabilities | 189,728 | 135,971 |
| Total current liabilities | 445,431 | 355,434 |
| | | |
| Long-term debt, net | 1,602,628 | 1,515,911 |
| Income taxes payable | 12,424 | 13,918 |
| Deferred income taxes | 19,036 | 20,174 |
| Other long-term liabilities | 54,156 | 21,760 |
| | | |
| Redeemable noncontrolling interest | 932 | — |
| | | |
| Commitment and contingencies | | |
| | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock | 76 | 72 |
| Class B convertible common stock | 210 | 210 |
| Additional paid-in capital | (154,644) | (57,575) |
| Retained earnings | 856,283 | 453,778 |
| Accumulated other comprehensive loss | (154,623) | (137,166) |
| Treasury stock | (319,934) | (133,455) |
| Total Match Group, Inc. shareholders' equity | 227,368 | 125,864 |
| Noncontrolling interests | 189 | — |
| Total shareholders' equity | 227,557 | 125,864 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 2,362,164 | $ 2,053,061 |

**MATCH GROUP CONSOLIDATED STATEMENT OF CASH FLOWS**

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| **Cash flows from operating activities attributable to continuing operations:** | | |
| **Net earnings from continuing operations** | $ 402,408 | $ 358,986 |
| Adjustments to reconcile net earnings from continuing operations to net cash provided by operating activities attributable to continuing operations: | | |
| Stock-based compensation expense | 70,817 | 49,810 |
| Depreciation | 24,109 | 25,059 |
| Amortization of intangibles | 1,464 | 914 |
| Deferred income taxes | (18,254) | (23,821) |
| Acquisition-related contingent consideration fair value adjustments | — | 265 |
| Other adjustments, net | 495 | (100) |
| Changes in assets and liabilities | | |
| Accounts receivable | (68,557) | (21,456) |
| Other assets | 3,129 | (22,059) |
| Accounts payable and other liabilities | 38,812 | 32,167 |
| Income taxes payable and receivable | (6,125) | 1,233 |
| Deferred revenue | 24,569 | 24,245 |
| **Net cash provided by operating activities attributable to continuing operations** | 472,867 | 425,243 |
| **Cash flows from investing activities attributable to continuing operations:** | | |
| Net cash (used) acquired in business combinations | (3,759) | 1,136 |
| Capital expenditures | (30,069) | (21,280) |
| Purchases of investments | — | (3,000) |
| Other, net | 1,071 | 39 |
| **Net cash used in investing activities attributable to continuing operations** | (32,757) | (23,105) |
| **Cash flows from financing activities attributable to continuing operations:** | | |
| Borrowings under the Credit Facility | 40,000 | — |
| Principal payments on Credit Facility | (300,000) | — |
| Proceeds from Senior Notes offering | 350,000 | — |
| Debt issuance costs | (5,593) | — |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (167,183) | (181,756) |
| Purchase of treasury stock | (175,736) | (86,239) |
| Purchase of noncontrolling interests | — | (3,503) |
| Acquisition-related contingent consideration payments | — | (185) |
| Other, net | (25) | (616) |
| **Net cash used in financing activities attributable to continuing operations** | (258,537) | (272,299) |
| **Total cash provided by continuing operations** | 181,573 | 129,839 |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | (2,141) | 133 |
| **Net increase in cash, cash equivalents, and restricted cash** | 179,432 | 129,972 |
| Cash, cash equivalents, and restricted cash at beginning of period | 187,140 | 272,761 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 366,572 | $ 402,733 |

## RECONCILIATIONS OF GAAP TO NON-GAAP MEASURES

### MATCH GROUP RECONCILIATION OF NET EARNINGS TO ADJUSTED EBITDA

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2019** | **2018** | **2019** | **2018** |
| | | (Dollars in thousands) | | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 151,498 | $ 130,159 | $ 402,505 | $ 362,395 |
| Add back: | | | | |
| Net loss attributable to noncontrolling interests | (92) | (2,587) | (97) | (3,787) |
| Loss from discontinued operations, net of tax | — | 378 | — | 378 |
| Income tax provision (benefit) | 5,313 | (5,537) | 1,184 | (6,474) |
| Other income, net | (2,787) | (894) | (3,837) | (4,677) |
| Interest expense | 22,672 | 18,376 | 68,575 | 54,458 |
| **Operating Income** | 176,604 | 139,895 | 468,330 | 402,293 |
| Stock-based compensation expense | 20,805 | 16,141 | 70,817 | 49,810 |
| Depreciation | 8,081 | 8,513 | 24,109 | 25,059 |
| Amortization of intangibles | 641 | 435 | 1,464 | 914 |
| Acquisition-related contingent consideration fair value adjustments | — | 55 | — | 265 |
| **Adjusted EBITDA** | $ 206,131 | $ 165,039 | $ 564,720 | $ 478,341 |
| | | | | |
| Revenue | $ 541,493 | $ 443,943 | $ 1,504,091 | $ 1,272,506 |
| Operating income margin | 33% | 32% | 31% | 32% |
| Adjusted EBITDA margin | 38% | 37% | 38% | 38% |

### MATCH GROUP RECONCILIATION OF OPERATING CASH FLOW FROM CONTINUING OPERATIONS TO FREE CASH FLOW

| | Nine Months Ended September 30, | |
|---|---|---|
| | **2019** | **2018** |
| | (In thousands) | |
| Net cash provided by operating activities attributable to continuing operations | $ 472,867 | $ 425,243 |
| Capital expenditures | (30,069) | (21,280) |
| Free Cash Flow | $ 442,798 | $ 403,963 |

**MATCH GROUP RECONCILIATION OF GAAP REVENUE TO NON-GAAP REVENUE, EXCLUDING FOREIGN EXCHANGE EFFECTS**

| *(Dollars in thousands, except ARPU)* | Three Months Ended September 30, | | | |
|---|---|---|---|---|
| | **2019** | **Change** | **% Change** | **2018** |
| Revenue, as reported | $ 541,493 | $ 97,550 | 22% | $ 443,943 |
| Foreign exchange effects | 8,334 | | | |
| Revenue Excluding Foreign Exchange Effects | $ 549,827 | $ 105,884 | 24% | $ 443,943 |
| | | | | |
| *(Change calculated using non-rounded numbers)* | | | | |
| ARPU, as reported | $ 0.59 | | 4% | $ 0.57 |
| Foreign exchange effects | 0.01 | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 6% | $ 0.57 |
| | | | | |
| International ARPU, as reported | $ 0.57 | | 3% | $ 0.55 |
| Foreign exchange effects | 0.02 | | | |
| International ARPU, excluding foreign exchange effects | $ 0.59 | | 7% | $ 0.55 |

| *(Dollars in thousands, except ARPU)* | Nine Months Ended September 30, | | | |
|---|---|---|---|---|
| | **2019** | **Change** | **% Change** | **2018** |
| Revenue, as reported | $1,504,091 | $ 231,585 | 18% | $1,272,506 |
| Foreign exchange effects | 42,126 | | | |
| Revenue Excluding Foreign Exchange Effects | $1,546,217 | $ 273,711 | 22% | $1,272,506 |
| | | | | |
| *(Change calculated using non-rounded numbers)* | | | | |
| ARPU, as reported | $ 0.58 | | 2% | $ 0.57 |
| Foreign exchange effects | 0.02 | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 5% | $ 0.57 |
| | | | | |
| International ARPU, as reported | $ 0.56 | | 1% | $ 0.56 |
| Foreign exchange effects | 0.03 | | | |
| International ARPU, excluding foreign exchange effects | $ 0.59 | | 6% | $ 0.56 |

**DILUTIVE SECURITIES**

Match Group has various tranches of dilutive securities. The table below details these securities and their potentially dilutive impact (shares in millions; rounding differences may occur).

|  | 11/1/2019 |
|---|---|
| Share Price | **$73.00** |
| Absolute Shares | **280.0** |
| **Vested Options and Awards** | |
| Match Group Options | 2.7 |
| IAC Equity Awards | 0.3 |
| **Total Dilution - Vested Options and Awards** | **3.0** |
| **Unvested Options and Awards** | |
| Match Group Options | 5.2 |
| Match Group RSUs | 1.4 |
| **Total Dilution - Unvested Options and Awards** | **6.6** |
| **Total Dilution** | **9.6** |
| % Dilution | 3.3% |
| **Total Diluted Shares Outstanding** | **289.6** |

The dilutive securities presentation in the above table is calculated using the methods and assumptions described below; these are different from GAAP dilution, which is calculated based on the treasury stock method.

Options — The table above assumes the option exercise price and the estimated income tax benefit from the tax deduction received upon the exercise of options (both vested and unvested awards) is used to repurchase Match Group shares.

Match Group is currently net settling all exercised options net of both the exercise price and employee withholding taxes. If the table above assumed options were also net settled for employee withholding taxes at a 50% withholding rate, the dilution shown above would be reduced by 1.8 million and 3.3 million shares for vested and unvested options, respectively, and the withholding taxes paid by the Company on behalf of the employees would be $128.4 million and $243.3 million for vested and unvested options, respectively.

RSUs — The table above assumes RSUs are settled net of withholding taxes, as is our practice, and the dilutive effect is presented as the net number of shares that would be issued upon vesting assuming a withholding tax rate of 50%. Withholding taxes paid by the Company on behalf of the employees upon vesting would have been $190.2 million, assuming the stock price in the table above and a 50% withholding rate. The table above also assumes the estimated income tax benefit from the tax deduction received upon the vesting of Match Group RSUs is used to repurchase Match Group shares.

IAC Equity Awards — IAC Equity awards represent options and market-based restricted stock units denominated in the shares of IAC that have been issued to employees of Match Group. Upon the exercise or vesting of IAC Equity awards, IAC will settle the awards with shares of IAC, and Match Group will issue additional shares of Match Group to IAC as reimbursement. The table above assumes the estimated income tax benefit from the tax deduction received upon the exercise or vesting of IAC denominated equity awards is used to repurchase Match Group shares.

### *PRINCIPLES OF FINANCIAL REPORTING*

Match Group reports Adjusted EBITDA, Adjusted EBITDA Margin, Free Cash Flow, and Revenue Excluding Foreign Exchange Effects, all of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). The Adjusted EBITDA, Adjusted EBITDA Margin, and Free Cash Flow measures are among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue Excluding Foreign Exchange Effects provides a comparable framework for assessing how our business performed without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to, and we are obligated to provide, the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures with equal or greater prominence and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments, which we describe below, between the GAAP and non-GAAP measures. Interim results are not necessarily indicative of the results that may be expected for a full year.

### *Definitions of Non-GAAP Measures*

Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization (Adjusted EBITDA) is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements. We believe Adjusted EBITDA is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted EBITDA measure because they are non-cash in nature. Adjusted EBITDA has certain limitations because it excludes certain expenses.

Adjusted EBITDA Margin is defined as Adjusted EBITDA divided by revenues. We believe Adjusted EBITDA margin is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. Adjusted EBITDA margin has certain limitations in that it does not take into account the impact to our consolidated statement of operations of certain expenses.

Free Cash Flow is defined as net cash provided by operating activities from continuing operations, less capital expenditures. We believe Free Cash Flow is useful to investors because it represents the cash that our operating businesses generate, before taking into account non-operational cash movements. Free Cash Flow has certain limitations in that it does not represent the total increase or decrease in the cash balance for the period, nor does it represent the residual cash flow for discretionary expenditures. Therefore, we think it is important to evaluate Free Cash Flow along with our consolidated statement of cash flows.

We look at Free Cash Flow as a measure of the strength and performance of our businesses, not for valuation purposes. In our view, applying "multiples" to Free Cash Flow is inappropriate because it is subject to timing, seasonality and one-time events. We manage our business for cash and we think it is of utmost importance to maximize cash – but our primary valuation metric is Adjusted EBITDA.

Revenue Excluding Foreign Exchange Effects is calculated by translating current period revenues using prior period exchange rates. The percentage change in Revenue Excluding Foreign Exchange Effects is calculated by determining the change in current period revenues over prior period revenues where current period revenues are translated using prior period exchange rates. We believe the impact of foreign exchange rates on Match Group, due to its global reach, may be an important factor in understanding period over period comparisons if movement in rates is significant. Since our results are reported in U.S. dollars, international revenues are favorably impacted as the U.S. dollar weakens relative to other foreign currencies, and unfavorably impacted as the U.S dollar strengthens relative to other foreign currencies. We believe the presentation of revenue excluding foreign exchange effects in

addition to reported revenue helps improve the ability to understand Match Group's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

**Non-Cash Expenses That Are Excluded From Our Non-GAAP Measures**

Stock-based compensation expense consists principally of expense associated with the grants of stock options, RSUs, performance-based RSUs and market-based awards.  These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method.  Performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period).  To the extent stock-based awards are settled on a net basis, the Company remits the required tax-withholding amounts from its current funds.

Depreciation is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives, or, in the case of leasehold improvements, the lease term, if shorter.

Amortization of intangible assets and impairments of goodwill and intangible assets are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names and technology, are valued and amortized over their estimated lives.  Value is also assigned to acquired indefinite-lived intangible assets, which comprise trade names and trademarks, and goodwill that are not subject to amortization.  An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value.  We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

Gains and losses recognized on changes in the fair value of contingent consideration arrangements are accounting adjustments to report contingent consideration liabilities at fair value.  These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.

*DEFINITIONS*

**Direct Revenue** - is revenue that is received directly from end users of our products and includes both subscription and à la carte revenue.

**Indirect Revenue** - is revenue that is not received directly from end users of our products, substantially all of which is advertising revenue.

**Subscribers** - are users who purchase a subscription to one of our products.  Users who purchase only à la carte features are not included in Subscribers.

**Average Subscribers** - is the number of Subscribers at the end of each day in the relevant measurement period divided by the number of calendar days in that period.

**Average Revenue per Subscriber ("ARPU")** - is Direct Revenue from Subscribers in the relevant measurement period (whether in the form of subscription or à la carte) divided by the Average Subscribers in such period and further divided by the number of calendar days in such period.  Direct Revenue from users who are not Subscribers and have purchased only à la carte features is not included in ARPU.

**Leverage on a gross basis** - is calculated as principal debt balance divided by Adjusted EBITDA for the period referenced.

**Leverage on a net basis** - is calculated as principal debt balance less cash divided by Adjusted EBITDA for the period referenced.

*OTHER INFORMATION*

**Safe Harbor Statement Under the Private Securities Litigation Reform Act of 1995**

This press release and our conference call, which will be held at 8:30 a.m. Eastern Time on November 6, 2019, may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends, the possibility of separating Match Group from IAC/InterActiveCorp, whether any agreement will be reached with respect to any separation transaction, the terms of any such transaction, and other similar matters. These forward-looking statements are based on management's current expectations and assumptions about future events, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict. Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing dating products, our ability to attract users to our dating products through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our dating products through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions, certain risks relating to our relationship with IAC, and the risks inherent in separating Match Group from IAC (including uncertainties related to, among other things, whether any agreement will be reached to proceed with a transaction, whether IAC will determine to proceed with any such transaction if an agreement can be reached, the final terms and conditions of any such transaction if such an agreement is reached, the costs and expected benefits of the proposed transaction, the expected timing of the transaction or whether it will be completed, whether any conditions to the transaction can be satisfied, the expected tax treatment of the transaction, and the impact of the transaction on the businesses of IAC and Match Group). Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this press release. Match Group does not undertake to update these forward-looking statements.

**About Match Group**

Match Group (NASDAQ: MTCH), through its portfolio companies, is a leading provider of dating products available in over 40 languages to our users all over the world. Our portfolio of brands includes Tinder®, Match®, PlentyOfFish®, Meetic®, OkCupid®, OurTime®, Pairs™, and Hinge®, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio companies and their trusted brands, we provide tailored products to meet the varying preferences of our users.

**Contact Us**

Lance Barton
Match Group Investor Relations
(212) 314-7400

Justine Sacco
Match Group Corporate Communications
(212) 445-5088

**Match Group**
8750 North Central Expressway, Dallas, TX 75231, (214) 576-9352 https://mtch.com

# Exhibit 19

**S&P Global**
Market Intelligence

# Match Group, Inc. NasdaqGS:MTCH
# FQ3 2019 Earnings Call Transcripts

## Wednesday, November 06, 2019 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2019- | | | -FQ4 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.46 | 0.58 | ▲26.09 | 0.51 | 1.91 | 2.30 |
| **Revenue (mm)** | 540.73 | 541.49 | ▲0.14 | 558.99 | 2063.84 | 2425.94 |

Currency: USD
Consensus as of  Nov-06-2019 12:03 PM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2018** | 0.38 | 0.45 | ▲1 18.42 % |
| **FQ1 2019** | 0.33 | 0.48 | ▲2 45.45 % |
| **FQ2 2019** | 0.43 | 0.50 | ▲3 16.28 % |
| **FQ3 2019** | 0.46 | 0.58 | ▲4 26.09 % |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants ...................................................................................... 3

Presentation ...................................................................................... 4

Question and Answer ...................................................................................... 9

Contents

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 257 of 324    PageID 1231

**3**

# Call Participants

**EXECUTIVES**

**Amanda W. Ginsberg**
*Former CEO & Director*

**Gary Swidler**
*COO & CFO*

**Lance Barton**
*Senior Vice President of
Investor Relations & Corporate
Development*

**ANALYSTS**

**Benjamin Thomas Black**
*Evercore ISI Institutional Equities,
Research Division*

**Brent John Thill**
*Jefferies LLC, Research Division*

**Eric James Sheridan**
*UBS Investment Bank, Research
Division*

**Jason Stuart Helfstein**
*Oppenheimer & Co. Inc., Research
Division*

**Mark Patrick Kelley**
*Nomura Securities Co. Ltd.,
Research Division*

**Nicholas Freeman Jones**
*Citigroup Inc, Research Division*

**Ross Adam Sandler**
*Barclays Bank PLC, Research
Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 704

**3**

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 258 of 324     PageID 1232

# Presentation

**Operator**

Good morning and welcome to the Match Group Third Quarter 2019 Earnings Conference Call. [Operator Instructions] Please note this event is being recorded.

I would now like to turn the conference over to Lance Barton, Senior Vice President of Corporate Development and Investor Relations. Please go ahead.

**Lance Barton**
*Senior Vice President of Investor Relations & Corporate Development*

Thanks, operator.

Today's call will be led by CEO Mandy Ginsberg and CFO Gary Swidler. They will review the third quarter investor presentation that's available on our website and then answer questions.

Before we start, I'd like to remind everyone that during this call, we may discuss our outlook and future performance. These forward-looking statements may be preceded by words such as we expect, we believe, we anticipate; or similar statements. These statements are subject to risk and uncertainty, and our actual results could differ materially from the views expressed today. Some of these risks have been set forth in our earnings release and our periodic reports filed with the SEC.

Now over to you, Mandy.

**Amanda W. Ginsberg**
*Former CEO & Director*

Thanks, Lance. And good morning, everyone. Welcome to our 2019 third quarter earnings call.

Our growth accelerated in Q3, which is our strongest quarter yet in what has already been an extremely successful year. Not only has the team driven phenomenal results, we have the scale, margin profile and diversity of brands to deliver record results while at the same time making new bets and investments that we believe will drive strong and consistent growth in the future.

Before I take you through some of these growth initiatives, I want to briefly touch upon IAC's proposal to fully separate Match Group from IAC. As you know, our Board has formed a special committee of independent directors to evaluate IAC's proposal. A summary of that proposal and the expected process going forward were outlined in a 13D filed last month, on October 11. Unfortunately, there's not really much we can say until the committee has agreed with IAC on a structure that they are ready to recommend to the disinterested shareholders, Match Group, so on this call we can't really comment on the transaction, but of course, we can comment on our great results. So with that, let's jump right into the presentation, starting on Slide 3.

You've heard me say the key objective for Tinder is to deliver an effective, engaging and fun core experience for all of our users on the app. That core experience is a fundamental driver of user retention and engagement, which ultimately leads to better user outcomes, meaning more matches, more dates and more relationships. In addition, we have focused on monetizing opportunities that will give users tools they find valuable and are willing to pay for because they provide a more efficient and effective experience on Tinder. Slide 3 illustrates how Tinder's core experience has led to remarkably high and stable user retention over the long run. The left chart shows that we've maintained strong engagement over the last several years at the same time we've driven user growth and revenue. 85% of our users who are active on any given day will return the following month, and you could see that hasn't changed since we started monetizing Tinder several years ago. Our users find real value in the product, and they demonstrate that by coming back to the app again and again. Over 60% of Tinder users are active on it 6 days per week. The average Tinder user is active more than 5 days a week, and that number keeps growing. The number of users active every single day of the week has increased by 30% this year.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 705

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 259 of 324    PageID 1233

In addition to these healthy retention and daily usage metrics, we've seen a meaningful lift in matches and messages since the launch of Tinder Gold 2 years ago. These metrics have shown continued strength even as we ramped growth throughout Asia and Latin America. Revenue growth throughout these regions has been accelerating. Tinder is the highest-grossing lifestyle app in roughly 100 countries around the world, yet it remains very underpenetrated in virtually all of them. In particular, large markets such as Japan, India and South Korea present major opportunities for Tinder, and we've been making meaningful strides at each of those markets. There is a long list of other countries that individually generate less revenue but present us with a large opportunity for growth in aggregates. These countries have strong societal tailwinds as more and more young people are dating and choosing their own partners. Localizing and marketing the product internationally is a key part of Tinder's growth strategy. We believe this will help grow brand awareness, shape perception and tap into local consumer behavior. And the right-hand chart shows that these core efforts are driving growth in the business.

If you turn to Slide 4, you will see one of our recent initiatives, Swipe Night. This demonstrates how we are continuing to innovate to make sure Tinder remains the iconic lifestyle brand for young singles. Swipe Night was a big creative swing and product innovation that is a real first in the category. Swipe Night is an in-app, first-person 5-minute interactive video series where at key turning points people use a swipe feature to decide what happens to the next. Your choices dictate how the adventure unfolds and who you match with, and we tagged profiles with the choices people made to create natural ice breakers.

The episodes aired every Sunday night in October in the U.S. Millions of users interacted with Swipe Night, leading to a 20% to 25% increase in likes and a 30% increase in matches. We also saw elevated conversation levels for days after the episodes ran. And female engagement, which is an incredibly important metric in any dating app, increased as a result as well. There was also a tremendous amount of positive buzz in the press and social media around Swipe Night highlighting this first-of-its-kind experience. This really extended our appeal and resonated with Gen Z users. We're planning to make season 1 available on demand soon, and we'll roll this out in key international markets early next year. This effort demonstrates the kind of creativity and team we have at Tinder and the kind of bets we're willing to make.

Swipe Night is just one example of many innovative initiatives you can expect to see from Tinder in the coming quarters to continue to grow our influence around the world.

Let's now turn to Slide 5. This slide highlights some of the other bets we're making across the portfolio. They include fueling the rapid growth at Hinge, growing OkCupid in India and beyond and continuing to address specific demos through Chispa and BLK.

Hinge's product continues to gain traction with relationship-minded millennials. Its recent new marketing campaigns have given the brand a sustained list in new users, and we expect to continue to invest in their momentum. We see plenty of room for Hinge to grow in English-speaking countries, which remains the focus for today. Until now, the Hinge team has been focused on user growth and product experience, but in 2020, we plan to shift the focus to improving monetization. We expect that these monetization efforts will gradually help offset the people, product and marketing investments we've been making in that business.

Moving to the center of the page. OkCupid has achieved tremendous growth in India since we started investing there late 2018. They've generated significant traction, especially compared to both domestic and international competitors operating in India. As a result of OkCupid's success in India, we've begun a similar push in Israel and Turkey this quarter, and we have plans in 2020 to push into even more countries where OkCupid already has measurable organic traction.

Last, Chispa and BLK have both been able to achieve strong growth in the U.S. within their respective demos of Latinos and African-Americans. We're in the early innings of monetization at both apps, but progress is strong, and we're optimistic we'll be able to drive solid subscriber and revenue growth at both brands in 2020.

On Slide 6, I want to cover some exciting new initiatives in live video that we've recently launched or will be launching soon that we think could further expand our addressable market.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 706

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 260 of 324    PageID 1234

Our company mission is to drive meaningful connections for every single person globally, and we recognize that video can be an important enabler of those connections. Chatting with friends and family using live video is ubiquitous today. It's evident that video has become a primary form of communication and expression, especially for Gen Z and younger, but beyond using video with people you know, innovative live video experiences offer ways to get to know someone new. It could be by chatting with someone new on a one-to-one basis or by watching someone's personality shine through as they're live streaming to a group. We know that many singles remain reluctant to use overt dating apps. And meeting people through live video experiences can provide a powerful alibi for fostering new connections. We're excited by these consumer trends and are in the process of launching a few small tests of live streaming broadcasts on both PlentyOfFish and Twoo, where we have very large global user bases.

In addition to the core matching and messaging experience on these brands, our users will be able to join live streaming communities. They can chat directly with live broadcasters or with other users who are viewing the same broadcasts. We think live streaming could be a great feature that helps build community and ultimately more engagement between our users. In addition to potentially driving higher engagement, live streaming offers new potential monetization avenues that don't currently exist in our portfolio. We did evaluate building this capability in house, but in an effort to get these tests up and running quickly and with minimal startup costs, we ultimately decided to leverage the SDKs of 2 different third-party platforms. This is our first foray into live streaming, so we're closely watching these tests to understand the adoption rates and how it impacts the overall ecosystem of our 2 brands in this test.

Moving to the right side of this slide. Research shows that, despite being more connected than ever before, people are lonelier. Just under half of all Americans report feeling lonely, and this is unfortunately worse in younger demos. Our products aim to enable users to make real-life connections and get on dates in the real world. We also think enabling conversations to take place virtually can play a role in creating positive connections and combating loneliness. With these trends in mind, we've internally incubated a one-on-one live video app called Ablo. Ablo enables one-on-one video connections between people from all over the world. This is very different from our other products which are geared to delivering in-person or IRL dates. This app allows 2 people to connect in real time regardless of location and language. The app will translate language simultaneously so 2 people who don't have a language in common can "talk to each other."

Ablo has grown to over 2.5 million registered users since it launched earlier this year, with the vast majority of users under the age of 35. Ablo users have embraced the concept of connecting with people from all over the globe. They view it as enabling traveling without having to go anywhere. They cite making new friends from other cultures and other backgrounds as one of the biggest reason for using the app. We see people have great conversations about their cultures, where they work, best places to travel; and they even share their favorite recipes. We believe Ablo gives us a different use case beyond dating and allows us a broadly addressable market. And we hope it can help our users feel more connected and perhaps even less alone.

It's still early, but Ablo has seen solid retention trends and strong app store ratings. The app is off to a nice start, and we plan to continue investing in the product and its growth. This is another example where we're investing in exciting and innovative products to further fuel long-term growth for the business.

Before I wrap up, I want to emphasize that across the company we are launching new and exciting features as well as expanding brands into new markets where we see opportunity. I am extremely optimistic about the future and strongly believe we are making smart investments to capture an even larger piece of a growing market and deliver sustained growth at strong levels of profitability.

Gary is going to take you through our fantastic results for Q3, along with an early look at our outlook for 2020. So with that, Gary?

**Gary Swidler**
*COO & CFO*

Thanks, Mandy.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 261 of 324   PageID 1235

As she said, we had another terrific quarter in Q3 with accelerated growth on top and bottom line, continued excellent performance at Tinder and improvement in non-Tinder subscriber trends. We're progressing on our strategic plan to position the company for consistent strong growth. This year, we're making a significant amount of product and marketing investment that we believe will drive sustained long-term global growth for the company through newer bets and by improving the performance of more mature brands. Even with these investments, we're on track for extremely solid financial performance in 2019. Let's get into the details from the quarter, then I'll update on our financial outlook.

On Slide 8, we review Tinder performance, which continues to shine. Q3 year-over-year growth in direct revenue of 49% accelerated from Q2 '19, driven by 38% growth in average subscribers and 9% growth in ARPU. A big driver of Tinder's growth in the quarter was the Gold homepage redesign, which was released on Android in July following its success on iOS. That helped drive a sequential increase of 437,000 average subscribers in Q3. Tinder remains on track to add approximately 1.6 million average subscribers this year, which will be our highest-ever annual total. Much of this growth has been driven by a long list of new product features and optimizing existing paid features rather than one large new revenue feature. This success clearly demonstrates what we can do on a platform of Tinder's scale. Underlying Tinder's continued growth is an extremely active and engaged ecosystem of users, both free and paid, which Mandy highlighted earlier in the call.

On Slide 9, you can see that year-over-year growth in average subscribers across the company's brands accelerated in Q3, with overall average subscriber growth of 19%, 1 point better than in Q2 '19. Year-over-year growth in North American and international subscribers also each accelerated from Q2. International subscriber growth was particularly strong, driven primarily by Tinder and Pairs, but other brands contributed as well. Non-Tinder subscribers performed better than they have in quite some time. A number of our more mature businesses, as well as our new bets like Hinge, Chispa and BLK, are contributing to subscriber growth. All of this gives us confidence that we will have modest non-Tinder year-over-year subscriber growth in Q4, a trend that we expect to continue in 2020.

Average subscribers for the quarter were just over 9.6 million, slightly over half from outside of North America. We expect the shift to a greater proportion of international subscribers to continue as our international growth efforts at both Tinder and our other brands progress.

Slide 10 shows ARPU trends. Tinder's ARPU has increased more than 70% over the past 3 years due to an increasing percentage of subscribers taking the higher-priced Gold package as well as strong à la carte sales. Tinder's ARPU is now essentially on par with the ARPU of our other brands, which has generally been quite stable. Tinder's ARPU increased 9% year-over-year in the quarter, more on an FX-neutral basis. We don't believe we've reached the ceiling for Tinder ARPU.

This quarter, overall company ARPU was up $0.02 year-over-year to $0.59. On an FX-neutral basis, total company ARPU was up 6% to $0.60, and international ARPU was up 7%.

Flipping to Slide 11, you can see that the company's Q3 total revenue was $541 million, for year-over-year growth of 22%, an acceleration of 4 points from Q2 '19. Total revenue growth would have been 24% without the impact of FX, for a total revenue of $550 million on a constant currency basis.

Total direct revenue grew 23%. Our much smaller indirect revenue decreased 15%, which was an improvement from Q2 year-over-year results. We expect indirect revenue trends to gradually stabilize over time. Margin improved by 1 point over the prior year quarter. Selling and marketing spend declined as a percentage of revenue again this quarter by 3 points to 21%, mostly offset by IAP growth and higher legal expenses.

Slide 12 shows that we started at the time of our IPO with gross leverage of 4.5x. From there, we've reduced leverage fairly consistently by just over 50% in gross leverage. We ended Q3 '19 at 2.2x gross leverage and 1.7x net leverage, below our targets. It's notable that we've achieved this delevering despite having paid a $556 million special dividend at the end of 2018 and having used $582 million of cash to buy back our shares over the past 2 years. We've also used $629 million of cash to net settle employee equity awards and pay employee withholding taxes since 2017. That's nearly $1.8 billion of cash in aggregate, which certainly demonstrates the enormous cash-generating power of our business.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

App. 708

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 262 of 324    PageID 1236

On Slide 13, we have our latest financial outlook.

For Q4 '19, we expect total revenue of $545 million to $555 million and $205 million to $210 million of EBITDA. Our revenue outlook includes about $6 million of incremental negative FX impacts, primarily from the euro and the pound against the dollar, since we provided our last financial outlook in August. We're anticipating that our Q4 margin will be in line with Q4 '18 even though we expect approximately $25 million in incremental legal costs and long-term-oriented product and marketing investment compared to the prior year quarter.

For full year 2019, we're expecting to have both revenue and EBITDA growth in the high teens, well above our expectations when the year began. Our EBITDA for 2019 reflects investment in Hinge of approximately $20 million, which we had planned for at the beginning of the year. Our margin for full year 2019 is being impacted by about $60 million of expenses we didn't plan for at the outset of the year, which we broadly bucket into 2 categories. First, we reinvested a portion of our outperformance this year back into our businesses, primarily at Tinder globally, OkCupid in select international markets, Harmonica to address the Muslim demo globally and Pairs Engage to capture some of the Japanese matrimonial market. We believe these investments will improve the company's long-term growth and enable us to further capture the large global market opportunity in front of us, especially in Asia. Second, we're incurring higher legal, regulatory and other nondiscretionary costs in 2019. This includes items such as the French digital services tax as well as increased costs related to various litigations we have underway.

I also did want to call out that Apple made some recent changes to customer subscription management process that have had a negative impact on renewal dynamics across many of our brands. Apple's changes are leading to a temporary increase in terminations, which we believe are largely a pull forward of future cancellations. We expect this to impact Q4 and Q1 2020 subscriber net addition levels before the impact tails off. The changes are recent, so we're still watching the impacts, but we factored it into our latest outlook.

We're in the midst of our planning process, but I wanted to share some high-level expectations for 2020. For the year, we expect to achieve mid- to high-teens revenue growth once again. We anticipate this will be driven by continued strong growth at Tinder as well as by growth on a number of our other businesses. We expect to see aggregate subscriber growth in 2020 from our non-Tinder brands and, of course, continued strong growth from Tinder. Tinder has an ambitious product road map again in 2020. They are still in the process of determining the mix between user growth and engagement, subscription and à la carte-oriented features.

We expect to continue to invest in 2020 in several of our new bets that are showing strong traction in their markets. Foremost is Hinge, which has tremendous product momentum and increasing brand awareness in the U.S. and other English-speaking markets. Hinge's user growth is very strong, and we're about to turn our focus to subscriber and revenue growth. In addition to Hinge, where we expect a relatively small investment in 2020, we expect to continue to invest to grow OkCupid in a number of markets globally. We also plan to continue to invest in BLK, Chispa, Ship, Ablo and Harmonica.

While we expect to have incremental year-over-year legal costs next year, we expect that many of the key pending matters will reach conclusion by the end of 2020. I also want to note that if we proceed with the spin-off, we expect to incur adviser and other costs of up to $10 million in connection with the transaction.

Even with our investments and some higher legal costs, we expect to achieve mid- to high-teens EBITDA growth for 2020, with EBITDA margins in line with 2019. We remain confident in the 40-plus-percent long-term margin target for the business. In fact, if you add back the $60 million of discretionary investments and nondiscretionary items that we are incurring this year, our margins would be at about 40%.

I want to share our current thinking about 2020 with you now, but we will be refining our plans through the rest of the year. And we'll provide updates in more detail on our next earnings call in early February. With that, I'll ask the operator to open the line for questions.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S  Document 39-1  Filed 06/12/20  Page 263 of 324    PageID 1237

# Question and Answer

**Operator**

[Operator Instructions] Today's first question comes from Mark Kelley of Nomura.

**Mark Patrick Kelley**
*Nomura Securities Co. Ltd., Research Division*

The first one is, can you just give us a little more color on the mix of discretionary and legal and regulatory expenses in 2020? I'm just curious what's keeping margins flat next year. A little more color there would be helpful. And then second, and it's related, but I'm curious what Tinder margins would look like both this year and then what you would expect in 2020. Just to give us a sense of the leverage that's in the model, excluding some of your long-term investments in newer bets.

**Gary Swidler**
*COO & CFO*

Sure. Let me give that a shot. And there's a lot of moving pieces on the margin, and so I'm going to try to walk you through it relatively clearly. And hopefully, this will be helpful. So when you look at what's happening for 2020, you've got a couple of big things that are helping give us improving margins. The most notable, of course, is that the Tinder business is becoming a bigger piece of the overall pie. And Tinder has higher margins than our other brands in aggregate until we get a lift from having a bigger piece of the business be Tinder. And I'll talk about Tinder margin in a second, which was kind of the second part of your question. We've also talked previously about giving users a choice on Tinder of -- on Android of credit cards or using their billing system and given that we've seen some improvement from a margin perspective, as users have chosen to pay with credit cards on Tinder. So those 2 things are helpful to our margins in 2020.

On the other side of the equation, we've got a number of things, some of which are discretionary and some of which aren't, that are impacting margins. Most notably and kind of the simplest one is legal and the spin-off costs, and I'll come back to legal. The spin-off costs, if the spin-off goes through, we're saying we're going to have $10 million of costs next year related to the spin-off. That would happen in 2020 or not, and then obviously that wouldn't recur again beyond that. On the legal side, if you look at the trends in legal: Our legal costs this year are jumping significantly from last year. In 2018, we had about $15 million of legal fees. This year, we've got about $40 million more expected for the year, so close to $55 million. So it's a significant jump in '19. And then our numbers for 2020 include additional legal fees probably in the neighborhood of about $15 million or so, so the jump is pretty significant from '18 to '19 and then incrementally from '19 to '20.

Now we don't view those as discretionary. We are involved in 3 significant lawsuits. And we are pursuing those with topflight lawyers because in 1 of the cases, Bumble, we think they've infringed on our patents and we're expecting to be compensated for that. And so we've been pursuing that litigation. On the other 2, one related to the FTC and DOJ investigation, we think the claims that have been made in that case are meritless, and we are going to defend ourselves against that vigorously. And so that is increasing our legal costs in 2020. It started now in late '19 and it's going to take place over the course of 2020. And the third relates to all the matters on the Tinder employee lawsuits, which again we think is purely a case of sour grapes on the Tinder employees' behalf. And we are defending ourselves on that lawsuit vigorously with topflight counsel again because we don't expect to make up the difference when people decide to sell their stock earlier and the stock price was lower versus now. We're not going to compensate people for having made that decision, and so we're fighting that lawsuit. And I think a lot of those matters are going to resolve themselves in 2020. And so the legal costs that have jumped and are pressuring our margins by probably about 2 points, if you add up the jump in legal costs between, say, '18 and '20, that will no longer be the case after we get beyond 2020. So we view those as a temporary lift, unnecessary lift, an unfortunate lift, but it's something that we've chosen to pursue to defend ourselves and to pursue the Bumble infringement.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 264 of 324   PageID 1238

Then if you look at kind of other trends in the business. On our non-Tinder brands what we're seeing is more of a shift to apps, and so we're paying more app store fees on the non-Tinder brands. That is a positive trend. We think it gives people a better user experience, but it's an extra cost that we're incurring and is a negative on the margin side. And then you get into the 2 categories of investments that we're choosing to make that are discretionary but we think are good for the long-term health of the business to help us grow the business long term. So the first is, and I mentioned this on my remarks, we're investing in a number of new bets, and we're watching these new bets very carefully. We believe they have solid traction. We're looking for indicators of solid traction to continue to make investments in them, but we think, to help continue to grow globally as a company, we want to make these bets. And so if you look at the investments we're making in OkCupid international; in our Pairs business in Japan, which is growing extremely nicely; in BLK and Chispa here in the U.S. focused on certain demographics, all of those businesses are showing strong traction. We're very disciplined about our investments into these businesses, but right now the markers that we're looking for in those businesses are being hit and so we're choosing to invest. And we're doing that knowing that we've got this headwind from the legal expense, and so the result is flatter margins than we would like in 2019 and 2020, but we're taking that on and basically saying, despite the fact that we've got this nondiscretionary legal expense that's impacting our margin, we're going to keep investing in the business for the future even if it means short term we don't have the margin expansion we are hoping for. Once we get through the legal issues, we'll see that margin expansion actually occur. So we're making that conscious choice. I think, as we go through our planning process for the rest of this year, for 2020, we're going to scrub all those investments and all those expenses and see what else we can deliver, but right now the guidance that I've provided reflects what we think is a reasonable level and a logical level of investments in those new brands.

And then we've got investments at Tinder, which has obviously been our growth engine. And you asked about this directly, but the margins at Tinder are strong. They've been expanding. The last time we talked about margins at Tinder, we said they were north of 40%. I think that was close to 2 years ago, and so you can expect that Tinder margins are much stronger now than they were 2 years ago. And so Tinder brings those strong margins, but at this point we also think it's important to continue to make investments in Tinder because we want to get it to grow globally and get to that next level. And so as we look at markets like Japan, like India, international markets where we think there's big opportunity for Tinder, we want to make sure we're making the right level of investment. So again it's a conscious decision. We're going to scrub those investments in Tinder; and make sure the investment we're making in engineering resources, our overall product development, tech infrastructure, product localization, trust and safety, moderation, all the things that are important that are -- that need to be made for this continued expansion globally, especially in these Asian markets, that we're making the appropriate levels of investment. So we've incorporated into our outlook for next year a strong level of investment in Tinder in all of those areas. Even with that, we'll see some margin expansion of Tinder next year. And as we come back in early February, having scrubbed those numbers, we'll be able to give you a little bit more precision around both the investments at Tinder and the investments in some of the new brands, but that's kind of everything that we've incorporated for next year and, I think, explains the margin trends at Tinder as well as the margin trends at the overall company.

## Operator

Our next question today comes from Jason Helfstein of Oppenheimer.

## Jason Stuart Helfstein
*Oppenheimer & Co. Inc., Research Division*

I'll ask 2 questions. One, obviously investors are trying to understand the fourth quarter Tinder guide. You did comment about this change that Apple made which was impacting re-signups. So maybe if you can elaborate a bit more there and then just what other information you have that is not due to Facebook Dating. We know you put out information about Canada, but any other information you want to put out there around your thoughts around Facebook Dating? And then secondarily, marketing is kind of at a record low as a percent of revenue. I think this was the second lowest quarter as a percent of revenue in the last 3 years. Do you guys need to invest more in marketing? Just maybe elaborate there.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 265 of 324     PageID 1239

## Amanda W. Ginsberg
*Former CEO & Director*

Okay. Let me take the Facebook one first, and Gary can chime in on the other question. So when Facebook launched Dating, we told you all on this call that we did not think it would impact our business. And that is turning to be -- turning out to be true. Facebook rolled out in the U.S.; and we've seen 0 impact in our business, especially at Tinder. And Facebook at this point has rolled out in about 20 markets, starting last year. And we've obviously been studying and watching these markets really closely and we haven't seen any impact in any of our KPIs across the globe. And then when Facebook launched in Canada about a year ago, we thought this was a great way to get a proxy for the U.S. So we've seen that now, those trends for the last year, and we've seen no impact in the Canadian market. So we're feeling good from a competitive aspect at this point, but we'll continue to watch. Keep in mind, during this past year when Facebook launched in all these markets, this is also when Tinder's growth has been accelerating globally. And then the only other thing that I wanted to mention is the Q4 Tinder net add expectations is not affected by Facebook at all. We see, as Gary mentioned, that this is an increased level of the terminations by iOS related to the changes at Apple, but we're not seeing this effect on Android, nor on new subscribers. So to date, we still see very -- no impact. And we'll continue to keep you all updated, but we do feel good from a competitive standpoint.

## Gary Swidler
*COO & CFO*

Yes. I mean I think that's all right. It's important to understand that what we're seeing in terms of Tinder subs for Q4 is basically what we've been expecting the entire Q4. We had a product plan at Tinder which we've been executing on. We talked about 1.6 million net adds for the full year, or thereabouts, and we're on track to deliver something very close to that. And so there is a little bit of a pull forward of terminations, as Mandy said, on iOS at Tinder and some of our other brands from the changes that Apple made. So that is affecting the sub number a little bit in Q4, but that is really, I think, the only thing that's sort of going on that is -- was not expected by us all along in this year as we planned Tinder sub additions. So that's the one item, but again I think it's mostly a pull forward probably into a little bit in Q4, probably lingers into Q1. And then I think you'll see that effect on the Tinder sub numbers and the overall sub numbers dissipate a little bit. So I think that's kind of -- as it relates to the Tinder sub outlook, that's kind of the pieces of it. It's certainly not related to Facebook or competition in any way.

I think, if you look at the overall fourth quarter outlook that we provided, there's really 2 things that are, I think, affecting kind of where we thought we'd be back in August versus where we are now. I think the first is FX, which I called out in my remarks. That's probably on the order of $6 million incremental negative versus where it was 3 months ago related to Brexit and the euro and pound against the dollar. And so that's 1 piece of it. And then there's probably some small impact from the Apple changes that we see in Q4 as well. So I think that's kind of the top line impact. Obviously that flows down to the bottom line as well, and so that's a piece of it. And then we have incremental legal expenses. I call out $25 million of incremental in Q4. Probably half of that, $12 million, $13 million, relates to legal. It's just a phase we're in right now in these various matters with FTC and DOJ as well as the Tinder employee and some of the other matters we have related to discovery and ongoing preparation, which we're taking all very seriously. And so we're incurring those expenses and they will affect our fourth quarter. So I think those are kind of the 3 moving pieces related to the fourth quarter versus where we had previously expected.

I think your second question related to marketing spend. And so when you look at our marketing spend, really what we're doing is we're shifting marketing spend from some of the brands that are more mature and showing less growth trajectory into the newer bets and brands that are showing more potential for growth. And that has been going on all year. It's continuing into Q4 and it's continuing into 2020, so that's a theme that you're going to continue to hear about. And so when you look at that, it's the brands you would expect. It's OkCupid in these international markets, in India, in other new markets where we think we have a chance to expand OkCupid. It's related to the BLK and Chispa brands. It's related to Hinge. It's related to Pairs, which has shown great traction in Japan, both in its core business as well now we're expanding into the new Pairs Engage product. So that's where the marketing spend is going. If you look at kind of the Q4 trajectory, I don't think marketing spend is going to be up significantly. I just think it's

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 266 of 324   PageID 1240

a shift. There's more dollars going into the brands that are showing growth, and there is more discipline around the spend. And that is something that we've been talking about for, I think, a long time. We have a very robust analytical framework to try to figure out where we should be spending the dollars and where we shouldn't. And we're continuing to fine-tune that, but the themes around investing or increasing marketing spend in the brands with momentum will continue to be a theme. And we'll continue to try to pare back as much as we can in the brands with less momentum to the extent we can do product work or other things to drive back momentum in some of the other brands, which we've done, for example, at OkCupid in the U.S. We will then spend more marketing dollars in those brands to supplement the organic growth that they're seeing. So it's not a decision that we make in that static. As we see performance in these brands, we will adjust our spend levels in each of them. And that's the constant job that we're doing to try to make sure we're allocating our overall marketing spend as efficiently as -- and effectively as we possibly can.

### Operator

Our next question comes from Ross Sandler of Barclays.

### Ross Adam Sandler
*Barclays Bank PLC, Research Division*

Gary, just one on the 2020 revenue outlook. So Tinder obviously continues to perform very strongly right now and from your comments into the future, so I guess, what level of Tinder PMC net adds are baked into the 2020 guidance? How do we bridge the 49% growth you're seeing right now with this mid- to high-teens revenue guidance as that becomes a bigger part of the business? And are you expecting the decel to come from Tinder or some of the other brands? Any color there would be helpful.

### Gary Swidler
*COO & CFO*

Okay. Sure. So if you look at kind of what we're expecting for next year, right, I think that Tinder will probably add in terms of order of magnitude a similar amount of revenue that -- in 2020 over 2019 that is adding dollars-wise 2019 over 2018. So we think that will be very similar, but obviously since it's off a bigger base, the growth rate will be lower in 2020 for Tinder than it is in 2019. That's just obviously math. So that's a piece of it. And then on the other side of the equation, we are increasingly confident that the rest of the brands in aggregate are going to start to deliver some growth for us on revenue in 2020. So I think it will be modest at first, but we believe we are approaching the point where the other brands are going to contribute. And so if they add a little bit of growth, that is kind of what gets us into that mid- to high-teens growth rate overall for the company. So that's kind of the mix: still very strong growth at Tinder but a lower overall growth rate off the bigger base and a little bit of contribution from the other brands. I think that, that is really the dynamics around our growth outlook on the top line for next year.

In terms of the Tinder subs for next year, we haven't really provided yet an outlook on that, and there's a few reasons for that. I think, as we've said many times and I guess I'll say it one more time here, we don't focus solely on Tinder subscriber net adds. We focus on driving Tinder revenue, which I just told you I think kind of what we think we can do next year in that regard. And we get it through a mix of ARPU improvement and subscriber growth. And so as we start to move more internationally at Tinder, the typical kind of Western model subscription, which is something that we're very good at and kind of has driven our business to this point, may not be right in every market. And we may shift the way we approach Tinder monetization more towards à la carte or consumables than towards a subscription model. And so that's something we're evaluating as Tinder grows globally, right? And so that is something that we're focused on. Obviously we understand we need to deliver a healthy number of Tinder net adds. We think we've incorporated a healthy level into our underlying assumption for next year, but as we continue to refine our product road map for next year, we're maintaining the flexibility to make adjustments between subscription and à la carte as we think through the global dynamics in the Tinder business.

And so that is kind of where we are at this moment. As I said, we will have more sort of detail around exactly how we're going to approach it, product cadence and everything else as we get a little further. I think we've done this a few times now. So the product cadence has become, I think, a little bit more clear.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 267 of 324    PageID 1241

If you look at 2019, we had a big revenue feature in Q2, another one in Q3 related to the Gold homepage redesign on iOS and Android. So I think, as we preliminarily think about it, we're thinking about some cadence that's kind of similar to that next year, but again that's something we're still sorting through. And we'll have more guidance on exactly when the features will be rolled out but, suffice to say, as we had in 2019, a very robust product road map for Tinder focused on revenue and engagement features. Tinder has rolled out a lot of different things very consistently in 2019. We're going to do the same thing in 2020. And our base case assumptions for next year assume that we'll roll out a lot of different things. Some will be more successful. Some will be less successful. Our outlook doesn't assume any massive home runs, but our goal always is to outperform those expectations and deliver features that really move the needle. And I'm sure some will and some won't, and some will move the needle more than we hoped, but how that all breaks out and when and which ones, I think, remains to be determined. But we -- the Tinder team is hard at work trying to make sure that we deliver all those features next year, and I'm sure they will.

**Operator**

Our next question comes from Brent Thill of Jefferies.

**Brent John Thill**
*Jefferies LLC, Research Division*

95,000 non-Tinder sub adds in 3Q. That's the best we've seen in a while. And can you just talk through the specific brands that drove that strength? And given there was strength there, why didn't it have a bigger impact on the top line?

**Gary Swidler**
*COO & CFO*

Sure. Okay. Well, thanks for pointing out certainly one of the brighter spots in our earnings report, I think, from this quarter. We believe that the non-Tinder brands really did turn the corner in Q3, and that's why we have confidence that those brands are going to grow in aggregate in Q4 and into 2020. And so you pointed out the 95,000 sequential additions, which is notable as you say. And I think the important thing to understand is we're getting contributions to that number from a broad number of brands. So Hinge is clearly a big contributor. OkCupid is a big contributor. The new bets in BLK and Chispa are contributing. Our Meetic business is contributing, so it's a number of brands within the non-Tinder group that are really contributing. And our goal is to keep widening that out, and I think we're on track to do that. The reason that you don't see as much revenue flow through as you might expect given those subscriber trends is a lot of those brands are still very early in their monetization trajectory. We've talked about this before a little bit related to Hinge, which we think there's a lot to go in terms of monetization. It's not something we've turned our attention to, but we are now starting to turn our attention to it and so that is on the plans for 2020. I think that, as Hinge continues to grow users, it will grow subscribers as it's been doing. As we adjust monetization, it will start to contribute much more to the overall revenue pie at the company, and the same is true for some of the other brands as well. So those brands are just in different phases of their development. And as I said earlier when we're investing -- when I explained why we're investing in these brands, we see the clear user growth, the product momentum. And now we need to turn our attention to monetization, to subscriber and revenue growth. That's what naturally comes next. You've got to take this all one step at a time. And we have a playbook that we're following for these brands. We're going to bring that playbook next to Hinge in a very significant way. And we have a lot of confidence that we'll be able to do what we need to do to drive monetization at those brands.

**Operator**

Our next question today comes from Eric Sheridan of UBS.

**Eric James Sheridan**
*UBS Investment Bank, Research Division*

Maybe going back to the commentary from Mandy on the video side and the rollout of the product that drove engagement in the quarter. Can you put a finer point on some of the learnings there on -- in terms of return you think you got on the spend around that product? How global could it become in terms of

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 268 of 324     PageID 1242

being rolled out? And are there other products like that or additional investments you want to make not only within Tinder but maybe across a broader portfolio of brands and geos as you think about what it might do for engagement maybe in long term?

### Amanda W. Ginsberg
*Former CEO & Director*

Okay. Great. Thanks, Eric. So the Swipe Night content that we developed was really focused on that Gen Z audience and, we thought, really resonated with that particular audience. And in addition, it's a kind of interesting way to capture user personality and get people to engage and strike up conversations right on the app. And so we think that, one, as I mentioned, we saw increased engagement. We saw increased communication. We saw increased conversations. We saw an increase in women engagement. So all of these things are really healthy and good for the ecosystem. And then sort of outside of what's happening on the app, we just saw a tremendous amount of buzz which we think will continue to kind of keep Tinder in the dialogue and make it fresh and young and relevant and really addresses the -- this audience that needs to make sure that Tinder stays relevant in this community. We also think that this short interactive miniseries, it could work in international markets. And so we're excited to see what happens when we launch the series outside the U.S., which we're planning on doing next year. So more to come on that, but given what we saw in the U.S., we think that this is definitely going to be relevant outside of the U.S. And then taking a step back and looking at video and video content across our other products: We are exploring video content as engagement drivers in a variety of different ways on our other platforms. I talked a little bit about live streaming today. What I like about the live streaming test is that users will have the ability not just to engage with the broadcasters but also to talk to other daters as well. So you can imagine where a broadcaster might talking -- be talking about music or recipes. People can actually comment not just to the broadcaster but to each other. So we think that, that content could create engagement and more of a community. So look, it's a little bit early on some of these video initiatives, but at the end of the day, we want to make sure that people have a reason to keep coming back and have a reason to strike up conversations because ultimately that will drive success. And so we'll be -- sort of as we roll these out, we'll be letting you know how that's going.

### Operator

Our next question comes from Nick Jones at Citi.

### Nicholas Freeman Jones
*Citigroup Inc, Research Division*

I guess, as you invest in some of the newer brands and maybe more conservative regions like in APAC and EMEA, are there any differences in kind of the funnel, like in the perception trends; like, I guess, a separate perception of using online dating and the perception of using it and then into paying? I guess, ultimately, does the funnel look the same in these kind of newer markets or newer regions that are more conservative in the U.S.? And can your kind of marketing machine operate the same way there as it does in the U.S.?

### Amanda W. Ginsberg
*Former CEO & Director*

Okay. Let me take that one. So if you think about more developed markets like the U.S. and Western Europe, we see about half the addressable market, half the singles have tried a dating app. And then in the regions that you mentioned, we see that percentage much less. There are higher stigmas. That's part of the reason. And there's lower category usage, but that is changing and we see that changing pretty rapidly. As you think about that addressable market, it's huge. These are young populations that are high mobile Internet -- they have high mobile usage and high Internet usage and they are starting to date. And their parents are less involved or becoming less involved in their dating behaviors and their choices for partners. So we think that this social change that's happening across this region is a big tailwind for us in the category. In the next 3 to 5 years, we're going to see that shift accelerating. And one of the reasons that we invested in Harmonica was for that reason. So Harmonica is just one example where we see that there's this need for young Muslim demo. In fact, the entrepreneurs that started Harmonica started it

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 269 of 324    PageID 1243

because their friends and family members felt a lot of pressure to have an arranged marriage. And they didn't feel comfortable with arranged marriage, so they thought this is a great option for serious-minded Muslims, which is a huge addressable market across MENA and APAC.

So you asked about different penetration rates. There are definitely markets where monetization is higher in -- than North America and Western Europe. Japan is one of these examples. So high ARPU but low penetration because there's still a lot of stigma, and that's changing. And then there's also markets where there's lower levels of monetization but huge TAM. And so we think in both these cases there is growth opportunity for us, and we want to capitalize on both of these. So we're pretty bullish. And obviously, in these markets we said recently that, in 5 years, 25% of our revenue would come from these regions from APAC. And we -- when we announced that, we were about 12%, and now a couple quarters later, we're about 15%. So we're definitely marching along that path, and we continue to see opportunity there.

**Operator**

And today's final question comes from Benjamin Black of Evercore.

**Benjamin Thomas Black**
*Evercore ISI Institutional Equities, Research Division*

I was wondering if you could perhaps comment on the trajectory of cost of revenue as we look to fiscal 2020 when you consider the mix shift to -- at Tinder and Hinge perhaps offset by the Android app fee bypass. And then -- and separately, wondering if you could perhaps comment on the Android subscriber trends post the Gold redesign.

**Gary Swidler**
*COO & CFO*

So just taking the last part of your question first. On the Android sub trends, we had -- we delivered 437,000 sequential adds at Tinder in Q3. We had been expecting something just above 400,000. So we actually are very pleased with the way the quarter went in general for Tinder as well as specifically the impact of the redesign on Android because, I think, the number speaks for itself. We exceeded the expectation that we had set out. So we feel very good that, that went better than planned and are very pleased overall with the Q3 performance of subscribers at Tinder. In terms of the cost of revenue, there are 2 or 3 items that I kind of want to call out. So on the positive side, we're getting benefit from more and more users at Tinder on Android paying by credit cards. As we said before, we think providing users a choice makes sense. Obviously the users see benefit in that because the take rates on the credit card payment method are strong at Tinder, and so that is giving us benefit in terms of cost of revenue. In terms of other things that are going on, though, that may make that benefit less visible as you read our reports, there's 2 things really going on. One, which I alluded to in the answer to I think the first question on the call, Tinder is spending more on tech infrastructure as it expands more globally to serve that more global customer base. And so that is appearing also in costs of revenue and is somewhat of an offset to the benefit we're getting from the Android credit card. So that's kind of one piece of it. And then the other thing which I alluded to as well in that question earlier in the call related to other brands besides Tinder moving more of their user base to apps. And so we're seeing a higher percentage of revenue being paid to app stores as a result of more of our other users coming on and subscribing through the app store. So those are the kind of puts and takes inside the cost of revenue line. And that's why it had been increasing pretty significantly over the last probably 8 quarters or maybe even longer. It has kind of stabilized at that point because there are kind of plus and minuses or benefits and offsets going on within that line. And I think that's an important trend overall to understand in the business.

So I think we have to leave it there. I think we're basically out of time. We appreciate everybody joining. Obviously, lots of moving pieces, and we tried to take you through it all as clearly as we could, but we feel great about the quarter. We feel great about the momentum that the business is showing. We are in great shape as we turn the corner from '19 into '20. And we look forward to talking to you all on our February call.

Thanks very much.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 270 of 324   PageID 1244

**Operator**
And thank you, sir. Today's conference has now concluded and we thank you all for attending today's presentation. You may now disconnect your lines.

MATCH GROUP, INC. FQ3 2018 EARNINGS CALL | NOV 07, 2018

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:19-cv-02356-S   Document 39-1   Filed 06/12/20   Page 271 of 324   PageID 1245

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

App. 718                    **17**

# Exhibit 20

**As filed with the Securities and Exchange Commission on November 7, 2019**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Quarterly Period Ended September 30, 2019**

**Or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from_____to_____

**Commission File No. 001-37636**

**matchgroup**

# Match Group, Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **26-4278917** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**8750 North Central Expressway, Suite 1400, Dallas, Texas 75231**
(Address of registrant's principal executive offices)
**(214) 576-9352**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 | MTCH | The Nasdaq Stock Market LLC (Nasdaq Global Select Market) |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑      Accelerated filer ☐      Non-accelerated filer ☐      Smaller reporting company ☐      Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☑

As of November 1, 2019, the following shares of the registrant's common stock were outstanding:

| | |
|---|---|
| Common Stock | 70,051,337 |
| Class B Common Stock | 209,919,402 |
| Class C Common Stock | — |
| Total outstanding Common Stock | 279,970,739 |

## TABLE OF CONTENTS

|  |  | Page Number |
|---|---|---|
| **PART I** | | |
| Item 1. | Consolidated Financial Statements | 3 |
| | Consolidated Balance Sheet | 3 |
| | Consolidated Statement of Operations | 4 |
| | Consolidated Statement of Comprehensive Operations | 5 |
| | Consolidated Statement of Shareholders' Equity | 6 |
| | Consolidated Statement of Cash Flows | 8 |
| | Note 1—The Company and Summary of Significant Accounting Policies | 9 |
| | Note 2—Revenue Recognition | 10 |
| | Note 3—Leases | 11 |
| | Note 4—Income Taxes | 13 |
| | Note 5—Financial Instruments | 14 |
| | Note 6—Long-term Debt, net | 17 |
| | Note 7—Accumulated Other Comprehensive Loss | 18 |
| | Note 8—Earnings per Share | 19 |
| | Note 9—Consolidated Financial Statement Details | 21 |
| | Note 10—Contingencies | 21 |
| | Note 11—Related Party Transactions | 22 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 40 |
| Item 4. | Controls and Procedures | 41 |
| **PART II** | | |
| Item 1. | Legal Proceedings | 42 |
| Item 1A. | Risk Factors | 44 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 45 |
| Item 6. | Exhibits | 47 |
| | Signatures | 48 |

2

App. 721

## PART I
## FINANCIAL INFORMATION

**Item 1.    *Consolidated Financial Statements***

## MATCH GROUP, INC. AND SUBSIDIARIES
## CONSOLIDATED BALANCE SHEET (Unaudited)

|  | September 30, 2019 | December 31, 2018 |
|---|---|---|
|  | (In thousands, except share data) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 366,447 | $ 186,947 |
| Accounts receivable, net of allowance of $584 and $724, respectively | 167,027 | 99,052 |
| Other current assets | 66,156 | 57,766 |
| Total current assets | 599,630 | 343,765 |
| Right-of-use assets | 46,546 | — |
| Property and equipment, net of accumulated depreciation and amortization of $117,474 and $113,025, respectively | 63,760 | 58,351 |
| Goodwill | 1,235,982 | 1,244,758 |
| Intangible assets, net of accumulated amortization of $13,020 and $11,843, respectively | 234,315 | 237,640 |
| Deferred income taxes | 152,074 | 134,347 |
| Long-term investments | 9,076 | 9,076 |
| Other non-current assets | 20,781 | 25,124 |
| **TOTAL ASSETS** | $ 2,362,164 | $ 2,053,061 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **LIABILITIES** | | |
| Accounts payable | $ 22,184 | $ 9,528 |
| Deferred revenue | 233,519 | 209,935 |
| Accrued expenses and other current liabilities | 189,728 | 135,971 |
| Total current liabilities | 445,431 | 355,434 |
| Long-term debt, net | 1,602,628 | 1,515,911 |
| Income taxes payable | 12,424 | 13,918 |
| Deferred income taxes | 19,036 | 20,174 |
| Other long-term liabilities | 54,156 | 21,760 |
| Redeemable noncontrolling interests | 932 | — |
| Commitments and contingencies | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock; $0.001 par value; authorized 1,500,000,000 shares; 76,081,805 and 71,513,087 shares issued; and 70,351,136 and 68,460,563 shares outstanding at September 30, 2019 and December 31, 2018, respectively | 76 | 72 |
| Class B convertible common stock; $0.001 par value; authorized 1,500,000,000 shares; 209,919,402 shares issued and outstanding | 210 | 210 |
| Class C common stock; $0.001 par value; authorized 1,500,000,000 shares; no shares issued and outstanding | — | — |
| Preferred stock; $0.001 par value; authorized 500,000,000 shares; no shares issued and outstanding | — | — |
| Additional paid-in capital | (154,644) | (57,575) |
| Retained earnings | 856,283 | 453,778 |
| Accumulated other comprehensive loss | (154,623) | (137,166) |
| Treasury stock; 5,730,669 and 3,052,524 shares, respectively | (319,934) | (133,455) |
| Total Match Group, Inc. shareholders' equity | 227,368 | 125,864 |
| Noncontrolling interests | 189 | — |
| Total shareholders' equity | 227,557 | 125,864 |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | $ 2,362,164 | $ 2,053,061 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

App. 722

App. 723

**MATCH GROUP, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENT OF OPERATIONS (Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| | (In thousands, except per share data) | | | |
| Revenue | $ 541,493 | $ 443,943 | $ 1,504,091 | $ 1,272,506 |
| Operating costs and expenses: | | | | |
| Cost of revenue (exclusive of depreciation shown separately below) | 138,225 | 107,512 | 385,114 | 298,790 |
| Selling and marketing expense | 113,581 | 108,374 | 327,132 | 316,806 |
| General and administrative expense | 67,752 | 45,187 | 184,379 | 130,113 |
| Product development expense | 36,609 | 34,027 | 113,563 | 98,531 |
| Depreciation | 8,081 | 8,513 | 24,109 | 25,059 |
| Amortization of intangibles | 641 | 435 | 1,464 | 914 |
| Total operating costs and expenses | 364,889 | 304,048 | 1,035,761 | 870,213 |
| Operating income | 176,604 | 139,895 | 468,330 | 402,293 |
| Interest expense | (22,672) | (18,376) | (68,575) | (54,458) |
| Other income, net | 2,787 | 894 | 3,837 | 4,677 |
| Earnings from continuing operations, before tax | 156,719 | 122,413 | 403,592 | 352,512 |
| Income tax (provision) benefit | (5,313) | 5,537 | (1,184) | 6,474 |
| **Net earnings from continuing operations** | 151,406 | 127,950 | 402,408 | 358,986 |
| Loss from discontinued operations, net of tax | — | (378) | — | (378) |
| **Net earnings** | 151,406 | 127,572 | 402,408 | 358,608 |
| Net loss attributable to noncontrolling interests | 92 | 2,587 | 97 | 3,787 |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 151,498 | $ 130,159 | $ 402,505 | $ 362,395 |
| | | | | |
| **Net earnings per share from continuing operations:** | | | | |
| Basic | $ 0.54 | $ 0.47 | $ 1.43 | $ 1.31 |
| Diluted | $ 0.51 | $ 0.44 | $ 1.36 | $ 1.22 |
| **Net earnings per share attributable to Match Group, Inc. shareholders:** | | | | |
| Basic | $ 0.54 | $ 0.47 | $ 1.43 | $ 1.31 |
| Diluted | $ 0.51 | $ 0.44 | $ 1.36 | $ 1.22 |
| | | | | |
| **Stock-based compensation expense by function:** | | | | |
| Cost of revenue | $ 919 | $ 493 | $ 2,860 | $ 1,768 |
| Selling and marketing expense | 1,199 | 745 | 3,925 | 2,526 |
| General and administrative expense | 10,854 | 8,567 | 33,915 | 23,817 |
| Product development expense | 7,833 | 6,336 | 30,117 | 21,699 |
| Total stock-based compensation expense | $ 20,805 | $ 16,141 | $ 70,817 | $ 49,810 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

4

App. 724

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF COMPREHENSIVE OPERATIONS (Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| | (In thousands) | | | |
| Net earnings | $ 151,406 | $ 127,572 | $ 402,408 | $ 358,608 |
| Other comprehensive loss, net of tax | | | | |
| Change in foreign currency translation adjustment | (19,718) | (871) | (17,454) | (9,616) |
| Total other comprehensive loss | (19,718) | (871) | (17,454) | (9,616) |
| Comprehensive income | 131,688 | 126,701 | 384,954 | 348,992 |
| Comprehensive loss attributable to noncontrolling interests | 93 | 2,640 | 94 | 3,907 |
| Comprehensive income attributable to Match Group, Inc. shareholders | $ 131,781 | $ 129,341 | $ 385,048 | $ 352,899 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

5

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY (Unaudited)**
**Three Months Ended September 30, 2019 and 2018**

App. 726

**Match Group Shareholders' Equity**

| | Redeemable Noncontrolling Interests | Common Stock $0.001 Par Value | | Class B Convertible Common Stock $0.001 Par Value | | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Treasury Stock | Total Match Group Shareholders' Equity | Noncontrolling Interests | Total Shareholders' Equity |
| | | $ | Shares | $ | Shares | | | | | | | |
| | | | | | | (In thousands) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance as of June 30, 2019 | $ 1,035 | $ 76 | 75,584 | $ 210 | 209,919 | $ (146,116) | $ 704,785 | $ (134,906) | $ (214,312) | $ 209,737 | $ 179 | $ 209,916 |
| Net (loss) earnings for the three months ended September 30, 2019 | (103) | — | — | — | — | — | 151,498 | — | — | 151,498 | 11 | 151,509 |
| Other comprehensive loss, net of tax | — | — | — | — | — | — | — | (19,717) | — | (19,717) | (1) | (19,718) |
| Stock-based compensation expense | — | — | — | — | — | 20,773 | — | — | — | 20,773 | — | 20,773 |
| Issuance of common stock pursuant to stock-based awards, net of withholding taxes | — | — | 265 | — | — | (28,828) | — | — | — | (28,828) | — | (28,828) |
| Issuance of common stock to IAC pursuant to the employee matters agreement | — | — | 233 | — | — | (473) | — | — | — | (473) | — | (473) |
| Purchase of treasury stock | — | — | — | — | — | — | — | — | (105,622) | (105,622) | — | (105,622) |
| Balance as of September 30, 2019 | $ 932 | $ 76 | 76,082 | $ 210 | 209,919 | $ (154,644) | $ 856,283 | $ (154,623) | $ (319,934) | $ 227,368 | $ 189 | $ 227,557 |
| Balance as of June 30, 2018 | $ 6,064 | $ 69 | 68,937 | $ 210 | 209,919 | $ (568) | $ 764,447 | $ (120,996) | $ (79,806) | $ 563,356 | $ 12,997 | $ 576,353 |
| Net earnings (loss) for the three months ended September 30, 2018 | 34 | — | — | — | — | — | 130,159 | — | — | 130,159 | (2,621) | 127,538 |
| Other comprehensive loss, net of tax | (53) | — | — | — | — | — | — | (818) | — | (818) | — | (818) |
| Stock-based compensation expense | — | — | — | — | — | 16,032 | — | — | — | 16,032 | 109 | 16,141 |
| Issuance of common stock pursuant to stock-based awards, net of withholding taxes | — | 1 | 1,324 | — | — | (66,587) | — | — | — | (66,586) | — | (66,586) |
| Issuance of common stock to IAC pursuant to the employee matters agreement | — | 1 | 259 | — | — | (1) | — | — | — | — | — | — |
| Purchase of treasury stock | — | — | — | — | — | — | — | — | (6,433) | (6,433) | — | (6,433) |
| Purchase of redeemable noncontrolling interests | (3,503) | — | — | — | — | — | — | — | — | — | — | — |
| Adjustment of redeemable noncontrolling interests to fair value | (2,542) | — | — | — | — | 2,542 | — | — | — | 2,542 | — | 2,542 |
| Balance as of September 30, 2018 | $ — | $ 71 | 70,520 | $ 210 | 209,919 | $ (48,582) | $ 894,606 | $ (121,814) | $ (86,239) | $ 638,252 | $ 10,485 | $ 648,737 |

6

App. 727

App. 728

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY (Unaudited) (Continued)**

**Nine Months Ended September 30, 2019 and 2018**

| | | Match Group Shareholders' Equity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Redeemable Noncontrolling Interests | Common Stock $0.001 Par Value | | Class B Convertible Common Stock $0.001 Par Value | | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Treasury Stock | Total Match Group Shareholders' Equity | Noncontrolling Interests | Total Shareholders' Equity |
| | | $ | Shares | $ | Shares | | | | | | | |
| | | | | | | (In thousands) | | | | | | |
| **Balance as of December 31, 2018** | $ — | $ 72 | 71,513 | $ 210 | 209,919 | $ (57,575) | $ 453,778 | $ (137,166) | $ (133,455) | $ 125,864 | $ — | $ 125,864 |
| Net (loss) earnings for the nine months ended September 30, 2019 | (110) | — | — | — | — | — | 402,505 | — | — | 402,505 | 13 | 402,518 |
| Other comprehensive (loss) income, net of tax | — | — | — | — | — | — | — | (17,457) | — | (17,457) | 3 | (17,454) |
| Stock-based compensation expense | — | — | — | — | — | 70,779 | — | — | — | 70,779 | — | 70,779 |
| Issuance of common stock pursuant to stock-based awards, net of withholding taxes | — | 4 | 3,962 | — | — | (167,161) | — | — | — | (167,157) | — | (167,157) |
| Issuance of common stock to IAC pursuant to the employee matters agreement | — | — | 607 | — | — | (514) | — | — | — | (514) | — | (514) |
| Purchase of treasury stock | — | — | — | — | — | — | — | — | (186,479) | (186,479) | — | (186,479) |
| Noncontrolling interests created in an acquisition | 1,042 | — | — | — | — | — | — | — | — | — | — | — |
| Noncontrolling interest created by the exercise of subsidiary denominated equity award | — | — | — | — | — | (173) | — | — | — | (173) | 173 | — |
| **Balance as of September 30, 2019** | $ 932 | $ 76 | 76,082 | $ 210 | 209,919 | $ (154,644) | $ 856,283 | $ (154,623) | $ (319,934) | $ 227,368 | $ 189 | $ 227,557 |
| **Balance as of December 31, 2017** | $ 6,056 | $ 64 | 64,370 | $ 210 | 209,919 | $ 81,082 | $ 532,211 | $ (112,318) | $ — | $ 501,249 | $ — | $ 501,249 |
| Net earnings (loss) for the nine months ended September 30, 2018 | 109 | — | — | — | — | — | 362,395 | — | — | 362,395 | (3,896) | 358,499 |
| Other comprehensive loss, net of tax | (120) | — | — | — | — | — | — | (9,496) | — | (9,496) | — | (9,496) |
| Stock-based compensation expense | — | — | — | — | — | 49,675 | — | — | — | 49,675 | 135 | 49,810 |
| Issuance of common stock pursuant to stock-based awards, net of withholding taxes | — | 4 | 3,596 | — | — | (181,878) | — | — | — | (181,874) | — | (181,874) |
| Issuance of common stock to IAC | | | | | | | | | | | | |

App. 729

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| pursuant to the employee matters agreement | — | 3 | 2,554 | — | — | (3) | — | — | — | — | — | — |
| Purchase of treasury stock | — | — | — | — | — | — | — | — | (86,239) | (86,239) | — | (86,239) |
| Purchase of redeemable noncontrolling interests | (3,503) | — | — | — | — | — | — | — | — | — | — | — |
| Adjustment of redeemable noncontrolling interests to fair value | (2,542) | — | — | — | — | 2,542 | — | — | — | 2,542 | — | 2,542 |
| Noncontrolling interests created in an acquisition | — | — | — | — | — | — | — | — | — | — | 14,246 | 14,246 |
| **Balance as of September 30, 2018** | $ — | $ 71 | 70,520 | $ 210 | 209,919 | $ (48,582) | $ 894,606 | $ (121,814) | $ (86,239) | $ 638,252 | $ 10,485 | $ 648,737 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

7

App. 730

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENT OF CASH FLOWS (Unaudited)**

| | Nine Months Ended September 30, | |
|---|---|---|
| | **2019** | **2018** |
| | (In thousands) | |
| **Cash flows from operating activities attributable to continuing operations:** | | |
| **Net earnings from continuing operations** | $ 402,408 | $ 358,986 |
| Adjustments to reconcile net earnings from continuing operations to net cash provided by operating activities attributable to continuing operations: | | |
| Stock-based compensation expense | 70,817 | 49,810 |
| Depreciation | 24,109 | 25,059 |
| Amortization of intangibles | 1,464 | 914 |
| Deferred income taxes | (18,254) | (23,821) |
| Acquisition-related contingent consideration fair value adjustments | — | 265 |
| Other adjustments, net | 495 | (100) |
| Changes in assets and liabilities | | |
| Accounts receivable | (68,557) | (21,456) |
| Other assets | 3,129 | (22,059) |
| Accounts payable and other liabilities | 38,812 | 32,167 |
| Income taxes payable and receivable | (6,125) | 1,233 |
| Deferred revenue | 24,569 | 24,245 |
| **Net cash provided by operating activities attributable to continuing operations** | 472,867 | 425,243 |
| **Cash flows from investing activities attributable to continuing operations:** | | |
| Net cash (used) acquired in business combinations | (3,759) | 1,136 |
| Capital expenditures | (30,069) | (21,280) |
| Purchases of investments | — | (3,000) |
| Other, net | 1,071 | 39 |
| **Net cash used in investing activities attributable to continuing operations** | (32,757) | (23,105) |
| **Cash flows from financing activities attributable to continuing operations:** | | |
| Borrowings under the Credit Facility | 40,000 | — |
| Proceeds from Senior Notes offering | 350,000 | — |
| Principal payments on Credit Facility | (300,000) | — |
| Debt issuance costs | (5,593) | — |
| Withholding taxes paid on behalf of employees on net settled stock-based awards | (167,183) | (181,756) |
| Purchase of treasury stock | (175,736) | (86,239) |
| Purchase of noncontrolling interests | — | (3,503) |
| Acquisition-related contingent consideration payments | — | (185) |
| Other, net | (25) | (616) |
| **Net cash used in financing activities attributable to continuing operations** | (258,537) | (272,299) |
| Total cash provided by continuing operations | 181,573 | 129,839 |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | (2,141) | 133 |
| **Net increase in cash, cash equivalents, and restricted cash** | 179,432 | 129,972 |
| Cash, cash equivalents, and restricted cash at beginning of period | 187,140 | 272,761 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 366,572 | $ 402,733 |

The accompanying Notes to Consolidated Financial Statements are an integral part of these statements.

8

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited)**

**NOTE 1—THE COMPANY AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

Match Group, Inc, through its portfolio companies, is a leading provider of dating products available in over 40 languages to our users all over the world. Our portfolio of brands includes Tinder®, Match®, PlentyOfFish®, Meetic®, OkCupid®, OurTime®, Pairs™, and Hinge®, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio companies and their trusted brands, we provide tailored products to meet the varying preferences of our users. Match Group has one operating segment, Dating, which is managed as a portfolio of dating brands.

As used herein, "Match Group," the "Company," "we," "our," "us," and similar terms refer to Match Group, Inc. and its subsidiaries, unless the context indicates otherwise.

As of September 30, 2019, IAC/InterActiveCorp's ("IAC") economic ownership interest and voting interest in Match Group were 80.8% and 97.5%, respectively.

On October 10, 2019, IAC conveyed to a special committee of disinterested directors of our Board of Directors a preliminary proposal for a transaction that would result in the full separation of Match Group from IAC. Our special committee is evaluating the proposal.

**Basis of Presentation and Consolidation**

The Company prepares its consolidated financial statements in accordance with U.S. generally accepted accounting principles ("GAAP"). The consolidated financial statements include the accounts of the Company, all entities that are wholly-owned by the Company and all entities in which the Company has a controlling financial interest. Intercompany transactions and accounts have been eliminated.

In management's opinion, the unaudited interim consolidated financial statements have been prepared on the same basis as the audited consolidated financial statements and reflect, in management's opinion, all adjustments, consisting of normal and recurring adjustments, necessary for the fair presentation of our financial position, results of operations and cash flows for the periods presented. Interim results are not necessarily indicative of the results that may be expected for the full year. The accompanying unaudited consolidated financial statements should be read in conjunction with the consolidated and combined statements and notes thereto included in the Company's Annual Report on Form 10-K for the year ended December 31, 2018.

For the purposes of these consolidated financial statements, income taxes have been computed on an as if Match Group stand-alone, separate tax return basis.

**Accounting for Investments and Equity Securities**

Investments in equity securities, other than those of our consolidated subsidiaries, are accounted for at fair value or under the measurement alternative of the Financial Accounting Standards Board's ("FASB") Accounting Standards Update ("ASU") No. 2016-01, *Recognition and Measurement of Financial Assets and Financial Liabilities*, following its adoption on January 1, 2018, with any changes to fair value recognized within other expense, net each reporting period. Under the measurement alternative, equity investments without readily determinable fair values are carried at cost minus impairment, if any, plus or minus changes resulting from observable price changes in orderly transactions for identical or a similar investment of the same issuer; value is generally determined based on a market approach as of the transaction date. A security will be considered identical or similar if it has identical or similar rights to the equity securities held by the Company. The Company reviews its equity securities for impairment each reporting period when there are qualitative indicators or events that indicate possible impairment. Factors we consider in making this determination include negative change in industry and market conditions, financial performance, business prospects, and other relevant events and factors. When indicators of impairment exist, the Company prepares quantitative assessments of the fair value of our equity securities, which require judgment and the use of estimates. When our assessment indicates that the fair value of the security is below the carrying value, the Company writes down the security to its fair value and records the corresponding charge within other income (expense), net.

9

App. 732

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

**Accounting Estimates**

Management of the Company is required to make certain estimates, judgments, and assumptions during the preparation of its consolidated financial statements in accordance with GAAP. These estimates, judgments, and assumptions impact the reported amounts of assets, liabilities, revenue, and expenses. Actual results could differ from these estimates.

On an ongoing basis, the Company evaluates its estimates and judgments including those related to: the fair values of cash equivalents, the carrying value of accounts receivable, including the determination of the allowance for doubtful accounts; the determination of revenue reserves; the useful lives and recoverability of definite-lived intangible assets and property and equipment; the recoverability of goodwill and indefinite-lived intangible assets; the fair value of equity securities without readily determinable fair values; contingencies; unrecognized tax benefits; the valuation allowance for deferred income tax assets; and the fair value of and forfeiture rates for stock-based awards, among others. The Company bases its estimates and judgments on historical experience, its forecasts and budgets, and other factors that the Company considers relevant.

**Recent Accounting Pronouncements Adopted by the Company**

The Company adopted ASU 2016-02, *Leases (Topic 842)* ("ASC 842") effective January 1, 2019. ASC 842 superseded previously existing guidance on accounting for leases and generally requires all leases to be recognized in the statement of financial position.

The adoption of ASC 842 resulted in the recognition of right-of-use assets (the "ROU assets") and related lease liabilities of $53.0 million and $57.9 million, respectively, as of January 1, 2019, with no cumulative effect adjustment. The adoption of ASC 842 had no impact on the Company's consolidated statement of operations and consolidated statement of cash flows. In addition, the adoption of ASC 842 did not impact the leverage calculations set forth in the agreements governing the outstanding debt or credit agreements of the Company, because, in each circumstance, the leverage calculations are not affected by the lease liabilities that were recorded upon adoption of ASC 842.

The Company adopted ASC 842 prospectively and, therefore, did not revise comparative period information or disclosure. In addition, the Company elected the package of practical expedients permitted under ASC 842.

See "Note 3—Leases" for additional information on the adoption of ASC 842.

**Reclassifications**

Certain prior year amounts have been reclassified to conform to the current year presentation.

**NOTE 2—REVENUE RECOGNITION**

**General Revenue Recognition**

Revenue is recognized when control of the promised services are transferred to our customers, and in the amount that reflects the consideration the Company expects to be entitled to in exchange for those services.

**Deferred Revenue**

Deferred revenue consists of advance payments that are received or are contractually due in advance of the Company's performance. The Company's deferred revenue is reported on a contract by contract basis at the end of each reporting period. The Company classifies deferred revenue as current when the term of the applicable subscription period or expected completion of our performance obligation is one year or less. The current deferred revenue balance as of December 31, 2018 was $209.9 million. During the nine months ended September 30, 2019, the Company recognized $207.5 million of revenue that was included in the deferred revenue balance as of December 31, 2018. The current deferred revenue balance at September 30, 2019 is $233.5 million. At September 30, 2019 and December 31, 2018, there was no non-current portion of deferred revenue.

10

App. 733

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

**Practical Expedients and Exemptions**

As permitted under the practical expedient available under ASU No. 2014-09, *Revenue from Contracts with Customers,* the Company does not disclose the value of unsatisfied performance obligations for (i) contracts with an original expected length of one year or less, (ii) contracts with variable consideration that is allocated entirely to unsatisfied performance obligations or to a wholly unsatisfied promise accounted for under the series guidance, and (iii) contracts for which the Company recognizes revenue at the amount which we have the right to invoice for services performed.

**Disaggregation of Revenue**

The following table presents disaggregated revenue:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| | (In thousands) | | | |
| Direct Revenue: | | | | |
| North America | $ 268,863 | $ 233,643 | $ 758,135 | $ 667,163 |
| International | 262,086 | 197,902 | 714,076 | 564,846 |
| Total Direct Revenue | 530,949 | 431,545 | 1,472,211 | 1,232,009 |
| Indirect Revenue (principally advertising revenue) | 10,544 | 12,398 | 31,880 | 40,497 |
| Total Revenue | $ 541,493 | $ 443,943 | $ 1,504,091 | $ 1,272,506 |

**NOTE 3—LEASES**

The Company leases office space, data center facilities, and equipment used in connection with its operations under various operating leases, many of which contain escalation clauses. Several of these lease agreements relate to properties owned by IAC. See "Note 11—Related Party Transactions" for additional information on the intercompany lease agreements.

ROU assets represent the Company's right to use the underlying assets for the lease term and lease liabilities represent the present value of the Company's obligation to make payments arising from leases. ROU assets and related lease liabilities are based on the present value of fixed lease payments over the lease term using the Company's incremental borrowing rates on the lease commencement date or January 1, 2019 for leases that commenced prior to that date. The Company combines the lease and non-lease components of lease payments in determining ROU assets and related lease liabilities. If the lease includes one or more options to extend the term of the lease, the renewal option is considered in the lease term if it is reasonably certain the Company will exercise the options. Lease expense is recognized on a straight-line basis over the term of the lease. As permitted by ASC 842, leases with an initial term of twelve months or less ("short-term leases") are not recorded on the accompanying consolidated balance sheet.

Variable lease payments consist primarily of common area maintenance, utilities, and taxes, which are not included in the recognition of ROU assets and related lease liabilities. The Company's lease agreements do not contain any material residual value guarantees or material restrictive covenants.

11

App. 734

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

| Leases | Balance Sheet Classification | September 30, 2019 |
|---|---|---|
| | | (In thousands) |
| **Assets:** | | |
| Right-of-use assets | Right-of-use assets | $ 46,546 |
| | | |
| **Liabilities:** | | |
| Current lease liabilities | Accrued expenses and other current liabilities | $ 14,725 |
| Long-term lease liabilities | Other long-term liabilities | 35,756 |
| Total lease liabilities | | $ 50,481 |

| Lease Cost | Income Statement Classification | Three Months Ended September 30, 2019 | Nine Months Ended September 30, 2019 |
|---|---|---|---|
| | | (In thousands) | |
| Fixed lease cost | Cost of revenue | $ 896 | $ 2,715 |
| Fixed lease cost | General and administrative expense | 4,058 | 11,674 |
| Total fixed lease cost[a] | | 4,954 | 14,389 |
| | | | |
| Variable lease cost | Cost of revenue | 89 | 271 |
| Variable lease cost | General and administrative expense | 689 | 2,280 |
| Total variable lease cost | | 778 | 2,551 |
| Net lease cost | | $ 5,732 | $ 16,940 |

————————————

(a) Includes approximately $0.8 million and $2.4 million of short-term lease cost, and less than $0.1 million and $0.3 million of sublease income, for the three and nine months ended September 30, 2019, respectively.

Maturities of lease liabilities as of September 30, 2019:

| | (In thousands) |
|---|---|
| Remainder of 2019 | $ 3,958 |
| 2020 | 16,848 |
| 2021 | 14,898 |
| 2022 | 8,872 |
| 2023 | 3,384 |
| After 2023 | 8,633 |
| **Total** | 56,593 |
| Less: Interest | (6,112) |
| Present value of lease liabilities | $ 50,481 |

12

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

The following are the weighted average assumptions used for lease term and discount rate as of September 30, 2019:

| | |
|---|---|
| Remaining lease term | 4.2 years |
| Discount rate | 5.02 % |

| | Three Months Ended September 30, 2019 | | Nine Months Ended September 30, 2019 | |
|---|---|---|---|---|
| | (In thousands) | | | |
| **Other information:** | | | | |
| Right-of-use assets obtained in exchange for lease liabilities | $ | 3,636 | $ | 4,256 |
| Cash paid for amounts included in the measurement of lease liabilities | $ | 4,322 | $ | 13,278 |

**NOTE 4—INCOME TAXES**

Match Group is included within IAC's tax group for purposes of federal and consolidated state income tax return filings. In all periods presented, current income tax provision and deferred income tax benefit have been computed on an as if Match Group stand-alone, separate return basis. Match Group's payments to IAC for its share of IAC's consolidated federal and state tax return liabilities have been reflected within cash flows from operating activities in the accompanying consolidated statement of cash flows.

At the end of each interim period, the Company estimates the annual expected effective income tax rate and applies that rate to its ordinary year-to-date earnings or loss. The income tax provision or benefit related to significant, unusual, or extraordinary items, if applicable, that will be separately reported or reported net of their related tax effects are individually computed and recognized in the interim period in which they occur. In addition, the effect of changes in enacted tax laws or rates, tax status, judgment on the realizability of beginning-of-the-year deferred tax assets in future years or unrecognized tax benefits is recognized in the interim period in which the change occurs. Included in the income tax benefit for the three months ended September 30, 2019 is a benefit of $6.2 million due to a lower estimated annual effective income tax rate from that applied to ordinary income through the six months ended June 30, 2019. The lower estimated annual effective income tax rate was primarily due to an increase in estimated research credits.

The computation of the annual expected effective income tax rate at each interim period requires certain estimates and assumptions including, but not limited to, the expected pre-tax income (or loss) for the year, projections of the proportion of income (and/or loss) earned and taxed in foreign jurisdictions, permanent and temporary differences, and the likelihood of the realization of deferred tax assets generated in the current year. The accounting estimates used to compute the provision or benefit for income taxes may change as new events occur, more experience is acquired, additional information is obtained or our tax environment changes. To the extent that the expected annual effective income tax rate changes during a quarter, the effect of the change on prior quarters is included in income tax provision in the quarter in which the change occurs.

For the three months ended September 30, 2019 and September 30, 2018, the Company recorded an income tax provision from continuing operations of $5.3 million, which represents an effective tax rate of 3%, and an income tax benefit from continuing operations of $5.5 million, respectively. The effective income tax rates are lower than the statutory rate of 21% due primarily to (i) excess tax benefits generated by the exercise and vesting of stock-based awards and (ii) research credits; partially offset by state income taxes. For the nine months ended September 30, 2019 and September 30, 2018, the Company recorded an income tax provision from continuing operations of $1.2 million and an income tax benefit from continuing operations of $6.5 million, respectively. The effective income tax rates are lower than the statutory rate of 21% due primarily to (i) excess tax benefits generated by the exercise and vesting of stock-based awards and (ii) research credits; partially offset by state income taxes.

13

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

The Company recognizes interest and, if applicable, penalties related to unrecognized tax benefits in the income tax provision. Accruals for interest and penalties are not material.

Match Group is routinely under audit by federal, state, local and foreign authorities in the area of income tax as a result of previously filed separate company tax returns and consolidated tax returns with IAC. These audits include questioning the timing and the amount of income and deductions and the allocation of income and deductions among various tax jurisdictions. The Internal Revenue Service is currently auditing IAC's federal income tax returns for the years ended December 31, 2010 through 2016, which includes the operations of Match Group. The statute of limitations for the years 2010 through 2012 has been extended to July 31, 2020, and the statute of limitations for the years 2013 to 2015 has been extended to December 31, 2020. Returns filed in various other jurisdictions are open to examination for tax years beginning with 2009. Income taxes payable include unrecognized tax benefits considered sufficient to pay assessments that may result from examination of prior year tax returns. We consider many factors when evaluating and estimating our tax positions and tax benefits, which may not accurately anticipate actual outcomes and, therefore, may require periodic adjustments. Although management currently believes changes in unrecognized tax benefits from period to period and differences between amounts paid, if any, upon resolution of issues raised in audits and amounts previously provided will not have a material impact on the liquidity, results of operations, or financial condition of the Company, these matters are subject to inherent uncertainties and management's view of these matters may change in the future.

At September 30, 2019 and December 31, 2018, unrecognized tax benefits, including interest and penalties, are $51.0 million and $37.6 million, respectively. Unrecognized tax benefits, including interest and penalties, at September 30, 2019 increased by $13.4 million due primarily to research credits. At September 30, 2019 and December 31, 2018, approximately $37.2 million and $22.6 million, respectively, was included in unrecognized tax benefits for tax positions included in IAC's consolidated tax return filings. If unrecognized tax benefits at September 30, 2019 are subsequently recognized, $47.7 million, net of related deferred tax assets and interest, would reduce income tax expense. The comparable amount as of December 31, 2018 was $35.6 million. The Company believes that it is reasonably possible that its unrecognized tax benefits could decrease by $17.3 million by September 30, 2020 due to settlements and expirations of statutes of limitations, all of which would reduce the income tax provision.

**NOTE 5—FINANCIAL INSTRUMENTS**

**Equity securities without readily determinable fair values**

At both September 30, 2019 and December 31, 2018, the carrying value of the Company's investments in equity securities without readily determinable fair values totaled $9.1 million and is included in "Long-term investments" in the accompanying consolidated balance sheet. The cumulative downward adjustments (including impairments) to the carrying value of equity securities without readily determinable fair values, since the adoption of ASU 2016-01 on January 1, 2018 through September 30, 2019, were $2.1 million. For both the nine months ended September 30, 2019 and 2018, there were no adjustments to the carrying value of equity securities without readily determinable fair values held.

For all equity securities without readily determinable fair values as of September 30, 2019 and December 31, 2018, the Company has elected the measurement alternative. As of September 30, 2019, under the measurement alternative election, the Company did not identify any fair value adjustments using observable price changes in orderly transactions for an identical or similar investment of the same issuer.

**Fair Value Measurements**

The Company categorizes its financial instruments measured at fair value into a fair value hierarchy that prioritizes the inputs used in pricing the asset or liability. The three levels of the fair value hierarchy are:

• Level 1: Observable inputs obtained from independent sources, such as quoted market prices for identical assets and liabilities in active markets.

14

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

- Level 2: Other inputs, which are observable directly or indirectly, such as quoted market prices for similar assets or liabilities in active markets, quoted market prices for identical or similar assets or liabilities in markets that are not active, and inputs that are derived principally from or corroborated by observable market data. The fair values of the Company's Level 2 financial assets are primarily obtained from observable market prices for identical underlying securities that may not be actively traded. Certain of these securities may have different market prices from multiple market data sources, in which case an average market price is used.

- Level 3: Unobservable inputs for which there is little or no market data and require the Company to develop its own assumptions, based on the best information available in the circumstances, about the assumptions market participants would use in pricing the assets or liabilities.

The following tables present the Company's financial instruments that are measured at fair value on a recurring basis:

| | September 30, 2019 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Market Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) | Total Fair Value Measurements |
| | (In thousands) | | | |
| **Assets:** | | | | |
| Cash equivalents: | | | | |
| Money market funds | $ 54,727 | $ — | $ — | $ 54,727 |
| Time deposits | — | 40,000 | — | 40,000 |
| Total | $ 54,727 | $ 40,000 | $ — | $ 94,727 |

| | December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Quoted Market Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) | Total Fair Value Measurements |
| | (In thousands) | | | |
| **Assets:** | | | | |
| Cash equivalents: | | | | |
| Money market funds | $ 72,546 | $ — | $ — | $ 72,546 |
| **Liabilities:** | | | | |
| Contingent consideration arrangement | $ — | $ — | $ (1,974) | $ (1,974) |

The Company's financial instruments that are measured at fair value on a recurring basis using significant unobservable inputs (Level 3) are its contingent consideration arrangements.

| | Three Months Ended September 30, |
| --- | --- |
| | 2018 |
| | (In thousands) |
| Balance at July 1 | $ (1,910) |
| Total net losses: | |
| Fair value adjustments | (55) |
| Included in other comprehensive loss | (15) |
| Balance at September 30 | $ (1,980) |

15

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

|  | Nine Months Ended September 30, | |
|  | 2019 | 2018 |
|  | (In thousands) | |
| Balance at January 1 | $ (1,974) | $ (2,647) |
| Total net losses: | | |
| Fair value adjustments | — | (265) |
| Included in other comprehensive loss | (14) | (16) |
| Settlements | 1,988 | 948 |
| Balance at September 30 | $ — | $ (1,980) |

**Contingent consideration arrangements**

As of September 30, 2019, there are no contingent consideration arrangements related to business acquisitions. The contingent consideration arrangement liability at December 31, 2018 of $2.0 million is included in "Accrued expenses and other current liabilities" and was paid in the quarter ended March 31, 2019.

**Assets measured at fair value on a nonrecurring basis**

The Company's non-financial assets, such as goodwill, intangible assets, and property and equipment, are adjusted to fair value only when an impairment charge is recognized. The Company's financial assets, comprised of equity securities without readily determinable fair values, are adjusted to fair value when observable price changes are identified or an impairment charge is recognized. Such fair value measurements are based predominantly on Level 3 inputs.

**Financial instruments measured at fair value only for disclosure purposes**

The following table presents the carrying value and the fair value of financial instruments measured at fair value only for disclosure purposes.

|  | September 30, 2019 | | December 31, 2018 | |
|  | Carrying Value | Fair Value | Carrying Value | Fair Value |
|  | (In thousands) | | | |
| Long-term debt, net [a] | $ (1,602,628) | $ (1,690,040) | $ (1,515,911) | $ (1,513,683) |

_____

[a]   At September 30, 2019 and December 31, 2018, the carrying value of long-term debt, net includes unamortized original issue discount and debt issuance costs of $22.4 million and $19.1 million, respectively.

At September 30, 2019 and December 31, 2018, the fair value of long-term debt, net, is estimated using observable market prices or indices for similar liabilities, which are Level 2 inputs. At December 31, 2018, we considered the Company's $500 million revolving credit facility (the "Credit Facility"), which has a variable interest rate, to have a fair value equal to its carrying value. The outstanding borrowings under the Credit Facility as of December 31, 2018 were repaid with a portion of the net proceeds from the 5.625% Senior Notes issued on February 15, 2019. See "Note 6—Long-term Debt, net" for additional information on the repayment of the Credit Facility.

16

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

### NOTE 6—LONG-TERM DEBT, NET

Long-term debt consists of:

| | September 30, 2019 | December 31, 2018 |
|---|---|---|
| | (In thousands) | |
| Credit Facility due December 7, 2023 | $ — | $ 260,000 |
| Term Loan due November 16, 2022 (the "Term Loan") | 425,000 | 425,000 |
| 6.375% Senior Notes due June 1, 2024 (the "6.375% Senior Notes"); interest payable each June 1 and December 1 | 400,000 | 400,000 |
| 5.00% Senior Notes due December 15, 2027 (the "5.00% Senior Notes"); interest payable each June 15 and December 15 | 450,000 | 450,000 |
| 5.625% Senior Notes due February 15, 2029 (the "5.625% Senior Notes"); interest payable each February 15 and August 15 | 350,000 | — |
| Total debt | 1,625,000 | 1,535,000 |
| Less: Unamortized original issue discount | 6,586 | 7,352 |
| Less: Unamortized debt issuance costs | 15,786 | 11,737 |
| Total long-term debt, net | $ 1,602,628 | $ 1,515,911 |

*Senior Notes*:

The 5.625% Senior Notes were issued on February 15, 2019. The proceeds from these notes were used to repay outstanding borrowings under the Credit Facility, to pay expenses associated with the offering, and for general corporate purposes. At any time prior to February 15, 2024, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at redemption prices set forth in the indenture governing the 5.625% Senior Notes, together with accrued and unpaid interest to the applicable redemption date.

The 5.00% Senior Notes were issued on December 4, 2017. At any time prior to December 15, 2022, these notes may be redeemed at a redemption price equal to the sum of the principal amount, plus accrued and unpaid interest and a make-whole premium set forth in the indenture governing the notes. Thereafter, these notes may be redeemed at redemption prices set forth in the indenture governing the 5.00% Senior Notes, together with accrued and unpaid interest to the applicable redemption date.

The 6.375% Senior Notes were issued on June 1, 2016 and are currently redeemable. These notes may be redeemed at redemption prices set forth in the indenture governing the 6.375% Senior Notes, together with accrued and unpaid interest to the applicable redemption date.

The indentures governing the 5.00% and 6.375% Senior Notes contain covenants that would limit the Company's ability to pay dividends or to make distributions and repurchase or redeem Match Group stock in the event a default has occurred or Match Group's consolidated leverage ratio (as defined in the indentures) exceeds 5.0 to 1.0. At September 30, 2019, there were no limitations pursuant thereto. There are additional covenants in those indentures that limit the ability of the Company and its subsidiaries to, among other things, (i) incur indebtedness, make investments, or sell assets in the event the Company is not in compliance with certain financial ratios set forth therein, and (ii) incur liens, enter into agreements restricting the ability of the Company's subsidiaries to pay dividends, enter into transactions with affiliates and consolidate, merge or sell substantially all of their assets. The indenture governing the 5.625% Senior Notes is less restrictive than the indentures governing the 6.375% and 5.00% Senior Notes and generally only limits the Company's and its subsidiaries' ability to, among other things, create liens on assets, and our ability to consolidate, merge, sell or otherwise dispose of all or substantially all of our assets.

The 5.00%, 5.625%, and 6.375% Senior Notes rank equally in right of payment.

17

App. 740

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

*Term Loan and Credit Facility*:

The Company entered into the Term Loan under a credit agreement (the "Credit Agreement") on November 16, 2015. At both September 30, 2019 and December 31, 2018, the outstanding balance on the Term Loan was $425 million and the loan bears interest at LIBOR plus 2.50%. The interest rate of the Term Loan was 4.66% and 5.09% at September 30, 2019 and December 31, 2018, respectively. Interest payments are due at least quarterly through the term of the loan. The Term Loan provides for annual principal payments as part of an excess cash flow sweep provision, the amount of which, if any, is governed by the secured net leverage ratio contained in the Credit Agreement.

As of September 30, 2019, the Company has a $500 million revolving credit facility that expires on December 7, 2023. At September 30, 2019, there were no outstanding borrowings under the Credit Facility. At December 31, 2018, the outstanding borrowings under the Credit Facility were $260 million, which bore interest at LIBOR plus 1.50%, or 3.97%, and were repaid with a portion of the net proceeds from the issuance of the 5.625% Senior Notes, described above. The annual commitment fee on undrawn funds is based on the current leverage ratio, and is 25 basis points. Borrowings under the Credit Facility bear interest, at the Company's option, at a base rate or LIBOR, in each case plus an applicable margin, based on the Company's consolidated net leverage ratio. The terms of the Credit Facility require the Company to maintain a consolidated net leverage ratio of not more than 5.0 to 1.0 and a minimum interest coverage ratio of not less than 2.0 to 1.0 (in each case as defined in the Credit Agreement).

The Credit Facility and Term Loan contain covenants that would limit the ability of the Company to pay dividends, make distributions, or repurchase our stock in the event the Company's secured net leverage ratio exceeds 2.0 to 1.0, while the Term Loan remains outstanding and, thereafter, if the consolidated net leverage ratio exceeds 4.0 to 1.0, or in the event a default has occurred. There are additional covenants under these debt agreements that limit the ability of the Company and its subsidiaries to, among other things, incur indebtedness, pay dividends or make distributions. Obligations under the Credit Facility and Term Loan are unconditionally guaranteed by certain Match Group wholly-owned domestic subsidiaries and are also secured by the stock of certain Match Group domestic and foreign subsidiaries. The Term Loan and outstanding borrowings, if any, under the Credit Facility rank equally with each other, and have priority over the 5.00%, 5.625%, and 6.375% Senior Notes to the extent of the value of the assets securing the borrowings under the Credit Agreement.

## NOTE 7—ACCUMULATED OTHER COMPREHENSIVE LOSS

The following table presents the components of accumulated other comprehensive loss. For the three and nine months ended September 30, 2019 and 2018, the Company's accumulated other comprehensive loss relates to foreign currency translation adjustments.

| | Three Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| | (In thousands) | | | |
| Balance at July 1 | $ | (134,906) | $ | (120,996) |
| Other comprehensive loss | | (19,717) | | (818) |
| Balance at September 30 | $ | (154,623) | $ | (121,814) |

| | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | | 2018 | |
| | (In thousands) | | | |
| Balance at January 1 | $ | (137,166) | $ | (112,318) |
| Other comprehensive loss | | (17,457) | | (9,496) |
| Balance at September 30 | $ | (154,623) | $ | (121,814) |

At both September 30, 2019 and 2018, there was no tax benefit or provision on the accumulated other comprehensive loss.

18

App. 741

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

### NOTE 8—EARNINGS PER SHARE

The following tables set forth the computation of the basic and diluted earnings per share attributable to Match Group shareholders:

| | Three Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | **2019** | | **2018** | |
| | **Basic** | **Diluted** | **Basic** | **Diluted** |
| | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings | $ 151,406 | $ 151,406 | $ 127,950 | $ 127,950 |
| Net loss attributable to noncontrolling interests | 92 | 92 | 2,587 | 2,587 |
| Impact from subsidiaries' dilutive securities | — | (196) | — | — |
| Net earnings from continuing operations attributable to Match Group, Inc. shareholders | 151,498 | 151,302 | 130,537 | 130,537 |
| Loss from discontinued operations, net of tax | — | — | (378) | (378) |
| Net earnings attributable to Match Group, Inc. shareholders | $ 151,498 | $ 151,302 | $ 130,159 | $ 130,159 |
| **Denominator** | | | | |
| Basic weighted average common shares outstanding | 281,029 | 281,029 | 277,492 | 277,492 |
| Dilutive securities[a][b] | — | 14,692 | — | 19,297 |
| Dilutive weighted average common shares outstanding | 281,029 | 295,721 | 277,492 | 296,789 |
| **Earnings per share:** | | | | |
| Earnings per share from continuing operations | $ 0.54 | $ 0.51 | $ 0.47 | $ 0.44 |
| Loss per share from discontinued operations, net of tax | $ — | $ — | $ (0.00) | $ (0.00) |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 0.54 | $ 0.51 | $ 0.47 | $ 0.44 |

19

App. 742

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

|  | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
|  | 2019 | | 2018 | |
|  | Basic | Diluted | Basic | Diluted |
|  | (In thousands, except per share data) | | | |
| **Numerator** | | | | |
| Net earnings from continuing operations | $ 402,408 | $ 402,408 | $ 358,986 | $ 358,986 |
| Net loss attributable to noncontrolling interests | 97 | 97 | 3,787 | 3,787 |
| Impact from subsidiaries' dilutive securities | — | (414) | — | — |
| Net earnings from continuing operations attributable to Match Group, Inc. shareholders | 402,505 | 402,091 | 362,773 | 362,773 |
| Loss from discontinued operations, net of tax | — | — | (378) | (378) |
| Net earnings attributable to Match Group, Inc. shareholders | $ 402,505 | $ 402,091 | $ 362,395 | $ 362,395 |
| **Denominator** | | | | |
| Basic weighted average common shares outstanding | 280,597 | 280,597 | 276,634 | 276,634 |
| Dilutive securities[a][b] | — | 15,291 | — | 20,683 |
| Dilutive weighted average common shares outstanding | 280,597 | 295,888 | 276,634 | 297,317 |
| **Earnings per share:** | | | | |
| Earnings per share from continuing operations | $ 1.43 | $ 1.36 | $ 1.31 | $ 1.22 |
| Loss per share from discontinued operations, net of tax | $ — | $ — | $ (0.00) | $ (0.00) |
| Earnings per share attributable to Match Group, Inc. shareholders | $ 1.43 | $ 1.36 | $ 1.31 | $ 1.22 |

_____

[a]   If the effect is dilutive, weighted average common shares outstanding include the incremental shares that would be issued upon the assumed exercise of stock options and subsidiary denominated equity or vesting of restricted stock units. For the three and nine months ended September 30, 2019, less than 0.1 million and 0.2 million potentially dilutive securities, respectively, and for each of the three and nine months ended September 30, 2018, 0.1 million potentially dilutive securities are excluded from the calculation of diluted earnings per share because their inclusion would have been anti-dilutive.

[b]   Market-based awards and performance-based stock options ("PSOs") and units ("PSUs") are considered contingently issuable shares. Shares issuable upon exercise or vesting of market-based awards, PSOs, and PSUs are included in the denominator for earnings per share if (i) the applicable market or performance condition(s) has been met and (ii) the inclusion of the market-based awards, PSOs and PSUs is dilutive for the respective reporting periods. For both of the three and nine months ended September 30, 2019, 0.8 million shares underlying market-based awards, PSOs, and PSUs, and for both of the three and nine months ended September 30, 2018, 1.0 million shares underlying market-based awards, PSOs, and PSUs, were excluded from the calculation of diluted earnings per share because the market or performance conditions had not been met.

App. 743

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

### NOTE 9—CONSOLIDATED FINANCIAL STATEMENT DETAILS

**Cash, Cash Equivalents, and Restricted Cash**

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported within the consolidated balance sheet to the total amounts shown in the consolidated statement of cash flows:

| | September 30, 2019 | December 31, 2018 | September 30, 2018 | December 31, 2017 |
|---|---|---|---|---|
| | | | (In thousands) | |
| Cash and cash equivalents | $ 366,447 | $ 186,947 | $ 402,598 | $ 272,624 |
| Restricted cash included in other current assets | 125 | 193 | 135 | 137 |
| Total cash, cash equivalents and restricted cash as shown on the consolidated statement of cash flows | $ 366,572 | $ 187,140 | $ 402,733 | $ 272,761 |

### NOTE 10—CONTINGENCIES

In the ordinary course of business, the Company is a party to various lawsuits. The Company establishes reserves for specific legal matters when it determines that the likelihood of an unfavorable outcome is probable and the loss is reasonably estimable. Management has also identified certain other legal matters where we believe an unfavorable outcome is not probable and, therefore, no reserve is established. Although management currently believes that resolving claims against us, including claims where an unfavorable outcome is reasonably possible, will not have a material impact on the liquidity, results of operations, or financial condition of the Company, these matters are subject to inherent uncertainties and management's view of these matters may change in the future. The Company also evaluates other contingent matters, including income and non-income tax contingencies, to assess the likelihood of an unfavorable outcome and estimated extent of potential loss. It is possible that an unfavorable outcome of one or more of these lawsuits or other contingencies could have a material impact on the liquidity, results of operations, or financial condition of the Company. See "Note 4—Income Taxes" for additional information related to income tax contingencies.

*Tinder Optionholder Litigation against IAC and Match Group*

On August 14, 2018, ten then-current and former employees of Match Group, LLC or Tinder, Inc. ("Tinder"), an operating business of Match Group, filed a lawsuit in New York state court against IAC and Match Group. *See Sean Rad et al. v. IAC/InterActiveCorp and Match Group, Inc.*, No. 654038/2018 (Supreme Court, New York County). The complaint alleges that in 2017, the defendants: (i) wrongfully interfered with a contractually established process for the independent valuation of Tinder by certain investment banks, resulting in a substantial undervaluation of Tinder and a consequent underpayment to the plaintiffs upon exercise of their Tinder stock options, and (ii) then wrongfully merged Tinder into Match Group, thereby depriving certain of the plaintiffs of their contractual right to later valuations of Tinder on a stand-alone basis. The complaint asserts claims for breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, interference with contractual relations (as against Match Group only), and interference with prospective economic advantage, and seeks compensatory damages in the amount of at least $2 billion, as well as punitive damages. On August 31, 2018, four plaintiffs who were still employed by Match Group filed a notice of discontinuance of their claims without prejudice, leaving the six former employees as the remaining plaintiffs.

On October 9, 2018, the defendants filed a motion to dismiss the complaint on various grounds, including that the 2017 valuation of Tinder by the investment banks was an expert determination any challenge to which is both time-barred under applicable law and available only on narrow substantive grounds that the plaintiffs have not pleaded in their complaint; the plaintiffs opposed the motion. On June 13, 2019, the court issued a decision and order (i) granting the motion to dismiss the claims for breach of the implied covenant of good faith and fair dealing and for unjust enrichment, (ii) granting the motion to dismiss the merger-related claim for breach of contract as to two of the remaining six plaintiffs, and (iii) otherwise denying the motion to dismiss. On June 21,

21

App. 744

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

2019, the defendants filed a notice of appeal from the trial court's partial denial of their motion to dismiss, and the parties thereafter briefed the appeal. On October 29, 2019, the Appellate Division, First Department issued an order affirming the lower court's decision. On June 3, 2019, the defendants filed a second motion to dismiss based upon certain provisions of the plaintiffs' agreement with a litigation funding firm; the plaintiffs have opposed the motion, which remains pending. Document discovery is largely complete, and deposition discovery is in abeyance pursuant to the court's suggestion that the parties pursue mediation of their dispute. We believe that the allegations in this lawsuit are without merit and will continue to defend vigorously against it.

*FTC Lawsuit Against Match Group*

In March 2017, the Federal Trade Commission ("FTC") requested information and documents in connection with a civil investigation regarding certain business practices of Match.com. The FTC raised potential claims relating to Match.com's marketing, chargeback, and online cancellation practices. In November 2018, the FTC proposed to resolve its potential claims via a consent judgment requiring certain changes in those practices, as well as a $60 million payment. Ensuing discussions between the Company and the FTC ended without resolution.

On August 7, 2019, the FTC voted to assert claims against the Company and referred the matter to the U.S. Department of Justice ("DOJ"). The DOJ subsequently declined to pursue a civil case against the Company and referred the matter back to the FTC.

On September 25, 2019, the FTC filed a lawsuit in the Northern District of Texas against Match Group. *See FTC v. Match Group, Inc.*, No. 3:19:cv-02281-K (N.D. Tex.). The complaint alleges that, prior to mid-2018, for marketing purposes Match.com told non-paying users that other users were trying to communicate with them, even though Match.com had identified those subscriber accounts as potentially fraudulent, thereby inducing non-paying users to subscribe and exposing them to the risk of fraud should they subscribe. The complaint also challenges the adequacy of Match.com's disclosure of its six-month guarantee, the efficacy of its cancellation process, and its handling of chargeback disputes. The complaint seeks among other things permanent injunctive relief, civil penalties, restitution, disgorgement, and costs of suit. On October 17, 2019, the Company filed a motion to dismiss the complaint. The FTC filed its opposition to the motion to dismiss on November 5, 2019. Match Group's reply is due November 19, 2019.

On September 26, 2019, the Company received a grand-jury subpoena from the DOJ for documents relating to certain of the marketing-related claims in the FTC's complaint.

Match Group believes that the FTC's claims regarding Match.com's practices, policies, and procedures are without merit and will defend vigorously against them. The Company intends to cooperate with the DOJ in responding to its subpoena.

**NOTE 11—RELATED PARTY TRANSACTIONS**

**Relationship with IAC**

In connection with the IPO in November 2015, the Company entered into certain agreements relating to our relationship with IAC after the IPO. These agreements include a master transaction agreement; an investor rights agreement; a tax sharing agreement; a services agreement; an employee matters agreement and a subordinated loan agreement.

For the three and nine months ended September 30, 2019, the Company incurred $1.9 million and $5.9 million, respectively, and for the three and nine months ended September 30, 2018, the Company incurred $1.9 million and $5.6 million, respectively, pursuant to agreements with IAC, including the services agreement. Included in these amounts for the three and nine months ended September 30, 2019 is $1.5 million and $4.4 million, respectively, and for the three and nine months ended September 30, 2018 is $1.3 million and $3.9 million, respectively, for the leasing of office space for certain of our businesses at properties owned by IAC. All such amounts were paid in full by the Company at September 30, 2019.

At September 30, 2019, $15.1 million of both the ROU assets and the lease liabilities represented leases between the Company and IAC.

22

App. 745

Table of Contents

**MATCH GROUP, INC. AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Unaudited) (Continued)**

The master transaction agreement provides, among other things, that the Company will indemnify IAC for matters relating to any business of the Company. Under this provision, the Company may be required to indemnify IAC for costs related to the lawsuit brought by current and former employees of the Tinder business against IAC and the Company.

The employee matters agreement provides, among other things, that: (i) with respect to equity awards denominated in shares of certain of the Company's subsidiaries, IAC may elect to cause such equity awards to be settled in either shares of IAC common stock or Company common stock and, to the extent that shares of IAC common stock are issued in settlement of such equity awards, the Company will reimburse IAC for the cost of such shares of IAC common stock by issuing to IAC additional shares of Company common stock; and (ii) the Company will reimburse IAC for the cost of any IAC equity awards held by the Company's employees and former employees and that IAC may elect to receive payment either in cash or Company common stock.

During the nine months ended September 30, 2019 and 2018, 0.6 million and 2.6 million shares, respectively, of Company common stock were issued to IAC pursuant to the employee matters agreement. This includes 0.6 million and 2.2 million shares issued during the nine months ended September 30, 2019 and 2018, respectively, as reimbursement for shares of IAC common stock issued in connection with the exercise of equity awards originally denominated in shares of a subsidiary of the Company and less than 0.1 million and 0.4 million shares issued during the nine months ended September 30, 2019 and 2018, respectively, as reimbursement for shares of IAC common stock issued in connection with the exercise and vesting of IAC equity awards held by Company employees.

23

App. 746

**Item 2.**  *Management's Discussion and Analysis of Financial Condition and Results of Operations*

**Key Terms:**

**Operating metrics:**

- **North America** - consists of the financial results and metrics associated with users located in the United States and Canada.

- **International** - consists of the financial results and metrics associated with users located outside of the United States and Canada.

- **Direct Revenue** - is revenue that is received directly from end users of our products and includes both subscription and à la carte revenue.

- **Indirect Revenue** - is revenue that is not received directly from an end user of our products, substantially all of which is advertising revenue.

- **Subscribers** - are users who purchase a subscription to one of our products. Users who purchase only à la carte features are not included in Subscribers.

- **Average Subscribers** - is the number of Subscribers at the end of each day in the relevant measurement period divided by the number of calendar days in that period.

- **Average Revenue per Subscriber ("ARPU")** - is Direct Revenue from Subscribers in the relevant measurement period (whether in the form of subscription or à la carte revenue) divided by the Average Subscribers in such period and further divided by the number of calendar days in such period. Direct Revenue from users who are not Subscribers and have purchased only à la carte features is not included in ARPU.

**Operating costs and expenses:**

- **Cost of revenue -** consists primarily of the amortization of in-app purchase fees, compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in data center and customer care functions, credit card processing fees, hosting fees, and data center rent, energy and bandwidth costs. In-app purchase fees are monies paid to Apple and Google in connection with the processing of in-app purchases of subscriptions and product features through the in-app payment systems provided by Apple and Google.

- **Selling and marketing expense -** consists primarily of advertising expenditures and compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in selling and marketing, and sales support functions. Advertising expenditures include online marketing (such as fees paid to search engines and social media sites), offline marketing (which is primarily television advertising), and payments to partners that direct traffic to our brands.

- **General and administrative expense -** consists primarily of compensation expense (including stock-based compensation expense) and other employee-related costs for personnel engaged in executive management, finance, legal, tax, and human resources, acquisition-related contingent consideration fair value adjustments (described below), fees for professional services (including transaction-related costs for acquisitions) and facilities costs.

- **Product development expense -** consists primarily of compensation expense (including stock-based compensation expense) and other employee-related costs that are not capitalized for personnel engaged in the design, development, testing and enhancement of product offerings and related technology.

24

App. 747

- **Acquisition-related contingent consideration fair value adjustments** - relate to the portion of the purchase price of certain acquisitions that is contingent upon the financial performance and/or operating metric targets of the acquired company. The fair value of the liability is estimated at the date of acquisition and adjusted each reporting period until the liability is settled. Significant changes in financial performance and/or operating metrics will result in a significantly higher or lower fair value measurement. The changes in the estimated fair value of the contingent consideration arrangements during each reporting period, including the accretion of the discount if the arrangement is longer than one year, are recognized in "General and administrative expense" in the accompanying consolidated statement of operations.

### Long-term debt:

- **Credit Facility** - The Company's $500 million revolving credit facility, which matures on December 7, 2023, and currently bears interest at LIBOR plus 1.50%. At September 30, 2019, $500 million is available under the Credit Facility.

- **Term Loan** - The Company's seven-year term loan due November 16, 2022. The Term Loan bears interest at LIBOR plus 2.50%. The current rate at September 30, 2019 is 4.66%. At September 30, 2019, $425 million is outstanding.

- **6.375% Senior Notes** - The Company's 6.375% Senior Notes due June 1, 2024, with interest payable each June 1 and December 1, which were issued on June 1, 2016. At September 30, 2019, $400 million aggregate principal amount is outstanding.

- **5.00% Senior Notes** - The Company's 5.00% Senior Notes due December 15, 2027, with interest payable each June 15 and December 15, which were issued on December 4, 2017. At September 30, 2019, $450 million aggregate principal amount is outstanding.

- **5.625% Senior Notes** - The Company's 5.625% Senior Notes due February 15, 2029, with interest payable each February 15 and August 15, which were issued on February 15, 2019. At September 30, 2019, $350 million aggregate principal amount is outstanding.

### Non-GAAP financial measure:

- **Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization ("Adjusted EBITDA")** - is a Non-GAAP financial measure. See "Principles of Financial Reporting" for the definition of Adjusted EBITDA and a reconciliation of net earnings attributable to Match Group, Inc. shareholders to operating income and Adjusted EBITDA.

## Management Overview

Match Group, Inc., through its portfolio companies, is a leading provider of dating products available in over 40 languages to our users all over the world. Our portfolio of brands includes Tinder®, Match®, PlentyOfFish®, Meetic®, OkCupid®, OurTime®, Pairs™, and Hinge®, as well as a number of other brands, each designed to increase our users' likelihood of finding a meaningful connection. Through our portfolio companies and their trusted brands, we provide tailored products to meet the varying preferences of our users.

As used herein, "Match Group," the "Company," "we," "our," "us," and similar terms refer to Match Group, Inc. and its subsidiaries, unless the context indicates otherwise.

For a more detailed description of the Company's operating businesses, see "Item 1. Business" of the Company's Annual Report on Form 10-K for the year ended December 31, 2018.

## 2019 Developments

On February 15, 2019, we issued $350 million aggregate principal amount of the 5.625% Senior Notes. The proceeds from the issuance of the 5.625% Senior Notes were used to repay outstanding borrowings under the Credit Facility, to pay expenses associated with the offering, and for general corporate purposes.

On October 10, 2019, IAC conveyed to a special committee of disinterested directors of our Board of Directors a preliminary proposal for a transaction that would result in the full separation of Match Group from IAC. Our special committee is evaluating the proposal.

## Additional Information

Investors and others should note that we announce material financial and operational information to our investors using our investor relations website at *https://ir.mtch.com*, Securities and Exchange Commission ("SEC") filings, press releases and public conference calls. We use these channels as well as social media to communicate with our users and the public about our company, our services and other issues. It is possible that the information we post on social media could be deemed to be material information. Accordingly, investors, the

25

media, and others interested in our company should monitor the social media channels listed on our investor relations website in addition to following our SEC filings, press releases and public conference calls. Neither the information on our website, nor the information on the website of any Match Group business, is incorporated by reference into this report, or into any other filings with, or into any other information furnished or submitted to, the SEC.

**Third Quarter and Year to Date September 30, 2019 Consolidated Results**

For the three months ended September 30, 2019 compared to the three months ended September 30, 2018, revenue, operating income, and Adjusted EBITDA grew 22%, 26%, and 25%, respectively. Revenue grew primarily due to strong contributions from Tinder. Operating income and Adjusted EBITDA grew faster than revenue due to lower selling and marketing expense as a percentage of revenue, partially offset by higher legal costs and other professional fees and higher cost of revenue, due to in-app purchase fees, as revenue is increasingly sourced through mobile app stores.

For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018, revenue, operating income, and Adjusted EBITDA grew 18%, 16%, and 18%, respectively, primarily due to the factors described above in the three-month discussion. Additionally, operating income grew slower than revenue primarily due to $21.0 million higher stock-based compensation expense, primarily as a result of $9.4 million in expense related to the vesting of certain awards for which the market condition was met and modification charges.

26

**Results of Operations for the three and nine months ended September 30, 2019 compared to the three and nine months ended September 30, 2018**

*Revenue*

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | **2019** | **$ Change** | **% Change** | **2018** | **2019** | **$ Change** | **% Change** | **2018** |
| | **(In thousands, except ARPU)** | | | | | | | |
| Direct Revenue: | | | | | | | | |
| North America | $ 268,863 | $ 35,220 | 15% | $ 233,643 | $ 758,135 | $ 90,972 | 14% | $ 667,163 |
| International | 262,086 | 64,184 | 32% | 197,902 | 714,076 | 149,230 | 26% | 564,846 |
| Total Direct Revenue | 530,949 | 99,404 | 23% | 431,545 | 1,472,211 | 240,202 | 19% | 1,232,009 |
| Indirect Revenue | 10,544 | (1,854) | (15)% | 12,398 | 31,880 | (8,617) | (21)% | 40,497 |
| Total Revenue | $ 541,493 | $ 97,550 | 22% | $ 443,943 | $ 1,504,091 | $ 231,585 | 18% | $ 1,272,506 |
| | | | | | | | | |
| **Percentage of Total Revenue:** | | | | | | | | |
| Direct Revenue: | | | | | | | | |
| North America | 50% | | | 53% | 50% | | | 53% |
| International | 48% | | | 44% | 48% | | | 44% |
| Total Direct Revenue | 98% | | | 97% | 98% | | | 97% |
| Indirect Revenue | 2% | | | 3% | 2% | | | 3% |
| Total Revenue | 100% | | | 100% | 100% | | | 100% |
| | | | | | | | | |
| **Average Subscribers:** | | | | | | | | |
| North America | 4,695 | 417 | 10% | 4,278 | 4,526 | 397 | 10% | 4,129 |
| International | 4,917 | 1,105 | 29% | 3,812 | 4,579 | 957 | 26% | 3,622 |
| Total | 9,612 | 1,522 | 19% | 8,090 | 9,105 | 1,354 | 17% | 7,751 |
| | | | | | | | | |
| *(Change calculated using non-rounded numbers)* | | | | | | | | |
| **ARPU:** | | | | | | | | |
| North America | $ 0.62 | | 5% | $ 0.59 | $ 0.61 | | 4% | $ 0.58 |
| International | $ 0.57 | | 3% | $ 0.55 | $ 0.56 | | 1% | $ 0.56 |
| Total | $ 0.59 | $ 0.02 | 4% | $ 0.57 | $ 0.58 | $ 0.01 | 2% | $ 0.57 |

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

International Direct Revenue grew $64.2 million, or 32%, in 2019 versus 2018, primarily driven by 29% growth in Average Subscribers, and a 3% increase in ARPU. North America Direct Revenue grew $35.2 million, or 15%, in 2019 versus 2018, driven by 10% growth in Average Subscribers and 5% growth in ARPU.

Growth in International and North America Average Subscribers was primarily driven by Tinder and, to a lesser extent, Hinge, with Pairs also contributing to subscriber growth internationally. International and North America ARPU increased primarily at Tinder as Subscribers purchased premium subscriptions, such as Tinder Gold, and à la carte features. International ARPU was unfavorably impacted by the strength of the U.S. dollar relative to the Euro, British pound ("GBP"), and certain other currencies.

Indirect Revenue decreased $1.9 million primarily due to lower impressions and a lower price per impression received from an advertising network provider.

27

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

International Direct Revenue grew $149.2 million, or 26%, in 2019 versus 2018, primarily driven by 26% growth in Average Subscribers and a 1% increase in ARPU. North America Direct Revenue grew $91.0 million, or 14%, in 2019 versus 2018, driven by 10% growth in Average Subscribers and 4% growth in ARPU. Indirect Revenue decreased $8.6 million.

The changes are primarily due to the factors described above in the three-month discussion.

### Cost of revenue (exclusive of depreciation)

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

| | Three Months Ended September 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
| --- | --- | --- | --- | --- |
| | (Dollars in thousands) | | | |
| Cost of revenue | $ 138,225 | $ 30,713 | 29% | $ 107,512 |
| Percentage of revenue | 26% | | | 24% |

Cost of revenue increased primarily due to an increase in in-app purchase fees of $19.6 million, as revenue continues to be increasingly sourced through mobile app stores; an increase in hosting fees of $7.3 million; and an increase in compensation expense of $3.8 million related to increased headcount in customer care. Many brands in our portfolio have historically offered subscribers a variety of payment methods to purchase subscriptions and à la carte features. Beginning in the quarter ended June 30, 2019, Tinder began offering subscribers an alternative payment method to Google's in-app payment system similar to the payment alternatives other brands in our portfolio have historically offered to subscribers through our mobile apps on Android. If we continue to offer these alternative payment methods to Tinder subscribers, depending on the adoption levels, we may see a reduction in Google's in-app purchases fees as a percentage of Android revenue in the future.

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

| | Nine Months Ended September 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
| --- | --- | --- | --- | --- |
| | (Dollars in thousands) | | | |
| Cost of revenue | $ 385,114 | $ 86,324 | 29% | $ 298,790 |
| Percentage of revenue | 26% | | | 23% |

Cost of revenue increased primarily due to an increase in in-app purchase fees of $63.9 million, as revenue continues to be increasingly sourced through mobile app stores; an increase in hosting fees of $14.9 million; and an increase in compensation expense of $7.7 million related to increased headcount in customer care.

### Selling and marketing expense

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

| | Three Months Ended September 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
| --- | --- | --- | --- | --- |
| | (Dollars in thousands) | | | |
| Selling and marketing expense | $ 113,581 | $ 5,207 | 5% | $ 108,374 |
| Percentage of revenue | 21% | | | 24% |

Selling and marketing expense increased primarily due to increases in spending for various marketing campaigns at Tinder, Match, Hinge, and Pairs. Selling and marketing expense declined as a percentage of revenue as we continue to generate revenue growth from brands with relatively lower marketing expense.

28

App. 751

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

| | Nine Months Ended September 30, | | | |
|---|---|---|---|---|
| | **2019** | **$ Change** | **% Change** | **2018** |
| | (Dollars in thousands) | | | |
| Selling and marketing expense | $ 327,132 | $ 10,326 | 3% | $ 316,806 |
| Percentage of revenue | 22% | | | 25% |

Selling and marketing expense increased primarily due to increases in spending for various marketing campaigns at Tinder, Hinge, and Pairs.

### *General and administrative expense*

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

| | Three Months Ended September 30, | | | |
|---|---|---|---|---|
| | **2019** | **$ Change** | **% Change** | **2018** |
| | (Dollars in thousands) | | | |
| General and administrative expense | $ 67,752 | $ 22,565 | 50% | $ 45,187 |
| Percentage of revenue | 13% | | | 10% |

General and administrative expense increased, driven primarily by an increase of $14.8 million in legal fees; an increase in headcount; and an increase of $2.7 million for non-income taxes primarily related to the recently enacted French Digital Services Tax, which is retroactive to the beginning of 2019; and an increase in compensation of $1.8 million primarily related to stock-based compensation expense due to new equity awards made since the prior year quarter.

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

| | Nine Months Ended September 30, | | | |
|---|---|---|---|---|
| | **2019** | **$ Change** | **% Change** | **2018** |
| | (Dollars in thousands) | | | |
| General and administrative expense | $ 184,379 | $ 54,266 | 42% | $ 130,113 |
| Percentage of revenue | 12% | | | 10% |

General and administrative expense increased primarily due to an increase of $27.3 million in legal fees; an increase in compensation of $12.8 million primarily related to stock-based compensation expense due to a modification charge, new equity awards made since the prior year period, and an increase in headcount; and an increase of $4.3 million for non-income taxes.

### *Product development expense*

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

| | Three Months Ended September 30, | | | |
|---|---|---|---|---|
| | **2019** | **$ Change** | **% Change** | **2018** |
| | (Dollars in thousands) | | | |
| Product development expense | $ 36,609 | $ 2,582 | 8% | $ 34,027 |
| Percentage of revenue | 7% | | | 8% |

Product development expense increased primarily as a result of an increase of $2.0 million in compensation, including an increase of $1.5 million in stock-based compensation expense, primarily due to new equity awards associated with increased headcount at Tinder.

29

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

| | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Product development expense | $ 113,563 | $ 15,032 | 15% | $ 98,531 |
| Percentage of revenue | 8% | | | 8% |

Product development expense increased primarily as a result of an increase of $13.4 million in compensation, including an increase of $8.4 million in stock-based compensation expense primarily due to the vesting of certain awards for which the market condition was met, and increased headcount at Tinder.

### Depreciation

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

| | Three Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Depreciation | $ 8,081 | $ (432) | (5)% | $ 8,513 |
| Percentage of revenue | 1% | | | 2% |

Depreciation decreased primarily due to certain internally developed software becoming fully depreciated, partially offset by increased depreciation related to leasehold improvements.

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

| | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | |
| Depreciation | $ 24,109 | $ (950) | (4)% | $ 25,059 |
| Percentage of revenue | 2% | | | 2% |

Depreciation decreased primarily due to the factors described above in the three-month discussion.

### Operating income and Adjusted EBITDA

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | $ Change | % Change | 2018 | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands) | | | | | | | |
| Operating income | $176,604 | $36,709 | 26% | $139,895 | $ 468,330 | $ 66,037 | 16% | $ 402,293 |
| Percentage of revenue | 33% | | | 32% | 31% | | | 32% |
| | | | | | | | | |
| Adjusted EBITDA | $206,131 | $41,092 | 25% | $165,039 | $ 564,720 | $ 86,379 | 18% | $ 478,341 |
| Percentage of revenue | 38% | | | 37% | 38% | | | 38% |

For a reconciliation of net earnings attributable to Match Group, Inc. shareholders to Adjusted EBITDA, see "Principles of Financial Reporting."

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

Operating income and Adjusted EBITDA increased 26% and 25%, respectively, primarily driven by revenue growth at Tinder and lower selling and marketing expense as a percentage of revenue, partially offset by higher cost of revenue due to in-app purchase fees as revenue continues to be increasingly sourced through mobile app stores and higher legal costs.

At September 30, 2019, there was $126.1 million of unrecognized compensation cost, net of estimated forfeitures, related to all equity-based awards, which is expected to be recognized over a weighted average period of approximately 2.4 years.

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

Operating income and Adjusted EBITDA increased 16% and 18%, respectively, primarily due to the factors described above in the three-month discussion. Operating income was further impacted by higher stock-based compensation expense as a percentage of revenue primarily due to the vesting of certain awards for which the market condition was met and modification charges for certain other awards, resulting in reduced growth in operating income compared to Adjusted EBITDA.

### Interest expense

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

|  | | Three Months Ended September 30, | | |
|  | 2019 | $ Change | % Change | 2018 |
| --- | --- | --- | --- | --- |
|  | | (Dollars in thousands) | | |
| Interest expense | $ 22,672 | $ 4,296 | 23% | $ 18,376 |

Interest expense increased primarily due to the issuance of the 5.625% Senior Notes in February 2019.

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

|  | | Nine Months Ended September 30, | | |
|  | 2019 | $ Change | % Change | 2018 |
| --- | --- | --- | --- | --- |
|  | | (Dollars in thousands) | | |
| Interest expense | $ 68,575 | $ 14,117 | 26% | $ 54,458 |

Interest expense increased primarily due to the factors described above in the three-month discussion. Additionally, the Term Loan incurred a higher LIBOR rate in the current year period and interest expense was incurred on the Credit Facility which was drawn during a portion of the current year period.

### Other income, net

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

|  | | Three Months Ended September 30, | | |
|  | 2019 | $ Change | % Change | 2018 |
| --- | --- | --- | --- | --- |
|  | | (Dollars in thousands) | | |
| Other income, net | $ 2,787 | $ 1,893 | 212% | $ 894 |

Other income, net, in 2019 includes income of $1.8 million in net foreign currency exchange gains due primarily to a strengthening of the Euro relative to GBP during the three months ended September 30, 2019 and interest income of $1.3 million.

Other income, net, in 2018 includes interest income of $1.3 million.

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

|  | | Nine Months Ended September 30, | | |
|  | 2019 | $ Change | % Change | 2018 |
| --- | --- | --- | --- | --- |
|  | | (Dollars in thousands) | | |
| Other income, net | $ 3,837 | $ (840) | (18)% | $ 4,677 |

Other income, net, in 2019 includes income of $1.9 million in net foreign currency gains due primarily to a strengthening of the Euro relative to GBP in the period, and interest income of $3.0 million, partially offset by expense of $1.3 million related to a mark-to-market adjustment pertaining to a subsidiary denominated equity instrument.

Other income, net, in 2018 includes interest income of $3.3 million and $2.7 million in net foreign currency exchange gains due primarily to a strengthening of the U.S. dollar relative to GBP during the three months ended

31

App. 754

September 30, 2018, partially offset by $1.3 million related to a mark-to-market adjustment pertaining to a subsidiary denominated equity instrument.

### Income tax (provision) benefit

*For the three months ended September 30, 2019 compared to the three months ended September 30, 2018*

| | Three Months Ended September 30, | | | | |
|---|---|---|---|---|---|
| | **2019** | **$ Change** | **% Change** | | **2018** |
| | | *(Dollars in thousands)* | | | |
| Income tax (provision) benefit | $ (5,313) | $ (10,850) | NM | $ | 5,537 |
| Effective income tax rate | 3% | | | | NM |

———————————

NM = not meaningful

The income tax provision in 2019 and income tax benefit in 2018 are lower than the statutory rate of 21% due primarily to (i) excess tax benefits generated by the exercise and vesting of stock-based awards and (ii) research credits; partially offset by state income taxes.

*For the nine months ended September 30, 2019 compared to the nine months ended September 30, 2018*

| | Nine Months Ended September 30, | | | | |
|---|---|---|---|---|---|
| | **2019** | **$ Change** | **% Change** | | **2018** |
| | | *(Dollars in thousands)* | | | |
| Income tax (provision) benefit | $ (1,184) | $ (7,658) | NM | $ | 6,474 |
| Effective income tax rate | 0% | | | | NM |

The income tax provision in 2019 and income tax benefit in 2018 are lower than the statutory rate of 21% due primarily to the factors described above in the three-month discussion.

For further details of income tax matters see "Note 4—Income Taxes" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

### Related party transactions

For discussions of related party transactions see "Note 11—Related Party Transactions" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

App. 755

## PRINCIPLES OF FINANCIAL REPORTING

Match Group reports Adjusted EBITDA and Revenue excluding foreign exchange effects, both of which are supplemental measures to U.S. generally accepted accounting principles ("GAAP"). Adjusted EBITDA is among the primary metrics by which we evaluate the performance of our business, on which our internal budget is based and by which management is compensated. Revenue excluding foreign exchange effects provides a comparable framework for assessing how our business performed without the effect of exchange rate differences when compared to prior periods. We believe that investors should have access to, and we are obligated to provide, the same set of tools that we use in analyzing our results. These non-GAAP measures should be considered in addition to results prepared in accordance with GAAP, but should not be considered a substitute for or superior to GAAP results. Match Group endeavors to compensate for the limitations of the non-GAAP measures presented by providing the comparable GAAP measures with equal or greater prominence and descriptions of the reconciling items, including quantifying such items, to derive the non-GAAP measures. We encourage investors to examine the reconciling adjustments between the GAAP and non-GAAP measures, which we discuss below.

**Adjusted EBITDA**

*Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization ("Adjusted EBITDA")* is defined as operating income excluding: (1) stock-based compensation expense; (2) depreciation; and (3) acquisition-related items consisting of (i) amortization of intangible assets and impairments of goodwill and intangible assets, if applicable, and (ii) gains and losses recognized on changes in the fair value of contingent consideration arrangements. We believe this measure is useful for analysts and investors as this measure allows a more meaningful comparison between our performance and that of our competitors. The above items are excluded from our Adjusted EBITDA measure because they are non-cash in nature. Adjusted EBITDA has certain limitations because it excludes the impact of these expenses.

*Non-Cash Expenses That Are Excluded From Adjusted EBITDA*

*Stock-based compensation expense* consists principally of expense associated with the grants of stock options, restricted stock units ("RSUs"), performance-based RSUs and market-based awards. These expenses are not paid in cash, and we include the related shares in our fully diluted shares outstanding using the treasury stock method; however, performance-based RSUs and market-based awards are included only to the extent the applicable performance or market condition(s) have been met (assuming the end of the reporting period is the end of the contingency period). To the extent stock-based awards are settled on a net basis, the Company remits the required tax-withholding amounts from its current funds.

*Depreciation* is a non-cash expense relating to our property and equipment and is computed using the straight-line method to allocate the cost of depreciable assets to operations over their estimated useful lives or, in the case of leasehold improvements, the lease term, if shorter.

*Amortization of intangible assets and impairments of goodwill and intangible assets* are non-cash expenses related primarily to acquisitions. At the time of an acquisition, the identifiable definite-lived intangible assets of the acquired company, such as customer lists, trade names, and technology, are valued and amortized over their estimated lives. Value is also assigned to acquired indefinite-lived intangible assets, which comprise trade names and trademarks, and goodwill that are not subject to amortization. An impairment is recorded when the carrying value of an intangible asset or goodwill exceeds its fair value. We believe that intangible assets represent costs incurred by the acquired company to build value prior to acquisition and the related amortization and impairment charges of intangible assets or goodwill, if applicable, are not ongoing costs of doing business.

*Gains and losses recognized on changes in the fair value of contingent consideration arrangements* are accounting adjustments to report contingent consideration liabilities at fair value. These adjustments can be highly variable and are excluded from our assessment of performance because they are considered non-operational in nature and, therefore, are not indicative of current or future performance or the ongoing cost of doing business.

33

The following table reconciles net earnings attributable to Match Group, Inc. shareholders to Adjusted EBITDA:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| | 2019 | 2018 | 2019 | 2018 |
|---|---|---|---|---|
| | (In thousands) | | | |
| **Net earnings attributable to Match Group, Inc. shareholders** | $ 151,498 | $ 130,159 | $ 402,505 | $ 362,395 |
| Add back: | | | | |
| Net loss attributable to noncontrolling interests | (92) | (2,587) | (97) | (3,787) |
| Loss from discontinued operations, net of tax | — | 378 | — | 378 |
| Income tax provision (benefit) | 5,313 | (5,537) | 1,184 | (6,474) |
| Other income, net | (2,787) | (894) | (3,837) | (4,677) |
| Interest expense | 22,672 | 18,376 | 68,575 | 54,458 |
| **Operating Income** | 176,604 | 139,895 | 468,330 | 402,293 |
| Stock-based compensation expense | 20,805 | 16,141 | 70,817 | 49,810 |
| Depreciation | 8,081 | 8,513 | 24,109 | 25,059 |
| Amortization of intangibles | 641 | 435 | 1,464 | 914 |
| Acquisition-related contingent consideration fair value adjustments | — | 55 | — | 265 |
| **Adjusted EBITDA** | $ 206,131 | $ 165,039 | $ 564,720 | $ 478,341 |

**Effects of Changes in Foreign Exchange Rates on Revenue**

The impact of foreign exchange rates on the Company, due to its global reach, may be an important factor in understanding period over period comparisons if movement in exchange rates is significant. Since our results are reported in U.S. dollars, international revenue is favorably impacted as the U.S. dollar weakens relative to other foreign currencies, and unfavorably impacted as the U.S. dollar strengthens relative to other foreign currencies. We believe the presentation of revenue excluding the effects from foreign exchange, in addition to reported revenue, helps improve the ability to understand the Company's performance because it excludes the impact of foreign currency volatility that is not indicative of Match Group's core operating results.

Revenue excluding foreign exchange effects compares results between periods as if exchange rates had remained constant period over period. Revenue excluding foreign exchange effects is calculated by translating current period revenue using prior period exchange rates. The percentage change in revenue excluding foreign exchange effects is calculated by determining the change in current period revenue over prior period revenue where current period revenue is translated using prior period exchange rates.

34

App. 757

Table of Contents

The following table presents the impact of foreign exchange on total revenue, ARPU, and International ARPU for the three and nine months ended September 30, 2019 compared to the three and nine months ended September 30, 2018, respectively:

| | Three Months Ended September 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands, except ARPU) | | | |
| Revenue, as reported | $ 541,493 | $ 97,550 | 22% | $ 443,943 |
| Foreign exchange effects | 8,334 | | | |
| Revenue excluding foreign exchange effects | $ 549,827 | $ 105,884 | 24% | $ 443,943 |
| | | | | |
| *(Percentage change calculated using non-rounded numbers)* | | | | |
| ARPU, as reported | $ 0.59 | | 4% | $ 0.57 |
| Foreign exchange effects | 0.01 | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 6% | $ 0.57 |
| | | | | |
| International ARPU, as reported | $ 0.57 | | 3% | $ 0.55 |
| Foreign exchange effects | 0.02 | | | |
| International ARPU, excluding foreign exchange effects | $ 0.59 | | 7% | $ 0.55 |

| | Nine Months Ended September 30, | | | |
| | 2019 | $ Change | % Change | 2018 |
| | (Dollars in thousands, except ARPU) | | | |
| Revenue, as reported | $ 1,504,091 | $ 231,585 | 18% | $ 1,272,506 |
| Foreign exchange effects | 42,126 | | | |
| Revenue excluding foreign exchange effects | $ 1,546,217 | $ 273,711 | 22% | $ 1,272,506 |
| | | | | |
| *(Percentage change calculated using non-rounded numbers)* | | | | |
| ARPU, as reported | $ 0.58 | | 2% | $ 0.57 |
| Foreign exchange effects | 0.02 | | | |
| ARPU, excluding foreign exchange effects | $ 0.60 | | 5% | $ 0.57 |
| | | | | |
| International ARPU, as reported | $ 0.56 | | 1% | $ 0.56 |
| Foreign exchange effects | 0.03 | | | |
| International ARPU, excluding foreign exchange effects | $ 0.59 | | 6% | $ 0.56 |

35

App. 758

## FINANCIAL POSITION, LIQUIDITY AND CAPITAL RESOURCES

**Financial Position**

|  | September 30, 2019 | December 31, 2018 |
|---|---|---|
|  | (In thousands) | |
| Cash and cash equivalents: | | |
| United States | $ 220,175 | $ 83,851 |
| All other countries | 146,272 | 103,096 |
| Total cash and cash equivalents | $ 366,447 | $ 186,947 |
| | | |
| Long-term debt: | | |
| Credit Facility due December 7, 2023 | $ — | $ 260,000 |
| Term Loan due November 16, 2022 | 425,000 | 425,000 |
| 6.375% Senior Notes | 400,000 | 400,000 |
| 5.00% Senior Notes | 450,000 | 450,000 |
| 5.625% Senior Notes | 350,000 | — |
| Total long-term debt | 1,625,000 | 1,535,000 |
| Less: Unamortized original issue discount | 6,586 | 7,352 |
| Less: Unamortized debt issuance costs | 15,786 | 11,737 |
| Total long-term debt, net | $ 1,602,628 | $ 1,515,911 |

**Long-term Debt**

For a detailed description of long-term debt, see "Note 6—Long-term Debt, net" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

*IAC Subordinated Loan Facility:*

The Company has an uncommitted subordinated loan facility with IAC (the "IAC Subordinated Loan Facility"), which allows the Company to make one or more requests to IAC to borrow funds from it. If IAC agrees to fulfill any such borrowing request from the Company, such borrowing will be incurred in accordance with the terms of the IAC Subordinated Loan Facility. Any indebtedness outstanding under the IAC Subordinated Loan Facility will be by its terms subordinated in right of payment to the obligations under the Credit Facility, the Term Loan, and the 5.00%, 5.625%, and 6.375% Senior Notes. The IAC Subordinated Loan Facility has a scheduled final maturity date of no earlier than 90 days after the maturity date of the Credit Facility or the latest maturity date in respect of any Term Loan outstanding under the Credit Agreement. At September 30, 2019, the Company has no indebtedness outstanding under the IAC Subordinated Loan Facility.

**Cash Flow Information**

In summary, the Company's cash flows are as follows:

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2019 | 2018 |
|  | (In thousands) | |
| Net cash provided by operating activities attributable to continuing operations | $ 472,867 | $ 425,243 |
| Net cash used in investing activities attributable to continuing operations | (32,757) | (23,105) |
| Net cash used in financing activities attributable to continuing operations | (258,537) | (272,299) |

*2019*

Net cash provided by operating activities in 2019 includes adjustments to earnings of $70.8 million of stock-based compensation expense and $24.1 million of depreciation. Partially offsetting these adjustments was

36

deferred income tax of $18.3 million primarily related to the impact of the settlement of stock-based awards on net operating loss utilization and research credit carryforwards. The decrease in cash from changes in working capital primarily consists of an increase in accounts receivable of $68.6 million primarily related to the timing of cash receipts, including cash received in the fourth quarter of 2018 rather than in the first quarter of 2019, and an increase in revenue; and a decrease from income taxes payable and receivable of $6.1 million due primarily to tax payments in excess of tax accruals in foreign jurisdictions. These changes were partially offset by an increase in accounts payable and other liabilities of $38.8 million due mainly to the timing of payments, including interest payments; an increase in deferred revenue of $24.6 million due mainly to growth in subscription sales; and an increase from other assets of $3.1 million primarily due to amortization of prepaid hosting services.

Net cash used in investing activities in 2019 consists primarily of capital expenditures of $30.1 million that are primarily related to internal development of software and computer hardware to support our products and services.

Net cash used in financing activities in 2019 is primarily due to cash payments of $300 million for the repayment of borrowings under the Credit Facility, $167.2 million for withholding taxes paid on behalf of employees for net settled equity awards, and purchases of treasury stock of $175.7 million. Partially offsetting these payments were proceeds of $350.0 million from the issuance of the 5.625% Senior Notes and proceeds of $40.0 million from borrowings under the Credit Facility.

*2018*

Net cash provided by operating activities in 2018 includes adjustments to earnings of $49.8 million of stock-based compensation expense and $25.1 million of depreciation. Partially offsetting these adjustments was deferred income taxes of $23.8 million primarily related to the net operating loss created by the exercise and vesting of stock-based awards. The increase in cash from changes in working capital primarily consists of an increase in accounts payable and other liabilities of $32.2 million due mainly to the timing of payments, including interest payments; increases in deferred revenue of $24.2 million due mainly to growth in subscription sales, and an increase from income taxes payable and receivable of $1.2 million due primarily to the timing of tax payments. These changes were partially offset by increases in accounts receivable of $21.5 million primarily related to the growth in revenue and increases from other assets of $22.1 million primarily related to an increase in prepaid hosting services and capitalized mobile app store fees.

Net cash used in investing activities in 2018 consists primarily of capital expenditures of $21.3 million that are primarily related to computer hardware and internal development of software to support our products and services, and purchases of investments of $3.0 million, partially offset by cash acquired, net of cash paid, in a business combination of $1.1 million.

Net cash used in financing activities in 2018 is primarily due to cash payments of $181.8 million for withholding taxes paid on behalf of employees for net settled stock awards and the purchase of treasury stock of $86.2 million.

**Liquidity and Capital Resources**

The Company's principal sources of liquidity are its cash and cash equivalents as well as cash flows generated from operations. The Company also has a $500 million Credit Facility that expires on December 7, 2023. At September 30, 2019, there were no outstanding borrowings under the Credit Facility.

The Company anticipates that it will need to make capital and other expenditures in connection with the development and expansion of its operations. The Company expects that 2019 capital expenditures will be between approximately $40 million and $45 million, an increase compared to 2018 capital expenditures, primarily related to internally developed software and additional leasehold improvements as Tinder expands office space.

The Company believes its expected positive cash flows generated from operations together with its existing cash and cash equivalents and available borrowing capacity under the Credit Facility will be sufficient to fund its normal operating requirements, capital expenditures, debt service, the payment of withholding taxes paid on behalf of employees for net settled stock-based awards, investing, and other commitments for the foreseeable future. The Company's liquidity could be negatively affected by a decrease in demand for our products and services.

37

Table of Contents

In May 2017, the Board of Directors of the Company authorized Match Group to repurchase up to 6 million shares of its common stock. In August 2019, the Board authorized an increase of 10 million shares in the share repurchase program, for a total authorization of 16 million shares. The timing and actual number of any shares repurchased will depend on a variety of factors, including price, general business and market conditions, and alternative investment opportunities. The Company is not obligated to purchase any shares under the repurchase program, and repurchases may be commenced, suspended or discontinued from time to time without prior notice. During the nine months ended September 30, 2019, we repurchased 2.7 million shares for $186.5 million, on a trade date basis. Additionally, from October 1, 2019 to November 1, 2019, we purchased approximately 0.3 million shares for $24.4 million. As of November 1, 2019, a total of 9.9 million shares remain available for repurchase under the repurchase program.

The Company currently settles substantially all equity awards on a net basis.  Assuming all equity awards outstanding on November 1, 2019 were net settled, we would issue 7.9 million common shares (of which 1.9 million are related to vested shares and 5.9 million are related to unvested shares) and, assuming at 50% withholding rate, would remit $575.3 million in cash for withholding taxes (of which $141.9 million is related to vested shares and $433.5 million is related to unvested shares). If we decided to issue a sufficient number of shares to cover the $575.3 million employee withholding tax obligation, 7.9 million additional shares would be issued by the Company.

The Company does not currently expect to be a material U.S. federal cash income tax payer until 2021. The ultimate timing is dependent primarily on the financial performance of the Company and the amount and timing of tax deductions related to stock-based awards. At September 30, 2019, all of the Company's international cash can be repatriated without significant tax consequences.

Our indebtedness could limit our ability to: (i) obtain additional financing to fund working capital needs, acquisitions, capital expenditures, debt service or other requirements; and (ii) use operating cash flow to pursue acquisitions or invest in other areas, such as developing properties and exploiting business opportunities. As of September 30, 2019, IAC owns 80.8% of our outstanding shares of capital stock and has 97.5% of the combined voting power of our outstanding capital stock. As a result of IAC's ability to control the election and removal of our Board of Directors, IAC effectively has the ability to control our financing activities, including the issuance of additional debt and equity securities, the incurrence of other indebtedness, or distributions to shareholders. While the Company believes we will have the ability to access debt and equity markets if needed, such transactions may require the concurrence of IAC.

On October 10, 2019, IAC conveyed to a special committee of disinterested directors of our Board of Directors a preliminary proposal for a transaction that would result in the full separation of Match Group from IAC. The proposal is more fully described in Schedule 13D amendments filed by IAC with the Securities and Exchange Commission on October 11, 2019 and November 7, 2019, which descriptions are incorporated by reference herein. Our special committee is evaluating the proposal. There can be no assurance that any transaction will occur or that if a transaction does occur as to the timing or terms of any such transaction.

38

App. 761

### CONTRACTUAL OBLIGATIONS AND COMMERCIAL COMMITMENTS

| Contractual Obligations[a] | Less Than 1 Year | | 1–3 Years | | 3–5 Years | | More Than 5 Years | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (In thousands) | | | | | | |
| Long-term debt[b] | $ | 85,929 | $ | 174,890 | $ | 966,368 | $ | 967,344 | $ | 2,194,531 |
| Operating leases[c] | | 16,821 | | 26,078 | | 7,233 | | 6,460 | | 56,592 |
| Purchase obligation[d] | | 23,869 | | — | | — | | — | | 23,869 |
| Total contractual obligations | $ | 126,619 | $ | 200,968 | $ | 973,601 | $ | 973,804 | $ | 2,274,992 |

[a] The Company has excluded $47.7 million in unrecognized tax benefits and related interest from the table above as we are unable to make a reasonably reliable estimate of the period in which these liabilities might be paid. For additional information on income taxes, see "Note 4—Income Taxes" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

[b] Represents contractual amounts due including interest on both fixed and variable rate instruments. Long-term debt at September 30, 2019 consists of the 6.375%, 5.00%, and 5.625% Senior Notes of $400 million, $450 million, and $350 million, respectively, which bear interest at fixed rates, and the Term Loan balance of $425 million, which bears interest at a variable rate. The Term Loan bears interest at LIBOR plus 2.50%, or 4.66% at September 30, 2019. The amount of interest ultimately paid on the Term Loan may differ based on changes in interest rates and outstanding balances. For additional information on long-term debt, see "Note 6—Long-term Debt, net" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

[c] The Company leases office space, data center facilities and equipment used in connection with its operations under various operating leases, many of which contain escalation clauses. The Company is also committed to pay a portion of the related operating expenses under certain lease agreements. These operating expenses are not included in the table above. For additional information on operating leases, see "Note 3—Leases" to the consolidated financial statements included in "Item 1—Consolidated Financial Statements."

[d] The purchase obligations consist primarily of a web hosting commitment.

We also had $0.1 million of letters of credit and surety bonds outstanding as of September 30, 2019 that could potentially require performance by the Company in the event of demands by third parties or contingent events.

39

**Item 3.**     *Quantitative and Qualitative Disclosures about Market Risk*

**Interest Rate Risk**

The Company's exposure to market risk for changes in interest rates relates primarily to the Company's long-term debt.

At September 30, 2019, the Company's outstanding long-term debt was $1.6 billion, of which $1.2 billion of Senior Notes bear interest at fixed rates. If market rates decline, the Company runs the risk that the required payments on the fixed rate debt will exceed those based on market rates. A 100-basis point increase or decrease in the level of interest rates would, respectively, decrease or increase the fair value of the fixed-rate debt by $71.1 million. Such potential increase or decrease in fair value is based on certain simplifying assumptions, including a constant level and rate of fixed-rate debt for all maturities and an immediate across-the-board increase or decrease in the level of interest rates with no other subsequent changes for the remainder of the period. The $425 million Term Loan bears interest at a variable rate, which is LIBOR plus 2.50%. As of September 30, 2019, the rate in effect was 4.66%. If LIBOR were to increase or decrease by 100 basis points, then the annual interest expense and payments on the Term Loan would increase or decrease, respectively, by $4.3 million based upon the outstanding balance at September 30, 2019.

**Foreign Currency Exchange Risk**

The Company conducts business in certain foreign markets, primarily in the European Union, and is exposed to foreign exchange risk for both the Euro and GBP.

We have exposure to foreign currency exchange risk related to transactions carried out in a currency other than the U.S. dollar, and investments in foreign subsidiaries with a functional currency other than the U.S. dollar. As foreign currency exchange rates change, translation of the statements of operations of our international businesses into U.S. dollars affects year-over-year comparability of operating results. For the three and nine months ended September 30, 2019, the impact on revenue for all foreign currencies was unfavorable by $8.3 million and $42.1 million, respectively, compared to the comparable prior year period due to the Euro, GBP, and certain other currencies. For a reconciliation of Revenue excluding foreign exchange effects, see "Principles of Financial Reporting."

Foreign currency exchange gains included in the Company's earnings for the three and nine months ended September 30, 2019 were $1.8 million and $1.9 million, respectively. Foreign currency exchange gains for the three and nine months ended September 30, 2018 were $0.4 million and $2.7 million, respectively. Historically foreign currency exchange gains and losses have not been material to the Company. The gains in 2018 are primarily related to a U.S. dollar denominated intercompany loan for which the receivable is held by a foreign subsidiary with a GBP functional currency, which was settled in December 2018. As the U.S. Dollar fluctuates against GBP, this intercompany loan experienced volatility, which resulted in foreign currency exchange gains or losses.

Historically, the Company has not hedged foreign currency exposures. Our continued international expansion increases our exposure to exchange rate fluctuations and as a result such fluctuations could have a significant impact on our future results of operations.

40

App. 763

Table of Contents

**Item 4.**    *Controls and Procedures*

The Company monitors and evaluates on an ongoing basis its disclosure controls and procedures and internal control over financial reporting in order to improve their overall effectiveness. In the course of these evaluations, the Company modifies and refines its internal processes as conditions warrant.

As required by Rule 13a-15(b) under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), Match Group management, including our principal executive and principal financial officers, evaluated the effectiveness of the Company's disclosure controls and procedures, as defined by Rule 13a-15(e) under the Exchange Act. Based on this evaluation, management has concluded that the Company's disclosure controls and procedures were effective as of the end of the period covered by this report in providing reasonable assurance that information we are required to disclose in our filings with the Securities and Exchange Commission under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Commission's rules and forms, and include controls and procedures designed to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is accumulated and communicated to our management, including our principal executive and principal financial officers, as appropriate to allow timely decisions regarding required disclosure.

There were no changes to the Company's internal control over financial reporting during the period covered by this report that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

41

App. 764

## PART II
## OTHER INFORMATION

**Item 1.** *Legal Proceedings*

**Overview**

We are, and from time to time may become, involved in various legal proceedings arising in the normal course of our business activities, such as patent infringement claims, trademark oppositions and consumer or advertising complaints, as well as stockholder derivative actions, class action lawsuits and other matters. The amounts that may be recovered in such matters may be subject to insurance coverage. The litigation matters described below involve issues or claims that may be of particular interest to our stockholders, regardless of whether any of these matters may be material to our financial position or operations based upon the standard set forth in the SEC's rules.

**Consumer Class Action Challenging Tinder's Age-Tiered Pricing**

On May 28, 2015, a putative state-wide class action was filed against Tinder in state court in California. *See Allan Candelore v. Tinder, Inc.*, No. BC583162 (Superior Court of California, County of Los Angeles). The complaint principally alleged that Tinder violated California's Unruh Civil Rights Act (the "Unruh Act") by offering and charging users age 30 and over a higher price than younger users for subscriptions to its premium Tinder Plus service. The complaint sought certification of a class of California Tinder Plus subscribers age 30 and over and damages in an unspecified amount. On September 21, 2015, Tinder filed a demurrer seeking dismissal of the complaint. On October 26, 2015, the court issued an opinion sustaining Tinder's demurrer to the complaint without leave to amend, ruling that the age-based pricing differential for Tinder Plus subscriptions did not violate California law in essence because offering a discount to users under age 30 was neither invidious nor unreasonable in light of that age group's generally more limited financial means. On December 29, 2015, in accordance with its ruling, the court entered judgment dismissing the action. On February 1, 2016, the plaintiff filed a notice of appeal from the judgment, and the parties thereafter briefed the appeal. On January 29, 2018, the California Court of Appeal (Second Appellate District, Division Three) issued an opinion reversing the judgment of dismissal, ruling that the lower court had erred in sustaining Tinder's demurrer because the complaint, as pleaded, stated a cognizable claim for violation of the Unruh Act. Because we believe that the appellate court's reasoning was flawed as a matter of law and runs afoul of binding California precedent, on March 12, 2018, Tinder filed a petition with the California Supreme Court seeking interlocutory review of the Court of Appeal's decision. On May 9, 2018, the California Supreme Court denied the petition. The case was then returned to the trial court for further proceedings and is currently in discovery. On September 13, 2019, Tinder filed a motion to stay the case pending the appeal of the decision to approve the *Kim* settlement, discussed below; the plaintiff has opposed the motion.

In a related development, on June 19, 2019, in a substantially similar putative class action asserting the same substantive claims and pending in federal district court in California, the court issued an order granting final approval to a class-wide settlement, the terms of which are not material to the Company. *See Lisa Kim v. Tinder, Inc.*, No. 18-cv-3093 (U.S. District Court, Central District of California). On June 21, 2019, the *Kim* court entered judgment in accordance with its prior order. Because the approved settlement class in *Kim* subsumes the proposed settlement class in *Candelore*, the judgment in *Kim* would effectively render *Candelore* a single-plaintiff lawsuit. Accordingly, on July 11, 2019, two objectors to the *Kim* settlement, represented by the plaintiff's counsel in *Candelore*, filed a notice of appeal from the *Kim* judgment to the U.S. Court of Appeals for the Ninth Circuit. Their opening brief is due on November 20, 2019. We believe that the allegations in the *Candelore* lawsuit are without merit and will continue to defend vigorously against it.

**Tinder Optionholder Litigation against IAC and Match Group**

On August 14, 2018, ten then-current and former employees of Match Group, LLC or Tinder, Inc. ("Tinder"), an operating business of Match Group, filed a lawsuit in New York state court against IAC and Match Group. *See Sean Rad et al. v. IAC/InterActiveCorp and Match Group, Inc.*, No. 654038/2018 (Supreme Court, New York County). The complaint alleges that in 2017, the defendants: (i) wrongfully interfered with a contractually established process for the independent valuation of Tinder by certain investment banks, resulting in a substantial undervaluation of Tinder and a consequent underpayment to the plaintiffs upon exercise of their Tinder stock options, and (ii) then wrongfully merged Tinder into Match Group, thereby depriving certain of the

42

App. 765

Table of Contents

plaintiffs of their contractual right to later valuations of Tinder on a stand-alone basis. The complaint asserts claims for breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, interference with contractual relations (as against Match Group only), and interference with prospective economic advantage, and seeks compensatory damages in the amount of at least $2 billion, as well as punitive damages. On August 31, 2018, four plaintiffs who were still employed by Match Group filed a notice of discontinuance of their claims without prejudice, leaving the six former employees as the remaining plaintiffs.

On October 9, 2018, the defendants filed a motion to dismiss the complaint on various grounds, including that the 2017 valuation of Tinder by the investment banks was an expert determination any challenge to which is both time-barred under applicable law and available only on narrow substantive grounds that the plaintiffs have not pleaded in their complaint; the plaintiffs opposed the motion. On June 13, 2019, the court issued a decision and order (i) granting the motion to dismiss the claims for breach of the implied covenant of good faith and fair dealing and for unjust enrichment, (ii) granting the motion to dismiss the merger-related claim for breach of contract as to two of the remaining six plaintiffs, and (iii) otherwise denying the motion to dismiss. On June 21, 2019, the defendants filed a notice of appeal from the trial court's partial denial of their motion to dismiss, and the parties thereafter briefed the appeal. On October 29, 2019, the Appellate Division, First Department, issued an order affirming the lower court's decision.

On June 3, 2019, the defendants filed a second motion to dismiss or for other relief based upon certain provisions of the plaintiffs' agreement with a litigation funding firm; the plaintiffs have opposed the motion, which remains pending. On July 15, 2019, the defendants filed an answer denying the material allegations of the complaint, as well as counterclaims against Sean Rad for breach of contract and unjust enrichment based upon his alleged misappropriation of confidential company information. On September 13, 2019, the defendants filed an amended answer and counterclaims, adding claims based on Rad's alleged unauthorized recording of conversations with company employees. Document discovery is largely complete, and deposition discovery is in abeyance pursuant to the court's suggestion that the parties pursue mediation of their disputes. We believe that the allegations against Match Group and IAC in this lawsuit are without merit and will continue to defend vigorously against it.

**FTC Lawsuit Against Match Group**

In March 2017, the Federal Trade Commission ("FTC") requested information and documents in connection with a civil investigation regarding certain business practices of Match.com.  The FTC raised potential claims relating to Match.com's marketing, chargeback, and online cancellation practices. In November 2018, the FTC proposed to resolve its potential claims via a consent judgment requiring certain changes in those practices, as well as a $60 million payment.  Ensuing discussions between the Company and the FTC ended without resolution.

On August 7, 2019, the FTC voted to assert claims against the Company and referred the matter to the U.S. Department of Justice ("DOJ"). The DOJ subsequently declined to pursue a civil case against the Company and referred the matter back to the FTC.

On September 25, 2019, the FTC filed a lawsuit in the Northern District of Texas against Match Group. *See FTC v. Match Group, Inc.*, No. 3:19:cv-02281-K (N.D. Tex.). The complaint alleges that, prior to mid-2018, for marketing purposes Match.com told non-paying users that other users were trying to communicate with them, even though Match.com had identified those subscriber accounts as potentially fraudulent, thereby inducing non-paying users to subscribe and exposing them to the risk of fraud should they subscribe. The complaint also challenges the adequacy of Match.com's disclosure of its six-month guarantee, the efficacy of its cancellation process, and its handling of chargeback disputes. The complaint seeks among other things permanent injunctive relief, civil penalties, restitution, disgorgement, and costs of suit. On October 17, 2019, the Company filed a motion to dismiss the complaint. The FTC filed its opposition to the motion to dismiss on November 5, 2019. Match Group's reply is due November 19, 2019.

On September 26, 2019, the Company received a grand-jury subpoena from the DOJ for documents relating to certain of the marketing-related claims in the FTC's complaint.

Match Group believes that the FTC's claims regarding Match.com's practices, policies, and procedures are without merit and will defend vigorously against them. The Company intends to cooperate with the DOJ in responding to its subpoena.

43

Table of Contents

**Securities Class Action Lawsuit Against Match Group**

On October 3, 2019, a Match Group shareholder, Phillip R. Crutchfield, filed a securities class action lawsuit in federal court in the Northern District of Texas against Match Group, Inc., Amanda Ginsberg, and Gary Swidler, on behalf of himself and as class representative for people and entities who acquired Match Group securities between August 6, 2019 and September 25, 2019, in relation to the FTC lawsuit and the allegations therein. *See Phillip R. Crutchfield v. Match Group, Inc., Amanda W. Ginsberg, and Gary Swidler*, No. 3:19-cv-02356-C (Northern District of Texas, Dallas Division). The Complaint alleges that (i) Defendants failed to disclose to investors that the Company induced customers to buy and upgrade subscriptions using misleading advertisements, that the Company made it difficult for customers to cancel their subscriptions, and that, as a result, the Company was likely to be subject to regulatory scrutiny; (ii) that the Company lacked adequate disclosure controls and procedures; and (iii) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects, were materially misleading and/or lacked a reasonable basis. The Plaintiffs have yet to serve Match Group in the lawsuit. Match Group believes that the allegations in the *Crutchfield* lawsuit are without merit and will defend vigorously against them.

**Item 1A. *Risk Factors***

This quarterly report on Form 10-Q contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The use of words such as "anticipates," "estimates," "expects," "plans" and "believes," among others, generally identify forward-looking statements. These forward-looking statements include, among others, statements relating to: Match Group's future financial performance, Match Group's business prospects and strategy, anticipated trends, prospects in the industries in which Match Group's businesses operate, the possibility of separating Match Group from IAC/InterActiveCorp ("IAC"), whether any agreement will be reached with respect to any separation transaction, the terms of any such transaction, and other similar matters. These forward-looking statements are based on Match Group management's current expectations and assumptions about future events as of the date of this quarterly report, which are inherently subject to uncertainties, risks and changes in circumstances that are difficult to predict.

Actual results could differ materially from those contained in these forward-looking statements for a variety of reasons, including, among others: competition, our ability to maintain user rates on our higher monetizing dating products, our ability to attract users to our dating products through cost-effective marketing and related efforts, foreign currency exchange rate fluctuations, our ability to distribute our dating products through third parties and offset related fees, the integrity and scalability of our systems and infrastructure (and those of third parties) and our ability to adapt ours to changes in a timely and cost-effective manner, our ability to protect our systems from cyberattacks and to protect personal and confidential user information, risks relating to certain of our international operations and acquisitions, certain risks relating to our relationship with IAC, and the risks inherent in separating Match Group from IAC (including uncertainties related to, among other things, whether any agreement will be reached to proceed with a transaction, whether IAC will determine to proceed with any such transaction if an agreement can be reached, the final terms and conditions of any such transaction if such an agreement is reached, the costs and expected benefits of the proposed transaction, the expected timing of the transaction or whether it will be completed, whether any conditions to the transaction can be satisfied, the expected tax treatment of the transaction, and the impact of the transaction on the businesses of IAC and Match Group).

Certain of these and other risks and uncertainties are discussed in Match Group's filings with the Securities and Exchange Commission, including in Part I "Item 1A. Risk Factors" of our annual report on Form 10-K for the fiscal year ended December 31, 2018 and in Part II "Item 1A. Risk Factors" of our quarterly report on Form 10-Q for the quarter ended March 31, 2019. Other unknown or unpredictable factors that could also adversely affect Match Group's business, financial condition and results of operations may arise from time to time. In light of these risks and uncertainties, these forward-looking statements discussed in this quarterly report may not prove to be accurate. Accordingly, you should not place undue reliance on these forward-looking statements, which only reflect the views of Match Group management as of the date of this quarterly report. Match Group does not undertake to update these forward-looking statements.

We are including the following risk factor, which supplements the risk factors disclosed in our annual report on Form 10-K for the fiscal year ended December 31, 2018 and should be read in conjunction with our description of the risk factors described in Part I "Item 1A. Risk Factors" of our annual report on Form 10-K:

44

App. 767

***There can be no assurance the proposed separation of the Company from IAC will occur or if it does occur as to the timing or the terms of any such transaction or as to the impact of any such transaction on the trading price of our common stock.***

On October 10, 2019, IAC conveyed to a special committee of disinterested directors of our Board of Directors a preliminary proposal for a transaction that would result in the full separation of Match Group from IAC. The proposed separation transaction (the "Separation") would result in two independent public companies, referred to herein as "New Match" and "New IAC." IAC would no longer have an ownership stake in Match Group following the Separation, and IAC stockholders would receive shares of both New Match and New IAC in the transaction. The transaction, which would be structured to be tax-free to IAC, Match Group and their respective stockholders, would also eliminate the dual-class common stock structure at New Match, with all pre-transaction stockholders of Match Group and IAC receiving a single class of "one share/one vote" capital stock of New Match. Pre-transaction stockholders of IAC would receive stock in New IAC replicating their current interest in IAC.

The proposal contemplates that, among other things:

- New Match would become responsible for specified liabilities of IAC (primarily consisting of the obligations with respect to outstanding exchangeable notes issued by subsidiaries of IAC and related hedging instruments), and retain certain real estate assets currently owned by IAC;

- prior to the Separation, Match Group would consummate certain debt financing transactions, the proceeds of which would be used to pay a dividend to all of its stockholders, including IAC; and

- outstanding IAC equity awards and tax attributes would be allocated between New IAC and New Match as agreed between the parties.

The proposal contemplates that the net liabilities being assumed by New Match would effectively reduce the number of shares of New Match to be received by IAC's current stockholders in the transaction. In addition, IAC's proposal contemplates that, prior to the Separation, IAC may sell securities representing a post-transaction equity interest solely in New Match, and contribute the proceeds of such offering to New IAC

There can be no assurance that any transaction will occur or that if a transaction does occur as to the timing or terms of any such transaction. In addition, the Separation and any related transactions, such as sales of our common stock or New Match common stock by IAC, may have an adverse effect on the trading price of our common stock.

## Item 2. *Unregistered Sales of Equity Securities and Use of Proceeds*

### Unregistered Sales of Equity Securities

Under the terms of the Employee Matters Agreement dated as of November 24, 2015, by and between IAC/InterActiveCorp ("IAC") and Match Group, Inc. (the "Company"), as amended effective as of April 13, 2016 (the "Employee Matters Agreement"), IAC may cause certain equity awards of the Company to be settled in shares of IAC common stock, par value $0.001 ("IAC Common Stock") and cause the Company to reimburse IAC for the cost of such shares of IAC Common Stock by issuing shares of Company common stock, par value $0.001 ("Company Common Stock") to IAC. The Employee Matters Agreement also provides that the Company will reimburse IAC for the cost of any IAC equity awards held by the Company's employees and former employees and that IAC may elect to receive payment either in cash or Company Common Stock.

On September 30, 2019, 8,405 shares of Company Common Stock were issued to IAC as reimbursement for shares of IAC Common Stock issued in connection with the exercise of IAC stock options held by Match Group employees.

On July 31, 2019; August 31, 2019; and September 30, 2019, 269; 189,221; and 35,674 shares of Company Common Stock, respectively, were issued to IAC as reimbursement for shares of IAC Common Stock issued in connection with the exercise and settlement of equity awards formerly denominated in shares of a subsidiary of the Company pursuant to the Employee Matters Agreement.

45

App. 768

Table of Contents

The issuances of Company Common Stock described above did not involve any underwriters or public offerings and the Company believes that such issuances were exempt from the registration requirements of the Securities Act of 1933, as amended, pursuant to Section 4(a)(2) of such act.

**Issuer Purchases of Equity Securities**

The following table sets forth purchases by the Company of its common stock during the quarter ended September 30, 2019:

| Period | (a) Total Number of Shares Purchased | (b) Average Price Paid Per Share | (c) Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs[1] | (d) Maximum Number of Shares that May Yet Be Purchased Under Publicly Announced Plans or Programs[2] |
|---|---|---|---|---|
| July 2019 | 215,000 | $ 71.23 | 215,000 | 1,445,731 |
| August 2019 | 178,700 | $ 82.12 | 178,700 | 11,267,031 |
| September 2019 | 997,700 | $ 75.81 | 997,700 | 10,269,331 |
| Total | 1,391,400 | $ 75.91 | 1,391,400 | 10,269,331 |

[1]   Reflects repurchases made pursuant to the repurchase program originally authorized in May 2017, which has no expiration. On August 30, 2019, the Company's Board of Directors authorized an increase to the repurchase program of 10 million shares, resulting in a total repurchase authorization of 16 million shares.

[2]   Represents the total number of shares of common stock that remained available for repurchase pursuant to the Company's repurchase program, including the increase of 10 million shares authorized on August 30, 2019. The timing and actual number of any shares repurchased will depend on a variety of factors, including price, general business and market conditions, and alternative investment opportunities. The Company is not obligated to purchase any shares under the repurchase program, and repurchases may be commenced, suspended or discontinued from time to time without prior notice.

46

App. 769

Table of Contents

**Item 6.**    *Exhibits*

The documents set forth below, numbered in accordance with Item 601 of Regulation S-K, are filed herewith, incorporated by reference herein by reference to the location indicated or furnished herewith.

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | | Filed (†) or Furnished (‡) Herewith (as indicated) |
| --- | --- | --- | --- | --- | --- | --- |
| | | Form | SEC File No. | Exhibit | Filing Date | |
| 31.1 | Certification of the Chief Executive Officer pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | † |
| 31.2 | Certification of the Chief Financial Officer pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | | † |
| 32.1 | Certification of the Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | ‡ |
| 32.2 | Certification of the Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | | ‡ |
| 101.INS | Inline XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document. | | | | | |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document | | | | | † |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document | | | | | † |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document | | | | | † |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase Document | | | | | † |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document | | | | | † |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL and contained in Exhibit 101) | | | | | |

47

App. 770

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

November 7, 2019                                    **MATCH GROUP, INC.**

                                                   By:          /s/ GARY SWIDLER
                                                   _____
                                                             Gary Swidler
                                                          *Chief Financial Officer*


| **Signature** | **Title** | **Date** |
|---|---|---|
| /s/ GARY SWIDLER | Chief Financial Officer | November 7, 2019 |
| Gary Swidler | | |

48

App. 771