**Appendix 1**

**Misstatements And Corrective / News Events Compared Against Securities Transactions, Offerings, Resignations**

| Alleged Misstatements | Alleged Corrective Events & Other News | Suspiciously Timed Defendant / Insider Actions | | | | |
|---|---|---|---|---|---|---|
| | | RSU Transactions | Options Transactions | Stock Transactions | Offerings | Employment Status Changes |
| 11/6/2018  Form 8-K / Press Release (¶90) 11/7/2018 Investor Call (¶¶92-93) 11/9/2018 Form 10-Q (Q3 2018) (¶¶131, 138) | 3/2017 FTC initiates undisclosed investigation (¶160) 11/2018 FTC proposes undisclosed $60 million settlement  (¶160) | Ginsberg (¶182(a)) 12/21/2018 RSUs converted to shares (35,021) | | Ginsberg (¶182(a)) 12/21/2018 RSU-converted shares sold (13,782) | | |
| 2/6/2019 Form 8-K /  Press Release (¶95) 2/6/2019 Article (¶97) 2/7/2019 Investor Call (¶¶99, 101) 2/28/2019 Form 10-K (¶¶132, 139, 145) | 2/28/2019 Corrective: Match announces undisclosed FTC investigation (¶160) | Ginsberg (¶182(a)) 2/9/2019 RSUs converted to shares (52,534) Swidler (¶182(b)) 2/9/2019 RSUs converted to shares  (61,289) | Swidler (¶182(b)) 2/11/2019 options exercised to shares  (32,119) 2/11/2019 options exercised to shares (380,881) | Ginsberg (¶182(a)) 2/9/2019 RSU-converted shares sold (18,049) Swidler (¶182(b)) 2/9/2019 RSU-converted shares sold (27,419) 2/11/2019 option-exercised shares sold (158,795) 2/11/2019 option-exercised shares sold (254,205) | 2/8/2019 Private Offering ($300 million) announced | |
| 5/7/2019 Form 8-K / Press Release (¶105) 5/8/2019 Investor Call (¶107) 5/8/2019 Interview (¶103) 5/9/2019 Form 10-Q (Q1 2019) (¶¶133, 140, 149) 8/6/2019 Form 8-K / Press Release (¶109) 8/7/2019 Investor Call (¶¶111, 113) 8/8/2019 Form 10-Q (Q2 2019) (¶¶134, 141, 151) 8/9/2019 Article (¶115) 9/10/2019 Conference (¶117) 9/25/2019 Press Release (¶153) | 8/9-12/2019 Correctives: Match announces FTC asserting claims against Match and referring matter to DOJ (¶¶162, 164) 9/25/2019 Corrective: FTC files complaint against Match.com (¶165) | | Ginsberg (¶182(a)) 5/30/2019 options exercised to shares (136,711) 5/30/2019 options exercised to shares (65,667) 5/30/2019 options exercised to shares (45,528) | Ginsberg (¶182(a) 5/30/2019 option-exercised shares sold (119,879) 5/30/2019 option-exercised shares sold (128,027) | | 9/24/2019 Sam Yagan (former Match CEO) resigns as Vice Chairman |
| 11/5/2019 Form 8-K / Press Release (¶120) 11/6/2019 Investor Call (¶¶122, 124, 155) 11/7/2019 Form 10-Q (Q3 2019) (¶¶135, 142, 157) 12/2/2019 Article (¶¶126-128) | 11/6/2019 Corrective: Match announces soaring legal costs (¶167) 12/2/2019 Corrective: CJI publishes investigative report (¶¶169-170) 1/31/2020 Corrective: Congress launches investigation (¶¶172-173) | Ginsberg (¶182(a)) 12/21/2019 RSUs converted to shares (35,024) | | Ginsberg (¶182(a)) 12/21/2019 RSU-converted shares sold (13,783) | | 1/31/20 Defendant Ginsberg resigns as CEO |