# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| PHILLIP R. CRUTCHFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br><br>MATCH GROUP, INC., AMANDA W. GINSBERG, and GARY SWIDLER,<br><br>　　　　　　　Defendants. | Civil Action No. 3:19-CV-2356<br><br>**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

I, Ex Kano S. Sams II, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action. I am a partner with the law firm of Glancy Prongay & Murray LLP, co-counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2. Attached as Exhibit A is a true and correct copy of a May 17, 2021 *ProPublica/Columbia Journalism Investigations* article entitled "Addressing Rape in Four Minutes or Less: Dating App Reps Left Unprepared to Respond to Assault Victims" ("*ProPublica/Columbia Journalism Investigations* Article").

3. Attached as Exhibit B is a true and correct copy of a list of statements made by Match Group, Inc. ("Match") to *ProPublica/Columbia Journalism Investigations* as part of the *ProPublica/Columbia Journalism Investigations* Article when Match was asked for comment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 21st day of June, 2021, at Los Angeles, California.

*s/Ex Kano S. Sams II*
Ex Kano S. Sams II
