# EXHIBIT B

## Match Group (speaking for Tinder, OkCupid, PlentyofFish, Hinge and Match.com)

*"Violent offenders have no place in our physical or online communities; we act on every report received, and vigilantly remove and block anyone suspected of this behavior from all of our platforms.*

*We utilize industry-leading technologies, support federal and state legislation that promotes online safety, and always work with law enforcement to make sure that justice is served.*

*We're outraged that singles may experience fear, discomfort, or worse when looking to meet someone special, and will always work to improve our systems to make sure everyone on our apps feels respected and safe."*

## eHarmony

*"For 20 years, eharmony has been committed to providing a safe place to meet new people and start meaningful relationships. Our Trust & Safety team works tirelessly to ensure that our members discover the most compatible matches possible in a trusted environment.*

*Our Trust & Safety team constantly monitors account activity and investigates any complaints of unusual, inappropriate or falsified accounts. We also have filters in place that review activity for inappropriate, threatening or harassing content. Members can report any match they have a concern about for any reason. Our Trust & Safety team is staffed seven days a week to closely monitor reports, and reviews every report that is submitted. It is our policy to respond to any members who have submitted a report to acknowledge that their report has been received. We utilize resources spanning across the globe to ensure that peak coverage is available in every time zone.*

*All employees involved in customer interaction and moderation receive extensive training and resources to help ensure consistent, best-in-class service. While we do not currently have a customer service phone line, members can easily report a match, either directly from the match's profile page or from within their communication with a match. To do so, they can click on the menu button located on the upper right-hand side of the match's profile, indicated with three dots. In the dropdown, there is an option to click "Report Profile." Clicking on this will provide the member with options to report a match, and a text option to provide additional information regarding their concerns.*

*Every incident report is reviewed by our Trust & Safety team, and all reports are kept completely confidential. Based on the findings of that investigation we take necessary action, including completely and permanently removing the member from eharmony. In the event this occurs, we use various methods and internal tools to enforce and scan for previously removed members. Should we locate such an account, it is removed immediately. We do not elaborate on the details of our security process, as it could help inform potential bad actors.*

*We always refer members who report any type of assault to their local law enforcement agency, and we also provide additional resources for them to follow up with, including rape crisis services if applicable. Of course, if a member feels they are in immediate danger, we encourage them to call 911 or the number for emergency services in their area. We also offer a comprehensive list of resources that provide members with advice and support if they have had a bad experience with a match.*

*In addition to these protocols, we screen our U.S.-subscriber base against the Department of Justice's Sex Offender website, using third parties to help ensure the best accuracy. Should we locate such an account, it is removed immediately. We do not allow members to share contact information in their profile or messages prior to becoming a*

18

Premium member, which also helps protect our other members from communicating offsite with someone who has not yet gone through our review process.

We also acknowledge that staying complacent is not an option. As technology continues to change, eharmony remains committed to providing a best-in-class, safe experience for our members, further evolving our platform to create meaningful connections in our safe and trusted environment."

## Grindr (statement and partial answers to questions)

Our team recently completed an acquisition of Grindr, and our Trust and Safety is one of our top priorities coming in. To that end, we have hired a new head of Customer Experience who is taking a thorough and thoughtful review of matters of platform and user safety. . . .

We take sexual assault reports seriously and escalate to a specialized team who is highly trained to handle sensitive reports with empathy and care. . . .

- We take the reporter at their word unless there is clear evidence of the report being false.
- As a matter of course, we ban the user reported for sexual assault.
- If the reported user asked why they were banned, we do not disclose the reason for the ban out of respect for the privacy, security, and safety of our users.
- We train our team to respond to the victims of sexual assault with empathy and care. . . .

We have significantly invested in the Trust and Safety team over the last year and will continue to do so. . . .

Grindr is wholeheartedly committed to developing safeguards to help users care for themselves and others both online and in real life. For example, Grindr publishes a holistic security guide that is available in multiple languages. Grindr also encourages users to be careful when interacting with people they do not know, and to report improper or illegal behavior either within the app or directly via email to help@grindr.com.

## Coffee Meets Bagel

As a female-founded company, Coffee Meets Bagel takes the safety of our community very seriously. It's important we create a space where our daters feel secure meeting others, and any situation in which a dater feels unsafe is a failure on our part. Because of this, it is imperative that we continue to innovate and invest in processes that protect our daters.

To keep our community safe, we leverage a sophisticated system of both automated and manual moderation, including industry-leading tools and a dedicated support staff who adhere to our company-wide values. Here is a more in-depth explanation of how we keep our daters safe:

- **Zero-Tolerance Policy:** To minimize the risk to our daters, we swiftly ban users who exhibit bad behavior – including anyone who has been reported to have committed crimes such as sexual assault, even without confirmation from law enforcement. Additionally, our system builds a comprehensive profile of each banned user. So even if they were to attempt to create a new account with new profile information, they would be detected and immediately blocked from the platform. We also advise the user who reported the

19

*incident to reach out to the authorities immediately and, when appropriate, we will work with law enforcement agencies on their investigations.*

- ***Cutting-Edge Technology:*** *We work with leading third-party vendors that specialize in detecting users who demonstrate a pattern of inappropriate behavior. Using this machine-learning technology provides an extra layer of security, in addition to our support staff. Today, it takes on average less than 2 hours for us to identify and ban scammers and/or fraudulent profiles.*

- ***Rapid Response Time:*** *Our Customer Experience team personally handles all banned offline behavior reports in a timely manner: Our current policy is to respond within 24 hours. As of now, our actual response time is about 7 hours (compared to the industry average of about 20 hours, according to Zendesk benchmark data). These are responses from real Customer Experience individuals who review all reports.*

- ***Extensive Training for Moderators:*** *We have a comprehensive training system for all of our Customer Experience team members, with a particular emphasis on safety issues for our daters. On top of regular onboarding, all new associates are trained extensively on more serious issues, like safety, to ensure they're equipped to handle all complaints in accordance with our company policies.*

20