**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| PHILLIP R. CRUTCHFIELD, Individually and On Behalf of All Others Similarly Situated, | §<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | Civil Action No. 3:19-cv-2356-S |
| MATCH GROUP, INC., AMANDA W. GINSBERG AND GARY SWIDLER, | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§<br>§ | |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF CO-LEAD PLAINTIFF PHILLIP R. CRUTCHFIELD'S CLAIMS AGAINST DEFENDANTS**

On January 6, 2020, the Court entered an Order appointing Phillip R. Crutchfield ("Crutchfield") and Samir Ali Cherif Benouis ("Benouis") as Co-Lead Plaintiffs in the litigation (Dkt. No. 22). On April 23, 2021, Co-Lead Plaintiffs filed the Second Amended Class Action Complaint for Violations of the Federal Securities Laws against Defendants (Dkt. No. 51) and on December 10, 2021, Defendants filed their Answer (Dkt. No. 69).

Co-Lead Plaintiff Crutchfield no longer desires to pursue his causes of action against Defendants, individually or on behalf of the Class. Pursuant to Fed. R. Civ. P. 23(e) and 41(a)(2), a plaintiff may voluntarily dismiss his or her claims before certification of a class without notice to absent class members or a court order. No class has been certified yet under Fed. R. Civ. P. 23, and Co-Lead Plaintiff Benouis continues to pursue claims against Defendants on behalf of himself and the Class, so that the litigation can continue without prejudice to any party resulting from Crutchfield's dismissal.

As such, Co-Lead Plaintiffs respectfully move the Court to enter an order providing that:

- 1 -

- 2 -

1.      Mr. Crutchfield voluntarily dismisses his claims against Defendants subject to the limitations in ¶3 below;

2.      Mr. Crutchfield relinquishes his role as a Co-Lead Plaintiff for the Class claims against Defendants with prejudice;

3.      Mr. Crutchfield shall retain his rights as a putative class member; and

4.      Lead Plaintiff Benouis will continue to pursue the claims at issue, both individually and in his capacity as Court-appointed Lead Plaintiff on behalf of the Class of investors.

Defendants do not oppose the voluntary dismissal of Mr. Crutchfield's claims or items 1 through 3 above.  Defendants take no position with regarding Mr. Benouis' continued service as Lead Plaintiff or item 4 above.  Defendants otherwise reserve all objections to class certification, including but not limited to any challenges to adequacy, typicality, and predominance.

*** The rest of this page is intentionally left blank ***

Dated: February 16, 2022

Respectfully submitted,

/s/ Matthew L. Tuccillo
Matthew L. Tuccillo

POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
Matthew L. Tuccillo (admitted *pro hac vice*)
Jennifer B. Sobers (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mltuccillo@pomlaw.com
Email: jbsobers@pomlaw.com

*Counsel for Samir Ali Cherif Benouis and*
*Lead Counsel for the Class*

/s/ Ex Kano S. Sams II
Ex Kano S. Sams II

GLANCY PRONGAY & MURRAY LLP
Ex Kano S. Sams II (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

*Counsel for Phillip R. Crutchfield and*
*Lead Counsel for the Class*

/s/ Joe Kendall
Joe Kendall

Joe Kendall (Texas Bar No. 11260700)
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
Email: jkendall@kendalllawgroup.com

*Local Counsel for the Class*

*/s/ Eitan Kimelman*
Eitan Kimelman

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (*pro hac* forthcoming)
Eitan Kimelman (*pro hac* forthcoming)
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email:  pbronstein@bgandg.com
         eitank@bgandg.com

*Additional Counsel for Samir Ali Cherif Benouis*

## CERTIFICATE OF SERVICE

This is to certify that on February 16, 2022, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Joe Kendall*
Joe Kendall

- 4 -