**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PHILLIP R. CRUTCHFIELD, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., AMANDA W. GINSBERG AND GARY SWIDLER,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:19-cv-2356-S |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR VOLUNTARY DISMISSAL OF CO-LEAD PLAINTIFF PHILLIP R.
CRUTCHFIELD'S CLAIMS AGAINST DEFENDANTS**

The Court grants Plaintiffs' Unopposed Motion for Voluntary Dismissal of Co-Lead Plaintiff Phillip R. Crutchfield's Claims Against Defendants, providing that:

1. Mr. Crutchfield voluntarily dismisses his claims against Defendants subject to the limitations in paragraph 3 below;

2. Mr. Crutchfield relinquishes his role as a Co-Lead Plaintiff for the Class claims against Defendants with prejudice;

3. Mr. Crutchfield shall retain his rights as a putative class member; and

4. Lead Plaintiff Benouis will continue to pursue the claims at issue, both individually and in his capacity as Court-appointed Lead Plaintiff on behalf of the Class of investors.

SIGNED THIS __ DAY OF _____, 2022

_____
UNITED STATES DISTRICT JUDGE