# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

PHILLIP R. CRUTCHFIELD,
Individually and on Behalf of All Others
Similarly Situated

§
§
§
§

v.

§
§

CIVIL ACTION NO. 3:19-CV-2356-S

§

MATCH GROUP, INC., AMANDA W.
GINSBERG, and GARY SWIDLER

§
§
§

## ORDER DISMISSING PHILLIP R. CRUTCHFIELD AS CO-LEAD PLAINTIFF

After review of the Unopposed Motion for Voluntary Dismissal of Co-Lead Plaintiff

Phillip R. Crutchfield's Claims Against Defendants ("Motion") [ECF No. 79], the Court **GRANTS**

the Motion. The Court **ORDERS** the following:

1. Plaintiff Crutchfield's claims against Defendants are dismissed, subject to the limitations set forth in paragraph 3 below;

2. Plaintiff Crutchfield is dismissed with prejudice as Co-Lead Plaintiff for the class claims against Defendants;

3. Plaintiff Crutchfield retains his rights as a putative class member; and

4. Lead Plaintiff Samir Ali Cherif Benouis will pursue the claims at issue in this case both individually and in his capacity as Court-appointed lead Plaintiff on behalf of the Class investors, *see* ECF No. 22.

The Court further **ORDERS** the Clerk to amend the style of the case to "Samir Ali Cherif

Benouis, *Individually and On Behalf of All Others Similar Situated*, v. Match Group, Inc., Amanda

W. Ginsberg, and Gary Swidler."

**SO ORDERED.**

SIGNED February 17, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**