# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SAMIR ALI CHERIF BENOUIS,<br>*Individually and On Behalf of All Others*<br>*Similarly Situated* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3:19-CV-2356-S |
| MATCH GROUP, INC., AMANDA W.<br>GINSBERG, and GARY SWIDLER | §<br>§<br>§ | |

## ORDER

Having previously granted in part the parties' Joint Motion to Amend the Scheduling Order

and continued the trial setting to March 27, 2023, *see* ECF No. 93, the Court finds good cause to

modify the deadlines in the Scheduling Order [ECF No. 65] as follows:

| EVENT | DEADLINE |
|---|---|
| Finalize search terms for use in Defendants' document collection | June 15, 2022 |
| Defendants' class certification opposition | June 16, 2022 |
| Resolve any meet and confer issues regarding the Parties' first discovery requests before presentation to the Court | June 25, 2022 |
| Defendants to produce documents responsive to Lead Plaintiff's first requests and privilege logs | August 16, 2022 |
| Lead Plaintiff's class certification reply | August 16, 2022 |
| Disclosure of experts for party with burden of proof | August 16, 2022 |
| Motions to seek leave to join additional parties | August 30, 2022 |
| Propound discovery requests | September 15, 2022 |
| Disclosure of opposing experts | October 11, 2022 |
| Disclosure of rebuttal experts | November 10, 2022 |
| Conduct fact discovery; discovery requests must be commenced in time to permit response by this date | December 1, 2022 |
| Conduct expert discovery | December 15, 2022 |

| EVENT | DEADLINE |
|---|---|
| File all motions | January 5, 2023 |
| Object to expert testimony | January 5, 2023 |
| Oppose all motions filed on January 5, 2023 | February 7, 2023 |
| Second mediation before Hon. W. Royal Furgeson, Jr. | February 10, 2023 |
| Replies to motions filed on January 5, 2023 | February 28, 2023 |
| First pretrial conference | March 6, 2023, at 1:30 p.m. |
| Deadline to file pretrial materials | March 10, 2023 |
| Second pretrial conference | March 17, 2023, at 10:00 a.m. |

Except as modified above, all requirements set forth in the Scheduling Order [ECF No. 65] shall remain in force and effect.

**SO ORDERED.**

SIGNED June 11, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

2