# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

SAMIR ALI CHERIF BENOUIS,                  §
*Individually and on Behalf of All Others* §
*Similarly Situated*                       §
                                           §
v.                                         §     CIVIL ACTION NO. 3:19-CV-2356-S
                                           §
MATCH GROUP, INC., AMANDA W.               §
GINSBERG, and GARY SWIDLER                 §

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to File Under Seal ("Motion") [ECF No. 96]. Having considered the Motion and the Court's Protective Order [ECF No. 77], the Court **GRANTS** the Motion.

It is **ORDERED** that all parties may file motions, briefs, appendices, and other documents containing or referencing Confidential Discovery Material under seal. For any filings that contain or reference Confidential Discovery Material as defined in the Protective Order, the parties may file the initial version of the submission under seal, serve unredacted copies to opposing counsel, and then file an unsealed public version within 14 days containing agreed-upon redactions. If any party challenges the proposed Confidentiality designation or redactions, then the deadline to file redacted copies of the sealed filing is automatically extended until 14 days after the challenge is resolved. The parties may otherwise reasonably extend the 14-day deadline as needed by mutual agreement. This Order does not modify or supplant the Protective Order, nor does it prejudice any party's right to challenge any confidentiality designations.

**SO ORDERED.**

SIGNED June 16, 2022.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**