# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

SAMIR ALI CHERIF BENOUIS,           §
*Individually and on Behalf of All Others*  §
*Similarly Situated*                 §
                                     §
v.                                   §        CIVIL ACTION NO. 3:19-CV-2356-S
                                     §
MATCH GROUP, INC., AMANDA W.         §
GINSBERG, and GARY SWIDLER           §

## ORDER

Before the Court is the Joint Motion to Modify Sealing Order to Allow Ex Parte Filings ("Motion") [ECF No. 101]. Having considered the Motion, the Court's Protective Order [ECF No. 77], and the Court's June 16, 2022, Order [ECF No. 97], the Court **GRANTS** the Motion.

It is **ORDERED** that the Court's June 16, 2022, Order is **MODIFIED** to allow the parties to file documents containing Confidential Discovery Information through the *ex parte* feature on ECF, with unredacted copies to be served via email. All other provisions in the June 16, 2022, Order and in the Protective Order shall remain in effect.

It is further **ORDERED** that Defendants' Appendix in Support of their Opposition to Plaintiff's Motion to Certify Class [ECF No. 98], accompanying exhibits [ECF Nos. 98-1, 98-2], and Defendants' Response in Opposition to Plaintiff's Motion to Certify Class [ECF No. 99] shall be treated as *ex parte* filings. The Clerk is instructed to make those documents non-accessible through ECF.

**SO ORDERED.**

SIGNED June 23, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**