**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SAMIR ALI CHERIF BENOUIS, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | Case No.: 3:19-cv-02356 |
| MATCH GROUP, INC., AMANDA W. GINSBERG, and GARY SWIDLER, | |
| Defendants. | |

## UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER (DKT NO. 94)

Lead Plaintiff Samir Ali Cherif Benouis ("Lead Plaintiff") respectfully files this Unopposed Motion to Amend the Scheduling Order (the "Scheduling Order) (Dkt. No. 94) to extend the simultaneous deadlines for Lead Plaintiff's class certification reply and for the parties' disclosure of experts from August 16, 2022 to September 14, 2022. The modest extension of these two deadlines will not impact, and Lead Plaintiff does not seek to change, any other deadlines in the Scheduling Order. Lead Plaintiff requires this extension to complete significant expert and briefing work on his class certification reply and potential related or simultaneous court filings.

Lead Plaintiff respectfully submits that reasonable extensions of scheduling orders are granted when circumstances warrant. *See* Dkt. No. 92 (Joint Motion to Amend the Scheduling Order (Dkt. No. 65) at 7-8 (collecting cases)). Counsel for Lead Plaintiff has conferred with counsel for Defendants who do not oppose the relief requested.

1

Dated: August 5, 2022

Respectfully submitted,

/s/ Matthew L. Tuccillo
Matthew L. Tuccillo

POMERANTZ LLP
Jeremy A. Lieberman (admitted *pro hac vice*)
Matthew L. Tuccillo (admitted *pro hac vice*)
Jennifer B. Sobers (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mltuccillo@pomlaw.com
Email: jbsobers@pomlaw.com

*Counsel for Samir Ali Cherif Benouis and*
*Co-Lead Counsel for the Class*

/s/ Ex Kano S. Sams II
Ex Kano S. Sams II

**GLANCY PRONGAY & MURRAY LLP**
Ex Kano S. Sams II (admitted *pro hac vice*)
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com
Email: clinehan@glancylaw.com

*Co-Lead Counsel for the Class*

**KENDALL LAW GROUP, PLLC**
Joe Kendall
Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
Email: jkendall@kendalllawgroup.com

*Local Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (admitted *pro hac vice*)
Eitan Kimelman (admitted *pro hac vice*)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: pbronstein@bgandg.com
        eitank@bgandg.com

*Additional Counsel for Samir Ali Cherif Benouis*

3

## CERTIFICATE OF SERVICE

This is to certify that on August 5, 2022, I have filed the foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo

4