## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

SAMIR ALI CHERIF BENOUIS,
Individually and On Behalf of All Others
Similarly Situated,

                                    Plaintiff,

                v.                                        Case No.: 3:19-cv-02356

MATCH GROUP, INC., AMANDA W.
GINSBERG, and GARY SWIDLER,

                                    Defendants.

## [PROPOSED] ORDER GRANTING THE UNOPPOSED MOTION TO
## AMEND THE SCHEDULING ORDER (DKT. NO. 94)

The Court, having considered the Lead Plaintiff's Unopposed Motion to Amend the Scheduling Order (Dkt. No. 94), the Court finds that good cause exists for the relief requested in the Motion.  Therefore, the Motion is **GRANTED.**

**IT IS THEREFORE ORDERED** that the deadlines for Lead Plaintiff's class certification reply and disclosure of experts for party with burden of proof shall be moved to **September 14, 2022**.  This order does not affect any other dates in the Scheduling Order.

SIGNED this __ day of _____, 2022

                                    _____
                                    THE HONORABLE KAREN GREN SCHOLER
                                    UNITED STATES DISTRICT JUDGE

1