# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

SAMIR ALI CHERIF BENOUIS,               §
*Individually and on Behalf of All Others*   §
*Similarly Situated*                    §
                                        §
v.                                      §      CIVIL ACTION NO. 3:19-CV-2356-S
                                        §
MATCH GROUP, INC., AMANDA W.            §
GINSBERG, and GARY SWIDLER              §

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend the Scheduling Order (Dkt. No. 94) [ECF No. 104], in which Plaintiff seeks an extension of the August 16, 2022, deadlines for Plaintiff to file a reply to Defendants' Response in Opposition to Plaintiff's Motion to Certify Class ("Response") [ECF No. 99] and for disclosure of experts for the party with the burden of proof. *See* ECF No. 94.

The parties initially agreed to a February 21, 2022, deadline for Plaintiff to file a motion for class certification, with a response due March 21, 2022, and a reply due April 14, 2022. *See* ECF No. 71. The parties then stipulated to an extension of the deadline for Plaintiff to file the certification motion. *See* ECF No. 78. Plaintiff's Notice of Motion for Class Certification and Appointment of Class Representative and Class Counsel [ECF No. 82] was filed on February 24, 2022. The Court subsequently granted three unopposed motions to extend the response and reply deadlines, *see* ECF Nos. 89, 91, 94, and Defendants filed their Response on June 16, 2022, *see* ECF No. 99. Similarly, the parties agreed to extend the deadline for disclosure of experts for the party with the burden of proof from January 10, 2022, to April 1, 2022, *see* ECF No. 71, and the Court further extended that deadline to August 16, 2022, *see* ECF No. 94.

Plaintiff's motion for class certification has now been pending for over five months. Considering the amount of time that the parties have had to prepare briefing regarding class certification as well as the extensions of the deadline for disclosure of experts, the Court does not find good cause to extend the August 16, 2022, deadlines. Accordingly, Plaintiff's Unopposed Motion to Amend the Scheduling Order (Dkt. No. 94) [ECF No. 104] is **DENIED**.

**SO ORDERED.**

SIGNED August 8, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**