UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMIR ALI CHERIF BENOUIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MATCH GROUP, INC., AMANDA W. GINSBERG, and GARY SWIDLER,<br><br>Defendants. | Case No.: 3:19-cv-02356 |

**STIPULATION AND ORDER REGARDING VOLUNTARY
DISMISSAL OF THE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

The Parties hereby stipulate to the dismissal of this action with prejudice by the Lead Plaintiff, Samir Ali Cherif Benouis ("Benouis"), as to Defendants Match Group, Inc., Amanda W. Ginsberg, and Gary Swidler (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefor state as follows:

WHEREAS, Phillip R. Crutchfield ("Crutchfield") filed the original complaint in this action on October 3, 2019;

WHEREAS, Crutchfield and Benouis were appointed Co-Lead Plaintiffs in this action on January 6, 2020 (Dkt. No. 22);

WHEREAS, the Court denied Defendants' motion to dismiss Crutchfield's and Benouis's second amended complaint on November 19, 2021 (Dkt. No. 63) and discovery commenced;

WHEREAS, on February 17, 2022, the Court entered an Order granting Crutchfield's unopposed motion to voluntarily dismiss his claims against Defendants and retain his rights as a putative Class member (Dkt. No. 81);

WHEREAS, briefing on Benouis's class certification motion (Dkt. No. 82) has not been completed and no class has been certified;

WHEREAS, Benouis withdraws his motion for class certification in connection with this stipulation; and

WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by counsel for the Parties below, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice by Benouis as to all Defendants, with each side to bear its own attorneys' fees and costs incurred in connection with this action.

2. No class has been certified in this matter. Accordingly, this dismissal is entered on an individual basis as to Benouis and is not a class-wide judgment.  Because no class has been certified, and because this stipulation does not propose to resolve the claims of other putative class members, Fed. R. Civ. P. 23(e) is not triggered and notice to putative class members is not required.

3. This Stipulation shall not be construed against the party preparing it but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

4. The parties respectfully request entry of a final, non-appealable order dismissing this action.

IT IS SO ORDERED.

DATED: _____, 2022

_____
THE HONORABLE KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2022          Respectfully submitted,

/s/ *Matthew L. Tuccillo*
Matthew L. Tuccillo

**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Matthew L. Tuccillo (admitted *pro hac vice*)
Jennifer B. Sobers (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
       mltuccillo@pomlaw.com
       jbsobers@pomlaw.com

*Counsel for Samir Ali Cherif Benouis and*
*Co-Lead Counsel for the Class*

/s/ *Ex Kano S. Sams II*
Ex Kano S. Sams II

**GLANCY PRONGAY & MURRAY LLP**
Ex Kano S. Sams II (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

*Co-Lead Counsel for the Class*

*/s/ Joe Kendall*
Joe Kendall
Texas Bar No. 11260700

**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
Email: jkendall@kendalllawgroup.com

*Local Counsel for the Class*

|  |  |
|---|---|
|  | */s/ Peretz Bronstein*<br>**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**<br>Peretz Bronstein (admitted *pro hac vice*)<br>Eitan Kimelman (admitted *pro hac vice*)<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>Telephone: (212) 697-6484<br>Facsimile: (212) 697-7296<br>Email: pbronstein@bgandg.com<br>          eitank@bgandg.com<br><br>*Additional Counsel for Samir Ali Cherif Benouis* |
| Dated: August 12, 2022 | */s/ Peter A. Stokes*<br>Peter A. Stokes<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Gerard G. Pecht (Attorney-in-Charge)<br>State Bar No. 15701800<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Peter A. Stokes<br>State Bar No. 24028017<br>peter.stokes@nortonrosefulbright.com<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701-4255<br>Telephone: (512) 474-5201<br>Facsimile: (512) 536-4598<br><br>*Counsel for Defendants* |